# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**DECLARATION OF BARBARA SUZETTE BAKER IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Barbara Suzette Baker, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I am the former head librarian of Llano County Library System's Kingsland Library Branch. I served in this position from March 2021 until I was terminated in March 2022.

3. In the fall of 2021, I learned from Ms. Milum that she received a spreadsheet created and distributed by Bonnie Wallace, which was based in large part on a list of 850 books that Texas State Representative Matt Krause identified as inappropriate. Ms. Wallace's spreadsheet identified books available in Llano County's public library collection that were on Representative Krause's list.

4. Ms. Milum told me that she edited the "Bonnie Wallace" spreadsheet, adding the book's author, call number, branch location, and the name of the librarian who purchased that book. She then gave me a copy of the "Bonnie Wallace" spreadsheet with her edits, in a document entitled "Bonnie Wallace book list 2021.11.12."

5. Ms. Milum told me to remove all books on that spreadsheet that were identified as being on the shelves in the Kingsland Branch. I refused. I told Ms. Milum that removing these books would be censorship. I recommended that Ms. Milum seek guidance from the County attorney because I believed that her order to remove books was illegal.

6. In addition to the books on the "Bonnie Wallace" spreadsheet that Ms. Milum and others removed from library shelves, I am aware of other books not on the "Bonnie Wallace" spreadsheet that I believe were removed from the library because of their content. For example, *Under the Moon: A Catwoman Tale* by Lauren Myracle is a graphic novel that tells the protagonist's story of getting revenge for child abuse perpetrated by her mother's live-

1

boyfriends, and involves violence, explicit language, and references to male genitalia. *Under the Moon* was supposedly "weeded" from library shelves on November 18, 2021. "Weeding" is the standard procedure by which librarians update and maintain their collections by removing outdated or duplicative materials according to objective, neutral criteria, such as publication date, last circulation date, and physical condition. I know that *Under the Moon* could not have been weeded because of physical condition because I have seen the library's copy, and it is not tattered or otherwise physically damaged to a degree that would warrant weeding. Because *Under the Moon* was published in 2019 with a last circulation date of November 18, 2021—the same date that it was weeded— it should not have been weeded pursuant to the Library System's standard weeding procedures.

7. In early 2022, I attended the first two meetings of the recently appointed Llano County Library Board, both of which were held in public meeting rooms in the Kingsland Branch where I worked as head librarian.

8. On February 9, 2022, Ms. Milum reprimanded me for attending the Library Board's meetings in the Kingsland Branch's public meeting rooms. Every meeting that takes place in a library meeting room is supposed to be open for members of the public to attend.

9. On February 16, 2022, Ms. Milum emailed me and other Llano County librarians instructing us that we were not allowed to attend Library Board meetings and could not even use our vacation time to attend, per County Judge Ron Cunningham's orders. A true and correct copy of this email is attached as **Exhibit 1**.

10. Around the middle of February 2022, I put a sign on the marquee in front of the Kingsland Library that said, "We put the 'lit' in literature." I intended the sign to have a double

meaning, referring to "lit" as the slang word for fun, and also referring to the book burning that had recently taken place in Tennessee.

11. Inside the Kingsland Library, I set up a display of books next to a sign that said, "Come check out our 'lit' books!" On the book display, I put several books that have been the subject of book bans historically, such as *1984*, *To Kill a Mockingbird*, and *Fahrenheit 451*. I also put several books from the "Bonnie Wallace" spreadsheet on the display—those books that I refused to remove after Ms. Milum ordered me to—including titles such as *How to Be an Anti-Racist* and *Between the World and Me*. I also posted photos of the display and the sign on Kingsland Library's Facebook page.

12. The next day, Ms. Milum came to the Kingsland Library and ordered me to take down the "lit" message board sign and book display, and to remove the post from Facebook. Defendant Milum told me to remove the books on the "Bonnie Wallace" spreadsheet from the display, and to put a replacement sign over the remaining books entitled, "Classics."

13. On March 9, 2022, Ms. Milum terminated me from the Llano County Public Library System for the following offenses: "insubordination," "creating a disturbance," "violation of policies," and "failure to follow instructions." A true and correct copy of my signed termination acknowledgment is attached as **Exhibit 2**.

