**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**DECLARATION OF RICHARD DAY IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Richard Day, declare:

1.      I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2.      I am a resident of Llano County. I have a library card that gives me access to books available in the County's public libraries, which I have used to check out books on various topics, and nonfiction books in particular.

3.      In addition to reading for personal enjoyment and enrichment, I also have professional experience in libraries. Before attending medical school, I received a master's degree in Library and Information Science from the University of Texas at Austin. I previously worked as a rare book cataloger at the Moody Medical Library at the University of Texas Medical Branch in Galveston. I also worked at the University of Texas Health Sciences Center at San Antonio as the head of cataloging, a reference librarian, and as medical liaison librarian to the pediatrics department. While I was in active practice as a physician, I also served for many years on the library board in Wichita Falls, Texas.

4.      I know that several books were removed from Llano County's physical library collection, including at least the following books: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz:*

DocuSign Envelope ID: C0A47F09-BB71-4D3C-9E7E-37C29944055B

*My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books from the Library System in the future if they were returned to library shelves.

5.      I have also attempted to access OverDrive with my County library card without success. I would use my County library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated.


I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:  May 8, 2022                      By:     _____
                                                 Richard Day