## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § § | |

## DECLARATION OF REBECCA JONES IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DocuSign Envelope ID: 3BD8F66A-AB28-4AA3-AFBA-8C42113A0F92

I, Rebecca Jones, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I am a resident of Llano County. I have a library card that gives me access to books available in the Llano County public libraries. I have used my Llano County library card to check out books from the public libraries for several years. I read and listen to many different types of books on a variety of topics, including fiction and nonfiction books, and books written for children, young adults, and adults.

3. I know that several books were removed from Llano County's physical library collection, including the following: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books in the future if they were returned to library shelves.

DocuSign Envelope ID: 3BD8F66A-AB28-4AA3-AFBA-8C42113A0F92

4.      I have also attempted to access OverDrive with my Llano County library card without success. I would use my library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated.

5.       It is difficult to express just how severely the removal of books and termination of OverDrive has impacted me. I used to consider the library the heart of my community, a safe place where I would have casual exchanges with interesting strangers, friends, and staff—all gathered in the same location because of our mutual love of knowledge and learning. We could exchange ideas without needing to prove a point. We could disagree with each other without threat of rejection. Now, the library feels quiet. It feels as if there are fewer interactions because a casual comment is as likely to bring down judgment as to elicit a thoughtful response. To me, in addition to being a gathering place for the community, the overwhelming benefit of a well-managed public library is the natural succession of new books replacing old on a scale that is not financially possible for most people. I used to relish searching the stacks for new material I might discover. Now I go to the library in fear that yet-to-be-discovered books will disappear from the shelves. I fear that important books will not be chosen in the first place to avoid public disapproval. I fear that simple minded zealots will reject the most interesting books because they are threatened by any idea that might challenge their fragile worldview. The Llano public library was such a wonderful institution and the actions of a handful of people have done immeasurable harm to it.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:  May 8, 2022                          By:  _____
                                                  Rebecca Jones