# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,<br><br>  Plaintiffs,<br><br>    v.<br><br>LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member,<br><br>  Defendants. | Civil Action No. 1:22-cv-00424-RP |

## DECLARATION OF KATHY KENNEDY IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DocuSign Envelope ID: 5338CAC8-949B-43B0-B5F4-5DA5AAC99EB8

I, Kathy Kennedy, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I am a resident of Llano County and have a library card that gives me access to books available in the County's public libraries. I have always had a library card wherever I lived, and I have checked out all kinds of books from gardening, cooking, fiction, non-fiction, and biographies. My love for reading books and public libraries began when I was in elementary school. I have a vivid memory of walking alone to our local library during the summer, getting lots of *Nancy Drew* mysteries, and stopping at the Dairy Queen on the way back home. In sixth grade, my favorite teacher challenged me to read books a bit above my grade level. We read classics like *1984*, *Fahrenheit 451*, *The Pearl*, *Tea and Sympathy*, *Animal Farm*, *Moby Dick*, *Of Mice and Men*, and countless others. These books expanded my mind and instilled in me a lifelong love of reading and knowledge.

3. I know that several books were removed from Llano County's physical library collection, including at least the following books: (1) *Caste: The Origins of Our Discontent* by Isabel Wilkerson; (2) *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti; (3) *Spinning* by Tillie Walden; (4) *In the Night Kitchen* by Maurice Sendak; (5) *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris; (6) a read-aloud picture book series including *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan; (7) a read-aloud picture book series including *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley; (8) *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings; (9) *Shine* by Lauren Myracle; (10) *Gabi, a*

1

*Girl in Pieces* by Isabel Quintero; and (11) *Freakboy* by Kristin Elizabeth Clark. I cannot check out these books because they are no longer on library shelves or in the Llano County library catalog. I would check out these books from the Library System in the future if they were returned to library shelves.

4. I have also attempted to access OverDrive with my County library card without success. I would use my County library card to access ebooks and audiobooks on OverDrive in the future if access to OverDrive were reinstated. I make and sell quilts, which is an extremely time-consuming activity. When I discovered audiobooks, it opened up a new world for me. I realized I could work on my quilts while listening to a book at the same time.

5. When I found out about the book banning happening at the library, it hit a nerve with me. I was still isolated from Covid because of my autoimmune disorder, but I showed up in Commissioners Court with my 80-year-old husband—both of us masked and terrified of catching Covid. I was terribly nervous, and my voice was shaking, but I spoke up anyway to try and stop the censorship attempts being made by the Llano County officials. Being a citizen of Llano County and of the United States America, this is a line in the sand for me. I will not tolerate censorship here in my public library.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 7, 2022      By: *Kathy Kennedy*
                              Kathy Kennedy

2