# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**DECLARATION OF JIM MONASTRA IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Jim Monastra, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts:

2. I work at OverDrive as an account manager for public libraries in Texas, among other states. I have worked in this position since March 2018. Before working at OverDrive, I received my master's degree in Library and Information Science from Kent State University.

3. OverDrive is a mission based, Certified B-Corporation focused on serving and guided by the interests of libraries and schools. It provides libraries and schools with a digital platform to make ebooks and audiobooks available to their patrons and students. OverDrive offers the largest digital content catalog in the world, serving more than 76,000 libraries and schools in 94 countries.

4. OverDrive's content acquisition process requires authors, suppliers, and publishers to apply and be accepted by OverDrive for inclusion in the OverDrive catalog. This process also requires applicants to enter into a commercial distribution agreement with OverDrive.

5. OverDrive is not in the business of distributing obscene or pornographic content. Any and all books that become available in a library's OverDrive digital collection are made available as a result of the library's selection of those books.

6. OverDrive also enables librarians to manage books that libraries and schools make available to particular audiences. For example, OverDrive supports libraries' ability to designate specific library card types to distinguish between patrons, such as juvenile versus adult card holders, and restrict or allow access to content accordingly.

7. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 28, 2022          By: _____
                                    Jim Monastra

2