# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,<br><br>Plaintiffs,<br><br>v.<br><br>LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member,<br><br>Defendants. | Civil Action No. 1:22-cv-00424-RP<br><br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having reviewed all materials submitted in support of and in opposition to Plaintiffs' Motion for a Preliminary Injunction, and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **GRANTS** Plaintiffs' Motion as follows:

1

1. Within twenty-four hours of the issuance of this Order, Defendants shall return the following print books to their original locations in the Llano County Libraries:

    a. *Caste: The Origins of Our Discontent* by Isabel Wilkerson;

    b. *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti;

    c. *Spinning* by Tillie Walden;

    d. *In the Night Kitchen* by Maurice Sendak;

    e. *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris;

    f. *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan;

    g. *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Has Too Many Farts* by Jane Bexley;

    h. *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings;

    i. *Shine* by Lauren Myracle;

    j. *Under the Moon: A Catwoman Tale* by Lauren Myracle;

    k. *Gabi, a Girl in Pieces* by Isabel Quintero; and

    l. *Freakboy* by Kristin Elizabeth Clark.

2. Within twenty-four hours of the issuance of this Order, Defendants shall return all print books that were removed or hidden because of their viewpoint or content to their original locations in the Llano County Libraries.

3. Immediately after returning the books to their original locations as ordered in (1) and (2) above, Defendants shall update the Llano County Library Service's searchable catalog to reflect that these books have been returned to library shelves and are available for check out.

4. Defendants are hereby enjoined from removing any books from the Llano County Library Service's physical shelves for any reason during the pendency of this action.

5. Within forty-eight hours of the issuance of this Order, Defendants shall reinstate full access to the OverDrive system for all patrons of the Llano County Library Service. Immediately thereafter, Defendants are ordered to notify all current patrons of the Llano County Library Service by whatever means necessary (*e.g.*, email, website update, physical signs, mail etc.) that full access to OverDrive has been restored.

6. Defendants are hereby enjoined from closing future meetings of the Library Board to members of the public.

**IT IS SO ORDERED.**

Dated: May 9, 2022

                                          Hon. Robert Pitman
                                          United States District Judge