# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § § § | Civil Action No. 1:22-CV-00424-RP |
| Plaintiffs, | § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

On May 11, 2022, Plaintiffs filed their Motion for Expedited Discovery (the "Motion"). Based on the evidence and briefing submitted, the pleadings and arguments of counsel, and for good cause shown, Plaintiffs' Motion is **GRANTED**, and the Court orders as follows:

1. Defendants shall serve responses to Plaintiffs' written discovery requests, attached as Exhibits 1 through 3 to the Motion, within fourteen (14) days of the issuance of this Order.

2. Defendants Jerry Don Moss, Amber Milum, and Bonnie Wallace shall appear for depositions, which shall be limited to four (4) hours each, to take place over Zoom, within twenty-one (21) days of the issuance of this Order, as noticed in Exhibit 4 to the Motion. The taking of these depositions does not prejudice Plaintiffs from later deposing these three witnesses during the formal discovery phase of this litigation.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
Hon. Robert Pitman
United States District Judge

1