
RECEIVED
MAY 13 2022
CLERK, U.S. DISTRICT OF
WESTERN DISTRICT OF T
BY_____ DEPUTY


FILED
MAY 13 2022
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,<br><br>    Plaintiffs,<br><br>v.<br><br>LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 2:22-CV-424-RP |

## PLAINTIFFS' NOTICE OF LODGING

**TO THE COURT AND DEFENDANTS: PLEASE TAKE NOTICE THAT** Plaintiffs hereby lodge with the Court the attached USB drive, which contains native format versions of

Exhibit 6 and Exhibit 9 to the Declaration of Amy Senia, submitted in support of Plaintiffs' Motion for Preliminary Injunction:

1. A true and correct copy of an excel spreadsheet entitled "Deleted Holdings 1-1-2021 tru [sic] 3-31-2022." An excerpted and formatted PDF of this spreadsheet was attached to Plaintiffs' Motion for Preliminary Injunction (*see* Docket No. 22-10, Declaration of Amy Senia ("Senia Decl."), Ex. 6 at 59-65).

2. A true and correct copy of an excel spreadsheet entitled "Bonnie Wallace book list 2021.11.12." A PDF of this spreadsheet was attached to Plaintiffs' Motion for Preliminary Injunction (*see* Docket No. 22-10, Senia Decl., Ex. 9 at 75).

Date: May 11, 2022                                  Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

/s/ _____
Ellen V. Leonida (CA Bar No. 184194)
Matthew Borden (CA Bar No. 214323)
J. Noah Hagey (CA Bar No. 262331)
Sarah Salomon (CA Bar No. 308770)
Pratik Ghosh (NY Registration No. 5754940)
Amy Senia (CA Bar No. 329134)
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax:  415-599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

*Attorneys for Plaintiffs*

1

## CERTIFICATION OF SERVICE

I, Shannon Morrissey, certify that:

I am over the age of 18 years and not a party to this action. My business address is BraunHagey & Borden LLP, 118 West 22nd Street, 12th Floor, New York, NY 10011.

This 11th day of May, 2022, a copy of the foregoing document and accompanying USB drive has been placed in the United States Mail, postage prepaid, to:

U.S. Federal Courthouse
Attn: Clerk's Office, Suite 1100
501 West 5th Street
Austin, TX 78701

_____
Shannon Morrissey