UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, Jeanne Puryear, Kathy Kennedy, Rebecca Jones, Richard Day, Cynthia Waring, Diane Moster | § § § § | NO:   AU:22-CV-00424-RP |
| vs. | § | |
| Llano County, Ron Cunningham, Jerry Don Moss, Peter Jones, Mike Sandoval, Linda Raschke, Amber Milum, Bonnie Wallace, Rochelle Wells, Rhoda Schneider, Gay Baskin | | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 19, 2022 at 09:00 AM . The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number:  888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case.before they speak.

**SIGNED** on 17th day of May, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE