IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, <br> Plaintiffs, <br> v. <br> LLANO COUNTY, et al., <br> Defendants. | § § § § § § § § § § § | A-22-CV-424-RP |

## ORDER SETTING HEARING

The court **SETS** Plaintiffs' Motion for Expedited Discovery (Dkt. #23) for hearing on **June 8, 2022**, at **2:00 p.m.** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

The court **ORDERS** Plaintiffs to file any reply brief in support of the motion no later than June 7, 2022. The court further **ORDERS** the parties to participate in a meet and confer to attempt to resolve this motion without court intervention and to file a joint notice no later than June 7, 2022, identifying the issues that have been resolved and the remaining outstanding issues.

SIGNED June 3, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE