# EXHIBIT C

| | |
|---|---|
| **From:** | Ellen Leonida |
| **Sent:** | Monday, June 6, 2022 3:36 PM |
| **To:** | Matt Rienstra |
| **Cc:** | Sarah Salomon; Pratik Ghosh; Amy Senia; Katherine Chiarello; Ryan Botkin; Maria Calaf |
| **Subject:** | RE: June 2 letter Discovery Letter |

Matt,

As we informed you on May 18 and reiterated on May 27 and June 2, we would be happy to meet and confer regarding any objections to our expedited discovery. Given your failure to respond to any of these invitations until this afternoon, we are left with one day to engage in the meet and confer process mandated by the court. Please let us know your availability the rest of today.

In order to make our meeting as productive as possible, please identify which items identified in our June 2 letter you are willing to enter into stipulations about. It would also be helpful if you could describe the burden you are now claiming you face in responding to our discovery.

Best,
Ellen Leonida
**BRAUNHAGEY & BORDEN** LLP
Direct: (415) 684-7285

**From:** Matt Rienstra <matt.rienstra@co.llano.tx.us>
**Sent:** Monday, June 6, 2022 11:54 AM
**To:** Ellen Leonida <Leonida@braunhagey.com>
**Subject:** Re: June 2 letter Discovery Letter

**\*\*\* EXTERNAL MESSAGE \*\*\***

Ellen,

I am just now able to get to your 6/2/22 letter. Hopefully, we can agree to some of these items, but I can't promise.

Truly,
Matt
Matthew L. Rienstra
1st Asst. County Attorney
Llano County Attorney' Office

**CONFIDENTIALITY NOTICE**: This is a legal communication and any files transmitted with it are confidential and intended only for the use of the individual or entity to whom they are addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient of this information, please notify the sender (only) immediately by email and delete the message.  You are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited.