```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                          AUSTIN DIVISION

LEILA GREEN LITTLE, ET AL) Docket No. A 22-CA-424 RP
                         )
vs.                      ) Austin, Texas
                         )
LLANO COUNTY, ET AL      ) May 19, 2022


               TRANSCRIPT OF TELEPHONE CONFERENCE
              BEFORE THE HONORABLE ROBERT L. PITMAN



APPEARANCES:

For the Plaintiff:        Ms. Ellen V. Leonida
                          Braun, Hagey & Borden, LLP
                          351 California Street, 10th Floor
                          San Francisco, California 94104

                          Mr. Ryan A. Botkin
                          Wittliff Cutter, PLLC
                          1209 Nueces Street
                          Austin, Texas 78701

For the Defendant:        Mr. Dwain K. Rogers, Jr.
                          Munsch, Hardt, Kopf & Harr
                          111 Congress Avenue, Suite 2010
                          Austin, Texas 78701

                          Mr. Matthew L. Rienstra
                          Llano County Attorney's Office
                          801 Ford Street, Room 111
                          Llano, Texas 78643

Court Reporter:           Ms. Lily Iva Reznik, CRR, RMR
                          501 West 5th Street, Suite 4153
                          Austin, Texas 78701
                          (512)391-8792




Proceedings reported by computerized stenography,
transcript produced by computer-aided transcription.
```

