# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § | Civil Action No. 1:22-CV-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § | |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**JOINT NOTICE REGARDING PLAINTIFFS'**
**MOTION FOR EXPEDITED DISCOVERY**

On June 3, 2022, the Court ordered "the parties to participate in a meet and confer to attempt to resolve [Plaintiffs' Motion for Expedited Discovery (ECF No. 23)] without court intervention and to file a joint notice no later than June 7, 2022, identifying the issues that have been resolved and the remaining outstanding issues." (ECF No. 35.) Pursuant to the Court's June 3, 2022 Order, the parties hereby submit this joint notice informing the Court that the parties have reached an agreement and that there are no outstanding disputes over Plaintiffs' expedited discovery requests.

Having met and conferred, the parties agree to the following:

1. Defendants hereby withdraw Defendants' Response in Opposition to Plaintiffs' Motion for Expedited Discovery (ECF No. 33);

2. Defendants shall produce documents and respond to Plaintiffs' written discovery requests attached as Exhibits 1-3 to Plaintiffs' Motion for Expedited Discovery (ECF No. 23-1 through 23-3) by **June 21, 2022**;

3. Defendants shall produce Defendant Jerry Don Moss, Defendant Amber Milum, and Defendant Bonnie Wallace for deposition by **June 30, 2022**, which will be limited to four hours each;

4. Obtaining this discovery does not prejudice Plaintiffs from later seeking additional discovery or deposing witnesses during the formal discovery phase of this litigation. By entering into this stipulation, the parties do not waive, and expressly reserve, the right to take all discovery to which they are entitled under the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| Dated: June 7, 2022 | Respectfully submitted, |

By: */s/ Ellen Leonida*
Ellen V. Leonida (CA Bar No. 184194)*
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax: 415-599-0210
leonida@braunhagey.com

*Attorney for Plaintiffs*

**admitted pro hac vice*

By: */s/ Matthew Rienstra*
Matthew L. Rienstra (TX Bar No. 16908020)
First Assistant County Attorney
801 Ford Street, Room 111
Llano, Texas 78643
Tel. 325-247-7733
Fax. 325-247-7737
matt.rienstra@co.llano.tx.us

*Attorney for Defendants*