UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>**Llano County**, et al.,<br><br>                Defendants. | Case No. 1:22-cv-00424-RP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants Llano County, Ron Cunningham, Jerry Don Moss, Peter Jones, Mike Sandoval, Linda Raschke, Amber Milum, Bonnie Wallace, Rochelle Wells, Rhonda Schneider, and Gay Baskin.

                                                          Respectfully submitted.

                                                         /s/ Jonathan F. Mitchell
                                                         JONATHAN F. MITCHELL
                                                         Texas Bar No. 24075463
                                                         Mitchell Law PLLC
                                                         111 Congress Avenue, Suite 400
                                                         Austin, Texas 78701
                                                         (512) 686-3940 (phone)
                                                         (512) 686-3941 (fax)
                                                         jonathan@mitchell.law

Dated: June 15, 2022                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on June 15, 2022, I served this document through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Sarah Salomon
Pratik Ghosh
Amy Senia
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs*

                                                  /s/ Jonathan F. Mitchell
                                                  Jonathan F. Mitchell
                                                  *Counsel for Defendants*