IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Llano County, *et al.*,<br><br>    Defendants. | §§§§§§§§§§§§§<br><br>Civil Action No. 1:22-cv-00424-RP |

## ORDER

The Court, having reviewed the Parties' Agreed Motion for a Continuance of Preliminary Injunction Hearing and Entry of Briefing Schedule, hereby **GRANTS** the Parties' Motion as follows:

1. Defendants' Response to Plaintiffs' Motion for Preliminary Injunction (ECF No. 22) ("PI Motion") shall be filed on or before **July 15, 2022**.

2. Plaintiffs' Reply in support of its PI Motion shall be filed on or before **July 29, 2022**.

3. Plaintiffs' Response to Defendants' Motion to Dismiss (ECF No. 42) ("MTD") shall be filed on or before **July 15, 2022**.

4. Defendants' Reply in support of their MTD shall be filed on or before **July 29, 2022**.

The Court shall continue the July 7, 2022 hearing on Plaintiffs' PI Motion for a date following the completion of briefing on Plaintiffs' PI Motion and Defendants' MTD, and hold a consolidated hearing on both motions. Following the conclusion of the briefing schedule, the parties shall file a notice advising the Court that they are prepared to proceed with a hearing.

**IT IS SO ORDERED.**

**SIGNED July 1, 2022.**

_____
Robert Pitman
United States District Judge