# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § | |
| Defendants. | § § | |

## MOTION OF AMY W. SENIA
## TO WITHDRAW AS COUNSEL OF RECORD

      I, Amy W. Senia, hereby move for an order permitting my withdrawal as counsel of record for Plaintiffs Leila Green Little *et al.* ("Plaintiffs"). Effective July 21, 2022, I will no longer be an attorney with the firm of BraunHagey & Borden LLP. Plaintiffs shall continue to be represented by BraunHagey & Borden LLP and Wittliff Cutter PLLC.

Dated: July 21, 2022

Respectfully submitted,

/s/ *Amy W. Senia*
Amy W. Senia (CA Bar No. 329134)
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax:  415-599-0210
senia@braunhagey.com

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

*/s/ Amy W. Senia*
Amy W. Senia
