DocuSign Envelope ID: 2B6C3BD3-801E-409B-8071-9F6504A67D3C

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Leila Green Little**, et al.,

        Plaintiffs,

v.

**Llano County**, et al.,

        Defendants.

Case No. 1:22-cv-00424-RP

**SUPPLEMENTAL DECLARATION OF AMBER MILUM**

1. My name is Amber Milum. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. On Thursday, July 21, 2022, I received physical copies of each of the following nine books from a donor who wishes to donate these books to the Llano County Library System:

- *They Called Themselves the K.K.K.: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti

- *Gabi, a Girl in Pieces* by Isabel Quintero

- *Shine* by Lauren Myracle

- *Caste: The Origins of Our Discontents* by Isabel Wilkerson

- *It's Perfectly Normal: Changing Bodies, Growing Up, Sex, Gender, and Sexual Health* by Robie H. Harris

- *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings

- *Spinning* by Tillie Walden

- *In the Night Kitchen* by Maurice Sendak
- *Freakboy* by Kristin Elizabeth Clark

4. I am adding each of these nine books to the Llano County Library System's "in-house checkout" system, in which a personal or donated book is made available to library patrons for check out. Each of these books will be made available to the plaintiffs (and other library patrons) for check out by no later than Wednesday, July 27, 2022.

5. This means that the plaintiffs can check out physical copies of each of the disputed books from the Llano County Library System without having use Inter Library loan or Bibliotheca if they find those alternatives inconvenient.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/23/2022

*Amber Milum*
24504D1FCF0449A...
AMBER MILUM

## CERTIFICATE OF SERVICE

I certify that on July 23, 2022, I served this document through CM/ECF upon:

ELLEN V. LEONIDA
MATTHEW BORDEN
J. NOAH HAGEY
SARAH SALOMON
PRATIK GHOSH
AMY SENIA
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

RYAN A. BOTKIN
KATHERINE P. CHIARELLO
MARÍA AMELIA CALAF
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs*

   /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendants*