United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| Leila Green Little, *et al.*,<br>  Plaintiffs,<br>v.<br>Llano County, *et al.*,<br>  Defendants,<br>and<br>The State of Texas,<br>  Intervenor-Defendant. | Case No. 1:22-cv-424-RP |

### State of Texas's Notice of Withdrawal Of Motion to Intervene

The State of Texas hereby withdraws its Motion to Intervene (Dkt. No. 41), which is currently pending. The State no longer seeks to be added to this case as an intervenor-defendant.

Dated August 1, 2022.                     Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Shawn E. Cowles
Deputy Attorney General for Civil Litigation

Christopher D. Hilton
Chief, General Litigation Division

/s/ *Landon A. Wade*
Landon A. Wade
*Attorney in Charge*
Texas Bar No. 24098560

Todd A. Dickerson
Texas Bar No. 24118368

Assistant Attorneys General

Leif A. Olson
Special Counsel
State Bar No. 24032801

Office of the Attorney General
P.O. Box 12548 (MC-019)
Austin, Texas 78711-2548
(512) 463-2120
landon.wade@oag.texas.gov
todd.dickerson@oag.texas.gov
leif.olson@oag.texas.gov

**Counsel for the State of Texas**

**Certificate of Service**

I certify that on August 1, 2022, this motion was filed with the Court through its CM/ECF system, which automatically serves all counsel of record.

/s/ *Landon A. Wade*
Assistant Attorney General