IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § | |
| Defendants. | § § § | |

## AGREED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before September 23, 2022.

2. The parties will exchange Initial Disclosures (FRCP 26(a)(1)) on August 22, 2022.

3. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before September 22, 2022, and each opposing party shall respond, in writing, on or before September 29, 2022. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

4. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before August 5, 2022.

5.  The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before <u>November 18, 2022</u>.

6.  The parties shall complete all fact discovery on or before <u>March 31, 2023.</u>

7.  All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>February 17, 2023</u>.  Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>March 17, 2023</u>.  All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

8.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

9.  The parties shall complete all expert discovery on or before <u>May 19, 2023</u>.

10. Motions for summary judgment shall be filed as follows:

    a.  Defendants' motion for summary judgment shall be filed on or before <u>June 9, 2023,</u> and shall be limited to 20 pages.

    b.  Plaintiffs' response and cross-motion for summary judgment shall be filed on or before <u>June 23, 2023</u>, and shall be limited to 30 pages.

    c. Defendants' response to Plaintiffs' cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment shall be filed on or before <u>July 7, 2023,</u> and shall be limited to 30 pages.

    d. Plaintiffs' reply brief in support of the cross-motion shall be filed no later than <u>July 21, 2023,</u> and shall be limited to 10 pages.

11. All parties reserve the right to move for a stay of proceedings in the District Court in the event of an interlocutory appeal.

12. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

13. This case is set for <u>Jury</u> trial commencing at 9:00 a.m. on <u>October 16</u>, 20<u>23</u>.

By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on 2nd day of August, 2022.

                                        ROBERT PITMAN
                                        UNITED STATES DISTRICT JUDGE