IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § <br> § <br> § |
| Plaintiffs, | § Civil Action No. 1:22-cv-00424-RP <br> § |
| v. | § **[PROPOSED] ORDER GRANTING** <br> § **PLAINTIFFS' MOTION TO COMPEL** |
| Llano County, *et al.*, | § **DISCOVERY RESPONSES** <br> § |
| Defendants. | § <br> § <br> § |

The Court, having reviewed all materials submitted in support of Plaintiffs' Motion to Compel Discovery Responses, and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **GRANTS** Plaintiffs' Motion as follows:

Within five days of the issuance of this order, Defendants are ordered to produce:

1. A report reflecting which books were removed from Llano County's public library shelves from March 31, 2022 to May 11, 2022;

2. A report reflecting which books remained on Llano County's public library shelves as of June 28, 2022, even though they had not been checked out in the past three years.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Robert Pitman
United States District Judge