IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, ET AL., § <br> Plaintiffs, § <br> v. § <br> § <br> LLANO COUNTY, ET AL., § <br> Defendants. § <br> § | No. 1:22-CV-424-RP |

## ORDER SETTING HEARING

The court hereby **SETS** Plaintiffs' Opposed Motion to Compel Discovery Responses (Dkt. #57)[1] for hearing on **August 10, 2022, at 2:00 p.m**. in Courtroom Eight on the seventh floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.

The court **ORDERS** the parties to participate in a meet and confer to attempt to resolve this motion without court intervention and to file a joint notice no later than **August 10, 2022**, identifying the issues that have been resolved and the remaining outstanding issues.

SIGNED August 3, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was referred by United States District Judge Robert Pitman to the undersigned for resolution as to the merits pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

1