**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Leila Green Little, *et al.*,

    Plaintiffs,

       v.

Llano County, *et al.*,

    Defendants.

Civil Action No. 1:22-cv-00424-RP

## DECLARATION OF SARAH SALOMON

I, Sarah Salomon, declare:

1.     I am an attorney at BraunHagey & Borden LLP and counsel of record for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently to the facts stated herein.

2.     Attached hereto as **Exhibit 1** are Defendants' Responses to Plaintiffs' First Set of Interrogatories.

3.     Attached hereto as **Exhibit 2** are the excerpts of Defendant Amber Milum's deposition that are cited in Plaintiffs' Reply in support of their Motion for a Preliminary Injunction.

4.     Attached hereto as **Exhibit 3** are the excerpts of Defendant Jerry Don Moss's deposition that are cited in Plaintiffs' Reply in support of their Motion for a Preliminary Injunction.

5.     Attached hereto as **Exhibit 4** are the excerpts of Defendant Bonnie Wallace's deposition that are cited in Plaintiffs' Reply in support of their Motion for a Preliminary Injunction.

6.      Attached hereto as **Exhibit 5** is a document produced by Defendant Milum reflecting contemporaneous notes regarding requests she received from community members, Defendant Cunningham, and Defendant Moss to remove certain books from library shelves.

7.      Attached hereto as **Exhibit 6** is an April 5, 2022 email chain between Defendant Wallace, Defendant Milum and others on the Library Board regarding book purchases for Bibliotheca.

8.      Attached hereto as **Exhibit 7** is an April 13, 2022 email chain with Defendant Wallace, Defendant Milum and others on the Library Board regarding books that the Library Board wanted removed from a recent purchase of materials from Bibliotheca.

9.      As set forth in Plaintiffs' concurrently-filed Motion to Compel, Defendants have obstructed expedited discovery after agreeing to respond to it in full.

10.     On June 22, 2022, Defendants made a production of documents. However, the list of books Defendants have removed from shelves from March 31, 2022 to May 11, 2022 (when the expedited discovery motion was filed) was not included in the production, even though that list is responsive to Plaintiffs expedited Requests for Production 1 and 4. To date, Defendants have only identified the books that were weeded between January 1, 2021 and March 31, 2022, though Defendant Milum confirmed on the record at her deposition that she could easily run a report for books that had been deleted through the present.

11.     Defendants have also refused to produce responsive discovery that would challenge their supposed "legitimate" bases for weeding the books identified in Plaintiffs' Preliminary Injunction Motion. During her deposition, Defendant Milum explained that, according to the Library System's standard weeding procedure, a book is weeded if it is not checked out at least within three years. Defendant Milum further confirmed that she could pull a

report of books that currently remain on shelves even though they have not been checked out in the last three years. However, Defendants have also refused to produce that report.

12.     Furthermore, despite clear instructions in Plaintiffs' Requests for Production to produce documents "in their native format," Defendants produced all emails as PDFs stripped of any metadata and without their attachments. Plaintiffs have raised this issue with Defendants multiple times without resolution. Defendants also appear to have made an incomplete production that does not include Yahoo emails sent by library personnel in their official capacities.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:  July 29, 2022                    By:     _Sarah Salomon_____
                                                         Sarah Salomon

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

Leila Green Little, *et al.*,
Plaintiffs,

v.

Llano County, *et al.*,
Defendants,
and
The State of Texas,
Intervenor-Defendant.

Case No. 1:22-CV-00424-RP

## DEFENDANTS' RESPONSE TO PLAINTIFFS' INTERROGATORIES TO DEFENDANT LLANO COUNTY SET ONE

TO:   **Plaintiffs,** Leila Green Little, et al., by and through their attorneys of record, Ellen Leonida, BraunHagey & Borden, LLP, 351 California Street, 10th Floor, San Francisco, CA 94104, and Ryan A. Botkin, Wittliff | Cutter PLLC, 1209 Nueces Street, Austin, Texas 78701; **Defendants,** Llano County, et al., by and through their attorneys of record, Dwain K. Rogers, Llano County Attorney, Matthew L. Rienstra, First Assistant County Attorney, 801 Ford Street, Llano, Texas 78643, and by Intervenors, Ken Paxton, Attorney General of Texas, Brent Webster, First Assistant Attorney General, Shawn E. Cowles, Deputy Attorney General for Civil Litigation, Christopher D. Hilton, Chief, General Litigation Division, Landon A. Wade, Attorney in Charge, P.O. Box 12548 (MC-019), Austin, Texas 78711.

**COMES NOW** Defendant, Llano County, in the above entitled and numbered cause and serves its objections and answers to Plaintiff's First Set of Discovery Requests.

Respectfully submitted,

By: _Dwain K. Rogers_
**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney
**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Objections, Answers, and Responses to Plaintiff's First Set of Discovery Requests was served by facsimile and electronic mail on this the 22nd day of June 2022, to the following:

**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

## OBJECTIONS TO DEFINITIONS

Objection is made to the following definition, "INAPPROPRIATE CONTENT", as used in Plaintiff's Interrogatories to Defendant, for the following reasons:

a. Assumes facts not in evidence;

b. Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

c. The definitions are overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

## INTERROGATORIES

### INTERROGATORY NO. 1:

IDENTIFY any MATERIALS that were RESTRICTED or removed from the LIBRARY SYSTEM from June 2021 to present that YOU have reason to believe were RESTRICTED or removed on the basis of INAPPROPRIATE CONTENT.

### OBJECTION:

Objection is made as to the definition of "INAPPROPRIATE CONTENT," as it:

a. Assumes facts not in evidence;

b. Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

c. The definition is overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

### RESPONSE:

Subject to the above objection and without waiving same Llano County relies on the answer of Amber Milum, the Llano County Library System director, to wit:

"The only physical books that were removed or restricted were the "butt" books[1], "fart" books[2] and "In the Night Kitchen." The "butt" books and "In the Night Kitchen" were located in the children's

---

[1] "butt" books – "I Need A New Butt!", "I Broke My Butt!", "My Butt is So Noisy!" – Author, Dawn McMillan

[2] "fart" books – "Harvey the Heart Had Too Many Farts", Gary The Goose and His Gas on The Loose", "Freddie the Farting Snowman", Larry The Farting Leprechaun" – Author, Jane Bexley

section of the Llano library. The "fart" books were ordered and delivered yet were never placed in the children's section.

The children's section is an area of the library in which books are located for young readers between the age of one and ten years of age. "Butt" books and "fart" books are picture books that, according to the publisher, are for ages between one and eight years of age.

"Butt" books are children picture books depicting small children displaying their naked buttocks to various individuals, some of whom are adults.

"Fart" books are also picture books.

SIGNED on _____, 2022.

**Ron Cunningham, Llano County Judge**
801 Ford Street, Room 101
Llano, Texas 78643

On behalf of this Defendant, we have made the above Objections.

**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

Leila Green Little, *et al.*,
Plaintiffs,

v.

Llano County, *et al.*,
Defendants,
and
The State of Texas,
Intervenor-Defendant.

Case No. 1:22-CV-00424-RP

## DEFENDANTS' RESPONSE TO PLAINTIFFS' INTERROGATORIES TO DEFENDANT AMBER MILUM, SET ONE

TO:   **Plaintiffs,** Leila Green Little, et al., by and through their attorneys of record, Ellen Leonida, BraunHagey & Borden, LLP, 351 California Street, 10th Floor, San Francisco, CA 94104, and Ryan A. Botkin, Wittliff | Cutter PLLC, 1209 Nueces Street, Austin, Texas 78701; **Defendants,** Llano County, et al., by and through their attorneys of record, Dwain K. Rogers, Llano County Attorney, Matthew L. Rienstra, First Assistant County Attorney, 801 Ford Street, Llano, Texas 78643, and by Intervenors, Ken Paxton, Attorney General of Texas, Brent Webster, First Assistant Attorney General, Shawn E. Cowles, Deputy Attorney General for Civil Litigation, Christopher D. Hilton, Chief, General Litigation Division, Landon A. Wade, Attorney in Charge, P.O. Box 12548 (MC-019), Austin, Texas 78711.

   **COMES NOW** Defendant, Amber Milum, in the above entitled and numbered cause and serves her objections and answers to Plaintiff's First Set of Discovery Requests.

Respectfully submitted,

By: ⟨signature⟩ Dwain K. Rogers
**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney
**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Objections, Answers, and Responses to Plaintiff's First Set of Discovery Requests was served by facsimile and electronic mail on this the 22nd day of June 2022, to the following:


**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

2

## OBJECTIONS TO DEFINITIONS

Objection is made to the following definition, "INAPPROPRIATE CONTENT", as used in Plaintiff's Interrogatories to Defendant, for the following reasons:

    a.    Assumes facts not in evidence;

    b.    Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

    c.    The definitions are overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

## INTERROGATORIES

### INTERROGATORY NO. 1:

IDENTIFY any MATERIALS that were RESTRICTED or removed from the LIBRARY SYSTEM from June 2021 to present that YOU have reason to believe were RESTRICTED or removed on the basis of INAPPROPRIATE CONTENT.

### OBJECTION:

Objection is made as to the definition of "INAPPROPRIATE CONTENT," as it:

    a.    Assumes facts not in evidence;

    b.    Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

    c.    The definition is overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

### RESPONSE:

Subject to the above objection and without waiving same, the only physical books that were removed or restricted were the "butt" books[1], "fart" books[2] and "In the Night Kitchen," by Maurice Sendak. The "butt" books and "In the Night Kitchen" were located in the children's section of the

---

[1] "butt" books – "I Need A New Butt!", "I Broke My Butt!", "My Butt is So Noisy!" – Author, Dawn McMillan
[2] "fart" books – "Harvey the Heart Had Too Many Farts", Gary The Goose and His Gas on The Loose", "Freddie the Farting Snowman", Larry The Farting Leprechaun" – Author, Jane Bexley

Llano library. The "fart" books were ordered and delivered yet were never placed in the children's section.

The children's section is an area of the library in which books are located for young readers between the age of one and ten years of age. "Butt" books and "fart" books are picture books that, according to the publisher, are for ages between one and eight years of age.

"Butt" books are children picture books depicting small children displaying their naked buttocks to various individuals, some of whom are adults.

"Fart" books are also picture books.


SIGNED on _6-22_____, 2022.


**Amber Milum**
102 E. Haynie Street
Llano, Texas 78643


On behalf of this Defendant, we have made the above Objections.


**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
dwain.rogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Leila Green Little, *et al.*,
Plaintiffs,

v.

Llano County, *et al.*,
Defendants,
and
The State of Texas,
Intervenor-Defendant.

Case No. 1:22-CV-00424-RP

## DEFENDANTS' RESPONSE TO PLAINTIFFS' INTERROGATORIES TO DEFENDANT JERRY DON MOSS, SET ONE

TO:   **Plaintiffs,** Leila Green Little, et al., by and through their attorneys of record, Ellen Leonida,
BraunHagey & Borden, LLP, 351 California Street, 10th Floor, San Francisco, CA 94104, and
Ryan A. Botkin, Wittliff | Cutter PLLC, 1209 Nueces Street, Austin, Texas 78701;
**Defendants,** Llano County, et al., by and through their attorneys of record, Dwain K. Rogers,
Llano County Attorney, Matthew L. Rienstra, First Assistant County Attorney, 801 Ford Street,
Llano, Texas 78643, and by Intervenors, Ken Paxton, Attorney General of Texas, Brent
Webster, First Assistant Attorney General, Shawn E. Cowles, Deputy Attorney General for
Civil Litigation, Christopher D. Hilton, Chief, General Litigation Division, Landon A. Wade,
Attorney in Charge, P.O. Box 12548 (MC-019), Austin, Texas 78711.

     **COMES NOW** Defendant, Jerry Don Moss, in the above entitled and numbered cause and

serves his objections and answers to Plaintiff's First Set of Discovery Requests.

Respectfully submitted,

By: _Dwain K. Rogers_
**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney
**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Objections, Answers, and Responses to Plaintiff's First Set of Discovery Requests was served by facsimile and electronic mail on this the 22nd day of June 2022, to the following:

**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

## OBJECTIONS TO DEFINITIONS

Objection is made to the following definition, "INAPPROPRIATE CONTENT", as used in Plaintiff's Interrogatories to Defendant, for the following reasons:

a.   Assumes facts not in evidence;

b.   Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

c.   The definitions are overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

## INTERROGATORY

## INTERROGATORY NO. 1:

IDENTIFY any MATERIALS that were RESTRICTED or removed from the LIBRARY SYSTEM from June 2021 to present that YOU have reason to believe were RESTRICTED or removed on the basis of INAPPROPRIATE CONTENT.

## OBJECTION:

Objection is made as to the definition of "INAPPROPRIATE CONTENT," as it:

a.   Assumes facts not in evidence;

b.   Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

c.   The definition is overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

## RESPONSE:

Subject to the above objection and without waiving same, Jerry Don Moss relies on the answer of Amber Milum, the Llano County Library System director, to wit:

"The only physical books that were removed or restricted were the "butt" books[1], "fart" books[2] and "In the Night Kitchen", by Maurice Sendak.  The "butt" books and "In the Night Kitchen" were

---

[1] *"butt" books – "I Need A New Butt!", "I Broke My Butt!", "My Butt is So Noisy!" – Author, Dawn McMillan*
[2] *"fart" books – "Harvey the Heart Had Too Many Farts", Gary The Goose and His Gas on The Loose", "Freddie the Farting Snowman", Larry The Farting Leprechaun" – Author, Jane Bexley*

located in the children's section of the Llano library. The "fart" books were ordered and delivered yet were never placed in the children's section.

