DocuSign Envelope ID: 3F6A3DB6-C569-424A-96F2-EDC307348E05

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § |
| Defendants. | § § § |

**DECLARATION OF DIANE MOSTER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

I, Diane Moster, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I attempted to check out to check out *Caste: The Origins of Our Discontents* from the Llano Library on March 10, 2022. I was unable to check this book out because I was told by a librarian it had been removed and was no longer available to be checked out in the Llano County Library System.

3. Nobody at the library told me that this book was available through inter-library loans. I have previously asked Llano County librarians for books that I could not find on the shelves, and nobody ever suggested inter-library loans to me.

4. Although I have the Kindle application on my iPad, I found the Bibliotheca/cloudLibrary interface to be difficult to navigate. Moreover, I prefer reading physical books to digital books. For me, having a book in my hands to read is important, to make

references to passages of my choice. I do not know how to do this with Bibliotheca/cloudLibrary.

5. I have never heard of "in-house checkout" at the Llano County Library System. The suggestion that I should have to use this alternative system for books Defendants dislike is offensive and impractical. The idea of my grandson having to ask for the "fart books" from the "in-house checkout" system and single himself out because he is not allowed to check them out normally is degrading.

6. Defendants' conduct has created an atmosphere of fear and distrust that goes beyond the removal of the books that I am aware have been pulled from shelves. Despite having made public statements reflecting that these books were removed due to their content, Defendants are now saying they were removed as part of a routine weed. Now, when I browse the library shelves, I am not sure whether books are missing for legitimate reasons, or because Defendants disagree with their content. This uncertainty has made me feel even less at home in Llano's libraries, which had previously been a source of joy for me. The availability of a diverse, inclusive and current catalog of books in the library no longer exists.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 28, 2022    By:    *Diane Moster*
                                ───────────────────
                                4D02DC14E8194D3
                                Diane Moster