# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § |
| Defendants. | § § § |

## DECLARATION OF REBECCA JONES IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

I, Rebecca Jones, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I attempted to check out *I Broke My Butt!* on December 27, 2021, *It's Perfectly Normal* on January 10, 2022, *Being Jazz* on February 11, 2022, *Caste: The Origins of Our Discontents* on March 10, 2022, and *Spinning* on April 14, 2022. I was unable to check these books out because I was told by a librarian that the books had been removed and were no longer available to be checked out in the Llano County Library System.

3. When I attempted to check these books out, I was not informed by anyone at the Llano County Library System that these books could be obtained through an inter-library loan.

4. Although I have previously used inter-library loans to read library books, I would not use the program again because of the cost and the length of time it takes to receive a book.

5. In December 2021, I was told by Amber Milum that the last new books were added in October 2021 and that the library would not be purchasing any new books.

DocuSign Envelope ID: 9E740D68-C7E7-4BCF-B311-2DF47D697F3F

6. In or around May 2022, I became aware that the Library System had replaced OverDrive with Bibliotheca/cloudLibrary. I have tried to use Bibliotheca/cloudLibrary. I find cloudLibrary difficult to navigate. The librarians I have asked for help were not able to assist me. The audio player is frustrating to operate, and I am unable to use the e-reader for extended periods of time as it causes strain on my eyes. For that reason, I prefer reading physical books to ebooks in the app. If available, I prefer to read in audiobook format.

7. I have never heard of "in-house checkout" at the Llano County Library System. On July 22, 2022, I spoke to a Llano County librarian, and she had no idea that it existed either. I find the idea of in-house checkout system for only the specific books named in this lawsuit offensive, manipulative and absurd.

8. Defendants' removal of the handful of books that I am aware of is egregious. But their oft-repeated public statements are at odds with these thin excuses for their continuing actions. Our government officials are pandering to the prejudices of a vocal few, who are now emboldened to justify their actions, inexplicably, as appropriate for Llano's "demographics."

9. The tactic of borrowing and not returning disapproved books by defendants in this case, rather than being punished appropriately, is validated by removal of the titles from the catalog. And now that Defendants have announced their practice of weeding "offensive" titles in contradiction to established standards, I fear they will again use a large, unscheduled weed to hide the next round of books they want to disappear.

10. I doubt that the narrow range of books that might eventually be approved by the current Library Board will be of particular interest to me. I fear that some Defendants would gladly see our beloved library empty and shuttered.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 28, 2022                          By: _____
                                                   Rebecca Jones