# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § |
| Defendants. | § § § |

## DECLARATION OF KATHY KENNEDY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

I, Kathy Kennedy, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I attempted to check out *"It's Perfectly Normal"*, *"My Butt Is So Noisy!"*, and *"I Need a New Butt!"* on January 12, 2022, and *"Being Jazz"*, *"Shine"*, *"Spinning"*, and *"Freakboy"* in April 2022. I was unable to check these books out because I was told by a librarian they had been removed and were no longer available to be checked out in the Llano County Library System.

3. Nobody at the library told me that this book was available through inter-library loans. I have previously asked Llano County librarians for books that I could not find on the shelves, and nobody ever suggested inter-library loans to me.

4. I found Bibliotheca/cloudLibrary interface to be difficult to navigate. Moreover, I prefer audiobooks or physical books to digital books.

5. I have never heard of "in-house checkout" at the Llano County Library System. The suggestion that I should have to use this alternative system for books that Defendants dislike is offensive and impractical as it would draw unnecessary attention upon me and the books that I would like to check out. I would be less likely to check out a book if it was only available through some "in-house checkout" system instead of being generally available.

6. Defendants' conduct has created an atmosphere of fear and distrust that goes beyond the removal of the books that I am aware have been pulled from shelves. Despite having made public statements reflecting that these books were removed due to their content, Defendants are now saying they were removed as part of a routine weed. Now, when I browse the library shelves, I am not sure whether books are missing for legitimate reasons, or because Defendants disagree with their content. This uncertainty has made me feel even less at home in Llano's libraries, which had previously been a source of joy for me. The availability of a diverse, inclusive, and current catalog of books in the library no longer exists.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 28, 2022      By:   *Kathy Kennedy* (DocuSigned)
                                Kathy Kennedy