# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § |
| Defendants. | § § § |

## DECLARATION OF LEILA GREEN LITTLE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

I, Leila Green Little, declare:

1. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the following facts.

2. I attempted to check out *In the Night Kitchen, It's Perfectly Normal, My Butt Is So Noisy, I Broke My Butt, Larry the Farting Leprechaun, Gary the Goose and His Gas on the Loose, Freddie the Farting Snowman,* and *Harvey the Heart Has Too Many Farts* from the Llano Library on April 20, 2022. I was unable to check these books out because I was told by a librarian that the books had been removed and were no longer available to be checked out in the Llano County Library System.

3. When I attempted to check these books out, I was not informed by anyone at the Llano County Library System that these books could be obtained through an inter-library loan.

4. I prefer physical books to digital books. I frequently go to the library to check out books to read with my children. *In the Night Kitchen* is one of our favorites and we have checked it out multiple times over the past few years.

5. I have never heard of "in-house checkout" at the Llano County libraries. The idea that I have to know what books are in this new system is disheartening. I don't know how books would be chosen for participation in this program or how library patrons would know which books were available this way.

6. Furthermore, it does not appear to me that books in the "in-house checkout" system are in the Llano County Library System catalog. I am aware that Defendant Milum has said that the nine books donated to the "in house checkout system" would be made available by July 27, 2022. But, I have searched for each of these books in the Library System's online catalog, and nothing comes up, except *Being Jazz*, which is listed as being checked out. Outside of the papers filed in this lawsuit, I am unsure how library patrons would ever find out about the existence of the "in-house checkout" system, or about what books are being made available via this system.

7. On April 14, 2022, I attended a Friends of the Llano Library meeting where Amber Milum spoke. She informed everyone present that the library would not be purchasing any new books indefinitely. The library has not purchased any new books since October 2021.

8. Overwhelming evidence has been presented that reflects Defendants' censorship of books in a coordinated effort. In fact, Defendants have made public statements that contradict the explanations they have provided as part of this lawsuit. Attached hereto as **Exhibit 1**, for example, is an article published in December 2021, reflecting Judge Cunningham's public statements that *I Need a New Butt* and *Freddie the Farting Snowman* had been removed for being inappropriate and would not be available for public scrutiny. Judge Cunningham further stated that he and Commissioner Moss had "inspected some library books and removed two."

9.  To know that private citizens have exerted tremendous power to censor books by lobbying our elected officials has left me disgusted and caused me to lose confidence in the very foundation of our local government's basic level of operation. The more information becomes made available to me, the more evidence of "inappropriateness" comes to light—though it is not in picture books as Defendants have claimed, but in behavior of Defendants.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 28, 2022      By: *Leila Green Little*
                              —6545D89AE18948B...
                              Leila Green Little

# EXHIBIT 1

July 28, 2022



# Burnet Bulletin




## 'Banned' Llano books unavailable for review

By Phil Reynolds Contributing Writer on Wednesday, December 8, 2021











The "inappropriate" books received several reviews on Amazon as being suitable for all ages. Contributed

○ ○ ○

Two children's books removed from the Llano County Library System as being inappropriate will not be available for public scrutiny, Llano County Judge Ron Cunningham said Monday.

The two books are *I Need a New Butt* by Dawn McMillan and *Freddie the Farting Snowman* by Jane Bexley. Both are available online from Amazon – the McMillan either as an e-book or a paperback, the Bexley volume only as an e-book. Both books are intended for children.

Amazon quotes Norman Public Schools (with no further location given) as saying about I Need a New Butt: "A silly story that will cause boys and girls to giggle from beginning to end!"

Amazon says of *Freddie the Farting Snowman,* "This book is appropriate for ALL AGES who don't mind silly toot humor (that is not overly gross)" (emphasis Amazon's).

McMillan, a New Zealand author, writes "both funny and serious" children' books, according to her biography. Less information is available about Bexley, whose books appear to specialize in flatulence for children. Both authors have written several books besides the two under discussion.

The controversy over the books arose after some Llano County residents protested at the Commissioners Court meeting Monday, Nov. 8, complaining of "inappropriate" books being made available to minors at the Llano County Library System. The system has libraries in Llano, Buchanan Dam and Kingsland.

The discussion continued at the next Commissioners Court meeting, with Cunningham pointing out that he and Precinct 4 Commissioner Jerry Don Moss had inspected some library books and removed two – the two cited above, though the titles were not given at the time.

At the same time, other speakers warned of censorship and Library Director Amber Milum added that parents can sign a document that controls what their children can check out of any of the county libraries. She added that parents also can receive e-mails that tell what books their children check out of the library. And Milum said books, CDs and other materials intended for adult audiences are marked so a parent should be able to glance at the cover and tell what type of material the child has.

Cunningham took the opportunity to refute a rumor that he had said librarians must monitor every book a child picks up.

"I said parents have a responsibility to monitor their children," he said.

"I will point out that it was said that city taxes help fund the libraries. That's not true. The county funds (all three libraries)," he added.

Up Next - David Carr, Bucky Brooks predict 2022 stats for Cowboys

www.nerdwallet.com







