IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § § § § § § § § § | |
| Plaintiff(s), | | |
| v. | | 1:22-CV-424-RP |
| Llano County, *et al.*, | | |
| Defendant(s). | | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party Plaintiffs Leila Green Little, Jeanne Puryear, Kathy Kennedy, Rebecca Jones, Richard Day, Cynthia Waring, Diane Moster through counsel Ellen V. Leonida

____ consents to having a United States Magistrate Judge preside over the trial in this case.

__X__ declines to consent to trial before a United States Magistrate Judge.

Dated: August 3, 2022

Respectfully submitted,

*/s/ Ellen Leonida*
Ellen V. Leonida (CA Bar No. 184194)
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax: 415-599-0210
leonida@braunhagey.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

/s/ Ellen Leonida

Ellen V. Leonida