UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**Llano County**, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00424-RP |

### UNOPPOSED MOTION TO CORRECT SIGNATURE BLOCK
### IN DOCKET ENTRY NO. 49

On July 15, 2022, the defendants filed their response to the plaintiffs' motion for preliminary injunction (ECF No. 49). The signature block includes the names of lawyers from the Texas Attorney General's office but they should have been omitted from the signature block. The defendants respectfully move to correct the signature block in ECF No. 49 to match the signature block that appears in the corrected brief, which is attached as Exhibit 1 to this motion.

We have conferred with counsel for the plaintiffs and they are unopposed to this motion. A proposed order is attached.

Respectfully submitted.

| | |
|---|---|
| DWAIN K. ROGERS<br>Texas Bar No. 00788311<br>County Attorney<br><br>MATTHEW L. RIENSTRA<br>Texas Bar No. 16908020<br>First Assistant County Attorney<br><br>Llano County Attorney's Office<br>Llano County Courthouse<br>801 Ford Street | _/s/ Jonathan F. Mitchell_<br>JONATHAN F. MITCHELL<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law |

Llano, Texas 78643
(325) 247-7733
dwain.rogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us

Dated: August 3, 2022                              *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Ellen Leonida, counsel for the plaintiffs, and she informed me that the plaintiffs are unopposed to this motion.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2022, I served this document through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Sarah Salomon
Pratik Ghosh
Amy Senia
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs*

        /s/ Jonathan F. Mitchell
       Jonathan F. Mitchell
       *Counsel for Defendants*