UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**Llano County**, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00424-RP |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CORRECT SIGNATURE BLOCK

The defendants' unopposed motion to correct the signature block on Docket Entry No. 49 is GRANTED. The signature block in Docket Entry No. 61-1 shall be regarded as the signature block for Docket Entry No. 49.

Dated: _____

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE