UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**Llano County**, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00424-RP |

### NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, defendants Llano County, Ron Cunningham, Jerry Don Moss, Peter Jones, Mike Sandoval, Linda Raschke, Amber Milum, Bonnie Wallace, Rochelle Wells, Rhonda Schneider, and Gay Baskin, through counsel Jonathan F. Mitchell, decline to consent to trial before a United States Magistrate Judge.

                   Respectfully submitted.

                    /s/ Jonathan F. Mitchell
                  Jonathan F. Mitchell
                  Texas Bar No. 24075463
                  Mitchell Law PLLC
                  111 Congress Avenue, Suite 400
                  Austin, Texas 78701
                  (512) 686-3940 (phone)
                  (512) 686-3941 (fax)
                  jonathan@mitchell.law

Dated: August 5, 2022          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on August 5, 2022, I served this document through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Sarah Salomon
Pratik Ghosh
Amy Senia
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs*

                                                  /s/ Jonathan F. Mitchell
                                                  Jonathan F. Mitchell
                                                  *Counsel for Defendants*