IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, ET AL., <br> Plaintiffs, <br> v. <br> LLANO COUNTY, ET AL., <br> Defendants. | § <br> § <br> § <br> §    No. 1:22-CV-424-RP <br> § <br> § <br> § |

### ORDER

Before the court is the parties' Joint Notice, filed August 9, 2022. Dkt. #64. The Joint Notice was submitted in compliance with the court's previous order setting an August 10, 2022 hearing on issues related to Plaintiff's Motion to Compel (Dkt. #57).[1]

The parties have met and reached agreement on each of the disputed discovery matters as described in the Joint Notice. The court wants to commend the parties for doing so and thank the parties for their willingness to compromise.

For the reasons described in the Joint Notice, Plaintiff's Motion to Compel (Dkt. #57) has been rendered **MOOT.**

**IT IS FURTHER ORDERED** that the hearing previously set for August 10, 2022 at 2:00 p.m. is **CANCELED.**

SIGNED August 10, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was referred by United States District Judge Robert Pitman to the undersigned for resolution as to the merits pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.