UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, Jeanne Puryear, Kathy Kennedy, Rebecca Jones, Richard Day, Cynthia Waring, Diane Moster § § § § vs. § Llano County, Ron Cunningham, Jerry Don Moss, Peter Jones, Mike Sandoval, Linda Raschke, Amber Milum, Bonnie Wallace, Rochelle Wells, Rhoda Schneider, Gay Baskin, State of Texas | CIVIL NO: AU:22-CV-00424-RP |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, October 28, 2022 at 11:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 31st day of August, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE