IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
September 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

Leila Green Little, et al.,
   Plaintiffs,

-vs-

Llano County, et al.
   Defendants.

Case No. 1:22-cv-00424-RP

## ORDER

BE IT REMEMBERED on this the  12th  day of  September , 20 22 , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by  Max Benjamin Bernstein  ("Applicant"), counsel for  Plaintiffs  and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of  Plaintiffs  in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the  12th  day of  September  20 22 .

_____
UNITED STATES DISTRICT JUDGE

[Reset all fields]  [Print Form]