IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § |
| Defendants. | § |

**JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Local Rule CV-88 and the Court's Scheduling Order (ECF No. 56), the Parties jointly submit this report on alternative dispute resolution. The Parties have discussed settlement and began the process of exchanging offers, but discussions have not to date resulted in a resolution. The Parties do not believe that alternative dispute resolution is appropriate at this time.

Dated: September 23, 2022                                  Respectfully submitted,

By: */s/ Ellen Leonida*                                    By: */s/ Jonathan Mitchell*
Ellen V. Leonida (CA Bar No. 184194)                       Jonathan F. Mitchell
Matthew Borden (CA Bar No. 214323)                         Texas Bar No. 24075463
J. Noah Hagey (CA Bar No. 262331)                          Mitchell Law PLLC
Sarah Salomon (CA Bar No. 308770)                          111 Congress Avenue, Suite 400
Pratik Ghosh (NY Bar No. 5754940)                          Austin, Texas 78701
Max Bernstein (NY Bar No. 5609037)                         (512) 686-3940 (phone)
**BraunHagey & Borden LLP**                                (512) 686-3941 (fax)
351 California Street, 10th Floor                          jonathan@mitchell.law
San Francisco, CA 94104
Tel & Fax:  415-599-0210                                   Dwain K. Rogers
leonida@braunhagey.com                                     Texas Bar No. 00788311
borden@braunhagey.com                                      County Attorney
hagey@braunhagey.com                                       Matthew L. Rienstra
salomon@braunhagey.com                                     Texas Bar No. 16908020
ghosh@braunhagey.com                                       First Assistant County Attorney

1

| | |
|---|---|
| bernstein@braunhagey.com | Llano County Attorney's Office |
| | Llano County Courthouse |
| Ryan A. Botkin (TX Bar No. 00793366) | 801 Ford Street |
| Katherine P. Chiarello (TX Bar No. 24006994) | Llano, Texas 78643 |
| | (325) 247-7733 |
| María Amelia Calaf (TX Bar No. 24081915) | dwain.rogers@co.llano.tx.us |
| Kayna Stavast Levy (TX Bar No. 24079388) | matt.rienstra@co.llano.tx.us |
| **Wittliff \| Cutter PLLC** | |
| 1209 Nueces Street | *Attorneys for Defendants* |
| Austin, Texas 78701 | |
| Tel: 512-960-4730 | |
| Fax: 512-960-4869 | |
| ryan@wittliffcutter.com | |
| katherine@wittliffcutter.com | |
| mac@wittliffcutter.com | |
| kayna@wittliffcutter.com | |

*Attorneys for Plaintiffs*