# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, § § § Plaintiffs, § § v. § Civil Action No. 1:22-cv-00424-RP § Llano County, *et al.*, § § Defendants. § § | |

## MOTION OF PRATIK K. RAJ GHOSH
## TO WITHDRAW AS COUNSEL OF RECORD

I, Pratik K. Raj Ghosh, hereby move for an order permitting my withdrawal as counsel of record for Plaintiffs Leila Green Little *et al.* ("Plaintiffs"). Effective September 30, 2022, I will no longer be an attorney with the firm of BraunHagey & Borden LLP. Plaintiffs shall continue to be represented by BraunHagey & Borden LLP and Wittliff Cutter PLLC.

Dated: September 28, 2022          Respectfully submitted,

/s/ *Pratik Ghosh*
Pratik K. Raj Ghosh
**BraunHagey & Borden LLP**
118 West 22nd Street, 12th Floor
New York, New York 10011
Tel: (646) 829-9403
ghosh@braunhagey.com

*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

    */s/ Pratik Ghosh*
    Pratik K. Raj Ghosh