United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| **Leila Green Little,** *et al.*,<br>    **Plaintiffs,**<br>v.<br>**Llano County,** *et al.*,<br>    **Defendants,** | Case No. 1:22-cv-424-RP |

## NOTICE OF DEFENDANT LLANO COUNTY SUBMISSION OF ITS DISCOVERY RESPONSES AND DOCUMENT PRODUCTION TO PLAINTIFFS' SECOND SET OF WRITTEN DISCOVERY.

Defendant Llano County, by and through its attorneys, submits this Notice of Submitting the following discovery responses to Plaintiffs':

1. Responses and Objections to Plaintiffs' Second Set of Interrogatories;

2. Responses and Objections to Plaintiffs' Second Set of Plaintiffs' Request for Admission, and;

3. Responses, Objections and Document Production to Plaintiffs' Second Set of Request for Productions.

Respectfully submitted,

By: *Matthew L. Rienstra*

**Jonathan Mitchell**
Texas Bar No. 24075463
111 Congress Ave. Suite 400
Austin, Texas, 78701
**Dwain K. Rogers**
Llano County Attorney
Texas Bar No. 00788311

County Attorney
**Matthew L. Rienstra**
First Assistant County Attorney
Texas Bar No. 16908020
Llano County Attorney's Office
Llano County Courthouse
801 Ford Street
Llano, Texas 78643
(325) 247-7733
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Llano County's Notice of Its Submission of Discovery Responses to Plaintiff's Second Set of Discovery Requests was served by , Drop Box, and/or electronic mail on this the 14th day of October, 2022, to the following:

*Matthew L. Rienstra*
_____
**Jonathan Mitchell/Dwain K. Rogers/Matthew L. Rienstra**