## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFFS' PREHEARING STATEMENT

Plaintiffs respectfully submit the following documents in advance of the October 28, 2022 hearing on Plaintiffs Motion for a Preliminary Injunction.

Attached hereto as Exhibit A is an amended [Proposed] Order Granting Plaintiffs' Preliminary Injunction.

Attached hereto as Exhibit B are Plaintiffs' deposition designations for the depositions of Defendants Jerry Don Moss, Amber Milum, and Rochelle Wells, as well as full transcripts of each deposition.

Attached hereto as Exhibit C is Plaintiff's Exhibit List to be used during the Preliminary Injunction hearing.

Dated: October 27, 2022          Respectfully submitted,

         /s/ *Ellen Leonida*

         Ellen V. Leonida (CA Bar No. 184194)
         Matthew Borden (CA Bar No. 214323)
         J. Noah Hagey (CA Bar No. 262331)
         Sarah Salomon (CA Bar No. 308770)
         Max Bernstein (NY Bar No. 5609037)
         **BraunHagey & Borden LLP**
         351 California Street, 10th Floor

San Francisco, CA 94104
Tel & Fax:  415-599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
bernstein@braunhagey.com

Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
Kayna Stavast Levy (TX Bar No. 24079388)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com
kayna@wittliffcutter.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

*/s/ Ellen Leonida*
Ellen V. Leonida