# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, | § § § § § | Civil Action No. 1:22-cv-00424-RP |
| Plaintiffs, | § § § | |
| v. | § § § | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § § § | |

The Court, having reviewed all materials submitted in support of and in opposition to Plaintiffs' Motion for a Preliminary Injunction, held a hearing regarding Plaintiffs' Motion, and reviewed all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **GRANTS** Plaintiffs' Motion as follows:

1

1.      Within twenty-four hours of the issuance of this Order, Defendants shall return to publicly visible and accessible shelves the following print books that were removed or concealed from the Llano County Libraries in 2021 or 2022 because of their viewpoint or content:

    a.      *Caste: The Origins of Our Discontent* by Isabel Wilkerson;

    b.      *They Called Themselves the K.K.K: The Birth of an American Terrorist Group* by Susan Campbell Bartoletti;

    c.      *Spinning* by Tillie Walden;

    d.      *In the Night Kitchen* by Maurice Sendak;

    e.      *It's Perfectly Normal: Changing Bodies, Growing Up, Sex and Sexual Health* by Robie Harris;

    f.      *My Butt is So Noisy!*, *I Broke My Butt!*, and *I Need a New Butt!* by Dawn McMillan;

    g.      *Larry the Farting Leprechaun*, *Gary the Goose and His Gas on the Loose*, *Freddie the Farting Snowman*, and *Harvey the Heart Had Too Many Farts* by Jane Bexley;

    h.      *Being Jazz: My Life as a (Transgender) Teen* by Jazz Jennings;

    i.      *Shine* by Lauren Myracle;

    j.      *Under the Moon: A Catwoman Tale* by Lauren Myracle;

    k.      *Gabi, a Girl in Pieces* by Isabel Quintero; and

    l.      *Freakboy* by Kristin Elizabeth Clark.

2.      Within twenty-four hours of the issuance of this Order and immediately after returning the books to publicly visible and accessible shelves as ordered in (1) above, Defendants shall update the Llano County Library System's searchable catalog to reflect that these books have been returned to library shelves and are available for check out.

3.      During the pendency of this action, Defendants may not remove or conceal any book from the Llano County Library System's publicly visible and accessible shelves and/or searchable catalog without documenting (a) the individual who decided to remove or conceal the book and (b) the reason or reasons for that removal or concealment.

4.      During the pendency of this action, before Defendants remove or conceal any book from the Llano County Libraries' publicly visible and accessible shelves and/or searchable catalog, Defendants must provide Plaintiffs with the documentation described in (3) above.

5.      During the pendency of this action, Defendants are hereby enjoined from restricting access to any book on Bibliotheca's online platform due to the book's viewpoint or content.

6.      During the pendency of this action, Defendants are hereby enjoined from closing future meetings of the Llano County Library Board to members of the public.


**IT IS SO ORDERED.**

Dated: _____


_____
Hon. Robert Pitman
United States District Judge