14. At the time of my termination, new library books had not been purchased for the County's collection since October 2021.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  May 7, 2022                    By: _____
                                            Barbara Suzette Baker

3

# EXHIBIT 1

**sbaker@co.llano.tx.us**

| | |
|---|---|
| From: | amilum@co.llano.tx.us |
| Sent: | Wednesday, February 16, 2022 5:39 PM |
| To: | Suzette Baker; April Puryear; Jennifer Kormish |
| Cc: | Ron Cunningham; Lisa Otto |
| Subject: | Meeting this morning |

Ladies,

As a follow-up to our discussion this morning.

1. You were told not to bring negative attention to the staff or library with what you say and do.

2. You are to take the display down as well as the Facebook post.

3. Do not "overshare" with patrons.

4. When asked about Overdrive or purchasing you are to READ the statements and not to hand them out.

5. Staff members are not to attend Advisory Board meetings. You may not use your vacation time to attend.

To ensure business continuity, the other librarians who are on duty shall not be attending as they have other obligations to fulfill. -per Judge Cunningham

6. You are to do your job with a positive attitude and adhere to all Llano County policies and procedures.

**REMINDERS:**

**The Llano county Personnel Policies states:**
**1B-2 (Under Dress code)**
You are required to act in a professional manner at all times and extend the highest courtesy to co-workers and to the public being served. A cheerful and positive attitude is essential to our commitment to customer service.

**1B-4 Conflict of Interests**
Employees of Llano county shall not engage in any employment, relationship, or activity which could be viewed as a conflict of interest because of the potential or appearance of affecting the employee's job efficiency, or which would reduce his/her ability to make objective decisions in regard to his/her work and responsibility as a Llano County employee.

1

The Llano County Library System Internal Policy states:
**Library Business**

- **Attending to Library Business:** An employee will remain alert, observant, and occupied with Library business during the work period. When at work, an employee will devote his/her time and attention to the business of the Library. In order to project a professional public image and enhance morale and efficiency as well as to provide a safe working environment, each employee is required to maintain a clean and orderly work area.

- **Performance of Duty:** An employee will maintain sufficient competence to properly perform his/her duties and to assume the responsibilities of the position. The employee will direct and coordinate his/her efforts in such a manner as will tend to establish and maintain the highest standards of efficiency and professionalism in carrying out the functions and objectives of the Library.

**Response to Authority**
**Insubordination:** An employee will promptly obey and execute any and all lawful orders of the Library Supervisor/Director. This includes orders relayed from the Supervisor/Director through another employee. Insubordination includes, but is not limited to, the following:

- 
    - Directly disregarding the supervisor/director's authority
    - Disobeying the Supervisor/Director's orders
    - Deliberately defying clearly stated library policies, rules, regulations, and procedures
    - Criticizing, contradicting, or arguing with the Supervisor/Director in public or in front of other employees in any way that is negative and inappropriate
    - Blatantly ignoring the Supervisor/Director's reasonable instructions
    - Displaying disrespect toward the Supervisor/Director including, but not limited to Tone of voice
    - Facial expressions
    - Hand or body gestures
    - Sarcastic comments

Everyone needs to be aware, not following directives will result in write-ups, demotion, or termination.

I am here to help if you have any needs or concerns.

*Amber Milum*

***Llano County Library System Director***
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

2

# EXHIBIT 2



# Llano County Library System

Llano    **Kingsland**    Lakeshore

**Employee Disciplinary Action Form:** VERBAL WARNING    WRITTEN WARNING    SUSPENSION    **TERMINATION**

## Employee Information

Employee Name: Suzette Baker  
Head Librarian/Director: Amber Milum  
Date: March 9, 2022  
Job Title: Head-Librarian

## Type of Discipline

- [ ] First Warning
- [ ] Second Warning
- [x] **Final Warning & Termination**

## Type of Offenses

- [ ] Tardiness/ Leaving Early
- [ ] Absenteeism
- [x] **Violation of Policies**
- [ ] Substandard Work
- [ ] Rudeness to Customers
- [ ] Rudeness to Coworkers
- [x] **Creating a Disturbance**
- [x] **Insubordination**
- [x] **Failure to Follow Instructions**
- [ ] Other _____