| | | |
|---|---|---|
| 09:01:01 | 1 | THE COURT: This is Judge Pitman. Thank you all |
| 09:01:04 | 2 | for joining me for this phone conference this morning. |
| 09:01:05 | 3 | The main purpose of the call is that I wanted to get |
| 09:01:07 | 4 | everybody together to talk about scheduling in the case. |
| 09:01:10 | 5 | I did see that yesterday, there was an agreed |
| 09:01:14 | 6 | motion for extension of time for responsive pleading and |
| 09:01:19 | 7 | -- but I did want to go ahead and see whether or not you |
| 09:01:22 | 8 | have had an opportunity to have any discussions about sort |
| 09:01:27 | 9 | of what the timing going forward would be. |
| 09:01:31 | 10 | But first, Ms. Leonida, or, Mr. Rogers, any |
| 09:01:35 | 11 | discussion about sort of timing in terms of -- especially |
| 09:01:38 | 12 | in terms of discovery and setting a hearing? |
| 09:01:43 | 13 | MS. LEONIDA: Your Honor, this is Ellen Leonida. |
| 09:01:45 | 14 | We did have a chance to speak with county counsel |
| 09:01:47 | 15 | yesterday, and what we've agreed to if it works for the |
| 09:01:50 | 16 | Court, the county expects to have outside counsel by May |
| 09:01:53 | 17 | 27th. So we had conveyed -- they're agreeing that they |
| 09:01:58 | 18 | can by June 1st either oppose our motion for expedited |
| 09:02:01 | 19 | discovery or produce the discovery. And they have agreed |
| 09:02:04 | 20 | in the interim to gather all of the discovery so that if |
| 09:02:07 | 21 | they decide to produce, it will be ready immediately and |
| 09:02:11 | 22 | if not, if the Court orders production; then it will be |
| 09:02:14 | 23 | ready to go immediately at that point. |
| 09:02:17 | 24 | THE COURT: Right. Mr. Rogers, does that sound |
| 09:02:20 | 25 | right? |

```
09:02:21   1              MR. ROGERS:  That is exactly our agreement, your
09:02:23   2   Honor.
09:02:23   3              THE COURT:  Okay.  Great.
09:02:24   4              And then, have you had any thought at this point
09:02:27   5   as to ballpark when you would want to have this heard?
09:02:32   6   I'm asking because the summer is getting kind of busy, and
09:02:35   7   we probably sooner than later would need to identify at
09:02:40   8   least a potential date to block in which to get this
09:02:42   9   injunction heard.
09:02:43  10              Any thoughts about that, Ms. Leonida?
09:02:46  11              MS. LEONIDA:  Your Honor, we'd like to get a date
09:02:53  12   as soon as possible.  And especially if the calendar is
09:02:55  13   filling up, we'd like to lock one in today.
09:02:59  14              THE COURT:  Okay.  Mr. Rogers, do you have any
09:03:02  15   thought about sort of what --
09:03:06  16              MR. ROGERS:  I mean, our preference would be, of
09:03:08  17   course, to, you know, be able to retain outside counsel
09:03:12  18   and speak to them about that.  I understand the Court is
09:03:15  19   wanting to set a date.  I suppose maybe we could
09:03:21  20   tentatively agree to a date maybe a little farther out
09:03:25  21   than plaintiff's counsel would prefer, and then, that
09:03:27  22   would give us time to get outside counsel on board to give
09:03:31  23   them appropriate time to prepare a response and get ready
09:03:35  24   for a hearing injunction.
09:03:36  25              THE COURT:  Sure.
```

```
09:03:37   1              Ms. Leonida, what would your ideal date be, given
09:03:40   2   the fact that maybe you're looking at discovery around the
09:03:44   3   1st of June?  Do you have an idea how long it would take
09:03:48   4   for you to sort of process that and be ready for a
09:03:51   5   hearing?
09:03:54   6              MS. LEONIDA:  Well, if we get the discovery, if
09:03:57   7   it's actually produced on the 1st of June, I'm hopeful
09:03:59   8   that we can have the hearing by the end of June.  I don't
09:04:03   9   know if that would be enough time for outside counsel, but
09:04:07  10   I think that it should be.  The issues are pretty simple.
09:04:11  11              THE COURT:  My problem is that the second half of
09:04:15  12   June is not available up to July 4th.  And so, we would
09:04:20  13   either have to do it the week of the 13th, if we could,
09:04:26  14   which it looks like we probably could, or then, failing
09:04:33  15   that, then it would be the week of July 4th or the 5th, or
09:04:36  16   later.
09:04:40  17              MR. ROGERS:  Assuming outside counsel's on board,
09:04:42  18   your Honor, this may not be hugely relevant, but I am
09:04:45  19   scheduled to begin a jury trial on the 13th that will last
09:04:49  20   a week.  And again, my presence may not be essential by
09:04:52  21   that date but, you know.
09:04:53  22              THE COURT:  Sure.  No.  That's always good to
09:04:55  23   know for planning and that might be a little ambitious in
09:04:58  24   any event.  So I would say that would be safer to set it
09:05:06  25   sometime the week of July the 5th.
```

```
09:05:08   1              Ms. Leonida, does that work for you?  I know it's
09:05:12   2   a little beyond what you were hoping for, but not too
09:05:14   3   much.
09:05:15   4              MS. LEONIDA:  That's fine with us, your Honor.
09:05:17   5   And I'm available any day that week.
09:05:19   6              THE COURT:  Okay.  Great.  Let me take a second
09:05:23   7   to look at my calendar and get back to you.  Okay.
09:05:45   8              Looking at the calendar, actually, I could fit
09:05:48   9   you in 9:00 on July the 7th.  Thursday, July the 7th.
09:05:55  10              Ms. Leonida, does that work for you?
09:05:58  11              MS. LEONIDA:  That does, your Honor.
09:05:59  12              THE COURT:  Okay.  And, Mr. Rogers, I know you're
09:06:02  13   speaking for an unidentified counsel right now, but I
09:06:07  14   think that gives us plenty of time for counsel for --
09:06:12  15              MR. ROGERS:  I agree.
09:06:13  16              THE COURT:  Okay.  Super.
09:06:14  17              Well, let's say July 7th, 9:00 a.m., and if you
09:06:20  18   have any difficulty coming to an agreement with regard to
09:06:23  19   any discovery issues, just let me know as soon as you know
09:06:26  20   that so that I can get that done and taken care of sooner
09:06:32  21   than later so that that doesn't -- that doesn't affect the
09:06:36  22   dates that we'll -- that we've identified for the hearing.
09:06:40  23              So with that, Ms. Leonida, anything else from
09:06:43  24   your side?
09:06:45  25              MS. LEONIDA:  Nothing else from us.  Thank you,
```

```
09:06:47   1  your Honor.
09:06:47   2            THE COURT:  Okay.  Mr. Rogers?
09:06:49   3            MR. ROGERS:  Nothing, your Honor.  Thank you.
09:06:50   4            THE COURT:  Very good.  Well, thank you all so
09:06:52   5  much for calling in and I look forward to seeing you on
09:06:54   6  the 7th.
09:07:00   7            MR. ROGERS:  All right.  Thank you, your Honor.
09:07:01   8  May we be excused?
09:07:02   9            THE COURT:  Have a great day.
           10            (Proceedings concluded.)
           11
           12
           13
           14
           15
           16
           17
           18
           19
           20
           21
           22
           23
           24
           25
```

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

1        * * * * * *

2

3    UNITED STATES DISTRICT COURT  )

4    WESTERN DISTRICT OF TEXAS)

5

6       I, LILY I. REZNIK, Certified Realtime Reporter,

7    Registered Merit Reporter, in my capacity as Official

8    Court Reporter of the United States District Court,

9    Western District of Texas, do certify that the foregoing

10   is a correct transcript from the record of proceedings in

11   the above-entitled matter.

12      I certify that the transcript fees and format comply

13   with those prescribed by the Court and Judicial Conference

14   of the United States.

15      WITNESS MY OFFICIAL HAND this the 6th day of June,

16   2022.

17                              *Lily Iva Reznik*

18                              ~~~~~~~~~~~~~~~~~~~~~~~~
                                *LILY I. REZNIK, CRR, RMR*
19                              *Official Court Reporter*
                                *United States District Court*
20                              *Austin Division*
                                *501 West 5th Street,*
21                              *Suite 4153*
                                *Austin, Texas 78701*
22                              *(512)391-8792*
                                *SOT Certification No. 4481*
23                              *Expires:  1-31-23*

09:07:10
09:07:10   24

25

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

09:07:10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*