The children's section is an area of the library in which books are located for young readers between the age of one and ten years of age. "Butt" books and "fart" books are picture books that, according to the publisher, are for ages between one and eight years of age.

"Butt" books are children picture books depicting small children displaying their naked buttocks to various individuals, some of whom are adults.

"Fart" books are also picture books.

SIGNED on _6-22_, 2022.

**Jerry Don Moss**
2001 N. State Hwy 16, Suite B
Llano, Texas 78643

On behalf of this Defendant, we have made the above Objections.

**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| Leila Green Little, *et al.*,<br>Plaintiffs,<br>v.<br>Llano County, *et al.*,<br>Defendants,<br>and<br>The State of Texas,<br>Intervenor-Defendant. | Case No. 1:22-CV-00424-RP |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' INTERROGATORIES TO DEFENDANT BONNIE WALLACE, SET ONE

TO:   **Plaintiffs,** Leila Green Little, et al., by and through their attorneys of record, Ellen Leonida, BraunHagey & Borden, LLP, 351 California Street, 10th Floor, San Francisco, CA 94104, and Ryan A. Botkin, Wittliff | Cutter PLLC, 1209 Nueces Street, Austin, Texas 78701; **Defendants,** Llano County, et al., by and through their attorneys of record, Dwain K. Rogers, Llano County Attorney, Matthew L. Rienstra, First Assistant County Attorney, 801 Ford Street, Llano, Texas 78643, and by Intervenors, Ken Paxton, Attorney General of Texas, Brent Webster, First Assistant Attorney General, Shawn E. Cowles, Deputy Attorney General for Civil Litigation, Christopher D. Hilton, Chief, General Litigation Division, Landon A. Wade, Attorney in Charge, P.O. Box 12548 (MC-019), Austin, Texas 78711.

   **COMES NOW** Defendant, Bonnie Wallace, in the above entitled and numbered cause and serves her objections and answers to Plaintiff's First Set of Discovery Requests.

Respectfully submitted,

By: _Dwain K. Rogers_
**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney
**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants Objections, Answers, and Responses to Plaintiff's First Set of Discovery Requests was served by facsimile and electronic mail on this the 22nd day of June 2022, to the following:


**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

2

## **OBJECTIONS TO DEFINITIONS**

Objection is made to the following definitions, "LIBRARY BOARD", "SEXUAL CONTENT", and "INAPPROPRIATE CONTENT", as used in Plaintiff's Request for Admissions, for the following reasons:

a.  Assumes facts not in evidence;

b.  Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

c.  The definitions are overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

## **INTERROGATORIES**

### **INTERROGATORY NO. 1:**

IDENTIFY any MATERIALS that were RESTRICTED or removed from the LIBRARY SYSTEM from June 2021 to present that YOU have reason to believe were RESTRICTED or removed on the basis of INAPPROPRIATE CONTENT.

### **OBJECTION:**

Objection is made as to the definition of "INAPPROPRIATE CONTENT," as it:

a.  Assumes facts not in evidence;

b.  Not relevant, Defendant has not filed an answer to the Plaintiff's complaint with any defensive contention regarding: "INAPPROPRIATE CONTENT";

c.  The definition is overbroad as applied to how the Llano County community views the term "INAPPROPRIATE" or its antonym Appropriate.

### **RESPONSE:**

I am a private citizen and not an employee of the county. The only knowledge I possess is second hand. I have <u>heard</u> that "butt" books[1] were removed and possibly "In the Night Kitchen", by Maurice Sendak.

---

[1] *"butt" books – "I Need A New Butt!", "I Broke My Butt!", "My Butt Is So Noisy!" – Author, Dawn McMillan*

3

SIGNED on _____, 2022.


**Bonnie N. Wallace**
1681 R.R. 2323
Llano, Texas 78643



On behalf of this Defendant, we have made the above Objections.


**Dwain K. Rogers**
Attorney in Charge
Texas Bar No. 00788311
County Attorney

**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020

Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
dwain.rogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

4

# EXHIBIT 2

```
1                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
2                         AUSTIN DIVISION
3    LEILA GREEN LITTLE, ET     *
     AL.,                       *
4                               *
     PLAINTIFFS,                *
5                               * CIVIL ACTION NO.
     VS.                        * 1:22-CV-00424-RP
6                               *
     LLANO COUNTY, ET AL.,      *
7                               *
     DEFENDANTS                 *
8
9
          ********************************************
10             ORAL AND VIDEOTAPED DEPOSITION OF
                         AMBER MILUM
11                      JUNE 28, 2022
                     (REPORTED REMOTELY)
12        ********************************************
13
14             ORAL AND VIDEOTAPED DEPOSITION OF AMBER
15   MILUM, produced as a witness at the instance of the
16   PLAINTIFF(S), and duly sworn, was taken in the
17   above-styled and numbered cause on JUNE 28, 2022,
18   from 9:14 A.M. to 1:19 P.M., before AMY PRIGMORE,
19   CSR, in and for the State of Texas, reported by
20   stenographic means, at the offices of THE WITNESS,
21   Llano, Texas, pursuant to the Federal Rules of
22   Civil Procedure, the First Emergency Order
23   Regarding the COVID-19 State of Disaster, and the
24   provisions stated on the record or attached hereto.
25
```

Page 1

```
 1                  A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFF(S):
        (REMOTELY)
 4           Pratik Ghosh
             Ellen V. Leonida
 5           Sarah Salomon
             BRAUN HAGEY & BORDEN LLP
 6           351 California Street 10th Floor
             San Francisco, CA 94104
 7           ghosh@braunhagey.com
             415-599-0210
 8
 9
        FOR THE DEFENDANT(S):
10      (REMOTELY)
             Dwain K. Rogers
11           LLANO COUNTY ATTORNEY
             Llano County Courthouse
12           801 Ford Street
             Llano, Texas 78643
13           325-247-7733
14
15      FOR THE DEFENDANT(S):
        (REMOTELY)
16           Jonathan F. Mitchell
             MITCHELL LAW PLLC
17           111 Congress Avenue, Suite 400
             Austin, Texas 78701
18           512-686-3940
             jonathan@mitchell.law
19
20
        FOR THE DEFENDANT(S), STATE OF TEXAS:
21           Landon A. Wade
             TEXAS ATTORNEY GENERAL
22           300 W 15th St, 10th Flr
             Austin TX 78701
23           landon.wade@oag.texas.gov
24
25

                                        Page 2
```

1    ALSO  PRESENT  (REMOTELY):

          Austin  Redcay,  Videographer

2         Taleaka  Yates

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  3

```
1                  P R O C E E D I N G S

2                        * * *

3              THE VIDEOGRAPHER:  We are on the        09:14:13

4     record at 9:14 a.m.  This begins the video recorded  09:14:33

5     deposition of Amber Milum, taken in the matter of    09:14:37

6     Leila Green Little, et al, versus Llano County, et    09:14:42

7     al.                                                   09:14:47

8              This deposition is being held             09:14:48

9     remotely.  My name Austin Redcay, and I'm the        09:14:49

10    videographer.  The court reporter is Amy Prigmore,    09:14:53

11    both of us representing Veritext.                     09:14:55

12             Will counsel please introduce             09:14:57

13    themselves for the record, after which the reporter  09:14:59

14    will swear in the witness.                            09:15:01

15             MR. GHOSH:  My name is Pratik Ghosh.       09:15:02

16    That is P-R-A-T-I-K, G-H-O-S-H, of the law firm of    09:15:04

17    Braun Hagey & Borden, on behalf of Plaintiffs.        09:15:10

18             MR. ROGERS:  My name is Dwain             09:15:13

19    Rogers, D-W-A-I-N, R-O-G-E-R-S, Llano County          09:15:14

20    attorney, representing the County and Amber Milum.    09:15:18

21             MR. MITCHELL:  Jonathan Mitchell,          09:15:23

22    J-O-N-A-T-H-A-N, M-I-T-C-H-E-L-L, of Mitchell Law,    09:15:26

23    LLC, representing the County and Amber Milum.         09:15:33

24                  AMBER MILUM,

25    having been first duly sworn, testified as follows:
```

Page 6

```
 1          And then it goes on to -- to describe        09:39:37

 2    MUSTIE.                                            09:39:39

 3          Do -- do you see where it says that?         09:39:41

 4      A.  Yes.                                         09:39:42

 5      Q.  Directly under that, it says:  Decisions are 09:39:42

 6    based on some combination of these criteria; that  09:39:46

 7    is, an item will probably not be discarded based on 09:39:48

 8    meeting only one of these criteria.                09:39:52

 9          Do you agree with that statement?            09:39:54

10      A.  Yes.                                         09:39:56

11      Q.  Then it goes on to say:  Other criteria that 09:40:02

12    might also be considered include age, condition,   09:40:10

13    frequency of use/circulation, multiple -- multiple 09:40:13

14    copies, and currency/accuracy.                     09:40:17

15          Do you agree with that sentence?             09:40:20

16      A.  Yes.                                         09:40:22

17      Q.  Okay.  Within the -- the CREW weeding        09:40:23

18    method, is there any principle that states that    09:40:34

19    librarians should remove books that they disagree  09:40:40

20    with?                                              09:40:44

21      A.  I'm sorry.  Repeat that again.               09:40:45

22      Q.  Sure.  Within the CREW review method, are    09:40:48

23    there any principles that state that librarians    09:40:55

24    should remove books that they disagree with?       09:40:59

25      A.  No.                                          09:41:01
```

                                                    Page 24

```
 1    the -- who put the book in the library?          09:50:04

 2        A.  I -- I don't remember.                    09:50:06

 3        Q.  Okay.  Do you remember weeding the book?  09:50:07

 4        A.  No.                                        09:50:11

 5        Q.  Let's go to another book that was removed 09:50:14

 6    that same day, called, Being Jazz, My Life as a   09:50:20

 7    (Transgender) Teen, by Jazz Jennings.             09:50:27

 8            Do you have any knowledge of this title?  09:50:29

 9        A.  Yes.                                       09:50:31

10        Q.  Okay.  And what is your, I guess, knowledge 09:50:31

11    of the title?                                     09:50:35

12        A.  I -- I've seen it on the shelves.  I've   09:50:37

13    never read it.                                    09:50:39

14        Q.  Okay.  It looks like this book was also   09:50:40

15    weeded on November 12, 2021.                      09:50:46

16            Is that right?                            09:50:48

17        A.  Yes.                                       09:50:48

18        Q.  Do you know why it was weeded?            09:50:50

19        A.  Because it had not been getting checked out. 09:50:57

20        Q.  And is -- is the practice -- is -- is the -- 09:50:59

21    what is the rule with regards to a book that isn't 09:51:07

22    checked out very frequently?                      09:51:11

23        A.  If it's not getting checked out at least  09:51:11

24    within three years, we will weed it, because it's 09:51:15

25    just -- it's wasting space, when we could put     09:51:21
```

Page 31

| | | |
|---|---|---|
| 1 | something else on the shelves. | 09:51:25 |
| 2 | Q.  Okay.  And is it your testimony today that | 09:51:25 |
| 3 | that was the only reason why Being Jazz was weeded? | 09:51:32 |
| 4 | A.  Yes. | 09:51:37 |
| 5 | Q.  It wasn't weeded for any other reason? | 09:51:38 |
| 6 | A.  No. | 09:51:40 |
| 7 | Q.  I just want to direct your attention -- | 09:51:40 |
| 8 | actually, before I do that, if I wanted to check | 09:51:51 |
| 9 | out, Caste: The Origins of Our Discontents, would I | 09:51:53 |
| 10 | be able to do that from the Llano County Library, | 09:52:00 |
| 11 | assuming I had a library card? | 09:52:05 |
| 12 | A.  It doesn't look like it's in the system, but | 09:52:06 |
| 13 | if we had it, you would be able to. | 09:52:08 |
| 14 | Q.  And it looks like that book was, in fact, | 09:52:10 |
| 15 | checked out last January, January 22nd, and two | 09:52:13 |
| 16 | more times other than that. | 09:52:18 |
| 17 | Do you see that? | 09:52:20 |
| 18 | A.  Yes. | 09:52:20 |
| 19 | Q.  Okay.  So, given that it has been checked | 09:52:20 |
| 20 | out in the last three years, at least three times, | 09:52:25 |
| 21 | do you know why it would be weeded? | 09:52:30 |
| 22 | A.  I -- I don't.  I don't know.  It -- it could | 09:52:32 |
| 23 | have been damaged, when they brought it back.  I -- | 09:52:40 |
| 24 | I don't remember that -- that one. | 09:52:46 |
| 25 | Q.  Okay.  I just want to direct your attention | 09:52:47 |