## Details

**Description of Offenses:** Your last verbal warning was on Feb. 9, 2022. We discussed the fact that you were not following directives and allowing personal opinions to interfere with job duties and procedures. Since then, On Friday, Feb. 25, 2022, you got the Llano staff confused because you were worried about the weather and after I spoke to you, you called the Llano staff and relayed what I had said about staying open. You acted beyond your authority as the Llano staff is not your concern. I'm getting phone calls about you getting people upset about things you are telling them. You deliberately got the friends group upset about their donation money and had them worried. Then on March 7, 2022, I received a phone call that you said you are not comfortable asking the friends to purchase kindles and have gotten people to back out of donating. This is not your call. This change is inevitable and you are allowing your personal biases, opinions, and preferences to unduly influence your actions and judgment and have created a disturbance within the Friends group.

Your negative behavior was insubordinate and disruptive to the Friends of the Kingsland Library, the Staff of the Llano Library, and not in the best interest of the Llano County Library System or Llano County. Both county and internal library policies have been violated.

**As a result, you have been terminated effective 03/09/2022 and your services are no longer needed.**

## Acknowledgment of Receipt of Termination

By signing this form, you confirm that you and the Llano County Library System Director have discussed the details of your termination.

_Suzette Baker_  
Employee Signature

Date: 3-9-22

_Amber Milum_  
Llano County Library System Director

Date: 3-9-22

Cc: Llano County Personnel file

LCLS 2021

**Llano County Personnel Policy violated:**

1B-11 Discipline

*Each supervisor shall have the authority to administer discipline to employees in their department for poor performance, violation of policies, disruptive behavior, or any other behavior or activity which the supervisor feels is not acceptable as it relates to the employee's job or the best interest of the department or county.*

*Depending on the severity of the situation, discipline may range from informal counseling up to and including immediate termination.*

**Llano County Library System Internal Policy violated**

The Llano county Personnel Policies states:

   **1B-2 (Under Dress code)**

   *You are required to act in a professional manner at all times and extend the highest courtesy to co-workers and to the public being served. A cheerful and positive attitude is essential to our commitment to customer service.*


   **1B-4 Conflict of Interests**

*Employees of Llano county shall not engage in any employment, relationship, or activity which could be viewed as a conflict of interest because of the potential or appearance of affecting the employee's job efficiency, or which would reduce his/her ability to make objective decisions in regard to his/her work and responsibility as a Llano County employee.*


**The Llano County Library System Internal Policy states:**

Library Business

- *Attending to Library Business: An employee will remain alert, observant, and occupied with Library business during the work period. When at work, an employee will devote his/her time and attention to the business of the Library. In order to project a professional public image and enhance morale and efficiency as well as to provide a safe working environment, each employee is required to maintain a clean and orderly work area.*
- *Performance of Duty: An employee will maintain sufficient competence to properly perform his/her duties and to assume the responsibilities of the position. The employee will direct and coordinate his/her efforts in such a manner as will tend to establish and maintain the highest standards of efficiency and professionalism in carrying out the functions and objectives of the Library.*


Response to Authority

*Insubordination: An employee will promptly obey and execute any and all lawful orders of the Library Supervisor/Director. This includes orders relayed from the Supervisor/Director through another employee. Insubordination includes, but is not limited to, the following:*

LCLS 2021

- *Directly disregarding the supervisor/director's authority*
- *Disobeying the Supervisor/Director's orders*
- *Deliberately defying clearly stated library policies, rules, regulations, and procedures*
- *Criticizing, contradicting, or arguing with the Supervisor/Director in public or in front of other employees in any way that is negative and inappropriate*
- *Blatantly ignoring the Supervisor/Director's reasonable instructions*
- *Displaying disrespect toward the Supervisor/Director including, but not limited to tone of voice*
- *Facial expressions*
- *Hand or body gestures*
- *Sarcastic comments*

LCLS 2021