Page 32

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:06:23 |
| 2 | Q.  Okay.  So on August 5th, 2021, you wrote -- | 10:06:24 |
| 3 | or actually, I -- I have the order wrong.  So | 10:06:29 |
| 4 | strike that. | 10:06:31 |
| 5 | It looks like Mr. Cunningham wrote to you, | 10:06:39 |
| 6 | on the morning of Thursday, August 5th:  Amber, I | 10:06:41 |
| 7 | am still receiving calls, letters, and e-mails, | 10:06:46 |
| 8 | concerning the farts, and butts books.  I think it | 10:06:48 |
| 9 | is best to remove these books from the shelves for | 10:06:51 |
| 10 | now.  Thank you, Ron Cunningham. | 10:06:53 |
| 11 | Do you see that? | 10:06:58 |
| 12 | A.  Yes. | 10:06:58 |
| 13 | Q.  Okay.  So here, Mr. Cunningham is telling | 10:06:59 |
| 14 | you to remove these books from the shelves at the | 10:07:04 |
| 15 | library, because of complaints. | 10:07:06 |
| 16 | Is that right? | 10:07:08 |
| 17 | MR. ROGERS:  Objection; assumes | 10:07:09 |
| 18 | facts not in evidence. | 10:07:17 |
| 19 | Q.  (BY MR. GHOSH)  You can answer. | 10:07:17 |
| 20 | A.  Yes. | 10:07:19 |
| 21 | Q.  Okay.  The reason that there were complaints | 10:07:19 |
| 22 | is because certain individuals, certain patrons, | 10:07:21 |
| 23 | found these books offensive. | 10:07:24 |
| 24 | Is that right? | 10:07:25 |
| 25 | MR. ROGERS:  Same objection. | 10:07:34 |

Page 42

1          A.   Yes.                                    10:07:25
2          Q.   (BY MR. GHOSH)   Okay.   So the reason you   10:07:26
3     ultimately removed these books from the shelves is   10:07:29
4     because certain individuals found these books      10:07:30
5     offensive?                                         10:07:33
6               MR. ROGERS:   Same objection.            10:07:34
7          A.   Yes.                                    10:07:35
8          Q.   (BY MR. GHOSH)   And you were directed to do   10:07:36
9     so by one of the individuals you described as your   10:07:42
10    supervisor, Mr. Ron Cunningham.                    10:07:44
11              Is that right?                           10:07:46
12         A.   Yes.                                    10:07:46
13         Q.   Okay.   A few hours later, you respond to   10:07:47
14    Mr. Cunningham's e-mail, on Thursday, August 5th,   10:07:54
15    2021, at what looks like 11:38 a.m.               10:07:57
16              You write:   Yes, sir.   Commissioner Moss   10:08:00
17    suggested that as well.   The, quote, unquote, fart   10:08:02
18    books have never been on the shelves.   I will     10:08:05
19    delete them out of the system.   The other two,    10:08:08
20    quote, unquote, butt books have been checked out.   10:08:11
21    So I am waiting for them to return so I can delete   10:08:13
22    them as well.   I'm sorry for all the problems.    10:08:16
23              So were these the only books that were   10:08:27
24    causing what you describe as problems in the       10:08:30
25    library?                                          10:08:33

                                            Page 43

```
1      A.  No.                                        10:38:28

2      Q.  Okay.  Other than -- you know, you -- you  10:38:31

3   said you made the decision to purchase these butt  10:38:38

4   and fart books because you thought they would, you 10:38:41

5   know, have some value to children who wanted to    10:38:44

6   read.                                              10:38:46

7        Is that right?                                10:38:46

8      A.  Yes.                                        10:38:46

9      Q.  Did any patrons request that you purchase  10:38:48

10  these books?                                       10:38:53

11     A.  No.                                         10:38:54

12     Q.  Okay.  In the last year, have any patrons  10:38:54

13  requested that you purchase books regarding the    10:39:03

14  LGBTQ subject area?                                10:39:06

15     A.  Probably.  I don't know off the top of my  10:39:08

16  head.                                              10:39:18

17     Q.  Okay.  So -- so when you say probably, I   10:39:18

18  guess, what are you basing that answer off of?     10:39:25

19     A.  I know that I've had a few.  I -- I just   10:39:27

20  don't know when they were or what they were.  I    10:39:39

21  don't -- I don't remember.                         10:39:43

22     Q.  Got it.  And -- and just like certain people 10:39:43

23  were angry about these, you know, quote, butt or   10:39:52

24  fart books, you also received letters and e-mails  10:39:55

25  that you produced to us, of people that had        10:39:58
```

Page 55

| | | |
|---|---|---|
| 1 | books on this list? | 10:54:48 |
| 2 | MR. ROGERS:  Same objection. | 10:54:51 |
| 3 | A.  It wasn't to review books on this list. | 10:54:52 |
| 4 | Q.  (BY MR. GHOSH)  Oh, okay.  So, what was it | 10:54:55 |
| 5 | for, then? | 10:54:57 |
| 6 | A.  It was to just review every book on our | 10:54:58 |
| 7 | shelf, to get -- to know what we actually had, | 10:55:01 |
| 8 | because we were all new to the -- to the library. | 10:55:03 |
| 9 | Q.  And that happened in November of 2021? | 10:55:08 |
| 10 | A.  November or December. | 10:55:11 |
| 11 | Q.  Okay.  So after you received this list, you | 10:55:18 |
| 12 | did a comprehensive review of every book in your | 10:55:21 |
| 13 | library, just to see what you had? | 10:55:24 |
| 14 | A.  Yes. | 10:55:26 |
| 15 | Q.  Okay.  How -- how often do you do a | 10:55:26 |
| 16 | comprehensive review of every book in the library? | 10:55:30 |
| 17 | A.  We do a -- a weeding every August. | 10:55:32 |
| 18 | Q.  And what does -- what -- were you at the | 10:55:39 |
| 19 | meeting in August 2019? | 10:55:43 |
| 20 | A.  What meeting? | 10:55:52 |
| 21 | Q.  The -- the one you just testified to, the | 10:55:53 |
| 22 | one where you conduct sort of this comprehensive | 10:55:55 |
| 23 | review of books. | 10:55:58 |
| 24 | A.  Oh.  Just every August, each library will | 10:56:00 |
| 25 | either print out a report, or go to the shelves, | 10:56:04 |

Page 67

| | | |
|---|---|---|
| 1 | year? | 11:03:14 |
| 2 | A.   No.   Most people will look at our catalog, | 11:03:14 |
| 3 | and if they don't see it, then they know it's not | 11:03:25 |
| 4 | in our system. | 11:03:28 |
| 5 | Q.   Okay.   But nobody has specifically come to | 11:03:29 |
| 6 | you, asking for that book, or other similar books? | 11:03:31 |
| 7 | A.   I -- I don't recall.   We could have it on | 11:03:34 |
| 8 | our request list. | 11:03:36 |
| 9 | Q.   Okay.   Okay. | 11:03:36 |
| 10 | Here, it says there is a book -- and I will | 11:03:42 |
| 11 | highlight it for you right now.   It's this column | 11:03:48 |
| 12 | right here (indicating). | 11:03:50 |
| 13 | And under the purchased by category, it says | 11:03:50 |
| 14 | that you purchased the book, and it was added to | 11:03:53 |
| 15 | the system October 22nd, 2020.   And the book is | 11:03:55 |
| 16 | called, How to Be an Antiracist. | 11:03:59 |
| 17 | Do you remember that book? | 11:04:03 |
| 18 | A.   A little bit.   I remember the title. | 11:04:04 |
| 19 | Q.   Okay.   Do you know how this book made its | 11:04:10 |
| 20 | way onto Ms. Wallace's list? | 11:04:14 |
| 21 | A.   No. | 11:04:16 |
| 22 | Q.   Okay.   Is that a book that you were ever | 11:04:18 |
| 23 | asked to remove? | 11:04:24 |
| 24 | A.   No. | 11:04:26 |
| 25 | Q.   Okay.   Did you ever restrict any books | 11:04:26 |

Page  74

```
 1    related -- actually, strike that, please.          11:04:33
 2          If I were to say the acronym, CRT, would it   11:04:37
 3    mean anything to you?                               11:04:43
 4       A.  Critical race theory.                        11:04:44
 5       Q.  Okay.  And you're familiar with that term,   11:04:46
 6    generally?                                          11:04:50
 7       A.  A little, yeah.                              11:04:50
 8       Q.  Does the library keep books about that       11:04:51
 9    subject matter, critical race theory?               11:04:55
10       A.  I believe we have the book at the Kingsland  11:04:57
11    Library.                                            11:05:02
12       Q.  Okay.  Were you ever asked to restrict       11:05:02
13    access to that book?                                11:05:05
14       A.  No.                                          11:05:07
15       Q.  Okay.  You never put that book behind the    11:05:07
16    front desk so that people would have to ask you for 11:05:20
17    it?                                                 11:05:24
18       A.  I believe I did, yeah.                       11:05:25
19       Q.  And --                                       11:05:26
20       A.  But we also have other books back there for  11:05:28
21    people to ask for.                                  11:05:31
22       Q.  And how do you determine when a book, you    11:05:32
23    know, gets put behind your desk, versus put up on a 11:05:36
24    shelf for everybody to see?                         11:05:40
25       A.  It -- it just depends on -- on, like, what   11:05:41
```

Page 75

| | | |
|---|---|---|
| 1 | of these books were in our teen area.  So it -- it | 11:12:18 |
| 2 | was just probably one that it -- it wasn't getting | 11:12:23 |
| 3 | checked out as much as it should. | 11:12:26 |
| 4 | Q.  How about this?  Let me ask a slightly | 11:12:28 |
| 5 | different question. | 11:12:32 |
| 6 | Did you remove every single book that wasn't | 11:12:32 |
| 7 | checked out for three years, or slightly less? | 11:12:34 |
| 8 | A.  Probably, yeah, so that way, we could get | 11:12:37 |
| 9 | new books in that area. | 11:12:42 |
| 10 | Q.  So there are currently no books in the Llano | 11:12:43 |
| 11 | County Library that haven't been checked out for | 11:12:51 |
| 12 | three years, or slightly less? | 11:12:53 |
| 13 | A.  No.  There -- there probably is, yes. | 11:12:55 |
| 14 | Q.  Okay.  And the reason why Spinning and Shine | 11:13:01 |
| 15 | were selected to be weeded is because you looked at | 11:13:04 |
| 16 | them because Ms. Wallace had them on her list. | 11:13:08 |
| 17 | Isn't that right? | 11:13:11 |
| 18 | MR. ROGERS:  Objection; misstates | 11:13:12 |
| 19 | testimony. | 11:13:13 |
| 20 | A.  I'm sorry.  Repeat that. | 11:13:14 |
| 21 | Q.  (BY MR. GHOSH)  The reason that Shine and | 11:13:15 |
| 22 | Spinning were selected to be weeded and reviewed to | 11:13:19 |
| 23 | be weeded, as opposed to other books, were because | 11:13:22 |
| 24 | Ms. Wallace had them on her list. | 11:13:27 |
| 25 | Isn't that right? | 11:13:31 |

Page 81

| | | |
|---|---|---|
| 1 | two -- within the last three years. | 11:15:53 |
| 2 | A.  Right. | 11:15:57 |
| 3 | Q.  But it was still weeded. | 11:15:57 |
| 4 | A.  And sometimes, we would -- we used to check | 11:15:59 |
| 5 | out new books, other books, to our display.  And | 11:16:01 |
| 6 | so, that would actually show a checkout.  But then | 11:16:04 |
| 7 | when you would go and look at the report, a person | 11:16:07 |
| 8 | might not have checked it out, you know, but it was | 11:16:09 |
| 9 | on display four times, or -- you -- you know. | 11:16:12 |
| 10 | It -- it could have been that as well.  I don't | 11:16:14 |
| 11 | recall. | 11:16:16 |
| 12 | Q.  Yeah.  And are you able to -- to pull a | 11:16:16 |
| 13 | report, in -- in your sort of ordinary course, of | 11:16:20 |
| 14 | books that haven't been checked out in the last | 11:16:26 |
| 15 | three years, but are still on the shelf? | 11:16:28 |
| 16 | A.  Yes.  I could probably do a report like | 11:16:30 |
| 17 | that. | 11:16:34 |
| 18 | MR. GHOSH:  Okay.  I -- I think | 11:16:42 |
| 19 | we're going to take a break in one second.  Dwain, | 11:16:43 |
| 20 | we -- we would like to request that -- that report. | 11:16:46 |
| 21 | I understand you may have | 11:16:50 |
| 22 | objections, and -- and, you should state them on | 11:16:51 |
| 23 | the record now.  But we would just like to make | 11:16:53 |
| 24 | that document request, if possible. | 11:16:55 |
| 25 | MR. ROGERS:  All right. | 11:17:01 |

Page 84

| | | |
|---|---|---|
| 1 | MR. GHOSH:  And to be clear about | 11:17:02 |
| 2 | it, we're just asking for the spreadsheet of books | 11:17:03 |
| 3 | that have not been checked out in the past three | 11:17:07 |
| 4 | years, but are still available to be checked out | 11:17:09 |
| 5 | from the library system. | 11:17:11 |
| 6 | And if -- and sorry.  Court | 11:17:14 |
| 7 | Reporter, if you could just wait for Mr. Rogers to | 11:17:16 |
| 8 | lodge any response or objection before going off | 11:17:19 |
| 9 | the record.  I don't want to cut him off. | 11:17:22 |
| 10 | MR. ROGERS:  Sure.  And I guess -- I | 11:17:25 |
| 11 | guess the first thing I would object to is that it | 11:17:27 |
| 12 | sounds like that document doesn't exist.  And I | 11:17:29 |
| 13 | don't think we have a -- an RFP on file that would | 11:17:32 |
| 14 | be -- that that would necessarily even be | 11:17:37 |
| 15 | responsive to. | 11:17:42 |
| 16 | But, I guess, if we can -- perhaps, | 11:17:50 |
| 17 | what we can do, Pratik, is talk offline and -- | 11:17:52 |
| 18 | MR. GHOSH:  Yeah.  That -- that's | 11:17:56 |
| 19 | totally fine.  I just wanted to give you the | 11:17:57 |
| 20 | opportunity -- I made a request.  I didn't want | 11:17:58 |
| 21 | to -- I didn't want to have the last request for no | 11:18:00 |
| 22 | reason -- | 11:18:02 |
| 23 | (Multiple voices.) | 11:18:03 |
| 24 | MR. ROGERS:  Understood. | 11:18:03 |
| 25 | Understood.  But I will lodge those objections at | 11:18:04 |

Page 85

| | | |
|---|---|---|
| 1 | have been deleted for that. | 11:45:18 |
| 2 | Q.  You don't -- you don't know that it was | 11:45:22 |
| 3 | damaged, correct? | 11:45:24 |
| 4 | A.  Correct. | 11:45:25 |
| 5 | Q.  One way or another? | 11:45:25 |
| 6 | A.  Right.  I -- I don't remember. | 11:45:27 |
| 7 | Q.  And there's no actual record of it being | 11:45:29 |
| 8 | damaged.  There's not, like, a piece of paper that | 11:45:33 |
| 9 | says, hey, these books were damaged when we | 11:45:34 |
| 10 | reviewed them. | 11:45:36 |
| 11 | A.  No. | 11:45:37 |
| 12 | Q.  Okay.  But there is a record of Ms. Wallace | 11:45:37 |
| 13 | complaining about it, and disagreeing with it, and | 11:45:44 |
| 14 | calling books like this filth, right? | 11:45:50 |
| 15 |         MR. ROGERS:  Objection; assumes | 11:45:56 |
| 16 | facts not in evidence, vague. | 11:45:58 |
| 17 | Q.  (BY MR. GHOSH)  You can answer the question. | 11:45:59 |
| 18 | A.  In the e-mail, yes. | 11:46:01 |
| 19 | Q.  And shortly after she made that description | 11:46:02 |
| 20 | of this book, it was removed, right? | 11:46:06 |
| 21 | A.  Yes. | 11:46:08 |
| 22 | Q.  The next book, Being Jazz, My Life as a | 11:46:08 |
| 23 | (Transgender) Teen -- Teen, sorry, by Jazz | 11:46:16 |
| 24 | Jennings.  This book was on Ms. Wallace's list, | 11:46:19 |
| 25 | right? | 11:46:25 |

Page 92

| | | |
|---|---|---|
| 1 | Ms. Bonnie Wallace asked that the board get | 12:02:29 |
| 2 | approval rights for any new purchases you make on | 12:02:32 |
| 3 | the library? | 12:02:41 |
| 4 | A.  Yes. | 12:02:42 |
| 5 | Q.  And what was your reaction to that? | 12:02:42 |
| 6 | A.  I went and, I believe, gave them a list of | 12:02:44 |
| 7 | what we were looking at. | 12:02:59 |
| 8 | Q.  Okay.  Has the library board ever sought to | 12:03:00 |
| 9 | reverse or change any purchasing decisions that | 12:03:16 |
| 10 | you've made? | 12:03:19 |
| 11 | A.  Yes. | 12:03:19 |
| 12 | Q.  Okay.  And how many times has that happened? | 12:03:22 |
| 13 | A.  Once. | 12:03:26 |
| 14 | Q.  Okay.  Do you know when that occurred? | 12:03:28 |
| 15 | A.  Possibly March. | 12:03:38 |
| 16 | Q.  Okay.  And do you know what the objection -- | 12:03:50 |
| 17 | what the board's objection was to the books you | 12:03:55 |
| 18 | purchased or you wanted to purchase, I guess? | 12:03:59 |
| 19 | A.  They didn't believe that the patrons would | 12:04:02 |
| 20 | check them out. | 12:04:06 |
| 21 | Q.  Okay.  And did they give you a reason why? | 12:04:09 |
| 22 | A.  They didn't believe that it was right for | 12:04:11 |
| 23 | our demographics. | 12:04:17 |
| 24 | Q.  For -- for which demographic? | 12:04:18 |
| 25 | A.  Llano County. | 12:04:22 |

Page 105

| | | |
|---|---|---|
| 1 | whole thing, and adults were -- were around.  Just | 12:36:54 |
| 2 | like the -- the butt book. | 12:37:01 |
| 3 | Q.  I see.  And was In the Night Kitchen meant | 12:37:02 |
| 4 | for adults? | 12:37:11 |
| 5 | A.  No. | 12:37:11 |
| 6 | Q.  This was another children's book. | 12:37:12 |
| 7 | Is that right? | 12:37:14 |
| 8 | A.  Yes. | 12:37:14 |
| 9 | Q.  Okay.  And these complaints were | 12:37:15 |
| 10 | principally -- were they by adults or were they | 12:37:23 |
| 11 | made by children? | 12:37:25 |
| 12 | A.  Neither. | 12:37:26 |
| 13 | Q.  So, who -- who made these complaints? | 12:37:26 |
| 14 | A.  No one made a complaint about the book.  It | 12:37:28 |
| 15 | was brought to our attention, when we were going | 12:37:32 |
| 16 | through everything, the -- the collection. | 12:37:36 |
| 17 | Q.  And why was this book removed without any | 12:37:38 |
| 18 | complaints? | 12:37:48 |
| 19 | A.  With everything that was going on and being | 12:37:48 |
| 20 | said, and us looking through our collection, about | 12:37:59 |
| 21 | all of the sexual content or nudity, that book just | 12:38:06 |
| 22 | kind of fell into the -- the nudity part.  And so, | 12:38:14 |
| 23 | it was just being looked at more. | 12:38:21 |
| 24 | Q.  And so, the major concern here was that you | 12:38:23 |
| 25 | really didn't want to incite any sort of | 12:38:26 |

Page 129

| | | |
|---|---|---|
| 1 | unnecessary controversy or backlash where you | 12:38:30 |
| 2 | didn't need to. | 12:38:33 |
| 3 | Is that right? | 12:38:34 |
| 4 | A.  Right. | 12:38:34 |
| 5 | Q.  Okay.  So it was just kind of easier to just | 12:38:35 |
| 6 | remove these books -- this book specifically? | 12:38:40 |
| 7 | A.  With -- with the content in it, and that it | 12:38:43 |
| 8 | was a very old book.  Yes, it was getting checked | 12:38:52 |
| 9 | out.  It was kind of worn.  So that just kind of, | 12:38:57 |
| 10 | you know, went with it, for -- for me to -- to weed | 12:39:02 |
| 11 | it. | 12:39:06 |
| 12 | Q.  Got it.  I want to talk about -- actually, | 12:39:06 |
| 13 | let -- let's just go back to In the Night Kitchen | 12:39:14 |
| 14 | just very briefly. | 12:39:18 |
| 15 | Did you -- did you have, like, a record of | 12:39:19 |
| 16 | the book being worn? | 12:39:22 |
| 17 | A.  No.  It -- it's mainly when -- when we're | 12:39:23 |
| 18 | looking at them, assessing, you know, the whole | 12:39:27 |
| 19 | book.  But it -- I -- I believe that book was added | 12:39:31 |
| 20 | in '99.  So it did have some -- some wear on it. | 12:39:34 |
| 21 | Q.  But it was -- it was still being checked | 12:39:41 |
| 22 | out, right -- | 12:39:43 |
| 23 | A.  Yes. | 12:39:43 |
| 24 | Q.  -- by -- by patrons? | 12:39:43 |
| 25 | A.  Yes, it was. | 12:39:44 |

Page 130

| | | |
|---|---|---|
| 1 | Q. It was a popular book. | 12:39:45 |
| 2 | Was there any thought about maybe just | 12:39:48 |
| 3 | replacing it? | 12:39:50 |
| 4 | A. I -- I'm not sure if that was on my list or | 12:39:50 |
| 5 | not. | 12:39:55 |
| 6 | Q. Okay. | 12:39:57 |
| 7 | A. Possibly. | 12:39:58 |
| 8 | Q. Yeah. I just briefly want to go back to | 12:39:59 |
| 9 | November of 2021 now. You had received a sort of | 12:40:03 |
| 10 | directive, from commissioner -- or sorry, County | 12:40:13 |
| 11 | Judge Cunningham, as a result of the list that | 12:40:17 |
| 12 | Bonnie Wallace had circulated to him and others. | 12:40:22 |
| 13 | And you began what you describe as a compressive | 12:40:25 |
| 14 | review of books for depictions of nudity, and other | 12:40:27 |
| 15 | content like that. | 12:40:30 |
| 16 | Is that right? | 12:40:30 |
| 17 | A. Yes. | 12:40:31 |
| 18 | MR. ROGERS: Object as compound, | 12:40:32 |
| 19 | vague, misstating testimony. | 12:40:33 |
| 20 | Q. (BY MR. GHOSH) Okay. You said that you | 12:40:38 |
| 21 | conducted this review, with other individuals. | 12:40:40 |
| 22 | Is that right? | 12:40:43 |
| 23 | A. Yes. | 12:40:44 |
| 24 | Q. Okay. When you were conducting this review | 12:40:44 |
| 25 | of content, for things that may have been offensive | 12:40:52 |

Page 131

```
1    COUNTY OF HARRIS
2    STATE OF TEXAS

3

4                    REPORTER'S CERTIFICATE

5

6         I, AMY PRIGMORE, Certified Shorthand
7    Reporter in and for the State of Texas, hereby
8    certify that this transcript is a true record of
9    the testimony given remotely by the witness named
10   herein, after said witness was duly sworn remotely
11   by me.
12        I further certify that the deposition
13   transcript was submitted on _____,
14   _____ to the witness or to the attorney for the
15   witness for examination, signature, and return to
16   me by _____, _____.
17        I further certify the amount of time used
18   by each party at the deposition is as follows:
19             Pratik Ghosh - (00h00m)
               Dwain K. Rogers - (00h00m)
20             Jonathan F. Mitchell - (00h00m)
               Landon A. Wade - (00h00m)
21

22        I further certify that I am neither
23   attorney nor counsel for, related to, nor employed
24   by any of the parties to the action in which this
25   testimony was taken.  Further, I am not a relative
```

Page 157

1    or employee of any attorney of record in this

2    cause, nor do I have a financial interest in the

3    action.

4            SUBSCRIBED AND SWORN TO by the undersigned

5    on this the 5TH day of JULY, 2022.

6

7

8

9

10

11

12

13

14

     AMY PRIGMORE, Texas, CSR 3929

15    Expiration Date:  4/30/2023

16

17

18

19

20

21

22

23

24

25

                                          Page 158

# EXHIBIT 3

1                IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
2                      AUSTIN DIVISION
3    Leila Green Little, et        §
     al.,                          §
4                                  §        Civil Action No.
           Plaintiffs,             §        1:22-cv-00424-RP
5                                  §
     v.                            §
6                                  §
     Llano County, et al.,         §
7                                  §
           Defendants.             §
8    ─────────────────────────────────────────────────
9          REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
10                      JERRY DON MOSS
11                      June 28, 2022

12   ─────────────────────────────────────────────────
13            REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
14   JERRY DON MOSS, located in the Law Library, Llano
15   County Courthouse, 801 Ford Street Llano, Texas,
16   produced as a witness at the instance of the
17   Plaintiffs, and duly sworn, taken in the above-styled
18   and numbered cause on June 28, 2022, from 1:31 p.m. to
19   4:18 p.m., before Joseph D. Hendrick, Certified
20   Shorthand Reporter in and for the State of Texas,
21   reported by machine shorthand, pursuant to Notice and
22   the Federal Rules of Civil Procedure and any provisions
23   stated on the record or attached hereto.
24
25   Job No. 5299892

                                            Page 1

```
 1                    A P P E A R A N C E S
               (All Appearing Remotely Via Zoom)
 2
      FOR THE PLAINTIFFS:
 3         Ellen V. Leonida
           Sarah Salomon
 4         Pratik Ghosh
           BRAUNHAGEY & BORDEN LLP
 5         351 California Street, 10th Floor
           San Francisco, CA 94104
 6         (415) 599-0210
           leonida@braunhagey.com
 7         salomon@braunhagey.com
           ghosh@braunhagey.com
 8
      FOR THE DEFENDANTS:
 9         Dwain K. Rogers
           LLANO COUNTY ATTORNEY
10         801 Ford Street
           Llano, TX 78643
11         (325) 247-7733
           drogers@co.llano.tx.us
12
           Jonathan F. Mitchell
13         MITCHELL LAW PLLC
           111 Congress Avenue, Suite 400
14         Austin, TX 78701
           (512) 686-3940
15         jonathan@mitchell.law
16    ALSO PRESENT:
           Landon A. Wade
17         Office of the Attorney General of Texas
           209 W. 14th St.
18         Austin, TX 78701-1614
19         Norm Harris, Videographer
20
21
22
23
24
25
                                              Page 2
```

```
1                          - - -

2                P R O C E E D I N G S

3             (June 28, 2022 - 1:31 p.m.)

4                          - - -

5                  THE VIDEOGRAPHER:  We are going on the

6       record at 1:31 p.m.

7                  My name is Norm Harris representing

8       Veritext.

9                  The date today is June the 28th, 2022.

10                  This deposition is being conducted remotely

11      using virtual technology and is being taken by counsel

12      for the plaintiff.

13                  The caption of the case is Leila Green

14      Little, et al., versus Llano County, et al.

15                  This case is filed in the United States

16      District Court, Western District of Texas, Austin

17      Division, Case Number 1:22-cv-00424-RP.

18                  The name of the witness is Jerry Don Moss.

19                  Attorneys, please state your appearance as

20      well as your location.

21                  MS. LEONIDA:  This is Ellen Leonida for

22      plaintiffs, and I am in San Francisco, California.

23                  MR. ROGERS:  Dwain Rogers, Llano County

24      Attorney for the County and Commissioner Moss, and I am

25      in Llano, Texas.
```

Page 5

1           MR. MITCHELL:  Jonathan Mitchell, counsel

2     for the County and Commissioner Moss, from Mitchell

3     Law, PLLC.  I am in Austin, Texas.

4           THE VIDEOGRAPHER:  Okay.  Our court

5     reporter will swear in the witness.

6           THE REPORTER:  Would you raise your right

7     hand, please.

8           THE WITNESS:  (Complied)

9           THE REPORTER:  Do you swear or affirm that

10    the testimony you are about to give in this case will

11    be the truth, the whole truth, and nothing but the

12    truth, so help you God?

13          THE WITNESS:  I do.

14                      JERRY DON MOSS

15       having been duly sworn, testified as follows:

16                      EXAMINATION

17    BY MS. LEONIDA:

18       Q.    Good afternoon, Mr. Moss.

19       A.    Good afternoon.  How are you?

20       Q.    I'm well.  How are you?

21       A.    Good.

22       Q.    Have you ever been deposed before?

23       A.    No, ma'am.

24       Q.    Have you ever had to testify about

25    anything?

                                           Page 6

1    renting the meeting room.

2         Q.    Okay.  So I want to talk now about the

3    Materials Selection Policy.  And having learned my

4    lesson from the last two series of questions, I'm just

5    going to put it on the screen for you now.

6         A.    Thank you.  Okay.

7         Q.    So, can you see this Materials Selection

8    Policy?

9         A.    Yes, ma'am.

10        Q.    And this is the policy that applies now

11   from August of twenty oh -- from 2006 to now, it's the

12   current policy, right?

13        A.    I believe so.

14        Q.    Can you read the highlighted part of that

15   policy?  I can make it bigger for you.

16        A.    Do you want me to read it out loud?

17        Q.    Yes, please.

18        A.    Just the highlighted part?

19        Q.    Just the highlighted part.

20        A.    "'In no case should any book be excluded

21   because of race or nationality or the political or

22   religious views of the writer.  There should be the

23   fullest practicable -- practicable provision of

24   material presenting all points of view concerning the

25   problems and issues of our times ... international,

                                        Page 34

1    national and local; and media or other reading

2    materials of sound factual authority should not be

3    proscribed or removed from the library shelves because

4    of partisan or doctrinal disapproval'.   The library

5    does not promulgate particular beliefs or view -- or

6    views, nor is the selection of any given media

7    equivalent or -- to endorsement of the viewpoint of the

8    author expressed" herein.   "...therein."   Sorry.

9         Q.     Thank you.  Do you -- do you agree with

10   that, with that, personally --

11        A.     Yes --

12        Q.     -- that policy?

13        A.     Yes, I do.

14        Q.     And that is definitely the county's policy,

15   correct?

16        A.     Yes, ma'am, I think so.

17        Q.     So, the fact that a book exists in Llano

18   County Library System doesn't mean that -- that the

19   county agrees with what that book says, correct?

20        A.     Will you repeat that?

21        Q.     Sure.  The fact that a book is in the Llano

22   County Library System doesn't mean that Llano County

23   agrees with what that book says, does it?

24        A.     I -- I don't -- I don't guess.  I don't

25   know.  I don't have any idea what all the books are in

                                              Page 35

1    things you want me to look at.  Huh.  Yeah, I see some

2    of that.

3         Q.    Okay.  Just let me know when you're done.

4    I have -- I --

5         A.    Okay.

6         Q.    -- just have some follow-up questions about

7    this.

8         A.    Okay.  Hold on a second, please.  Okay.

9    I've read all of that that is on the screen.

10        Q.    Okay.  So the first question that I have is

11   you see there's a reference there that I highlighted

12   about, "Commissioner Moss and Judge Cunningham have

13   instructed Amber, the head librarian, to remove certain

14   books..."?

15        A.    I see that.

16        Q.    Okay.  What books were those?

17        A.    There's something missing there and any --

18   any books that I have talked to her about, which, once

19   again was strictly my opinion, I made it very clear

20   that she doesn't work under me, but was a book out -- a

21   couple of books out of the children's section of the

22   library -- not out of the library.  The -- there's --

23   to answer the second part of that question, there's

24   a -- the butt books that we had talked about earlier,

25   and I just seen the -- a part of one of them that was

                                        Page 46

1    never on the shelf to start with as far as I

2    understand, and then there's a book that's called, It's

3    Perfectly Normal that was in the ten-and-under section

4    that shows people having sex.

5              Did I answer your question?

6         Q.    Yes, so those are -- those are the books

7    that Ms. -- is it Ms. or Mrs. Wells?

8         A.    I don't have no idea.

9         Q.    Okay.

10        A.    Well, I guess it's Mrs. Wells.

11        Q.    So those are the books that Mrs. Wells is

12   talking about when she says that -- that you and Judge

13   Cunningham have instructed Amber, the head librarian,

14   to remove certain books?

15        A.    I assume so.  But I don't know what Judge

16   Cunningham has done or hasn't done.

17        Q.    Okay.  Did you have a meeting with

18   Mrs. Wells, do you remember having a meeting with

19   Mrs. Wells around the time of this email?

20        A.    I am horrible with timelines, so I'm not

21   sure about the time of this email, but I have met with

22   Ms. Wells before.

23        Q.    Okay.  Were some of those meetings before

24   Thanksgiving of last year?

25        A.    I think so, yes.

                                        Page 47

1          REPORTER'S CERTIFICATION

2          DEPOSITION OF JERRY DON MOSS

3                June 28, 2022

4          I, Joseph D. Hendrick, Notary Public and

5     Certified Shorthand Reporter in the State of Texas,

6     hereby certify to the following:

7                That the Witness, JERRY DON MOSS, was duly

8     sworn by the officer and that the transcript of the

9     oral deposition is a true record of the testimony given

10    by the witness;

11               I further certify that pursuant to FRCP

12    Rule 30(f)(1) the signature of the deponent:

13               X      was requested by the deponent or

14    a party before the completion of the deposition and is

15    to be returned within 30 days from date of receipt of

16    the transcript;

17               _____ was not requested by the

18    deponent or a party before the completion of the

19    deposition;

20               I further certify that the amount of time

21    used by each party is as follows:

22               Ellen V. Leonida - 02:29:42

23               Sarah Salomon - 00:00:00

24               Pratik Ghosh - 00:00:00

25               Dwain K. Rogers - 00:00:00

                                          Page 103

1             Jonathan F. Mitchell - 00:00:00

2             I further certify that I am neither counsel

3     for, related to, nor employed by any of the parties or

4     attorneys in the action in which this proceeding was

5     taken;

6             Further, I am not a relative or employee of

7     any attorney of record, nor am I financially or

8     otherwise interested in the outcome of the action.

9             Subscribed and sworn to on this date:

10    July 3, 2022.

11

12

13

14

15

16

17

18

              Joseph D. Hendrick, CSR #947

19            Expiration Date: 04/30/2023

              Notary Comm. Exp. 01/13/23

20            Veritext Legal Solutions

              Firm Registration No. 571

21            300 Throckmorton Street, Ste. 1600

              Fort Worth, TX  76102

22            Telephone (800) 336-4000

23

24

25

                                              Page 104

# EXHIBIT 4

1              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
2                       AUSTIN DIVISION
3      LEILA GREEN LITTLE, et        )
       al.,                          )
4                                    )
              Plaintiffs,            )
5                                    ) CIVIL ACTION
       v.                            ) NO. 1:22-cv-00424-RP
6                                    )
       LLANO COUNTY, et al.,         )
7                                    )
              Defendants.            )
8
9
10        REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
11                     BONNIE WALLACE
12               Wednesday, June 29, 2022
13
14         REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
15     BONNIE WALLACE, produced as a witness at the instance of
16     the Plaintiffs, Leila Green Little, et al., and duly
17     sworn, was taken in the above-styled and numbered cause
18     on the 29th of June, 2022, from 11:03 a.m. to 3:17 p.m.,
19     before Sharon Ross, Certified Shorthand Reporter in and
20     for the State of Texas, reported remotely by
21     computerized stenotype machine, pursuant to the Texas
22     Rules of Civil Procedure and/or any provisions stated on
23     the record or attached hereto.
       Reported by:
24     SHARON ROSS, Texas CSR #1961,
       Hawaii CSR #432, RMR, CRR, CRC
25     Realtime Systems Administrator

                                                   Page 1

```
 1                        APPEARANCES
 2

    For Plaintiffs Leila Green Little, et al.:
 3        Ms. Sarah Salomon (via webconference)
 4        Ms. Ellen V. Leonida (via webconference)
          Mr. Pratik Ghosh (via webconference, when noted)
 5        BRAUNHAGEY & BORDEN LLP
          351 California Street, 10th Floor
 6        San Francisco, California  94104
          415.599.0210
 7        Salomon@braunhagey.com
          Leonida@braunhagey.com
 8        Ghosh@braunhagey.com
 9

    For Defendants Llano County, et al.:
10        Mr. Dwain K. Rogers (via webconference)
11        Llano County Attorney
          Mr. Matthew Rienstra (via webconference)
12        First Assistant County Attorney
          Llano County Courthouse
13        801 Ford Street, Room 111
          Llano, Texas  78643
14        325.247.7733
          Drogers@co.llano.tx.us
15        Mrienstra@co.llano.tx.us
16             - and -
17        Mr. Jonathan Mitchell (via webconference)
          MITCHELL LAW PLLC
18        111 Congress Avenue, Suite 400
          Austin, Texas  78701
19        512.686.3940
          Jonathan@mitchell.law
20

21   Also Present:
22        Mr. Landon Wade
23        Ms. TaLeakca Yates
24

25

                                          Page 2
```

| | | |
|---|---|---|
| 1 | PROCEEDINGS | 11:03 |
| 2 | THE VIDEOGRAPHER:  We are now on the record | 11:03 |
| 3 | for the video deposition of Bonnie Wallace. | 11:03 |
| 4 | The time is 11:03 a.m., June 29th, 2022, in | 11:03 |
| 5 | the matter of Leila Green Little, et al. versus Lane | 11:03 |
| 6 | County, et al., Civil Action No. 1:22-cv-00424 -- excuse | 11:03 |
| 7 | me; I said Lane County -- Llano County, et al., Civil | 11:03 |
| 8 | Action No. 1:22-cv-00424-RP, being held in the United | 11:03 |
| 9 | States District Court for the Western District of Texas, | 11:03 |
| 10 | Austin Division. | 11:03 |
| 11 | The court reporter is Sharon Ross.  The | 11:03 |
| 12 | videographer is Gus Phillips, and both are | 11:03 |
| 13 | representatives of Veritext Court Reporting. | 11:03 |
| 14 | Will counsel please state their appearances | 11:03 |
| 15 | for the record, beginning with the plaintiff? | 11:03 |
| 16 | MS. SALOMON:  Good morning, everyone.  This | 11:03 |
| 17 | is Sarah Salomon of BraunHagey & Borden on behalf of | 11:04 |
| 18 | plaintiffs. | 11:04 |
| 19 | MR. ROGERS:  Good morning.  Dwain Rogers, | 11:04 |
| 20 | Llano County Attorney, representing Defendant and | 11:04 |
| 21 | defending the deposition today. | 11:04 |
| 22 | MR. MITCHELL:  Jonathan Mitchell from | 11:04 |
| 23 | Mitchell Law PLLC representing the defendants. | 11:04 |
| 24 | THE VIDEOGRAPHER:  Will the court reporter | 11:04 |
| 25 | please administer the oath? | 11:04 |

Page 6

```
 1              THE REPORTER:  Okay.  Ms. Wallace, if you

 2   could raise your right hand, please, I will place you

 3   under oath.

 4                    BONNIE WALLACE,

 5   having been first duly sworn, testified as follows:

 6                     EXAMINATION

 7   BY MS. SALOMON:

 8       Q.  Good morning, Ms. Wallace.  How are you doing      11:04

 9   today?                                                     11:04

10       A.  I'm blessed.  How are you today, Sarah?            11:04

11       Q.  Doing well.  Could you please state your full      11:04

12   name for the record?                                       11:04

13       A.  Yes.  My name is Bonnie Wallace.                   11:04

14       Q.  And, Ms. Wallace, have you been deposed before?    11:04

15       A.  I have, but many years ago.                        11:04

16       Q.  Since it's been many years ago, I'm just going     11:05

17   to go over a couple of, you know, ground rules for         11:05

18   today's proceedings so that we're on the same page.        11:05

19   Does that sound good?                                      11:05

20       A.  Yes, ma'am.                                        11:05

21       Q.  So even though we're appearing virtually, per      11:05

22   the oath you swore, all the answers that you will -- you   11:05

23   give today have to be completely true and accurate just    11:05

24   as if you were testifying in court.                        11:05

25              Do you understand that?                         11:05
```

Page 7

| | | |
|---|---|---|
| 1 | exhibit as Exhibit 26. | 11:40 |
| 2 | Q. (BY MS. SALOMON) And, Ms. Wallace, you see | 11:40 |
| 3 | here that this is on Chair Matt Krause's letterhead? | 11:40 |
| 4 | A. I see that. | 11:40 |
| 5 | Q. And do you understand this to be the letter | 11:40 |
| 6 | transmitting that long list of books that you just | 11:40 |
| 7 | mentioned? | 11:40 |
| 8 | A. I've never seen the letter before; but if you | 11:40 |
| 9 | say it is, then I'll take your word for it. | 11:40 |
| 10 | Q. Got it. So I'll represent to you that the list | 11:40 |
| 11 | that you were describing was attached to this letter. | 11:40 |
| 12 | A. That's fair. | 11:40 |
| 13 | Q. And Mr. Krause says to "Please identify how | 11:40 |
| 14 | many copies of each book" on the -- "in the attached | 11:41 |
| 15 | addendum" are in your district. | 11:41 |
| 16 | And then he also goes on to say, "Please | 11:41 |
| 17 | identify any other books or content in your district" on | 11:41 |
| 18 | "the following topics: Human sexuality, sexually | 11:41 |
| 19 | transmitted diseases, or human immunodeficiencies | 11:41 |
| 20 | various (HIV) or acquired immune deficiency syndrome | 11:41 |
| 21 | (AIDS), sexually explicit images, graphic" | 11:41 |
| 22 | representations "of sexual behavior that is in violation | 11:41 |
| 23 | of the law or contain materials that might make students | 11:41 |
| 24 | feel discomfort, guilt, anguish, or any ... form of | 11:41 |
| 25 | psychological distress because of their race or sex or | 11:41 |

Page 31

1    convey that a student, by virtue of their race or sex,    11:41

2    is inherently racist, sexist, or oppressive, whether    11:41

3    consciously or unconsciously."    11:41

4            So that's a book of subjects that    11:41

5    Representative Krause is asking districts to determine    11:42

6    if they have books in those subjects on the shelves,    11:42

7    right?    11:42

8            MR. ROGERS:   I'll object to the extent she    11:42

9    may not have personal knowledge, therefore, calls for    11:42

10   speculation.    11:42

11       Q.   (BY MS. SALOMON)   You can go ahead.    11:42

12       A.   It appear -- it appears to be, yes.    11:42

13       Q.   And fair to say that Representative Krause is    11:42

14   indicating some concern about the appropriateness of    11:42

15   such topics?    11:42

16       A.   Apparently so.    11:42

17       Q.   So in or around November 2021, you were part of    11:42

18   a community group that was looking at the Krause list;    11:42

19   is that right?    11:42

20       A.   I had never seen it.    11:42

21       Q.   Were you --    11:42

22       A.   I mean, I never -- I've still never seen it    11:43

23   until your letter right now and that wasn't the list,    11:43

24   but I've heard about it.    11:43

25       Q.   Got it.   So you've heard about it?    11:43

Page 32

1     Q.   (BY MS. SALOMON)   Did you have any                11:53

2  conversations in the two weeks after sending the          11:53

3  pornographic filth email with anybody about what you had  11:53

4  raised?                                                    11:53

5     A.   Yes.                                               11:53

6     Q.   Who did you have conversations with?               11:53

7     A.   Many, many, many people who were surprised at     11:53

8  the copy of the picture of the blowjob from Gender         11:53

9  Queer.                                                     11:54

10    Q.   Did you have a verbal conversation with            11:54

11 Mr. Cunningham in those --                                 11:54

12    A.   No.                                                11:54

13    Q.   -- two weeks?                                      11:54

14    A.   No.                                                11:54

15    Q.   Did you have a conversation with Mr. Jerry Don     11:54

16 Moss in those two weeks?                                   11:54

17    A.   No.                                                11:54

18    Q.   Did you have a conversation with any other        11:54

19 county commissioner in those two weeks?                    11:54

20    A.   No.                                                11:54

21    Q.   All right.   And you said earlier that you had     11:54

22 received a list of about 60 inappropriate books from      11:54

23 Ms. Jones?                                                 11:54

24    A.   Yes.                                               11:54

25    Q.   And just give me one second.                      11:54

Page 40

1          And you also attached a list of          11:55

2    inappropriate books to your email regarding pornographic    11:55

3    filth?                                          11:55

4        A.  Yes.  It was the same list.            11:55

5        Q.  So I'm going to mark this document as          11:55

6    Exhibit 29.                                     11:55

7                And you can see here on the furthest left    11:55

8    column that this is a list of books.  Is that right,    11:55

9    Ms. Wallace?                                    11:55

10               THE VIDEOGRAPHER:  Counsel, I apologize.    11:55

11   You've accidentally shared your whole desktop instead of    11:55

12   just the document.                              11:55

13               MS. SALOMON:  Oh.  No, I appreciate you    11:55

14   letting me know.  Let me -- let me redo that.    11:55

15       Q.  (BY MS. SALOMON)  Is that better?    11:56

16       A.  Yes.  That's correct, ma'am.          11:56

17               MS. SALOMON:  Thanks so much.  So I'm going    11:56

18   to mark this document as Exhibit 29.          11:56

19               (Wallace Exhibit 29 marked.)         11:56

20       Q.  (BY MS. SALOMON)  And, Ms. Wallace, you can see    11:56

21   here that this is a list of books, right?    11:56

22       A.  Yes, I see that.                       11:56

23       Q.  And this is a list of books that you had    11:56

24   circulated as the pornographic filth?        11:56

25       A.  Yes.                                   11:56

                                        Page 41

```
 1      Q.  Okay.                                        12:44

 2      A.  -- they're more detailed.                    12:44

 3      Q.  Got it.  And is there a subcommittee or      12:44

 4  committee that would do any kind of review of the    12:44

 5  appropriateness of books that are currently on the   12:44

 6  shelves?                                              12:44

 7      A.  Well, I would imagine that would be the      12:44

 8  acquisitions.  I don't serve on that, but I don't -- so  12:44

 9  I don't know, but I don't think that they've gotten that  12:44

10  far.                                                  12:44

11              We -- once the lawsuit hit, then we were --  12:44

12  we were paused.  We're on hiatus for the moment.      12:45

13      Q.  Okay.  And we spoke a little bit earlier about  12:45

14  Amber Milum.  She's the head librarian, right?        12:45

15      A.  Yes, ma'am.                                   12:45

16      Q.  And Ms. Milum has been tasked with getting the  12:45

17  library board statistics and reports, if needed?      12:45

18      A.  Correct.                                      12:45

19      Q.  And she could also, for example, get you      12:45

20  financials, if that was something that the finance    12:45

21  committee needed?                                     12:45

22      A.  Well, the finances are paid through the county  12:45

23  clerk.  So we get that kind of information usually from  12:45

24  the county clerk.                                     12:45

25      Q.  Okay.  Got it.  Is there any other way that   12:45
```

                                                    Page 68

```
 1    mistaken; and so you have access to everyone else's          14:23

 2    libraries as well.                                           14:23

 3              (Mr. Pratik Ghosh is now present.)                 14:23

 4        Q.  (BY MS. SALOMON)  But the Llano version of it        14:23

 5    does not have any access to children's or teens' books?      14:23

 6        A.  Correct.                                             14:23

 7        Q.  And do you recall any kind of conversation           14:23

 8    about why Llano would restrict access to teens' and          14:23

 9    children's books?                                            14:23

10        A.  Because of inappropriate content, I presume.         14:24

11        Q.  I'm going to mark an exhibit.                        14:24

12              MS. SALOMON:  So this -- and I believe,            14:24

13    Ms. Ross, we're up to Exhibit 37; is that right?             14:24

14              THE REPORTER:  Yes.                                14:24

15              MS. SALOMON:  Great.  Okay.  So I'm going          14:24

16    to mark this as Exhibit 37.                                  14:24

17              (Wallace Exhibit 37 marked.)                       14:24

18        Q.  (BY MS. SALOMON)  And I'll scroll through so         14:24

19    that you can read it.  Just let me know when you're          14:24

20    ready.                                                       14:25

21        A.  I'm ready.                                           14:25

22        Q.  So this email is a chain between you and Amber       14:25

23    Milum, cc'ing some others, related to a book order,          14:25

24    right?                                                       14:25

25        A.  Yes.                                                 14:25
```

Page 114

```
 1   board?                                                    14:40

 2        A.  No.                                              14:40

 3        Q.  Has it been presented to the commissioners'     14:40

 4   court?                                                    14:40

 5        A.  No.                                              14:40

 6        Q.  Has it been presented to any sec -- subsection   14:40

 7   of the commissioners' court for approval?                14:41

 8        A.  No.                                              14:41

 9        Q.  And so this portion that says "Electronic book   14:41

10   and audiobook collections must reflect the demographics  14:41

11   of the county (refer to most recent census and election  14:41

12   results report)," that is not the approved method of     14:41

13   selecting and vetting books for the online collection?   14:41

14        A.  We -- no.  We don't have a -- we don't have a    14:41

15   policy yet.  This was a draft.  This was, I believe, the  14:41

16   very first draft.                                         14:41

17             And then our board was paused for the           14:41

18   interim.  So it was never even presented to the board --  14:41

19   to the advisory board as a whole.                         14:42

20        Q.  Are you aware of whether anyone on the library   14:42

21   advisory board has collected census and election results  14:42

22   reports for purposes of book review?                      14:42

23        A.  I re -- I believe I forwarded the election       14:42

24   result report from the most recent primary that we had    14:42

25   to the committee -- to this collection committee.  I      14:42
```

Page 124

1    don't know about census information.                    14:42

2        Q.   But they -- they did receive the election     14:42

3    results report?                                          14:42

4        A.   Yes.  I sent it.                                14:42

5        Q.   And where did you get the election results     14:42

6    report?                                                  14:42

7        A.   I'm the Llano County GOP treasurer.  So I am   14:42

8    included when the results come out -- the reports come   14:42

9    out.                                                     14:42

10       Q.   And you sent that to -- sorry.  Just for        14:42

11   clarity's sake, you sent that to the collections          14:43

12   committee?                                                14:43

13       A.   I did.                                           14:43

14            MS. SALOMON:  I'm going to go ahead and          14:43

15   mark the next exhibit.  All right.  So this should be     14:43

16   Exhibit 41.                                               14:43

17            THE REPORTER:  40.                               14:43

18            THE WITNESS:  40.                                14:43

19            MS. SALOMON:  This should be Exhibit 40.         14:43

20   This is, like, embarrassing.  Okay.  This should be       14:43

21   Exhibit 40.                                               14:43

22            (Wallace Exhibit 40 marked.)                     14:43

23       Q.   (BY MS. SALOMON)  And I'll scroll for you.  All  14:44

24   right.  Let me know when you're ready.                    14:44

25       A.   I'm ready.                                       14:44

Page 125

1     Q.  So this is an email from Amber Milum dated    14:44

2  April 5th, 2022, to a bunch of different folks,    14:44

3  including yourself.    14:44

4     A.  It's to the library advisory board as a whole.    14:44

5     Q.  Got it.  And she says, "Hello, everyone.  I    14:44

6  have reviewed one of" the -- "of Anne's book lists that    14:44

7  she put together for us."  Excuse me.  "I went ahead and    14:44

8  purchased the list after I removed all of the young    14:44

9  adult and junior books from the list."    14:44

10       Do you see that?    14:45

11     A.  I do.    14:45

12     Q.  And so, as we discussed earlier, there was    14:45

13  concern about the young adult and junior books having    14:45

14  inappropriate content, right?    14:45

15     A.  Correct.    14:45

16     Q.  And then Amber says that aside from those    14:45

17  books, she went ahead and purchased the list?    14:45

18     A.  That's what she says.    14:45

19     Q.  Okay.  And -- sorry.  I actually didn't mean to    14:45

20  go off.  That was a mistake.  Where did it go?    14:45

21       And Amber references in this that it was    14:45

22  one of Anne's book lists.  Do you know who Anne is?    14:45

23     A.  Yes.  Anne was the acquisitions coordinator for    14:45

24  Bibliotheca.  She was one of them.    14:46

25     Q.  I see.  So she's one of the folks who had    14:46

Page 126

```
 1                    REPORTER'S CERTIFICATION
 2
 3        I, SHARON ROSS, Certified Shorthand Reporter, do
    hereby certify:
 4
          That on Wednesday, June 29, 2022, at 11:03 a.m.,
 5    appeared before me BONNIE WALLACE, the witness whose
    deposition is contained herein; that prior to being
 6    examined was by me duly sworn;
 7        That the deposition was taken down by me in machine
    shorthand and was thereafter reduced to typewriting;
 8    that the foregoing represents, to the best of my
    ability, a true and correct transcript of the
 9    proceedings had in the foregoing matter.
10        That a request for an opportunity to review and
    make changes to this transcript:
11
              Was made by the deponent or a party (and/or
12            their attorney) prior to the completion of
              the deposition.
13      X     Was not made by the deponent or a party
              (and/or their attorney) prior to the
14            completion of the deposition.
              Was waived.
15
16        I further certify that I am not an attorney for any
    of the parties hereto, nor in any way concerned with the
17    cause.
18        Dated July 5, 2022.
19
20
21
22
23        SHARON ROSS, HI CSR NO. 432,
24        TX CSR NO. 1961, CRR, RMR, CRC
25        Realtime Systems Administrator

                                              Page 144
```

# EXHIBIT 5

**Spoke to all about the 'butt' books**

July 9, 2021, 10:00 am----Rochell Wells

July 9, 2021, 12:30 pm---Kathy Tribble

July 9, 2021, 2:00 pm-----Jackie Cherico

July 9, 2021, 2:50 pm-----Vivian Koerner (spoke to Tina)

July 9, 2021, 4:30 pm-----Sidonie Thornton


July 13, 2021, 1:00 pm---- Amy Jordan

July 13, 2021, 2:30 pm----Sherry Simpson

July 16, 2021, 10:47 am---Jo Ares (through my personal Facebook messaging)

MILUM 4 RFP - 00578

EXHIBIT

5

8-5.21

2:24pm

i have deleted the (4) "fart" books from the System. I am waiting for the two "butt" books to be returned so i can delete them as well.

Chavee a

AM

Amber,
I am still receiving calls, letters and emails concerning the Farts and Butts books. I think it is best to remove these books from the shelves for now.
Thank you,

**Ron Cunningham**
Llano County Judge
325.247.7730
801 Ford Street
Suite 101
Llano, Texas 78643
**Judge Ron Cunningham**  rcunningham@co.llano.tx.us
**Jennifer Buchanan–Administrative Assistant** jbuchanan@co.llano.tx.us

**RE: Books**

From:  amilum@co.llano.tx.us <amilum@co.llano.tx.us>
Sent:  Thu, Aug 5, 2021 at 11:38 am
To:  Ron Cunningham

Yes Sir, Commissioner Moss suggested that as well. The "fart" books have never been on the shelves. I will delete them out of the system. The other two "butt" books have been checked out so I am waiting for them to return so I can delete them as well.

I'm sorry for all the problems,

*Amber Milum*

**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/


-----Original Message-----
From: "Ron Cunningham" <rcunningham@co.llano.tx.us>
Sent: Thursday, August 5, 2021 9:47am
To: "Amber Milum" <amilum@co.llano.tx.us>
Subject: Books

MILUM 4 RFP - 00581

8-3-21

Around 4:00pm

Commissioner Moss came back in to talk to me about the "butt" books. He said he has been getting calls about them + Rochelle "the one that has them checked out" has been calling him + he told me that i should take them out of the system. book wouldn't be so bad if it didn't have all the butt pictures. told me to pick my battles. He is going to tell everyone its over.

He said the next step would be to take this to CC and if that happens the would vote to take them off the shelf + it would be bad publicity for the library.

MILUM 4 RFP - 00582

10:00am
7-9-21

Rochelle Wells
Spoke to her about the "butt" books
this morning. She does not want them
in the library. ←period!


CURIOSITY   PASSION
OwnYourProfession
INNOVATION
April 19-22 | San Antonio
texas library association
2017 annual conference

Vivian Koerner
7/9 @ 2:50
Voiced concerns over "Butt"
books and ~~would~~ would
Prefer they don't go out.
Liked the ideas of genre
tags, and having to ask
for books.

4:30pm
7-9-21
Sidonie Thornton
325-872-7100
talked to me about the
"butt" books. She was
nice + does not want
the books on the shelf.
Said the same exact
things the other ladies
have said...

7-13-21
1:00pm
Amy Jordan
didn't like the "butt"
books. Was very nice
not dumping on the band
again. but felt a bit
uncomfortable reading
... Sat + read all the
books.

2:00pm
7-9-21
Jackie Cherico
Spoke to me about the
"butt" books expressed
her concern, was very
nice + she said she
is here to help +
likes the option the other
lady mentioned.

MILUM 4 RFP - 00583

MILUM 4 RFP - 00584

**The "Butt" books: (I need a new butt) are not "grooming" books.**

**Grooming** is when **someone** builds a relationship, trust and emotional connection with a child or young person so they can manipulate, exploit and abuse them. Children and young people who are groomed can be sexually abused, exploited or trafficked.

7-9-21
12:30pm

Kathy Tribble

talked to me today about the "butt" books She was nice + said maybe an option will be to have them in the System but not on the shelves for Kids to access themselves.

2:30pm
7-13-21

Sherry Simpson came in to talk about the "butt" books. Very nice. things had happened to her so she see's it + does not want the books on the shelves.

MILUM 4 RFP - 00585

Re: "I Need a New Butt" book

Rochelle Wells <rochellewells@hotmail.com>
Fri 7/9/2021 3:53 PM
To: Amber Milum <amilum@co.llano.tx.us>

Amber,

Thank you for meeting with me today. I looked on Amazon and found that I'm not the only person who disliked these books. Below I've attached a snapshot of the few of the negative comments.

I hope you consider these comments and decide to keep the books from being put on the shelves.

Thank you again for listening and also bringing in good books as well.

Rochelle Wells

---

# Top reviews from other countries

 Nadine Berry

⭐☆☆☆☆ **Verified Purchase**

### Not appropriate for young children

Reviewed in the United Kingdom on January 8, 2019

I bought this book for my nieces and not being a parent myself, my view is that this should come with a PG/ age appropriate guide. Having read the book, i decided against giving it to them as it is quite rude and certainly not appropriate for my 5 year old niece. i would be mortified if she repeated any of the content at school or to her friends.

55 people found this helpful

Report

 Kathy Frost

⭐☆☆☆☆ **Verified Purchase**

### Could 've been a fun book butt.....

Reviewed in the United Kingdom on December 4, 2018

It wasn't funny....started well but the rhyme did not work.....quite frankly it was boring and the pics were poor....the last one I thought was rather gruesome for a child's book....what a waste of money...this insolvent be going to the kids.

41 people found this helpful

Report

MILUM 4 RFP - 00586

## Top reviews from the United States

 Kayinsun

★☆☆☆☆ **Verified Purchase**

**CREEPY**

Reviewed in the United States on December 25, 2018

creepy book...pics show full butts not just cracks here and there...one pic shows a man painting on a boy's butt, another has the boy walking as a naked Model on the red carpet with adults watching, another has the boy going into a dark adult nightclub with a bumper on his butt...I will not be reading this to my child anytime soon..too much effort to return. Creepy stuff!

671 people found this helpful

 Helpful      Report

 Kindle Customer1

★☆☆☆☆ **Verified Purchase** 

**Spectacular gift failure**

Reviewed in the United States on November 28, 2018

Our grandkids ages 4 & 6 have terrific senses of humor. They love Amelia Bedelia for instance. Since the 4 yr old especially finds butts etc hilarious I thought they'd love this. Neither of them thought this was funny. The 4 yr old announced after page 1 that "this doesn't make sense, everyone knows there's a crack there!" There was a smile about the idea of using a bumper only after I explained the word "bum." They both thought pages were missing at the end. I did too. Neither has been interested in reading it again and I don't think I can donate it because I'm sure some will find it offensive.

323 people found this helpful

 Helpful      Report

---



Helpful    Report

 amyfay

★☆☆☆☆

**Shocked and appalled**

Reviewed in the United States on May 22, 2021

I guess common sense about teaching children decency and morals has completely gone out the window. I actually thought this was a joke when I saw this book and then I heard it read on a video. What is wrong with you people that you believe this is OK to read to children....  See more

2 people found this helpful

Helpful    Report

 Stephanie Gerold

★☆☆☆☆

**It's a no for us**

Reviewed in the United States on December 22, 2020

I bought this book for my 4 year old, he thinks butts are hilarious. I did not like it, I did not think much of it was funny, and some of it made me slightly uncomfortable. I found myself glad his dad was not listening.

3 people found this helpful

Helpful    Report

 SpiffyDog

★☆☆☆☆

**VERY INAPPROPRIATE**

Reviewed in the United States on May 13, 2021

THIS IS VERY INAPPROPRIATE AND SHOULD BE REMOVED!

3 people found this helpful





## Jo Ares

**Facebook**

You're not friends on Facebook
1 mutual friend: Kristy Morris
Studied Marketing at Northwood University Collegiate
DECA

**VIEW PROFILE**


As a mother in Llano I would appreciate it if the Llano Public library did not order the "I broke my butt" series of books.


Please come in and speak to me directly about the issue you have with the "I broke my butt" books.

MILUM 4 RFP - 00588



11:23

**Jo**
Active Now

Please come in and speak to me directly about the issue you have with the "I broke my butt" books.

What would that accomplish?

I would be able to document your issue and hear your side.

Would you change you mind?

I have already decide not to put the "I broke my butt" book out on the shelves. The books have never been on the shelves. If you would have liked to come in to speak to me you would have been able to get my side as well as me getting yours.

Aa

MILUM 4 RFP - 00589



> speak to me you would have been able to get my side as well as me getting yours.

> Very interesting. So tax dollars are being spent on books not on the shelf?
> Who decides who orders the books?

> The issue about the books were brought up after I purchased them even though they were not fully processed and ready to be out on the shelves. I have been discussing with patrons the issues they have with the book. That's why they havent been on the shelves yet. As for the money to purchase books mostly comes from donations. I purchase all the books for the library system, with recommendations from patrons and other staff.

MILUM 4 RFP - 00590



**Jo**
Active 4 minutes ago

11:47 AM

> The issue  about the books were brought up after I purchased them even though they were not fully processed and ready to be out on the shelves. I have been discussing with patrons the issues they have with the book. That's why they havent been on the shelves yet. As for the money to purchase books mostly comes from donations. I purchase all the books for the library system, with recommendations from patrons and other staff.

12:02 PM

What patrons help choose books?

> The libraries have a form patrons can fill out requesting certain authors, books or even genres. I purchase what I can from those forms.





**Jo**

The libraries have a form patrons can fill out requesting certain authors, books or even genres. I purchase what I can from those forms.

 Who requested these nasty books?

12:25 PM

No one.

 So why did you order them with donated money?

People will donate for sections as well as specific books. So the staff and I can choose whatever books we think will be good for that area. We check reviews as well. I chose the books. Everything that that we saw about the books was positive. Yes, after the purchase we discovered negative reviews further down the list on Amazon.





**Jo**
Active Now

12:25 PM

No one.

So why did you order them with donated money?

People will donate for sections as well as specific books. So the staff and I can choose whatever books we think will be good for that area. We check reviews as well. I chose the books. Everything that that we saw about the books was positive. Yes, after the purchase we discovered negative reviews further down the list on Amazon.

12:43 PM

So you decide

Yes I do.

7/16/2021                                          These Freaking Books!

## These Freaking Books!

**From:**  tina.llanolibrary@co.llano.tx.us <tina.llanolibrary@co.llano.tx.us>
**Sent:**  Thu, Jul 15, 2021 at 4:59 pm
**To:**    amilum@co.llano.tx.us

A patron came in today who wanted to see the butt books, but because Rhonda has them checked out the patron couldn't see them to make their own decision about them. Rhonda went on to say that, "I'm just going to keep them checked out because I don't find them appropriate."

MILUM 4 RFP - 00594

https://apps.rackspace.com/versions/webmail/19.0.7-RC/popup.p...

**Concerned parent**
From: Elysia Barkley <elysiafaith@yahoo.com>
Sent:   Fri, Jul 9, 2021 at 1:12 pm
To:     amilum@co.llano.tx.us

Good afternoon Amber,
I wanted to respectfully voiced my concern over the recent purchase of the butt and fart books. I am a mother of six and a homeschooler. We absolutely love the Llano library because it has seemed like a safe place. This purchase is not protecting our children.

The little I saw very much seemed to groom children for pedophiles. This is extremely scary as a parent. Having an old artist painting on a child's butt is very disturbing! A child should not think that is normal behavior!

There are so many rich books for children to learn from, but books on farts and butts are just dumbing down our children and not using the budget in a way that benefits our children.

I would absolutely love to see books on biblical character building, historical fiction, anything from Focus on the Family, Who Was books (I actually donated a bunch of them to the library because the Llano library just didn't have enough historical information for my kids and knew that other children could benefit from them once we were done) Because we homeschool we often need historical or scientific information to write reports and the Llano library just does not have enough of that and we've had to go to Round Rock many times to get what we needed.

We absolutely love the Llano Library and it's charm and I hope that you can understand the concern we as parents have.

When purchasing books for our children I would ask that you think of the kind of people you want them to become. As a parent I am raising future leaders and everything they put in their minds develops their character, please help us do this by the books you buy!

Thank you!

Elysia

Phone #
512-698-8921

Sent from Yahoo Mail for iPhone

MILUM 4 RFP - 00595

https://apps.rackspace.com/versions/webmail/19.0.7-RC/popup.p...

# Kids book

**From:** Melissa Macdougall <mmacdougall@co.llano.tx.us>
**Sent:** Fri, Jul 9, 2021 at 10:45 am
**To:** Amber Milum

I watched the video for "I Need a New Butt" – silly, a little crude for some tastes – but not really much different from Captain Underpants in my opinion.

MILUM 4 RFP - 00596

Butt Book!                                      https://apps.rackspace.com/versions/webmail/19.0.7-RC/popup.p...

**The Butt Book!**
From: astarkes@co.llano.tx.us <astarkes@co.llano.tx.us>
Sent:   Fri, Jul 9, 2021 at 10:49 am
To:    amilum@co.llano.tx.us

Hey, Amber!

Just wanted to let you know I watched the video on the "controversial" children's book, and I see no signs of grooming in the story or content whatsoever. It honestly reminded me of being that age again, as butt and fart jokes were way funnier at that age!

To me it feels harmless. Kids are gonna have a riot over it in the best way, and some kids need that silliness to smile. We had Captain Underpants. Let them have butts!

Besides, if you want to get super logical, kids are not going to see it as anything but a silly, ridiculous book. The parents in my view are over reacting and are not looking through the lens of a kid.

I'm so sorry you are having to deal with this, but know that all of us here got your back, and if you ever need a good rant, my e-mail box is always open!

Stay strong, Amber!!

Amanda Starkes
Teen Librarian
Kingsland Library

8-3-21

morning - Commissioner Moss came into the
library wanting to see the "Butt" Books.
i told him 2 were checked out this
morning + that i have the other one
4/the issue in a file. i showed him
the book and he asked to take it
4/him so he could read it. i said
Sure and then he left.

Amber



Scan | Clear Screen | Restore Member | Find Material

Switch to Check In

**Relatives:** ANDREW (Adult) - 10026499, ROCHELLE (Adult) - 10030752, Sonora/Rochelle (Teen) - 10028320, Andrew (Trace) / Rochelle (Child) - 10030874, Blu/Rochelle (Child) - 10030354

| Number | Name | Type | Expires | Contact | Internet: Yes |
|---|---|---|---|---|---|
| 10030752 | WELLS, ROCHELLE (Adult) | A - 2 | 2/26/2022 | 831-521-4965 | Member Info |

0 Reserves | 1 Note | Member Owes: $0.00 | Manage Fines and Problems | Print Items Out

**Currently Out: 7 items:** Renew All | Renew Selected (0) | Change Due

| | Material # | Call # | Title | Author | Out | Due | Days Out | Renewable | |
|---|---|---|---|---|---|---|---|---|---|
| | 10110467 | 648.8 THO | Decluttering your home : tips, techniques and trade secrets | Thomas | 7-23-2021 | 8-6-2021 | 11 | Y | Info |
| | 10104639 | 648.1 RAP | The organically clean home : 150 everyday organic cleaning p | Rapinchuk | 7-23-2021 | 8-6-2021 | 11 | Y | Info |
| | 10118874 | E MCK 2X2LIST 2020-21 | Duck! | McKinlay | 8-3-2021 | 8-17-2021 | 0 | Y | Info |
| | 10119523 | E MCM | I broke my butt | McMillan | 8-3-2021 | 8-17-2021 | 0 | Y | Info |
| | 10119522 | E MCM | My butt is so noisy | McMillan | 8-3-2021 | 8-17-2021 | 0 | Y | Info |
| | 10031276 | E MCP | Drawing lessons from a bear | McPhail | 8-3-2021 | 8-17-2021 | 0 | Y | Info |
| | 10034653 | E MCP | Pig Pig gets a job | McPhail | 8-3-2021 | 8-17-2021 | 0 | Y | Info |

Checkouts Today: 27

You are at branch: **Llano County**

Install Biblionix Print Helper

2021-01-va.91

MILUM 4 RFP - 00599

7-20-21   4.00pm

Suzette spoke 4 Commissioner Sandoval
about the "butt" books + Suzette showed
him the youtube, i showed them
of the little girl reading the book. He
said its not "grooming" + he doesn't see
any thing wrong 4 it.


7-16-21   all day

Spoke to Commissioner Maschke about
the "butt" books. She didn't see any thing
wrong 4 them + said if people don't
like them then they shouldn't read them


Spoke 4 the Judge as well + he didn't
think they were "grooming" either + said
~~told~~ the library does not censor.


Everyone on my side + say i should
leave the books on the shelf.

MILUM 4 RFP - 00600

MILUM 4 RFP - 00601

**FW: idea for transparency of library book orders**

From:  Ron Cunningham <rcunningham@co.llano.tx.us>
Sent:  Mon, Aug 2, 2021 at 10:53 am
To:    Amber Milum

---

Amber,
Would you please give me a call once you have reviewed the below email?
Thank you,

Ron Cunningham
Llano County Judge
325.247.7730
801 Ford Street
Suite 101
Llano, Texas 78643
Judge Ron Cunningham  rcunningham@co.llano.tx.us
Jennifer Buchanan-Administrative Assistant jbuchanan@co.llano.tx.us

-----Original Message-----
From: Rochelle Wells <rochellewells@hotmail.com>
Sent: Monday, August 2, 2021 10:07 AM
To: Ron Cunningham <rcunningham@co.llano.tx.us>
Cc: Eva Carter <evacarter@me.com>; JoLeigh Ares <joleighares@yahoo.com>
Subject: re: idea for transparency of library book orders

Judge Cunningham,
I hope your weekend was restful. Our meeting (along with Eva Carter and JoLeigh Ares) left me
encouraged.
I was going to speak with Amber about the idea of putting up a list of future books orders so
that there was transparency, but when I went in she was already gone and another week has gone
by after that. I still would like to go in and speak with her, but wasn't sure if you had
already done this.
I guess I'm emailing to see if you had done so.

Graciously,
Rochelle Wells

Never had
a conversation
w/ RW b/c
RW would not
bring up topic.

MILUM 4 RFP - 00602



## Jo Ares

**Facebook**

You're not friends on Facebook
1 mutual friend: Kristy Morris
Studied Marketing at Northwood University Collegiate
DECA

**VIEW PROFILE**

 As a mother in Llano I would appreciate it if the Llano Public library did not order the "I broke my butt" series of books.



Please come in and speak to me directly about the issue you have with the "I broke my butt" books.

MILUM 4 RFP - 00603



Jo

> Please come in and speak to me directly about the issue you have with the "I broke my butt" books.

What would that accomplish?

> I would be able to document your issue and hear your side.

Would you change you mind?

> I have already decide not to put the "I broke my butt" book out on the shelves. The books have never been on the shelves. If you would have liked to come in to speak to me you would have been able to get my side as well as me getting yours.

MILUM 4 RFP - 00604



**Jo**

speak to me you would have been able to get my side as well as me getting yours.

Very interesting. So tax dollars are being spent on books not on the shelf?
Who decides who orders the books?

The issue about the books were brought up after I purchased them even though they were not fully processed and ready to be out on the shelves. I have been discussing with patrons the issues they have with the book. That's why they havent been on the shelves yet. As for the money to purchase books mostly comes from donations. I purchase all the books for the library system, with recommendations from patrons and other staff.



MILUM 4 RFP - 00605



**Jo**
Active 4 minutes ago

11:47 AM

The issue about the books were brought up after I purchased them even though they were not fully processed and ready to be out on the shelves. I have been discussing with patrons the issues they have with the book. That's why they havent been on the shelves yet. As for the money to purchase books mostly comes from donations. I purchase all the books for the library system, with recommendations from patrons and other staff.

12:02 PM

What patrons help choose books?

The libraries have a form patrons can fill out requesting certain authors, books or even genres. I purchase what I can from those forms.



MILUM 4 RFP - 00606



12:33

**Jo**

The libraries have a form patrons can fill out requesting certain authors, books or even genres. I purchase what I can from those forms.

Who requested these nasty books?

12:25 PM

No one.

So why did you order them with donated money?

People will donate for sections as well as specific books. So the staff and I can choose whatever books we think will be good for that area. We check reviews as well. I chose the books. Everything that that we saw about the books was positive. Yes, after the purchase we discovered negative reviews further down the list on Amazon.

Aa

MILUM 4 RFP - 00607



**Jo**
Active Now

12:25 PM

No one.

So why did you order them with donated money?

People will donate for sections as well as specific books. So the staff and I can choose whatever books we think will be good for that area. We check reviews as well. I chose the books. Everything that that we saw about the books was positive. Yes, after the purchase we discovered negative reviews further down the list on Amazon.

12:43 PM

So you decide

Yes I do.

Aa

MILUM 4 RFP - 00608

# EXHIBIT 6

**1st Bibliotheca Cloudlibrary order 2022.4**

**Amber Milum** <amilum@co.llano.tx.us>

Tue 4/5/2022 11:40 AM

To: Gay Baskin <gaybaskin@yahoo.com>;Bonnie Wallace <mrs.bobwallace@gmail.com>;Rochelle Wells <rochellewells@hotmail.com>;Anita Hilton <anitahiltons@gmail.com>;Susie Sitton <sitton9260@yahoo.com>;Sharon Maki <sharon_maki@hotmail.com>;Cindy Travers <cindytravers@outlook.com>;Nancy Miller <nancy@millertexas.net>;Robyn Tibbs <tibbs.robyn@outlook.com>;Ravelle Kundinger <ravellek@aol.com>;Rhonda Schneider <saltresources@icloud.com>;Cheryll Mabray <cheryllamabray@gmail.com>;Louann Raley <louannraley@gmail.com>

Bcc: Ron Cunningham <rcunningham@co.llano.tx.us>

Hello Everyone,

I have reviewed one of Anne's book lists that she put together for us. I went ahead and purchased the list AFTER I removed all of the young adult and junior books from the list. Ryan said it would be a good idea to already have items purchased for when we play with the app later today (I hope the books are in the app by then). I have attached the list of 91 items. I have also sent in the membership application as well as paid the annual subscription. I believe all we are waiting for now is to be accepted into Cloudlink.

Looking forward to the training today, Hope everyone has a great day!

*Amber Milum*

**Llano County Library System Director**
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

Milum 2 RFP - 00184

EXHIBIT
40

# EXHIBIT 7

**Re: Bibliotheca**

Bonnie N. Wallace <mrs.bobwallace@gmail.com>

Wed 4/13/2022 4:53 PM

To: Amber Milum <amilum@co.llano.tx.us>

Cc: Gay Baskin <gaybaskin@yahoo.com>;Nancy Miller <nancy@millertexas.net>;Rochelle Wells
<rochellewells@hotmail.com>;Robyn Tibbs <tibbs.robyn@outlook.com>;Rhonda Schneider <Saltresources@icloud.com>

Amber,

I was able to connect with Ryan this afternoon and explain to him what had transpired with our first
order. I explained that Ann had only sent you the lists but not copied anyone else, and that you didn't
realize that no one else had seen the list. I explained that you had the foresight to remove all the YA
and teen books which we had requested NOT be included in either list, and then you had ordered the
rest.

So, I explained that we would like some of the books and all of the audio books removed, we would
like a credit for that material, and that we were willing to purchase other material that would equal
110% of that amount. In other words, it would be mutually beneficial if they could work with us
through this initial purchase. He said that this is above his pay grade but that he will discuss with his
superiors and keep me posted.

The Collection Committee is reviewing the list to see which books they would like to remove as well as
creating a list of new material that they would like to purchase. This list will be supplied to Ryan
before 8am tomorrow morning, at his request.

I thanked him profusely for working with us and told him that I anticipated a long and successful
partnership with him and with Bibliotheca!

I'll keep you posted. Thank you for your help.

On Wed, Apr 13, 2022 at 12:22 PM Bonnie N. Wallace <mrs.bobwallace@gmail.com> wrote:
> Amber,
>
> I know you were as disappointed as we were. We had NO idea Ann had sent you a list. I am sorry
> you are having to deal with this.
>
> Thank you for keeping on this.
>
> Bonnie N Wallace
>
>> On Apr 13, 2022, at 11:34 AM, Amber Milum <amilum@co.llano.tx.us> wrote:
>>
>>
>> Bonnie,

Milum 2 RFP - 00310

EXHIBIT
41

I spoke with Ryan yesterday afternoon. He said that he can manually remove an item, but they don't have a way to refund or exchange them. I am working on a new list to add to what we have. I will have that soon.

I was under the impression that the committee worked with Ann to make the previous lists.

Thank you for the support and the help,

### *Amber Milum*

### *Llano County Library System Director*
102 E. Haynie St.
Llano, TX 78643
325.247.5248
http://www.llano-library-system.net/

**From:** Bonnie N. Wallace <mrs.bobwallace@gmail.com>
**Sent:** Wednesday, April 13, 2022 8:44 AM
**To:** Amber Milum <amilum@co.llano.tx.us>
**Subject:** Bibliotheca

Amber,

Would you prefer I contact Ryan to discuss our first iCloud Library book purchase? I'm happy to do that, as I know it could make you uncomfortable. You will not be blamed, as I feel you were doing the best you knew how to do, and we are all just figuring this out.

You are AMAZING and I'm so proud of you. Just let me know if you'd rather me do it.

Have a blessed day!

**Bonnie N. Wallace**
(956) 330-8106 (cell)

--
**Bonnie N. Wallace**
(956) 330-8106 (cell)