# EXHIBIT B
# Part 2

```
1              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
2                     AUSTIN DIVISION
3     LEILA GREEN LITTLE, ET     *
      AL.,                       *
4                                *
      PLAINTIFFS,                *
5                                * CIVIL ACTION NO.
      VS.                        * 1:22-CV-00424-RP
6                                *
      LLANO COUNTY, ET AL.,      *
7                                *
      DEFENDANTS                 *
8
9
           *******************************************
10            ORAL AND VIDEOTAPED DEPOSITION OF
                     AMBER MILUM
11                  JUNE 28, 2022
                 (REPORTED REMOTELY)
12         *******************************************
13
14            ORAL AND VIDEOTAPED DEPOSITION OF AMBER
15    MILUM, produced as a witness at the instance of the
16    PLAINTIFF(S), and duly sworn, was taken in the
17    above-styled and numbered cause on JUNE 28, 2022,
18    from 9:14 A.M. to 1:19 P.M., before AMY PRIGMORE,
19    CSR, in and for the State of Texas, reported by
20    stenographic means, at the offices of THE WITNESS,
21    Llano, Texas, pursuant to the Federal Rules of
22    Civil Procedure, the First Emergency Order
23    Regarding the COVID-19 State of Disaster, and the
24    provisions stated on the record or attached hereto.
25
                                          Page 1
```

```
 1                  A P P E A R A N C E S
 2
 3     FOR THE PLAINTIFF(S):
       (REMOTELY)
 4          Pratik Ghosh
            Ellen V. Leonida
 5          Sarah Salomon
            BRAUN HAGEY & BORDEN LLP
 6          351 California Street 10th Floor
            San Francisco, CA 94104
 7          ghosh@braunhagey.com
            415-599-0210
 8
 9
       FOR THE DEFENDANT(S):
10     (REMOTELY)
            Dwain K. Rogers
11          LLANO COUNTY ATTORNEY
            Llano County Courthouse
12          801 Ford Street
            Llano, Texas 78643
13          325-247-7733
14
15     FOR THE DEFENDANT(S):
       (REMOTELY)
16          Jonathan F. Mitchell
            MITCHELL LAW PLLC
17          111 Congress Avenue, Suite 400
            Austin, Texas 78701
18          512-686-3940
            jonathan@mitchell.law
19
20
       FOR THE DEFENDANT(S), STATE OF TEXAS:
21          Landon A. Wade
            TEXAS ATTORNEY GENERAL
22          300 W 15th St, 10th Flr
            Austin TX 78701
23          landon.wade@oag.texas.gov
24
25
```

Page 2

1     ALSO PRESENT (REMOTELY):

          Austin Redcay, Videographer

2         Taleaka Yates

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
1                          INDEX
                                              PAGE
2    APPEARANCES  ................................    2
     STIPULATIONS  ...............................    1
3
4
5              E X A M I N A T I O N S
6    AMBER MILUM                               PAGE
     EXAMINATION                                 7
7    BY MR. GHOSH
8
                   E X H I B I T S
9
     EXHIBIT          DESCRIPTION              PAGE
10   EXHIBIT 1        COMPLAINT                  11
     EXHIBIT 2        E-MAIL, BATES LABEL        13
11                    COUNTY 2RFP-00031
     EXHIBIT 3        CREW METHOD WEEDING        19
12                    CHART
     EXHIBIT 4        SPREADSHEET                26
13   EXHIBIT 5        COMPILATION OF             35
                      DOCUMENTS, BATES STAMPED
14                    MILUM RFP-00578 THROUGH
                      00608
15   EXHIBIT 6        E-MAIL CHAIN, BATES        57
                      STAMPED COUNTY 2
16                    RFP-0039 TO 40
     EXHIBIT 7        EXHIBIT 9 TO DECLARATION   62
17   EXHIBIT 8        E-MAIL, BATES STAMPED      99
                      COUNTY 3 RFP - 00226
18                    THROUGH 38
     EXHIBIT 9        E-MAIL, BATES STAMPED     101
19                    MILUM 3 RFP 00485
     EXHIBIT 10       E-MAIL MARKED EXHIBIT 10  106
20                    TO SENIA DECLARATION
     EXHIBIT 11       E-MAIL, BATES STAMPED     110
21                    MILUM 2 RFP-00310
     EXHIBIT 12       E-MAIL, BATES STAMPED     120
22                    MILUM 4 RFP-00621
     EXHIBIT 13       DEFENDANTS' RESPONSE TO   127
23                    PLAINTIFFS'
                      INTERROGATORIES TO
24                    DEFENDANT AMBER MILUM,
                      SET ONE
25
                                              Page 4
```

1     EXHIBIT 14        E-MAIL, BATES STAMPED          142
                        MOSS 1 RFP 00007
2     EXHIBIT 15        LLANO COUNTY LIBRARY           146
                        SYSTEM POLICIES
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                    Page 5

```
 1                P R O C E E D I N G S

 2                      * * *

 3           THE VIDEOGRAPHER:  We are on the          09:14:13

 4      record at 9:14 a.m.  This begins the video recorded  09:14:33

 5      deposition of Amber Milum, taken in the matter of   09:14:37

 6      Leila Green Little, et al, versus Llano County, et  09:14:42

 7      al.                                                 09:14:47

 8           This deposition is being held              09:14:48

 9      remotely.  My name Austin Redcay, and I'm the   09:14:49

10      videographer.  The court reporter is Amy Prigmore,  09:14:53

11      both of us representing Veritext.                   09:14:55

12           Will counsel please introduce             09:14:57

13      themselves for the record, after which the reporter  09:14:59

14      will swear in the witness.                          09:15:01

15           MR. GHOSH:  My name is Pratik Ghosh.       09:15:02

16      That is P-R-A-T-I-K, G-H-O-S-H, of the law firm of   09:15:04

17      Braun Hagey & Borden, on behalf of Plaintiffs.      09:15:10

18           MR. ROGERS:  My name is Dwain              09:15:13

19      Rogers, D-W-A-I-N, R-O-G-E-R-S, Llano County        09:15:14

20      attorney, representing the County and Amber Milum.  09:15:18

21           MR. MITCHELL:  Jonathan Mitchell,          09:15:23

22      J-O-N-A-T-H-A-N, M-I-T-C-H-E-L-L, of Mitchell Law,  09:15:26

23      LLC, representing the County and Amber Milum.       09:15:33

24                AMBER MILUM,

25      having been first duly sworn, testified as follows:
```

Page 6

```
1                        EXAMINATION

2     BY MR. GHOSH:

3         Q.  Great.  So, just to get started, good        09:15:51

4     morning.  I don't want to butcher any               09:15:55

5     pronunciation, so would you mind -- would you mind  09:15:58

6     just stating your name for the record?              09:15:59

7         A.  Amber Milum.                                 09:16:01

8         Q.  Great.  My name is Pratik Ghosh, with Braun 09:16:04

9     Hagey & Borden.  I represent Plaintiffs in this     09:16:08

10     action.  I'll be taking your deposition today.      09:16:10

11         Have you ever had your deposition taken         09:16:12

12     before?                                             09:16:13

13         A.  No.                                         09:16:14

14             MR. GHOSH:  I actually do want to           09:16:18

15     just pause very briefly.                            09:16:19

16             Would -- would you mind sending me          09:16:22

17     the -- the live text link, Amy or Austin, for the   09:16:24

18     realtime?                                           09:16:31

19             THE VIDEOGRAPHER:  Sure.  Hang on.          09:16:31

20     You're asking for the meeting link?                 09:16:47

21             THE REPORTER:  Would you like to go         09:16:47

22     off the record to do this?                          09:16:48

23             MR. GHOSH:  Yes, please.                    09:16:49

24             THE VIDEOGRAPHER:  Going off the            09:16:50

25     record at 9:16.                                     09:16:51
```

Page 7

| | | |
|---|---|---|
| 1 | (Break.) | 09:18:54 |
| 2 | THE VIDEOGRAPHER:  We are on the | 09:18:54 |
| 3 | record at 9:18. | 09:18:58 |
| 4 | Q.  (BY MR. GHOSH)  Sorry about that, Ms. Milum. | 09:19:00 |
| 5 | So I just wanted to ask that one more time. | 09:19:04 |
| 6 | Have you ever had your deposition taken | 09:19:07 |
| 7 | before? | 09:19:08 |
| 8 | A.  No. | 09:19:08 |
| 9 | Q.  Okay.  I just wanted to go over a few, you | 09:19:09 |
| 10 | know, rules of the road.  It's a little bit unusual | 09:19:12 |
| 11 | sort of conversation we're going to be having | 09:19:15 |
| 12 | today. | 09:19:18 |
| 13 | So even though you -- we're appearing | 09:19:18 |
| 14 | virtually, for the oath that you swore, all your | 09:19:20 |
| 15 | answers have to be completely true, just as -- you | 09:19:22 |
| 16 | know, as they would if you were in a court. | 09:19:25 |
| 17 | Do you understand that? | 09:19:28 |
| 18 | A.  Yes. | 09:19:28 |
| 19 | Q.  We have a court reporter here, who is taking | 09:19:28 |
| 20 | a verbatim transcript of everything we say.  In | 09:19:31 |
| 21 | order for that transcript to be accurate, your | 09:19:34 |
| 22 | answers need to be verbal, meaning, you know, no | 09:19:36 |
| 23 | shaking your head. | 09:19:39 |
| 24 | Do you understand that? | 09:19:40 |
| 25 | A.  Yes. | 09:19:40 |

Page 8

| 1 | Q.  If you don't understand any question, please | 09:19:40 |
| 2 | let me know, and I'll rephrase. | 09:19:46 |
| 3 | Do you understand that? | 09:19:48 |
| 4 | A.  Yes. | 09:19:48 |
| 5 | Q.  Is there any reason why you're unable to | 09:19:48 |
| 6 | give complete and truthful answers today? | 09:19:52 |
| 7 | A.  No. | 09:19:54 |
| 8 | Q.  Are you on any medications that would impede | 09:19:54 |
| 9 | your ability to testify truthfully today? | 09:19:56 |
| 10 | A.  No. | 09:19:57 |
| 11 | Q.  You're free to take a break at any time, | 09:19:58 |
| 12 | just let us know, unless there's a question | 09:20:01 |
| 13 | pending. | 09:20:03 |
| 14 | Do you understand that? | 09:20:03 |
| 15 | A.  Yes. | 09:20:04 |
| 16 | Q.  Okay.  From time to time, your counsel may | 09:20:04 |
| 17 | state objections.  But unless your counsel | 09:20:08 |
| 18 | instructs you not to answer a question, you're -- | 09:20:10 |
| 19 | you're supposed to answer the questions. | 09:20:13 |
| 20 | Do you understand that? | 09:20:17 |
| 21 | A.  Yes. | 09:20:17 |
| 22 | Q.  Great.  Do you have any materials with you | 09:20:17 |
| 23 | now, to help you prepare, you know, or refresh your | 09:20:21 |
| 24 | recollection, for this deposition? | 09:20:23 |
| 25 | A.  No. | 09:20:24 |

Page 9

| | | |
|---|---|---|
| 1 | Q.  Okay.  Did you do anything to prepare for | 09:20:25 |
| 2 | this deposition? | 09:20:29 |
| 3 | A.  (Witness shakes head.) | 09:20:29 |
| 4 | Q.  Okay.  I -- just one more time, we're just | 09:20:35 |
| 5 | going to need verbal -- verbal answers. | 09:20:38 |
| 6 | A.  Yes. | 09:20:39 |
| 7 | Q.  Okay.  What did you do to prepare for this | 09:20:41 |
| 8 | deposition? | 09:20:45 |
| 9 | MR. ROGERS:  I'm going to object to | 09:20:46 |
| 10 | the extent this might impinge on attorney-client | 09:20:47 |
| 11 | privilege. | 09:20:50 |
| 12 | But go ahead and answer, Ms. Milum. | 09:20:50 |
| 13 | A.  I spoke to my lawyers, and went over notes. | 09:20:53 |
| 14 | Q.  (BY MR. GHOSH)  And who are your lawyers? | 09:20:57 |
| 15 | A.  Dwain Rogers, Matt, Landon, and Jonathan. | 09:21:00 |
| 16 | Q.  And by Landon, are you referring to Landon | 09:21:08 |
| 17 | Wade? | 09:21:18 |
| 18 | A.  Yes. | 09:21:18 |
| 19 | Q.  Okay.  Does Mr. -- does Mr. Wade, and his | 09:21:18 |
| 20 | office, do they represent you in this action right | 09:21:22 |
| 21 | now? | 09:21:24 |
| 22 | A.  I'm not quite sure exactly. | 09:21:24 |
| 23 | Q.  Okay.  Okay.  I'm going to just put up a | 09:21:30 |
| 24 | document that's just marked as No. 1, on the zip, | 09:21:41 |
| 25 | but I'm going to put it up by your screen.  Let me | 09:21:44 |

Page 10

```
 1    know if you can see it.  And, if so, that would be    09:21:47

 2    great.                                                09:21:53

 3            Are you able to see this document,            09:21:53

 4    Ms. Milum?                                            09:21:56

 5        A.  Yes.                                          09:21:56

 6        Q.  Okay.  Do you recognize this document?        09:21:56

 7        A.  No.                                           09:22:00

 8        Q.  Has -- has your lawyer -- have they showed    09:22:11

 9    you any documents related to this litigation?        09:22:21

10        A.  I've received some in the mail.              09:22:24

11        Q.  Okay.  And which -- which documents have you 09:22:27

12    received in the mail?                                09:22:29

13        A.  Some that look like this, but I don't        09:22:30

14    believe I've seen this one.                          09:22:35

15        Q.  Okay.  Got that.                             09:22:36

16            This is just marked as No. 2.  We'll be      09:22:46

17    introducing this as Exhibit 1.                       09:22:49

18                (Exhibit 1 is marked.)                    09:22:52

19        Q.  (BY MR. GHOSH)  Is this one of the documents 09:22:53

20    that you did see, in the mail, what's called the --  09:22:54

21    the complaint?                                       09:22:59

22        A.  If it was one of the first ones, I believe   09:23:14

23    so.                                                  09:23:17

24        Q.  Okay.  Do you understand what this lawsuit   09:23:17

25    is about?                                            09:23:23
```

                                                    Page 11

```
 1        A.  Yes.                                         09:23:24

 2        Q.  And -- and what is your understanding?       09:23:26

 3        A.  That a few people want different things than 09:23:29

 4   the rest of the community.                            09:23:36

 5        Q.  Okay.  And -- and when you say different     09:23:37

 6   things, would you mind expanding on that just a       09:23:48

 7   little bit?                                           09:23:50

 8        A.  They wanted OverDrive, instead of a          09:23:51

 9   different service.  And they want certain books to    09:24:02

10   stay in the library.                                  09:24:09

11        Q.  Can you just briefly describe your           09:24:11

12   educational background?                               09:24:24

13        A.  I went to Llano High School, graduated, and  09:24:24

14   that's -- that's it.  I didn't go to college.         09:24:32

15        Q.  Okay.  Do you have any licenses or           09:24:34

16   specialization, related to your job?                  09:24:39

17        A.  I have continuing education credits.         09:24:41

18        Q.  And what is your -- what is your current     09:24:43

19   title?                                                09:24:49

20        A.  Llano County Library System director.        09:24:49

21        Q.  And how long have you held that title for?   09:24:53

22        A.  For the whole system, a little over a year.  09:24:57

23        Q.  And what were you doing, you know, prior     09:25:00

24   to -- prior to this year?                             09:25:04

25        A.  I was the Kingsland Library director.        09:25:05
```

Page 12

| | | |
|---|---|---|
| 1 | Q.  And how long did you hold that position for? | 09:25:09 |
| 2 | A.  About four years. | 09:25:11 |
| 3 | Q.  Okay.  And prior to that? | 09:25:16 |
| 4 | A.  I was part-time with the Kingsland Library. | 09:25:20 |
| 5 | Q.  Okay.  And how long were you part-time at | 09:25:25 |
| 6 | the Kingsland Library? | 09:25:28 |
| 7 | A.  About four years. | 09:25:31 |
| 8 | Q.  Okay.  So, for nearly a decade, you -- | 09:25:39 |
| 9 | you've been working as a librarian, in some context | 09:25:42 |
| 10 | or capacity. | 09:25:46 |
| 11 | Is that right? | 09:25:47 |
| 12 | A.  Yes. | 09:25:47 |
| 13 | Q.  I just want to show you a document we're | 09:25:48 |
| 14 | going to be introducing as Exhibit 2. | 09:25:53 |
| 15 | (Exhibit 2 is marked.) | 09:25:56 |
| 16 | Q.  (BY MR. GHOSH)  So, if you would mind just | 09:26:05 |
| 17 | taking, you know, a minute or two, to review, you | 09:26:07 |
| 18 | know, the full text of this document. | 09:26:10 |
| 19 | If you can't read it, just let me know.  I'm | 09:26:12 |
| 20 | happy to zoom in.  But once you're done reading it, | 09:26:19 |
| 21 | if you wouldn't mind letting me know if you | 09:26:24 |
| 22 | recognize the document. | 09:26:25 |
| 23 | (The witness peruses the document.) | 09:26:26 |
| 24 | MR. GHOSH:  And, Counsel, just to | 09:26:31 |
| 25 | let you know, this is marked as No. 22, in the zip | 09:26:32 |

Page 13

```
 1    file.  The Bates number it was produced at is          09:26:35

 2    County 2RFP-00031.                                      09:26:38

 3                (The witness peruses the document.)         09:26:53

 4    A.  Okay.                                               09:27:25

 5    Q.  (BY MR. GHOSH)  I'll just restate the               09:27:26

 6    question.                                               09:27:28

 7         Do you recognize this e-mail?                      09:27:28

 8    A.  Yes.                                                09:27:29

 9    Q.  Okay.  And this is a January 28, 2022,              09:27:29

10    e-mail, from yourself, to Mr. Ron Cunningham,           09:27:32

11    Mr. Dwain Rogers.                                       09:27:38

12         Is that correct?                                   09:27:40

13    A.  Yes.                                                09:27:40

14    Q.  And who -- who is Mr. Ron Cunningham?               09:27:41

15    A.  The county judge.                                   09:27:47

16    Q.  Does he -- is he your supervisor?                   09:27:48

17    A.  Yes.                                                09:27:55

18    Q.  Besides Mr. Cunningham, do you report to            09:27:56

19    anybody else?                                           09:28:00

20    A.  Commissioners Court.                                09:28:01

21    Q.  To -- okay.  So you report to the                   09:28:04

22    Commissioners, Mr. Cunningham.                          09:28:07

23         Anybody other than those individuals?              09:28:08

24    A.  No.                                                 09:28:10

25    Q.  In this e-mail, you state, and I quote:  I          09:28:10
```

Page 14

| 1 | have been trained in collection management, and | 09:28:19 |
| 2 | development.  I am learning the existing | 09:28:20 |
| 3 | collections gaps and needs at Llano.  I have also | 09:28:22 |
| 4 | taken continuing education classes on collection | 09:28:27 |
| 5 | development basics.  There should not be an issue | 09:28:31 |
| 6 | with trusting me to purchase books, or the staff, | 09:28:33 |
| 7 | to recommend books. | 09:28:36 |
| 8 | What was the context in which you made this | 09:28:38 |
| 9 | statement? | 09:28:43 |
| 10 | A.  There was a lot of gossip that the staff and | 09:28:43 |
| 11 | I were hearing, and I was letting the Judge know | 09:28:55 |
| 12 | that we -- we are trained in what we -- what we are | 09:29:06 |
| 13 | doing. | 09:29:09 |
| 14 | Q.  And part of that training is your ten years | 09:29:09 |
| 15 | of experience as a librarian. | 09:29:12 |
| 16 | Isn't that correct? | 09:29:15 |
| 17 | A.  Yes. | 09:29:16 |
| 18 | Q.  Are you the senior-most decision maker at | 09:29:17 |
| 19 | the Llano County Library System? | 09:29:25 |
| 20 | A.  Yes. | 09:29:27 |
| 21 | Q.  Okay.  So when it comes to adding books to, | 09:29:27 |
| 22 | you know, the collection, are you sort of the last | 09:29:32 |
| 23 | word? | 09:29:35 |
| 24 | A.  Yes. | 09:29:35 |
| 25 | Q.  When it comes to removing, you know, books | 09:29:38 |

Page 15

| | | |
|---|---|---|
| 1 | from the collection, are you the ultimate decision | 09:29:41 |
| 2 | maker? | 09:29:43 |
| 3 | A.  Ultimately, yes. | 09:29:43 |
| 4 | Q.  What are some of your -- you know, besides | 09:29:55 |
| 5 | adding and removing books from the library, what | 09:29:59 |
| 6 | are some of your other job responsibilities? | 09:30:01 |
| 7 | A.  The staff schedules, making sure everyone is | 09:30:07 |
| 8 | doing what they're supposed to be doing, where | 09:30:14 |
| 9 | they're at. | 09:30:16 |
| 10 | Q.  Okay.  I -- | 09:30:22 |
| 11 | A.  The -- | 09:30:22 |
| 12 | Q.  Oh, sorry.  Go ahead. | 09:30:23 |
| 13 | A.  I was just going to say the collection | 09:30:23 |
| 14 | development, you know, researching. | 09:30:26 |
| 15 | Q.  Okay.  Just in general terms, sort of an | 09:30:28 |
| 16 | estimate, what would -- which tasks, you know, that | 09:30:34 |
| 17 | you've just described, takes the majority of your | 09:30:38 |
| 18 | time, as the library director? | 09:30:40 |
| 19 | A.  Probably the -- the researching books. | 09:30:41 |
| 20 | Q.  Got it.  Are you familiar with the term, | 09:30:51 |
| 21 | weeding books? | 09:30:59 |
| 22 | A.  Yes. | 09:31:00 |
| 23 | Q.  Okay.  And what does that term mean? | 09:31:00 |
| 24 | A.  It is the process that librarians go through | 09:31:03 |
| 25 | to remove books from their systems that aren't | 09:31:09 |

Page 16

```
 1    getting checked out, or that are damaged.        09:31:16

 2        Q.  Okay.  And are you responsible for weeding   09:31:18

 3    books at the Llano County Library System?        09:31:23

 4        A.  Yes.                                     09:31:25

 5        Q.  Okay.  Other than yourself, is anybody else  09:31:25

 6    involved with weeding books?                     09:31:28

 7        A.  Yes.                                     09:31:31

 8        Q.  Okay.  How many individuals would you say  09:31:32

 9    are involved with the Llano County Library System,  09:31:39

10    with regards to weeding books?                   09:31:41

11        A.  Well, I have three staff, so they -- they  09:31:45

12    all would.  Every -- every staff member is trained  09:31:47

13    in what to look for.                             09:31:51

14        Q.  Okay.  And you say you have three staff.  09:31:52

15            Are those three full-time librarians that  09:31:56

16    work for you?                                    09:31:58

17        A.  It's one full-time, two part-time.       09:31:59

18        Q.  Okay.  And what are the names of those   09:32:00

19    librarians?                                      09:32:12

20        A.  Tina Castelan, Miriam Bailey, and Richard  09:32:12

21    Lelle.                                           09:32:24

22        Q.  If you wouldn't mind just spelling the last  09:32:24

23    name of Richard.                                 09:32:29

24        A.  L-E-L-L-E.                               09:32:29

25        Q.  So -- so these three individuals assist you  09:32:32
```

Page 17

```
 1    in -- in weeding books.                        09:32:39

 2          Is that correct?                         09:32:40

 3      A.  At the Llano library, yes.               09:32:41

 4      Q.  Okay.  Oh, so these three individuals    09:32:45

 5    only -- these are the -- these are folks that only   09:32:50

 6    work at the Llano Branch.                      09:32:51

 7          Is that right?                           09:32:52

 8      A.  Yes.                                      09:32:53

 9      Q.  Okay.  And are there other individuals that   09:32:53

10    then work at the Kingsland -- at the Kingsland   09:32:55

11    Branch?                                        09:32:59

12      A.  Yes.                                      09:32:59

13      Q.  And is there a third branch as well?     09:32:59

14      A.  Yes.  Lakeshore.                          09:33:01

15      Q.  Okay.  How many librarians do you have   09:33:02

16    working for you at the Kingsland Branch?       09:33:05

17      A.  Two.                                      09:33:09

18      Q.  And what are their names?                09:33:09

19      A.  April Puryear, P-U-R-Y-E-A-R, and Jennifer   09:33:11

20    Kormish.                                        09:33:17

21      Q.  And how about the -- you said lake view is   09:33:19

22    the third branch?                              09:33:24

23      A.  Lakeshore.                                09:33:26

24      Q.  Lakeshore.  I'm sorry.                   09:33:28

25          And how many librarians do you have working   09:33:30
```

Page 18

```
 1   for you at the Lakeshore Branch?                  09:33:31

 2       A.  Two.                                       09:33:33

 3       Q.  And what are their names?                  09:33:33

 4       A.  Melissa Macdougall and Linda Wallen.       09:33:35

 5       Q.  If you would just pronounce -- sorry, spell 09:33:40

 6   Wallen for me.                                     09:33:46

 7       A.  W-A-L-L-E-N.                                09:33:47

 8       Q.  Okay.  So, across the system, there are    09:33:49

 9   seven librarians that work for you, that report to 09:33:57

10   you.                                               09:33:59

11           Is that correct?                           09:33:59

12       A.  Yes.                                       09:34:00

13       Q.  Okay.  And these librarians, amongst other 09:34:01

14   things, are involved in helping you select books,  09:34:05

15   remove books, and weed books.                      09:34:10

16           Is that right?                             09:34:12

17       A.  Yes.                                       09:34:12

18       Q.  I'm going to pull up what's been labeled as 09:34:13

19   No. 4, in the zip.  And if my math is right, which 09:34:21

20   it sometimes isn't, but I think this will be       09:34:28

21   Exhibit No. 3.                                     09:34:30

22               (Exhibit 3 is marked.)                 09:34:31

23       Q.  (BY MR. GHOSH)  One second, let me just    09:34:38

24   share my screen, so we have it up.                 09:34:40

25           Are you able to see the document?          09:34:44
```

Page 19

| | | |
|---|---|---|
| 1 | A.  Yes. | 09:34:45 |
| 2 | Q.  Great.  This is a -- this is a long sort of | 09:34:45 |
| 3 | compilation that, you know, we've put together. | 09:34:51 |
| 4 | We're not going to be talking about the whole | 09:34:53 |
| 5 | document, all at once. | 09:34:55 |
| 6 | And when I do, you know, ask you to talk | 09:34:59 |
| 7 | about a discrete document, I'm going to give you | 09:35:02 |
| 8 | the opportunity to review that whole document. | 09:35:08 |
| 9 | Do you understand that? | 09:35:10 |
| 10 | A.  Yes. | 09:35:10 |
| 11 | Q.  Okay.  So I'm just going to start with | 09:35:11 |
| 12 | what's been Bates-labeled as page 503.  The title | 09:35:12 |
| 13 | of this document, Ms. Milum, is the CREW method | 09:35:16 |
| 14 | weeding chart. | 09:35:20 |
| 15 | Do you recognize this document? | 09:35:20 |
| 16 | A.  Yes. | 09:35:22 |
| 17 | Q.  Okay.  And what is the CREW method weeding | 09:35:22 |
| 18 | chart? | 09:35:27 |
| 19 | A.  It is guidelines for weeding your | 09:35:27 |
| 20 | non-fiction, yes. | 09:35:35 |
| 21 | Q.  Okay.  And I'll see at the bottom here, | 09:35:42 |
| 22 | there is -- let's see if I can't zoom in.  There is | 09:35:50 |
| 23 | an acronym, M-U-S-T-I-E. | 09:35:56 |
| 24 | Are you familiar with that acronym? | 09:36:03 |
| 25 | A.  Yes. | 09:36:04 |

Page 20

```
 1        Q.   There is an acronym, W-O-R-S-T, with the      09:36:04
 2   word, WORST.                                            09:36:09
 3             Are you familiar with that acronym?           09:36:10
 4        A.   Yes.                                          09:36:11
 5        Q.   And -- and what's the purpose of these two    09:36:12
 6   acronyms?                                               09:36:14
 7        A.   An easier way to remember what to look        09:36:14
 8   for --                                                  09:36:18
 9        Q.   Okay.                                         09:36:19
10        A.   -- when you're weeding.                       09:36:19
11        Q.   And so, M-U-S-T-I-E stands for, misleading,   09:36:20
12   ugly, superseded by new additions or better books,     09:36:25
13   trivial, irrelevant to school community needs and      09:36:31
14   interests, easily obtained elsewhere via               09:36:35
15   interlibrary loan.                                      09:36:39
16             Did I get that right?                         09:36:40
17        A.   Yes.                                          09:36:41
18        Q.   Okay.  WORST stands for worn out, out of      09:36:41
19   date, rarely used, central office/borough can          09:36:44
20   supply, trivial.                                        09:36:48
21             Did I get that right?                         09:36:50
22        A.   Yes.                                          09:36:51
23        Q.   Okay.  So, the -- the CREW method, and, you   09:36:51
24   know, these sort of acronyms, to sort of help you      09:36:59
25   remember, are these what you would consider the        09:37:02
```

Page 21

```
 1    standard that you've been trained in, when weeding    09:37:04
 2    books?                                                09:37:08
 3        A.  Yes.                                          09:37:09
 4        Q.  Okay.  Would you describe this as a neutral   09:37:09
 5    standard?                                             09:37:23
 6        A.  Yes.                                          09:37:24
 7        Q.  Okay.  Is it your typical or usual practice   09:37:24
 8    to remove a book, when you don't disagree -- when     09:37:27
 9    you disagree with it?                                 09:37:30
10        A.  Could you repeat that?                        09:37:31
11        Q.  Sure.  Is it your typical practice to remove  09:37:34
12    a book, or weed a book, when you disagree with the    09:37:37
13    content?                                              09:37:41
14        A.  No.                                           09:37:41
15            MR. ROGERS:  Objection; assumes               09:37:43
16    facts not in evidence.                                09:37:44
17            But go ahead.                                 09:37:45
18        Q.  (BY MR. GHOSH)  I just want to move on to     09:37:53
19    the next page here.  It's -- it's Bates stamped as    09:37:54
20    Milum 4 RFP 00504.                                    09:37:57
21        I'm just going to give you, you know, a           09:38:03
22    minute to -- to take a look at this document.  Why    09:38:04
23    don't you let me know once -- once you've done        09:38:07
24    that.                                                 09:38:08
25            (The witness peruses the document.)           09:38:20
```

Page 22

```
 1        A.   Okay.                                    09:38:21

 2        Q.   (BY MR. GHOSH)   Do you recognize this    09:38:22

 3   document?                                          09:38:22

 4        A.   Yes.                                      09:38:23

 5        Q.   And -- and what is this document?         09:38:23

 6        A.   This is parts of what I was working on, for  09:38:26

 7   an updated materials collection policy.            09:38:33

 8        Q.   Okay.   Is there a completed version of your  09:38:36

 9   updated materials collection policy?               09:38:44

10        A.   No.                                       09:38:45

11        Q.   Okay.   Is that something you're still     09:38:46

12   working on?                                        09:38:52

13        A.   Yes.                                      09:38:52

14        Q.   Okay.   Do you expect to be -- do you expect  09:38:53

15   that to be complete in the near future?            09:38:56

16        A.   No.                                       09:38:58

17        Q.   I just want to direct your attention to the  09:39:01

18   section at the bottom of this page here that says,  09:39:15

19   collection maintenance; specifically, the part that  09:39:17

20   says, and I'm quoting:   The Llano County Library    09:39:19

21   System subscribes to CREW, Continuous Review        09:39:23

22   Evaluation and Weeding method, when weeding the     09:39:27

23   library collection.   The CREW method uses an       09:39:30

24   acronym, MUSTIE, to indicate when items should be   09:39:32

25   removed from the collection.                        09:39:36
```

```
 1              And then it goes on to -- to describe      09:39:37
 2    MUSTIE.                                              09:39:39
 3              Do -- do you see where it says that?       09:39:41
 4        A.   Yes.                                        09:39:42
 5        Q.   Directly under that, it says:  Decisions are  09:39:42
 6    based on some combination of these criteria; that   09:39:46
 7    is, an item will probably not be discarded based on 09:39:48
 8    meeting only one of these criteria.                 09:39:52
 9              Do you agree with that statement?          09:39:54
10        A.   Yes.                                        09:39:56
11        Q.   Then it goes on to say:  Other criteria that 09:40:02
12    might also be considered include age, condition,    09:40:10
13    frequency of use/circulation, multiple -- multiple  09:40:13
14    copies, and currency/accuracy.                      09:40:17
15              Do you agree with that sentence?           09:40:20
16        A.   Yes.                                        09:40:22
17        Q.   Okay.  Within the -- the CREW weeding       09:40:23
18    method, is there any principle that states that     09:40:34
19    librarians should remove books that they disagree   09:40:40
20    with?                                               09:40:44
21        A.   I'm sorry.  Repeat that again.             09:40:45
22        Q.   Sure.  Within the CREW review method, are  09:40:48
23    there any principles that state that librarians     09:40:55
24    should remove books that they disagree with?        09:40:59
25        A.   No.                                         09:41:01
```

Page 24

```
 1        Q.   Now, this is where it may be helpful for you   09:41:01

 2   to have this document open.  The next sort of           09:41:08

 3   document in this series that starts at -- just the      09:41:11

 4   next page, it should be, Bates number 505, is           09:41:15

 5   this -- is this PowerPoint presentation, with           09:41:20

 6   the -- I'm going to guess that's a tiger, but I'm       09:41:22

 7   not a -- an animal expert.                              09:41:26

 8        Are you familiar with this -- this                 09:41:28

 9   PowerPoint?                                             09:41:31

10        A.   No.                                           09:41:32

11        Q.   Okay.  You haven't seen this PowerPoint at    09:41:32

12   any point?                                              09:41:41

13        A.   No.                                           09:41:42

14        Q.   Okay.  Did you train your librarians in the   09:41:42

15   CREW method?                                            09:41:48

16        A.   No.  They were here before me.  I guess I've  09:41:48

17   trained two.                                            09:42:04

18        Q.   And which two have you trained?               09:42:05

19        A.   Miriam and Richard.  We've been working on    09:42:07

20   it.                                                     09:42:13

21        Q.   Got it.  And -- and those are the two         09:42:17

22   part-time employees at the Llano Branch, right?         09:42:19

23        A.   Yes.                                          09:42:22

24        Q.   Got it.  Do you know who Dawn Vogler is?      09:42:22

25        A.   No.                                           09:42:29
```

Page 25

| | | |
|---|---|---|
| 1 | Q. Okay. Do you keep usage statistics on all | 09:42:30 |
| 2 | books in the Llano County Library System? | 09:42:49 |
| 3 | A. Yes. | 09:42:52 |
| 4 | Q. So you know how often a book has been | 09:42:52 |
| 5 | checked out. | 09:42:58 |
| 6 | Is that right? | 09:42:59 |
| 7 | A. Yes. | 09:42:59 |
| 8 | Q. In and around November of last year, | 09:42:59 |
| 9 | November of 2021, were you and the other librarians | 09:43:16 |
| 10 | tasked with removing certain books that community | 09:43:22 |
| 11 | members found offensive? | 09:43:26 |
| 12 | MR. ROGERS: Objection; assumes | 09:43:30 |
| 13 | facts not in evidence. | 09:43:31 |
| 14 | Go ahead. | 09:43:33 |
| 15 | A. No. | 09:43:34 |
| 16 | Q. (BY MR. GHOSH) Okay. I'm putting up on the | 09:43:39 |
| 17 | screen what'll be Exhibit 4. | 09:43:52 |
| 18 | (Exhibit 4 is marked.) | 09:43:57 |
| 19 | Q. (BY MR. GHOSH) Let me scroll to the top of | 09:44:05 |
| 20 | this page here. This is an 86-page spreadsheet | 09:44:07 |
| 21 | that you produced to Plaintiffs, through your | 09:44:19 |
| 22 | counsel, with the file name Milum 1 RFP.PDF. | 09:44:21 |
| 23 | Do you recognize this document? | 09:44:31 |
| 24 | A. Yes. | 09:44:32 |
| 25 | Q. And what is this document? | 09:44:42 |

Page 26

1     A.   It's a report of everything that was deleted          09:44:43

2  in that time frame.          09:44:48

3     Q.   Okay.  And I just briefly want to walk          09:44:48

4  through the columns so we're on the same page here.          09:44:51

5          What is the -- the first column starts with          09:44:54

6  M-A-T, pound sign.          09:44:57

7          What does that mean?          09:45:00

8     A.   That is the material number, barcode number.          09:45:02

9     Q.   Got it.  And the next is, title.  I'm          09:45:06

10  assuming that refers to book title.          09:45:11

11         Is that right?          09:45:13

12    A.   Yes.          09:45:13

13    Q.   Okay.  The next is, author,          09:45:14

14  self-explanatory.          09:45:20

15         Next is, deletion reason.          09:45:20

16         Can you explain what that means?          09:45:23

17    A.   The reason it was deleted from the system.          09:45:24

18    Q.   Okay.  It seems like the reason for almost          09:45:30

19  every single entry is the word, weeded.          09:45:33

20         Is there any other reason to delete a book          09:45:39

21  from the system, besides it being weeded?          09:45:42

22    A.   Yes.          09:45:45

23    Q.   And what -- what are some of the other          09:45:48

24  reasons?          09:45:51

25    A.   If it's not returned, it would just be          09:45:51

Page  27

| | | |
|---|---|---|
| 1 | missing and we would delete it.  If it's damaged by | 09:45:55 |
| 2 | a patron, then we would delete it, and it would | 09:46:00 |
| 3 | have more of a note, saying that it was damaged | 09:46:04 |
| 4 | that way. | 09:46:11 |
| 5 | Q.  Got it.  Next you have price. | 09:46:11 |
| 6 | Does that just refer to what the library | 09:46:14 |
| 7 | paid for the book? | 09:46:16 |
| 8 | A.  Yes. | 09:46:17 |
| 9 | Q.  And what does -- the next column is fund. | 09:46:19 |
| 10 | What -- what does that mean? | 09:46:24 |
| 11 | A.  I'm not quite sure. | 09:46:25 |
| 12 | Q.  Okay.  Did you put together this -- or | 09:46:38 |
| 13 | sorry.  Scratch that.  Let me -- let me ask that a | 09:46:40 |
| 14 | different way. | 09:46:42 |
| 15 | Are you responsible for maintaining and | 09:46:42 |
| 16 | updating this spreadsheet? | 09:46:45 |
| 17 | A.  No. | 09:46:46 |
| 18 | Q.  Who -- who is? | 09:46:46 |
| 19 | A.  So, our computer library system.  So all I | 09:46:48 |
| 20 | would do is put in the dates that I would want | 09:46:56 |
| 21 | information for, and then it would give me a | 09:46:59 |
| 22 | report. | 09:47:02 |
| 23 | Q.  Got it.  So, when you weed a book, do you | 09:47:02 |
| 24 | have to input that data into a computer, and then | 09:47:09 |
| 25 | that goes into this database? | 09:47:12 |

Page  28

1    A.   Kind of.   We would scan the barcode of the        09:47:13

2    book.   It would bring up the book, and then we         09:47:22

3    would click the deleted button.                          09:47:25

4        Q.   Okay.   Understood.   I just want to get some    09:47:30

5    clarifications on a few more columns here --              09:47:32

6    columns here.                                             09:47:35

7            One of the columns says, biblio still             09:47:36

8    exists.   And then it's a yes or a no.                    09:47:38

9            What does that mean?                              09:47:42

10       A.   That means that the item could be in a           09:47:43

11   different library.   It could be in the -- one of         09:47:45

12   the ones in our branch.                                   09:47:50

13       Q.   So this spreadsheet only covers books that       09:47:51

14   are in the Llano Branch.                                  09:47:58

15           Is that right?                                    09:48:00

16       A.   No.   This is the system.                        09:48:02

17       Q.   Okay.   So -- so this is across all branches?    09:48:03

18       A.   Yes.                                             09:48:05

19       Q.   Okay.   So -- so if -- if biblio still exists    09:48:05

20   is no, that means you can't access the book in any        09:48:08

21   branch.                                                   09:48:11

22           Is that right?                                    09:48:11

23       A.   Correct.                                         09:48:11

24       Q.   Okay.   All times circ.   Is that the number    09:48:12

25   it's been checked out?                                    09:48:21

Page  29

1    A.  Yes.                                           09:48:22

2    Q.  Okay.  And then, last circ, is that the last   09:48:23

3  time the book was checked out?                       09:48:26

4    A.  Yes.                                           09:48:27

5    Q.  Okay.  I'm just going to scroll down a          09:48:28

6  little bit here.  So it looks like a number of        09:48:31

7  books were weeded on November 12, 2021.               09:48:57

8        One of those books is titled, Caste: The        09:49:01

9  Origins of Our Discontents, written by Isabel         11:03:12

10  Wilkerson.                                            09:49:10

11        Are you familiar with this book?               09:49:11

12    A.  I never read it, no.                           09:49:12

13    Q.  Was it your decision to select this book for   09:49:15

14  the Llano County Library System?                      09:49:27

15    A.  I'm not sure.  I don't remember when it was    09:49:27

16  put into the system.                                  09:49:35

17    Q.  So, it looks like it was put into the          09:49:37

18  system, from the spreadsheet, December 15th, 2020.    09:49:39

19        Do you see that?                               09:49:46

20    A.  Yes.                                           09:49:47

21    Q.  And you were working as -- were you working    09:49:47

22  as the director during that time?                     09:49:50

23    A.  I was not.  I think that was right before      09:49:51

24  I -- I went over there.                               09:49:56

25    Q.  Okay.  So you're not familiar with who put     09:49:57

                                              Page 30

```
 1    the -- who put the book in the library?          09:50:04

 2         A.  I -- I don't remember.                   09:50:06

 3         Q.  Okay.  Do you remember weeding the book? 09:50:07

 4         A.  No.                                       09:50:11

 5         Q.  Let's go to another book that was removed 09:50:14

 6    that same day, called, Being Jazz, My Life as a   09:50:20

 7    (Transgender) Teen, by Jazz Jennings.             09:50:27

 8             Do you have any knowledge of this title? 09:50:29

 9         A.  Yes.                                      09:50:31

10         Q.  Okay.  And what is your, I guess, knowledge 09:50:31

11    of the title?                                      09:50:35

12         A.  I -- I've seen it on the shelves.  I've   09:50:37

13    never read it.                                     09:50:39

14         Q.  Okay.  It looks like this book was also   09:50:40

15    weeded on November 12, 2021.                       09:50:46

16             Is that right?                            09:50:48

17         A.  Yes.                                      09:50:48

18         Q.  Do you know why it was weeded?            09:50:50

19         A.  Because it had not been getting checked out. 09:50:57

20         Q.  And is -- is the practice -- is -- is the -- 09:50:59

21    what is the rule with regards to a book that isn't 09:51:07

22    checked out very frequently?                       09:51:11

23         A.  If it's not getting checked out at least  09:51:11

24    within three years, we will weed it, because it's  09:51:15

25    just -- it's wasting space, when we could put      09:51:21
```

Page 31

| | | |
|---|---|---|
| 1 | something else on the shelves. | 09:51:25 |
| 2 | Q.  Okay.  And is it your testimony today that | 09:51:25 |
| 3 | that was the only reason why Being Jazz was weeded? | 09:51:32 |
| 4 | A.  Yes. | 09:51:37 |
| 5 | Q.  It wasn't weeded for any other reason? | 09:51:38 |
| 6 | A.  No. | 09:51:40 |
| 7 | Q.  I just want to direct your attention -- | 09:51:40 |
| 8 | actually, before I do that, if I wanted to check | 09:51:51 |
| 9 | out, Caste: The Origins of Our Discontents, would I | 09:51:53 |
| 10 | be able to do that from the Llano County Library, | 09:52:00 |
| 11 | assuming I had a library card? | 09:52:05 |
| 12 | A.  It doesn't look like it's in the system, but | 09:52:06 |
| 13 | if we had it, you would be able to. | 09:52:08 |
| 14 | Q.  And it looks like that book was, in fact, | 09:52:10 |
| 15 | checked out last January, January 22nd, and two | 09:52:13 |
| 16 | more times other than that. | 09:52:18 |
| 17 | Do you see that? | 09:52:20 |
| 18 | A.  Yes. | 09:52:20 |
| 19 | Q.  Okay.  So, given that it has been checked | 09:52:20 |
| 20 | out in the last three years, at least three times, | 09:52:25 |
| 21 | do you know why it would be weeded? | 09:52:30 |
| 22 | A.  I -- I don't.  I don't know.  It -- it could | 09:52:32 |
| 23 | have been damaged, when they brought it back.  I -- | 09:52:40 |
| 24 | I don't remember that -- that one. | 09:52:46 |
| 25 | Q.  Okay.  I just want to direct your attention | 09:52:47 |

Page 32

```
 1    to another book, highlighted here, They Called      09:52:52
 2    Themselves the KKK, and then there's -- the rest of  09:52:59
 3    title, it seems to be cut off.  But it's written by  09:53:01
 4    Susan Campbell Bartoletti.                           09:53:05
 5          Do you see that entry?                         09:53:09
 6    A.   Yes.                                            09:53:10
 7    Q.   It looks like this book was added to the        09:53:11
 8    library May 17, 2011.                                09:53:16
 9          Do you see that?                               09:53:21
10    A.   Yes.                                            09:53:22
11    Q.   Okay.  Do you know why this book was weeded?    09:53:22
12    A.   Yes, because it hadn't been checked out.        09:53:24
13    Q.   And when a book gets weeded, what does the      09:53:26
14    library do with that book?                           09:53:34
15    A.   It goes in our Friends of the Library book      09:53:35
16    sale.  So it's a room in the library, and people    09:53:39
17    can come in and purchase the book for a donation,   09:53:42
18    to help support the library.                         09:53:45
19    Q.   Okay.  I just want to direct your attention     09:53:47
20    to this very top title.  It looks like this         09:54:00
21    spreadsheet covers items that were deleted from     09:54:05
22    January 1st, 2021, through March 31st, 2022.        09:54:10
23          Have you, you know, tried to create a more     09:54:17
24    recent report of the -- the deleted books?          09:54:24
25    A.   No.                                            09:54:28
```

Page 33

```
 1        Q.   Would you be able to do that?        09:54:29

 2        A.   Yes.  I can run a report.            09:54:32

 3        Q.   Okay.  And -- and that report would tell   09:54:37

 4   you -- would it be able to tell you all the books   09:54:43

 5   that have been deleted through the present?    09:54:45

 6        A.   Yes.                                  09:54:47

 7        Q.   Okay.  To your knowledge, were any of the   09:54:47

 8   books on this list deleted because they contained   09:55:00

 9   inappropriate or offensive content?            09:55:02

10        A.   No.                                   09:55:04

11        Q.   Have you ever been asked to remove a book   09:55:05

12   from the library shelves because someone found a   09:55:14

13   title offensive, or inappropriate?             09:55:20

14        A.   Yes, by patrons.                      09:55:22

15        Q.   How about by Mr. Ron Cunningham?      09:55:31

16        A.   No.                                   09:55:36

17        Q.   How about by Mr. Jerry Don Moss?      09:55:36

18        A.   It was suggested to.                  09:55:41

19        Q.   And -- and which book did he suggest you   09:55:54

20   removing?                                       09:56:00

21        A.   The butt books.                       09:56:00

22        Q.   Okay.  In July 2021, you spoke to several   09:56:06

23   individuals regarding what -- I guess we'll both   09:56:23

24   call it the butt books.                         09:56:27

25             Is -- is that right?                  09:56:28
```

Page 34

```
 1      A.  Yes.                                      09:56:29

 2      Q.  Is speaking with library members about their  09:56:29

 3   feelings of books, is that part of your job      09:56:37

 4   responsibility?                                  09:56:39

 5      A.  Well, I don't know if it's a responsibility,  09:56:39

 6   but we -- we all kind of do it.                  09:56:45

 7      Q.  Okay.  I'm going to open up here what's --  09:56:47

 8   just one second.  The next exhibit, which I think  09:56:59

 9   at this point is 5, Exhibit 5 will be a document  09:57:17

10   Bates stamped Milum RFP-00578 through 00608.     09:57:21

11           MR. GHOSH:  Let me just get this up      09:57:34

12   on the screen.  It's just numbered as No. 6, if  09:57:35

13   anybody is following around -- along with the    09:57:39

14   actual files.                                    09:57:41

15           (Exhibit 5 is marked.)                   09:57:48

16      Q.  (BY MR. GHOSH)  So this is another one of  09:57:49

17   those documents that's sort of a compilation.   09:57:50

18   It's -- it's about 31 pages.  But you know, we're  09:57:52

19   going to sort of tackle them one page at a time.  09:57:54

20   And I'll give you the opportunity to review the  09:57:57

21   whole document, if that's what you want.         09:57:59

22           So, do you recognize this first page here?  09:58:01

23   It's -- it's Bates stamped 578.                  09:58:06

24      A.  Yes.                                      09:58:11

25      Q.  Okay.  And just so we, you know, are clear  09:58:12
```

Page 35

| | | |
|---|---|---|
| 1 | with each other, when you're referring to the butt | 09:58:19 |
| 2 | books, are you talking about the title, I Broke My | 09:58:22 |
| 3 | Butt! and the title, My Butt is So Noisy!, by the | 09:58:26 |
| 4 | author Dawn McMillan? | 09:58:30 |
| 5 | A.  Yes. | 09:58:32 |
| 6 | Q.  Okay.  And I'm just going to try to get | 09:58:32 |
| 7 | ahead of this a little bit, but we may also refer | 09:58:39 |
| 8 | to certain fart books. | 09:58:41 |
| 9 | And will you understand me, if these books | 09:58:43 |
| 10 | are referring to the titles, Larry the Farting | 09:58:46 |
| 11 | Leprechaun; Harvey the Heart Had Too Many Farts; | 09:58:51 |
| 12 | the title, Gary the Goose and His Gas on the Loose; | 09:58:54 |
| 13 | the title, Freddie The Farting Snowman; and all | 09:58:57 |
| 14 | these titles are by the author Jane Bexley? | 09:59:01 |
| 15 | A.  Yes. | 09:59:04 |
| 16 | Q.  Does that make sense to you? | 09:59:05 |
| 17 | A.  Yes. | 09:59:06 |
| 18 | Q.  Okay.  So it looks like you had -- it looks | 09:59:06 |
| 19 | like you had about eight communications with | 09:59:11 |
| 20 | various library members about these books. | 09:59:13 |
| 21 | Does that sound about right? | 09:59:17 |
| 22 | A.  These were all patrons. | 09:59:19 |
| 23 | Q.  Okay. | 09:59:24 |
| 24 | A.  Yes. | 09:59:24 |
| 25 | Q.  And I -- I guess we'll just take them one | 09:59:25 |

Page 36

1    category at a time.                              09:59:30

2         Who -- do you know who purchased the, quote,  09:59:32

3    unquote, butt books, for the library?           09:59:34

4         A.  I did.                                  09:59:36

5         Q.  Okay.  And what -- what were your sort of  09:59:37

6    first impression of these books?                09:59:42

7         A.  They were just this silly -- you know, silly  09:59:43

8    stupid books.                                    09:59:52

9         Q.  Sure.  Sure.  Who were they sort of meant  09:59:53

10   for, I guess?                                    09:59:56

11        A.  I believe it's like 3 to 7-year-olds.   09:59:57

12        Q.  Okay.  And were they then shelved in the  10:00:05

13   sort of 3 to 7-year-old section of the library?  10:00:10

14        A.  The two that made it to the shelves were.  10:00:13

15        Q.  Okay.  And which two are those?         10:00:19

16        A.  I believe it was, My Butt is So Noisy! and  10:00:21

17   it was -- it was one of the other ones.  The -- the  10:00:36

18   one with the -- the table on his bottom.         10:00:44

19        Q.  I -- I think, from my -- from my limited  10:00:47

20   research, I believe that is, I Broke My Butt!.   10:00:52

21        A.  Okay.                                   10:00:56

22        Q.  Got it.  Okay.  And it seems like, at some  10:00:56

23   point after those two books were put on the shelf,  10:01:04

24   on August 5th, 2021, you wrote this note.  And   10:01:06

25   you've produced a number of -- of these notes to  10:01:12

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | us. | 10:01:15 |
| 2 | And I just wanted to sort of go over your | 10:01:15 |
| 3 | note-taking practice, generally, before we got into | 10:01:18 |
| 4 | this document specifically. | 10:01:21 |
| 5 | So, when you -- when you write these notes, | 10:01:22 |
| 6 | and you sort of date, time, and initial them at the | 10:01:26 |
| 7 | bottom, who are they meant for? | 10:01:29 |
| 8 | A.  They're for myself. | 10:01:30 |
| 9 | Q.  Okay.  Is this part of like a journal you | 10:01:33 |
| 10 | keep as -- as part of your job? | 10:01:35 |
| 11 | A.  Yes. | 10:01:37 |
| 12 | Q.  Okay.  And -- and do you -- do you have an | 10:01:37 |
| 13 | entry for every day? | 10:01:42 |
| 14 | A.  No. | 10:01:43 |
| 15 | Q.  Okay. | 10:01:44 |
| 16 | A.  I need to.  No. | 10:01:46 |
| 17 | Q.  When do you make an entry? | 10:01:47 |
| 18 | A.  Just when I try not to forget anything. | 10:01:50 |
| 19 | If -- busy days. | 10:01:54 |
| 20 | Q.  Right.  And so when something memorable | 10:01:56 |
| 21 | happens, you'll write it down as soon as it | 10:02:00 |
| 22 | happens, so you'll remember it. | 10:02:03 |
| 23 | Is -- is that right? | 10:02:03 |
| 24 | A.  I try to. | 10:02:04 |
| 25 | Q.  Okay.  Got it.  So on this date, on the | 10:02:05 |

Page 38

1    screen right now, which is Bates numbered --    10:02:09

2    document Bates numbered 579, it's a note to    10:02:13

3    yourself, August 5th, 2021, at 2:24 p.m.    10:02:16

4         The note is, and I quote:  I have deleted    10:02:19

5    the four, quote, unquote, fart books from the    10:02:24

6    system.  I am waiting for the two, quote, unquote,    10:02:28

7    butt books to be returned, so I can delete them as    10:02:31

8    well.    10:02:34

9         Then you've initialed it at the bottom.    10:02:34

10        So did you make these deletions based on the    10:02:36

11   suggestion of Commissioner Jerry Don Moss?    10:02:44

12        A.  No.  I made them because the two butt books    10:02:49

13   were only getting checked out by two people that    10:02:57

14   did not want them on the shelves, so no one else    10:03:00

15   was having access.    10:03:03

16        Q.  Okay.  A little bit ago, you said that the    10:03:05

17   only time you removed a book because somebody found    10:03:12

18   it offensive was at some point, Jerry Don Moss may    10:03:14

19   have suggested something to you.    10:03:19

20        Was that another category of books?  I just    10:03:20

21   want to make sure we're being clear.    10:03:23

22        A.  No.  He --    10:03:26

23            MR. ROGERS:  I'm going to object.    10:03:26

24   That misstates testimony.    10:03:28

25        Q.  (BY MR. GHOSH)  You can answer the question.    10:03:30

Page 39

1    A.  No.  He suggested I remove these books,      10:03:31

2  because of how many people in the community, you    10:03:34

3  know, didn't want them.                             10:03:36

4    Q.  Got it.  And when you say they didn't want    10:03:38

5  them, what was the main complaint you came across?  10:03:46

6    A.  They did not like the pictures in the butt    10:03:49

7  books.                                              10:03:56

8    Q.  Okay.  And -- and what were those pictures    10:03:57

9  of, just in general?                                10:04:00

10   A.  A man painting on the bottom of one of the    10:04:01

11 boys, or the boys naked on a -- like a walk --      10:04:06

12 runway, or something, with adults on each side.     10:04:11

13   Q.  So -- okay.  You said these books were meant  10:04:14

14 for children ages 3 to 7.                           10:04:17

15       Is that right?                                10:04:19

16   A.  Yes.                                          10:04:19

17   Q.  Something like that?                          10:04:20

18   A.  Something like that.                          10:04:21

19   Q.  Okay.  Were -- were any children, ages --     10:04:22

20 age 3 to 7, complaining about the books?            10:04:24

21   A.  No.                                           10:04:26

22   Q.  Okay.  Were -- were any children under the    10:04:28

23 age of 18 complaining about the books?              10:04:33

24   A.  No.                                           10:04:34

25   Q.  Okay.  Were any young adults, from ages 18    10:04:36

Page 40

| | | |
|---|---|---|
| 1 | to 21, complaining about the books? | 10:04:40 |
| 2 | A.  No. | 10:04:42 |
| 3 | Q.  Okay.  You -- you previously mentioned that | 10:04:44 |
| 4 | one of the reasons you removed this is because | 10:04:52 |
| 5 | somebody kept checking these books out so that | 10:04:54 |
| 6 | nobody else could have them. | 10:04:58 |
| 7 | My first question is, do I have that right? | 10:04:59 |
| 8 | A.  Yes. | 10:05:01 |
| 9 | Q.  Okay.  And who is that person? | 10:05:01 |
| 10 | A.  Rhonda Schnieder was one, and Rochelle Wells | 10:05:05 |
| 11 | was the other. | 10:05:22 |
| 12 | Q.  So Ms. Schnieder and Ms. Wells, they would | 10:05:23 |
| 13 | check these books out so that other patrons | 10:05:31 |
| 14 | couldn't check them out. | 10:05:36 |
| 15 | How did you know that that's what they were | 10:05:38 |
| 16 | doing? | 10:05:40 |
| 17 | A.  That's what I've heard that they said they | 10:05:41 |
| 18 | were going to do. | 10:05:47 |
| 19 | Q.  Okay.  Okay.  I'm just going to direct your | 10:05:47 |
| 20 | attention to an e-mail exchange between yourself, | 10:06:04 |
| 21 | and Mr. Ron Cunningham.  These are Bates numbered | 10:06:07 |
| 22 | Milum 4 RP 580 and 581. | 10:06:13 |
| 23 | We're going to go to your e-mail first, and | 10:06:17 |
| 24 | then Mr. Cunningham's. | 10:06:22 |
| 25 | Does that make sense? | 10:06:23 |

Page 41

```
1        A.  Yes.                                      10:06:23

2        Q.  Okay.  So on August 5th, 2021, you wrote -- 10:06:24

3    or actually, I -- I have the order wrong.  So     10:06:29

4    strike that.                                      10:06:31

5            It looks like Mr. Cunningham wrote to you, 10:06:39

6    on the morning of Thursday, August 5th:  Amber, I 10:06:41

7    am still receiving calls, letters, and e-mails,   10:06:46

8    concerning the farts, and butts books.  I think it 10:06:48

9    is best to remove these books from the shelves for 10:06:51

10   now.  Thank you, Ron Cunningham.                  10:06:53

11           Do you see that?                          10:06:58

12       A.  Yes.                                      10:06:58

13       Q.  Okay.  So here, Mr. Cunningham is telling 10:06:59

14   you to remove these books from the shelves at the 10:07:04

15   library, because of complaints.                   10:07:06

16           Is that right?                            10:07:08

17              MR. ROGERS:  Objection; assumes        10:07:09

18   facts not in evidence.                            10:07:17

19       Q.  (BY MR. GHOSH)  You can answer.           10:07:17

20       A.  Yes.                                      10:07:19

21       Q.  Okay.  The reason that there were complaints 10:07:19

22   is because certain individuals, certain patrons,  10:07:21

23   found these books offensive.                      10:07:24

24           Is that right?                            10:07:25

25              MR. ROGERS:  Same objection.           10:07:34
```

Page 42

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:07:25 |
| 2 | Q.  (BY MR. GHOSH)  Okay.  So the reason you | 10:07:26 |
| 3 | ultimately removed these books from the shelves is | 10:07:29 |
| 4 | because certain individuals found these books | 10:07:30 |
| 5 | offensive? | 10:07:33 |
| 6 | MR. ROGERS:   Same objection. | 10:07:34 |
| 7 | A.  Yes. | 10:07:35 |
| 8 | Q.  (BY MR. GHOSH)  And you were directed to do | 10:07:36 |
| 9 | so by one of the individuals you described as your | 10:07:42 |
| 10 | supervisor, Mr. Ron Cunningham. | 10:07:44 |
| 11 | Is that right? | 10:07:46 |
| 12 | A.  Yes. | 10:07:46 |
| 13 | Q.  Okay.  A few hours later, you respond to | 10:07:47 |
| 14 | Mr. Cunningham's e-mail, on Thursday, August 5th, | 10:07:54 |
| 15 | 2021, at what looks like 11:38 a.m. | 10:07:57 |
| 16 | You write:  Yes, sir.  Commissioner Moss | 10:08:00 |
| 17 | suggested that as well.  The, quote, unquote, fart | 10:08:02 |
| 18 | books have never been on the shelves.  I will | 10:08:05 |
| 19 | delete them out of the system.  The other two, | 10:08:08 |
| 20 | quote, unquote, butt books have been checked out. | 10:08:11 |
| 21 | So I am waiting for them to return so I can delete | 10:08:13 |
| 22 | them as well.  I'm sorry for all the problems. | 10:08:16 |
| 23 | So were these the only books that were | 10:08:27 |
| 24 | causing what you describe as problems in the | 10:08:30 |
| 25 | library? | 10:08:33 |

Page  43

```
 1      A.  Yes.                                    10:08:34

 2      Q.  Okay.  There weren't individuals complaining  10:08:34

 3   about any other books, to your knowledge?      10:08:36

 4      A.  No, not at that time.                   10:08:43

 5      Q.  Okay.  What about a later time?         10:08:44

 6      A.  I think --                              10:08:46

 7           MR. ROGERS:  I'm going to object as    10:09:06

 8   vague, also, just for the lack of a time frame.  I  10:09:07

 9   won't -- don't think I'm not trying to get in the  10:09:09

10   way of the question, but (unintelligible).     10:09:14

11           MR. GHOSH:  No.  I -- I              10:09:15

12   appreciate -- I appreciate the objection, Dwain.  10:09:17

13      Q.  (BY MR. GHOSH)  I'm going to rephrase,  10:09:20

14   Ms. Milum.                                     10:09:22

15           Between August 5th, 2021, and let's say,  10:09:22

16   today, have any books been removed because of  10:09:26

17   complaints that they were offensive, inappropriate,  10:09:31

18   anything like that?                            10:09:34

19      A.  Nothing other than the -- the butt books.  10:09:35

20      Q.  Okay.  Let me ask this slightly different  10:09:41

21   question.                                      10:09:43

22           From August 5th, 2021, to today, besides the  10:09:44

23   butt books, and the fart books, have you received  10:09:49

24   complaints that books should be removed for being  10:09:54

25   offensive?                                     10:09:55
```

Page 44

```
 1        A.  Yes.                                    10:09:56

 2        Q.  And isn't it right that Ms. Bonnie Wallace   10:10:02

 3    complained to Mr. Cunningham, in a similar manner    10:10:14

 4    to what happened with the butt books, about certain  10:10:16

 5    books on the LGBTQ subject area?                      10:10:18

 6              MR. ROGERS:  Objection, to the            10:10:31

 7    extent she doesn't have personal knowledge.          10:10:33

 8              But go ahead.                              10:10:34

 9        A.  Yeah, I'm -- I'm not sure.                   10:10:34

10        Q.  (BY MR. GHOSH)  Okay.  I guess -- I -- I     10:10:35

11    just want to clear that up a little bit.              10:10:41

12          Are -- you're -- when you say you're not       10:10:42

13    sure, are you saying you're not aware of any          10:10:44

14    complaints from Ms. Bonnie Wallace to Mr. Ron        10:10:45

15    Cunningham, about LGBTQ books?                        10:10:49

16        A.  I am, when I receive the e-mail.  Other than  10:10:52

17    that --                                               10:10:

18        Q.  Okay.

19        A.  -- I don't know what was discussed.          10:10:55

20        Q.  Okay.  So -- so let's just go on -- on what   10:10:56

21    you are aware of then.                               10:10:58

22          Ms. Bonnie Wallace, to your knowledge, did     10:10:59

23    complain about LGBTQ books in the Llano County        10:11:04

24    Library, right?                                       10:11:08

25        A.  Yes.                                          10:11:09
```

| | | |
|---|---|---|
| 1 | Q.  Okay.  And she wanted those books removed, | 10:11:09 |
| 2 | right? | 10:11:11 |
| 3 | A.  Relocated, something like that. | 10:11:11 |
| 4 | Q.  Okay.  Because she didn't agree with the | 10:11:14 |
| 5 | subject matter of those books? | 10:11:17 |
| 6 | A.  I -- I -- | 10:11:18 |
| 7 | MR. ROGERS:  Objection; personal | 10:11:21 |
| 8 | knowledge, speculation. | 10:11:22 |
| 9 | Q.  (BY MR. GHOSH)  Just -- just as a general | 10:11:31 |
| 10 | matter.  This is -- this is not, like, a factual, I | 10:11:34 |
| 11 | guess, or -- or memory-based question. | 10:11:36 |
| 12 | Do you agree with the concept that books | 10:11:39 |
| 13 | about the subject matter of LGBTQ should be removed | 10:11:41 |
| 14 | because people disagree with that? | 10:11:45 |
| 15 | A.  No. | 10:11:49 |
| 16 | MR. GHOSH:  Okay.  I think we can | 10:11:53 |
| 17 | take a five-minute break, unless you need longer, | 10:11:55 |
| 18 | Ms. Milum, or -- or Mr. Rogers.  I'm happy to | 10:11:58 |
| 19 | reconvene at what is 11, I guess 17, for me, 10:17 | 10:12:02 |
| 20 | for you-all. | 10:12:06 |
| 21 | MR. ROGERS:  Okay. | 10:12:07 |
| 22 | MR. GHOSH:  Okay.  Awesome. | 10:12:08 |
| 23 | MR. ROGERS:  Thank you. | 10:12:10 |
| 24 | MR. GHOSH:  Thank you. | 10:12:10 |
| 25 | THE VIDEOGRAPHER:  Going off the | 10:12:11 |

Page 46

| | | |
|---|---|---|
| 1 | record at 10:12. | 10:12:12 |
| 2 | (Break.) | 10:12:13 |
| 3 | THE VIDEOGRAPHER:  We are back on | 10:26:56 |
| 4 | the record at 10:26. | 10:26:59 |
| 5 | Q.  (BY MR. GHOSH)  Great.  So, I'm going to | 10:27:01 |
| 6 | just put back on the screen what we had tagged as | 10:27:03 |
| 7 | Exhibit 5, which was -- I'm just going to repeat | 10:27:08 |
| 8 | the Bates number for the record, Milum 4 RFP 00578 | 10:27:12 |
| 9 | through 608. | 10:27:17 |
| 10 | So, Ms. Milum, this is just another one of | 10:27:30 |
| 11 | the notes that you produced to us.  This one is | 10:27:35 |
| 12 | dated August 3rd of 2021, around 4:00 p.m. | 10:27:37 |
| 13 | Now, before the break, we were briefly | 10:27:40 |
| 14 | discussing at least one instance when | 10:27:44 |
| 15 | Mr. Cunningham directed you to remove certain | 10:27:48 |
| 16 | books, what we're calling the, quote, unquote, butt | 10:27:55 |
| 17 | books, and the, quote, unquote, fart books, from | 10:27:57 |
| 18 | the library system. | 10:28:00 |
| 19 | MR. ROGERS:  Object; assumes facts | 10:28:04 |
| 20 | not in evidence. | 10:28:07 |
| 21 | Q.  (BY MR. GHOSH)  So my question is, is my | 10:28:07 |
| 22 | understanding of that interaction right? | 10:28:12 |
| 23 | A.  Yes. | 10:28:13 |
| 24 | Q.  So, this is another note you wrote to | 10:28:23 |
| 25 | yourself.  I'm -- I'm seeing it was initialed by | 10:28:31 |

Page 47

```
1    you on the lower right-hand corner.                    10:28:34

2         Is that right?                                    10:28:36

3      A.  Yes.                                             10:28:37

4      Q.  Okay.  This note reads, quote:                  10:28:38

5    Commissioner Moss came back in to talk to me about    10:28:42

6    the, quote, unquote, butt books.  He said he's been   10:28:45

7    getting calls about them, and Rochelle, quote, the    10:28:49

8    one that has been checked out, end quote, has been    10:28:52

9    calling him, and he told me that I should take them   10:28:55

10   out of the system.                                    10:28:59

11        Is that accurate?                                 10:29:02

12     A.  This is just notes from my conversation.  So    10:29:02

13   it's not word for word.  He was telling me that he    10:29:18

14   would take them out, if it was him, because of        10:29:22

15   everything going on.                                  10:29:26

16     Q.  And after -- after he told you that, you, in    10:29:31

17   fact, did take those books out.                       10:29:34

18        Is that right?                                    10:29:35

19     A.  Yes.                                             10:29:35

20     Q.  And we talked about this, all -- all the way    10:29:36

21   at the beginning, but I mostly just want to refresh   10:29:40

22   my recollection.                                      10:29:44

23        Mr. -- Mr. Jerry Don Moss, and Mr. Ron          10:29:44

24   Cunningham, they -- they are your supervisors,        10:29:49

25   at -- at -- in your role as the library director.     10:29:55
```

Page 48

| | | |
|---|---|---|
| 1 | Is that right? | 10:29:57 |
| 2 | A.   Yes. | 10:29:58 |
| 3 | Q.   Okay.   The very next paragraph here, it | 10:30:01 |
| 4 | says, quote:   He said the next step would be to | 10:30:12 |
| 5 | take this to CC.   And if that happens, the would | 10:30:17 |
| 6 | vote to talk them off the shelf, and it would be | 10:30:22 |
| 7 | bad publicity for the library. | 10:30:27 |
| 8 | Do you see where it says that? | 10:30:29 |
| 9 | A.   Yes. | 10:30:30 |
| 10 | Q.   Okay.   Do you know -- well, let me -- let me | 10:30:31 |
| 11 | start with this. | 10:30:38 |
| 12 | What does CC mean? | 10:30:39 |
| 13 | A.   Commissioners Court. | 10:30:40 |
| 14 | Q.   Okay.   And when you wrote, bad publicity for | 10:30:43 |
| 15 | the library, what did you mean? | 10:30:46 |
| 16 | A.   Be -- it's about, you don't want people to | 10:30:48 |
| 17 | have negative thoughts or feelings about the | 10:31:00 |
| 18 | library.   They should want to come and -- and enjoy | 10:31:02 |
| 19 | the place. | 10:31:06 |
| 20 | Q.   Okay.   Now, this is a document that is Bates | 10:31:06 |
| 21 | titled -- still the same exhibit, Exhibit 5, just a | 10:31:22 |
| 22 | different page, ending in Bates 583. | 10:31:25 |
| 23 | It looks like this is a collection of sticky | 10:31:28 |
| 24 | notes that have various complaints from Rochelle | 10:31:33 |
| 25 | Wells, Vivian Koerner, Sidonie Thornton, Amy | 10:31:39 |

Page  49

| | | |
|---|---|---|
| 1 | Jordan, and Jackie Cherico. | 10:31:45 |
| 2 | Do I have -- putting aside pronunciation, do | 10:31:49 |
| 3 | I have that right? | 10:31:53 |
| 4 | A.  Yes. | 10:31:53 |
| 5 | Q.  Okay.  Rochelle Wells says -- or you say | 10:31:54 |
| 6 | about Rochelle Wells, sorry:  Spoke to her about | 10:32:04 |
| 7 | the, quote, unquote, butt books this morning.  She | 10:32:06 |
| 8 | does not want them in the library, period. | 10:32:09 |
| 9 | Is that accurate? | 10:32:12 |
| 10 | A.  Yes. | 10:32:12 |
| 11 | Q.  Okay.  Just in general, about how many | 10:32:12 |
| 12 | complaints does it take before you and the other | 10:32:22 |
| 13 | librarians at Llano County decide it's not worth, | 10:32:27 |
| 14 | you know, having a book on the shelves? | 10:32:29 |
| 15 | MR. ROGERS:  Objection; assumes | 10:32:31 |
| 16 | facts not in evidence, misstates testimony. | 10:32:32 |
| 17 | Q.  (BY MR. GHOSH)  Oh, you -- you can -- you | 10:32:39 |
| 18 | can definitely answer the question. | 10:32:40 |
| 19 | MR. ROGERS:  Go ahead and answer, | 10:32:41 |
| 20 | Amber. | 10:32:41 |
| 21 | Q.  (BY MR. GHOSH)  And just -- just going -- | 10:32:41 |
| 22 | I'm going to restate the question.  And just going | 10:32:41 |
| 23 | forward, unless Mr. Rogers specifically tells you | 10:32:44 |
| 24 | not to answer, which he may at some point, you | 10:32:47 |
| 25 | should still answer when -- when he objects. | 10:32:49 |

Page 50

| | | |
|---|---|---|
| 1 | And let -- let me just reask that question. | 10:32:50 |
| 2 | About how many complaints from patrons does | 10:32:52 |
| 3 | it take before you -- you and the other librarians | 10:32:58 |
| 4 | decide to remove it from the shelves? | 10:33:03 |
| 5 | MR. ROGERS:  Same objection. | 10:33:06 |
| 6 | A.  It just depends on what they're concerned | 10:33:07 |
| 7 | about, what their complaint is about. | 10:33:12 |
| 8 | Q.  (BY MR. GHOSH)  Okay.  Okay. | 10:33:13 |
| 9 | A.  There's not a specific number. | 10:33:23 |
| 10 | Q.  Got it.  Okay.  I'm now going to page Bates | 10:33:24 |
| 11 | ending in 585.  This looks like a typed note, with | 10:33:41 |
| 12 | a sticky note attached to it.  The typed note is | 10:33:47 |
| 13 | titled, The butt books are not grooming books. | 10:33:51 |
| 14 | Is this a document that you created, | 10:33:55 |
| 15 | Ms. Milum? | 10:33:59 |
| 16 | A.  Yes. | 10:33:59 |
| 17 | Q.  Okay.  And you write here:  Grooming is when | 10:33:59 |
| 18 | someone builds a relationship, trust, and emotional | 10:34:05 |
| 19 | connection with a child or young person, so they | 10:34:08 |
| 20 | can manipulate, exploit, and abuse them. | 10:34:10 |
| 21 | Why did you have to clarify -- actually, | 10:34:14 |
| 22 | let's strike that from the record. | 10:34:19 |
| 23 | Did this document get sent to anybody?  Is | 10:34:21 |
| 24 | that why it was typed up? | 10:34:26 |
| 25 | A.  No. | 10:34:27 |

Page 51

```
 1        Q.   Okay.  Was this just sort of another note      10:34:28
 2   that you had for yourself?                               10:34:31
 3        A.   Yes.                                           10:34:32
 4        Q.   Okay.  Why did you need to clarify to          10:34:33
 5   yourself that these books weren't grooming books?        10:34:37
 6        A.   A few of the people kept repeating that it     10:34:40
 7   was.  And so I wanted to look into the exact             10:34:44
 8   definition.  And then I just wanted to have it           10:34:47
 9   out -- out front, with the rest of my notes.             10:34:51
10        Q.   Certain patrons told you that the butt and     10:34:54
11   fart books were used for grooming children?              10:34:57
12        A.   Yes.                                           10:35:00
13        Q.   Okay.  And you came to the conclusion that     10:35:00
14   that wasn't accurate.                                    10:35:06
15             Is that right?                                 10:35:07
16        A.   My opinion was that they were not.             10:35:08
17        Q.   Okay.  Did any of the other staff li -- did    10:35:11
18   you talk to any of the other staff librarians about      10:35:15
19   this issue?                                              10:35:19
20        A.   Yes.                                           10:35:20
21        Q.   Okay.  Did anybody agree with you?             10:35:20
22        A.   Agree with me?  Yes.                           10:35:22
23        Q.   Okay.  Did anybody disagree with you?          10:35:24
24        A.   No, not about the grooming.                    10:35:27
25        Q.   Okay.  Here, I'm going to a text message --    10:35:30
```

Page 52

```
 1    I'm sorry, a Facebook Messenger exchange that        10:35:46

 2    starts at Bates number 588 of the same document      10:35:49

 3    we've been in.  It's by a Jo Ares, who appears to    10:35:53

 4    be a patron at the Llano County Library.             10:35:57

 5         Do patrons normally Facebook you complaints     10:36:02

 6    about books?                                         10:36:06

 7    A.   No.                                             10:36:06

 8    Q.   This was unusual, you'd say?                    10:36:07

 9    A.   Yes.                                            10:36:09

10    Q.   Okay.  Are you familiar with this -- with       10:36:09

11    this Facebook Messenger exchange?                    10:36:18

12    A.   Yes.                                            10:36:24

13    Q.   Okay.  I'm just going to scroll down to sort    10:36:25

14    of a midway point here.  You say here, quote:  I     10:36:28

15    have been discussing with patrons the issues they    10:36:38

16    have with the book.  That's why they haven't been    10:36:40

17    on the shelves yet.  As for the money to purchase    10:36:42

18    the book mostly comes from donations.  I purchase    10:36:45

19    all the books for the library system with            10:36:48

20    recommendations from patrons and other staff.        10:36:51

21         Would you say that's accurate?                  10:36:53

22    A.   Yes.                                            10:36:54

23    Q.   Okay.  So, when you and the staff make a        10:36:55

24    joint determination to purchase a book, you're not   10:37:00

25    endorsing the views in that book, are you?           10:37:06
```

Page 53

| | | |
|---|---|---|
| 1 | A. No. | 10:37:07 |
| 2 | Q. Okay. Llano County, to your knowledge, | 10:37:08 |
| 3 | certainly doesn't endorse the views of all of the | 10:37:13 |
| 4 | books in its library, right? | 10:37:17 |
| 5 | A. No. | 10:37:21 |
| 6 | Q. And there may be books at the library that | 10:37:21 |
| 7 | you, yourself, disagree with? | 10:37:27 |
| 8 | A. Yes. | 10:37:29 |
| 9 | Q. On the next page, Bates number 591, you | 10:37:29 |
| 10 | say -- or Ms. Ares asks, quote: What patrons help | 10:37:44 |
| 11 | choose books? | 10:37:49 |
| 12 | And you respond, quote: The libraries have | 10:37:49 |
| 13 | a form patrons can fill out, requesting certain | 10:37:52 |
| 14 | authors, books, or even genres. I purchase what I | 10:37:55 |
| 15 | can from those forms, end quote. | 10:37:59 |
| 16 | Do you keep these request forms in sort | 10:38:05 |
| 17 | of -- as part of the library's business records? | 10:38:08 |
| 18 | A. No. | 10:38:12 |
| 19 | Q. Do you have a -- like, do you have a | 10:38:12 |
| 20 | spreadsheet, like we looked at before, of all of | 10:38:15 |
| 21 | the various requests you got to purchase certain | 10:38:18 |
| 22 | books? | 10:38:20 |
| 23 | A. No. | 10:38:21 |
| 24 | Q. Okay. So, is there any way for you to track | 10:38:21 |
| 25 | what people are requesting? | 10:38:27 |

Page 54

```
 1        A.  No.                                      10:38:28

 2        Q.  Okay.  Other than -- you know, you -- you  10:38:31

 3   said you made the decision to purchase these butt  10:38:38

 4   and fart books because you thought they would, you  10:38:41

 5   know, have some value to children who wanted to    10:38:44

 6   read.                                             10:38:46

 7            Is that right?                           10:38:46

 8        A.  Yes.                                     10:38:46

 9        Q.  Did any patrons request that you purchase  10:38:48

10   these books?                                      10:38:53

11        A.  No.                                      10:38:54

12        Q.  Okay.  In the last year, have any patrons  10:38:54

13   requested that you purchase books regarding the   10:39:03

14   LGBTQ subject area?                               10:39:06

15        A.  Probably.  I don't know off the top of my  10:39:08

16   head.                                             10:39:18

17        Q.  Okay.  So -- so when you say probably, I  10:39:18

18   guess, what are you basing that answer off of?    10:39:25

19        A.  I know that I've had a few.  I -- I just  10:39:27

20   don't know when they were or what they were.  I   10:39:39

21   don't -- I don't remember.                        10:39:43

22        Q.  Got it.  And -- and just like certain people  10:39:43

23   were angry about these, you know, quote, butt or  10:39:52

24   fart books, you also received letters and e-mails  10:39:55

25   that you produced to us, of people that had       10:39:58
```

Page 55

| | | |
|---|---|---|
| 1 | positive reactions and didn't find these books | 10:40:01 |
| 2 | offensive. | 10:40:04 |
| 3 | Isn't that right? | 10:40:05 |
| 4 | A.   I think from the staff. | 10:40:05 |
| 5 | Q.   Other than the staff, people didn't say | 10:40:06 |
| 6 | anything about the books? | 10:40:11 |
| 7 | A.   Most people didn't get a chance to see them. | 10:40:11 |
| 8 | I don't -- I don't recall. | 10:40:17 |
| 9 | Q.   Got it.  Got it.  Do you know anyone named | 10:40:18 |
| 10 | Bonnie Wallace? | 10:40:31 |
| 11 | A.   Yes. | 10:40:32 |
| 12 | Q.   And who is Ms. Bonnie Wallace? | 10:40:32 |
| 13 | A.   She is on the library advisory board, and | 10:40:38 |
| 14 | patron of the library. | 10:40:42 |
| 15 | Q.   And how long has she been on the library | 10:40:43 |
| 16 | advisory board? | 10:40:46 |
| 17 | A.   I believe it started up in January. | 10:40:47 |
| 18 | Q.   Let's talk very briefly, and we'll come back | 10:40:55 |
| 19 | to it. | 10:40:57 |
| 20 | But the library advisory board, do they have | 10:40:57 |
| 21 | supervisory authority over you? | 10:41:01 |
| 22 | A.   No. | 10:41:04 |
| 23 | Q.   Do they have supervisory authority over | 10:41:04 |
| 24 | anyone? | 10:41:06 |
| 25 | A.   No. | 10:41:06 |

Page 56

```
 1         Q.   Okay.  What is their role?              10:41:06

 2         A.   To go over policies and procedures.  And   10:41:11

 3    re -- you know, request for -- or I guess take      10:41:18

 4    their requests to the commissioners, that they have  10:41:24

 5    for the library.                                     10:41:27

 6         Q.   Okay.  I'm going to put up another document.  10:41:27

 7    And I apologize to everybody in advance, in case I   10:41:41

 8    start to mess up exhibit numbering here.  But I'm    10:41:48

 9    pretty sure this is Exhibit No. 6.                   10:41:52

10         It is a document that is Bates stamped          10:41:55

11    County 2 RFP-0039 to 40.                             10:41:57

12              MR. GHOSH:  In the zip file you got,       10:42:07

13    Ms. Milum and Dwain, I believe it was numbered 17.   10:42:10

14    So I'll go ahead and share that on my screen now.    10:42:12

15              Are you able to -- to see this             10:42:26

16    document?                                            10:42:28

17              THE WITNESS:  Yes.                         10:42:28

18              (Exhibit 6 is marked.)                     10:42:29

19         Q.   (BY MR. GHOSH)  Okay.  Ms. Milum, I'm going  10:42:29

20    to go ahead and represent to you that this is a      10:42:46

21    communication that was produced to us by Llano       10:42:48

22    County.  It is an e-mail between Bonnie Wallace,     10:42:50

23    and Cheryll Mabray.                                  10:42:57

24         You'd -- you had previously testified you do    10:43:00

25    know who Ms. Bonnie Wallace is.  She currently sits  10:43:01
```

Page 57

```
 1    on the library advisory board.                 10:43:05

 2         Do you know a Cheryll Mabray?            10:43:08

 3    A.   Yes.  She's on the advisory board as well. 10:43:10

 4    Q.   Okay.  How many people are on the advisory 10:43:12

 5    board?                                          10:43:14

 6    A.   I believe it's 13.                        10:43:15

 7    Q.   Were you involved in selecting the library 10:43:17

 8    advisory board?                                 10:43:21

 9    A.   No.                                        10:43:21

10    Q.   Did they ask for your input?              10:43:21

11    A.   No.                                        10:43:23

12    Q.   Okay.  If they had, would you have any ideas 10:43:29

13    about who should be on the board?              10:43:31

14    A.   No.                                        10:43:32

15    Q.   Okay.  Does Ms. Bonnie Wallace have any    10:43:37

16    experience working at a library?               10:43:41

17    A.   I don't know.                             10:43:43

18    Q.   To your knowledge, does Ms. Mabray have any 10:43:44

19    experience working at a library?               10:43:48

20    A.   I don't know, either.                     10:43:49

21    Q.   Should the people who are tasked with      10:43:50

22    advising the County about the library have      10:43:56

23    experience working at a library?               10:43:58

24         MR. ROGERS:  Objection; speculation.      10:44:02

25    Q.   (BY MR. GHOSH)  You can answer.           10:44:06
```

Page 58

| | | |
|---|---|---|
| 1 | A.  I don't know.  I'm -- it would help, I | 10:44:08 |
| 2 | guess, but I don't -- I don't know. | 10:44:10 |
| 3 | Q.  You think it would be helpful in their task, | 10:44:11 |
| 4 | in advising the County, if they had experience | 10:44:16 |
| 5 | working in a library? | 10:44:19 |
| 6 | A.  Yes. | 10:44:19 |
| 7 | Q.  Okay.  Here, on January 17th, 2022, | 10:44:20 |
| 8 | Ms. Bonnie Wallace writes:  Ladies, Gay sent me two | 10:44:27 |
| 9 | e-mails this morning.  This is the second.  The | 10:44:32 |
| 10 | first I have already forwarded, and it contains the | 10:44:34 |
| 11 | minutes of the last three -- sorry, of three of the | 10:44:37 |
| 12 | last four meetings, which the previous advisory | 10:44:38 |
| 13 | board held, quote, prior -- (prior to COVID).  This | 10:44:41 |
| 14 | e-mail is very informative, so I'm forwarding to | 10:44:47 |
| 15 | each of you.  When Ron e-mailed me the five-year | 10:44:50 |
| 16 | plan yesterday evening, he asked that one of the | 10:44:52 |
| 17 | goals of the advisory board be to find ways to | 10:44:53 |
| 18 | reduce the budget of the library, as it currently | 10:44:56 |
| 19 | costs taxpayers over $450,000, end quote. | 10:44:59 |
| 20 | Do you -- do you -- first, just, do you see | 10:45:04 |
| 21 | that e-mail? | 10:45:07 |
| 22 | A.  Yes. | 10:45:07 |
| 23 | Q.  Are you able to see that?  Okay. | 10:45:08 |
| 24 | Were you aware that Mr. Ron Cunningham | 10:45:11 |
| 25 | tasked the library advisory board with assessing | 10:45:15 |

Page 59

| | | |
|---|---|---|
| 1 | and reducing the budget of the Llano County | 10:45:19 |
| 2 | Library? | 10:45:22 |
| 3 | A.  I was, after going to one of the meetings. | 10:45:22 |
| 4 | Q.  But nobody advised you before that decision | 10:45:29 |
| 5 | was made? | 10:45:36 |
| 6 | A.  No. | 10:45:36 |
| 7 | Q.  Okay.  Do you have any say in the budget of | 10:45:36 |
| 8 | the library system? | 10:45:41 |
| 9 | A.  I can send in requests. | 10:45:42 |
| 10 | Q.  Okay.  And generally speaking, who are you | 10:45:43 |
| 11 | sending in these requests to? | 10:45:50 |
| 12 | A.  To the Judge and the Commissioners. | 10:45:51 |
| 13 | Q.  And do they normally approve your requests? | 10:45:53 |
| 14 | A.  This is only going to be my second time | 10:45:56 |
| 15 | to -- to do it.  Last year, it -- it was approved. | 10:46:06 |
| 16 | Q.  Has it been approved this year? | 10:46:10 |
| 17 | A.  No.  Budget hasn't gone through yet. | 10:46:12 |
| 18 | Q.  And when does the budget go through? | 10:46:14 |
| 19 | A.  I believe it gets approved in September, so | 10:46:16 |
| 20 | it'll start in October. | 10:46:23 |
| 21 | Q.  Okay.  I just want to direct you to the very | 10:46:24 |
| 22 | next e-mail, from Mr. Mabray [sic], that says, | 10:46:31 |
| 23 | quote:  Since yesterday, I learned the sheriff's | 10:46:35 |
| 24 | office, building and maintenance, and then road and | 10:46:38 |
| 25 | bridge, are the top three departments with the | 10:46:41 |

Page 60

| | | |
|---|---|---|
| 1 | largest department.  Library is approx middle of | 10:46:42 |
| 2 | the pack. | 10:46:47 |
| 3 | Then she writes, quote:  Reducing the number | 10:46:48 |
| 4 | of employees, as was mentioned in our meeting, | 10:46:49 |
| 5 | could be a possibility. | 10:46:51 |
| 6 | Were you at one of the library advisory | 10:46:53 |
| 7 | meetings, where they discussed reducing the number | 10:46:58 |
| 8 | of library staff? | 10:47:00 |
| 9 | A.  No. | 10:47:01 |
| 10 | Q.  Okay.  Were you aware they were discussing | 10:47:02 |
| 11 | reducing the number of library staff? | 10:47:05 |
| 12 | A.  Not till after I went to a meeting. | 10:47:07 |
| 13 | Q.  Okay.  Do you have -- did you provide any | 10:47:11 |
| 14 | feedback, one way or another, whether or not that | 10:47:21 |
| 15 | was a good idea? | 10:47:25 |
| 16 | A.  Yes. | 10:47:26 |
| 17 | Q.  And did you voice that feedback to anyone? | 10:47:26 |
| 18 | A.  To -- to the people in the meeting. | 10:47:28 |
| 19 | Q.  And what did you say? | 10:47:31 |
| 20 | A.  I believe it was with the current | 10:47:32 |
| 21 | conditions, that not hiring some of the staff back, | 10:47:50 |
| 22 | you know, would be fine, because we had some that | 10:47:56 |
| 23 | had left. | 10:48:06 |
| 24 | Q.  Okay.  So, it was your position that not | 10:48:07 |
| 25 | hiring back some staff members that had departed | 10:48:12 |

Page 61

```
 1    would be okay.                                     10:48:17

 2         But were you in favor of further reducing     10:48:18

 3    the staff of the library?                          10:48:20

 4    A.   No.                                           10:48:21

 5    Q.   Okay.  Do you think it would make your job    10:48:22

 6    harder, as the library director, if the library    10:48:29

 7    advisory board reduced your staff?                 10:48:33

 8              MR. ROGERS:  Objection; misstates        10:48:35

 9    testimony, assumes facts not in evidence.          10:48:37

10    A.   Yeah, the --                                  10:48:41

11    Q.   (BY MR. GHOSH)  You can answer --             10:48:42

12    A.   -- the board wouldn't be able to.  They       10:48:43

13    would just be able to suggest it.                  10:48:45

14    Q.   Okay.  That's a good point.  Let -- let me    10:48:46

15    rephrase that.                                     10:48:50

16         If the -- if the County Commissioners and     10:48:50

17    Mr. Cunningham adopted the library board -- library 10:48:54

18    advisory board's recommendation to cut library     10:48:59

19    staff, would that make your job more difficult?    10:49:01

20    A.   It would depend on how many they'd cut, yes.  10:49:03

21    Q.   Okay.  I'm going to open up what is           10:49:07

22    Exhibit 7.                                         10:49:16

23              (Exhibit 7 is marked.)                   10:49:16

24              MR. GHOSH:  This is the document,        10:49:27

25    Ms. Milum, and Dwain, that I had just sent you,    10:49:29
```

Page 62

| | | |
|---|---|---|
| 1 | that I had just e-mailed you. | 10:49:32 |
| 2 | Q.  (BY MR. GHOSH)  This is a document that is | 10:49:41 |
| 3 | attached as -- a little confusingly, perhaps, to | 10:49:43 |
| 4 | our preliminary injunction motion, Amy Senia's | 10:49:46 |
| 5 | declaration, Exhibit 9.  There's no Bates stamp. | 10:49:52 |
| 6 | And before we get into this document, I just | 10:50:01 |
| 7 | want to ask a few brief questions. | 10:50:03 |
| 8 | In and around November of last year, | 10:50:05 |
| 9 | November of 2021, Ms. Milum, did -- did Amber [sic] | 10:50:11 |
| 10 | Wallace reach out to you and others, complaining | 10:50:19 |
| 11 | about inappropriate content at the library? | 10:50:21 |
| 12 | A.  No. | 10:50:23 |
| 13 | Q.  Okay.  Are you aware of Ms. Wallace reaching | 10:50:28 |
| 14 | out to anyone, regarding inappropriate content in | 10:50:35 |
| 15 | the library, in November 2021? | 10:50:39 |
| 16 | A.  I don't know if it was November, but I -- I | 10:50:40 |
| 17 | know that she reached out to the Judge, because I | 10:50:44 |
| 18 | did receive an e-mail. | 10:50:46 |
| 19 | Q.  Okay.  Are you -- do you know what the | 10:50:47 |
| 20 | Krause list is?  If I said a Krause list, do you | 10:50:51 |
| 21 | know what that means? | 10:50:53 |
| 22 | A.  I've heard of it, but I haven't looked at | 10:50:54 |
| 23 | it. | 10:50:56 |
| 24 | Q.  Okay.  Are you aware that Ms. Wallace | 10:50:56 |
| 25 | circulated a list to Mr. Cunningham, similar to the | 10:51:03 |

Page 63

| | | |
|---|---|---|
| 1 | Krause list? | 10:51:05 |
| 2 | A.   Yes. | 10:51:06 |
| 3 | Q.   Okay.   And when you say you've heard of the | 10:51:06 |
| 4 | Krause list, what does that mean to you? | 10:51:08 |
| 5 | A.   I -- I don't even remember who it was.   He | 10:51:09 |
| 6 | came up with a list, and was sending it out to | 10:51:16 |
| 7 | libraries, you know, school libraries, public | 10:51:19 |
| 8 | libraries, or whatever, and wanted people to look | 10:51:21 |
| 9 | at the books. | 10:51:24 |
| 10 | Q.   Did -- did -- so -- yeah.   Mr. Krause is | 10:51:25 |
| 11 | a -- is a state congressperson. | 10:51:29 |
| 12 | Did he send you, what -- his list? | 10:51:31 |
| 13 | A.   No. | 10:51:33 |
| 14 | Q.   Okay.   So I'm just going to direct your | 10:51:33 |
| 15 | attention, again, to this exhibit here, which is | 10:51:39 |
| 16 | Exhibit 7, if I can get this Screen Share to work. | 10:51:43 |
| 17 | Ms. Wallace had a list of her own. | 10:51:54 |
| 18 | Isn't that right? | 10:51:56 |
| 19 | A.   Yes. | 10:51:57 |
| 20 | Q.   And these are books that she found | 10:51:57 |
| 21 | offensive, for whatever reason. | 10:52:02 |
| 22 | A.   I -- | 10:52:03 |
| 23 | MR. ROGERS:   Object to speculation. | 10:52:06 |
| 24 | A.   I guess so. | 10:52:07 |
| 25 | Q.   (BY MR. GHOSH)   At some point, in November | 10:52:08 |

Page 64

```
1    or December of 2021, did you see -- did you view        10:52:12
2    this document -- did you review this document, in       10:52:19
3    front of you, Exhibit 7?                                10:52:21
4         A.  Yes.                                           10:52:22
5         Q.  Okay.  And would you say it was between        10:52:22
6    November 10th and November 17, 2021?                    10:52:28
7         A.  Possibly.                                      10:52:30
8         Q.  Okay.  And did you then make any edits to      10:52:36
9    the spreadsheet?                                        10:52:43
10        A.  Yes.                                           10:52:43
11        Q.  And this document, there's some columns        10:52:44
12   added on; the column added to the system, been          10:52:48
13   checked out, and purchased by.                          10:52:53
14            Are these columns that you added to the        10:52:54
15   spreadsheet?                                            10:52:56
16        A.  Yes.                                           10:52:57
17        Q.  And did you add these columns because you      10:52:57
18   spoke to anybody about it and somebody suggested        10:53:04
19   that you do so?                                         10:53:08
20        A.  No.                                            10:53:09
21        Q.  Did you speak to anybody about Ms. Wallace's   10:53:09
22   list of books?                                          10:53:13
23        A.  Just the staff.                                10:53:14
24        Q.  Okay.  Did you speak to Mr. Cunningham about   10:53:19
25   this list of books?                                     10:53:23
```

Page 65

```
 1         A.  I don't recall.  I know that he sent it to    10:53:23
 2    me, but I -- I don't recall.                            10:53:33
 3         Q.  Okay.  I'll ask something more specific.       10:53:33
 4    And if you don't recall, that's okay.                   10:53:44
 5             Did Mr. Cunningham ever tell you that you      10:53:49
 6    should consider removing some of the books on           10:53:52
 7    Ms. Wallace's list?                                     10:53:55
 8         A.  No.                                            10:53:56
 9         Q.  Did Mr. Jerry Don Moss ever tell you that      10:53:56
10    you should consider removing any of the books on        10:54:02
11    Ms. Wallace's list?                                     10:54:05
12         A.  No.                                            10:54:05
13         Q.  Did you shut down the library for three days   10:54:06
14    so you could review whether or not the library had      10:54:07
15    any of these books?                                     10:54:10
16         A.  No.  No.                                       10:54:11
17         Q.  Was the library closed for any period of       10:54:28
18    time so that you could review whether or not these      10:54:31
19    books were on the shelves at the library?               10:54:32
20                 MR. ROGERS:   Objection; asked and         10:54:35
21    answered.                                               10:54:36
22         A.  No.                                            10:54:36
23         Q.  (BY MR. GHOSH)  It -- it's your testimony      10:54:42
24    here today that the library wasn't shut down for a      10:54:44
25    single hour so that you could review any of the         10:54:46
```

Page 66

```
1    books on this list?                               10:54:48

2              MR. ROGERS:   Same objection.            10:54:51

3         A.  It wasn't to review books on this list.  10:54:52

4         Q.  (BY MR. GHOSH)   Oh, okay.   So, what was it  10:54:55

5    for, then?                                         10:54:57

6         A.  It was to just review every book on our   10:54:58

7    shelf, to get -- to know what we actually had,    10:55:01

8    because we were all new to the -- to the library.  10:55:03

9         Q.  And that happened in November of 2021?    10:55:08

10        A.  November or December.                      10:55:11

11        Q.  Okay.  So after you received this list, you  10:55:18

12   did a comprehensive review of every book in your   10:55:21

13   library, just to see what you had?                 10:55:24

14        A.  Yes.                                        10:55:26

15        Q.  Okay.  How -- how often do you do a        10:55:26

16   comprehensive review of every book in the library?  10:55:30

17        A.  We do a -- a weeding every August.          10:55:32

18        Q.  And what does -- what -- were you at the    10:55:39

19   meeting in August 2019?                            10:55:43

20        A.  What meeting?                               10:55:52

21        Q.  The -- the one you just testified to, the  10:55:53

22   one where you conduct sort of this comprehensive   10:55:55

23   review of books.                                   10:55:58

24        A.  Oh.  Just every August, each library will  10:56:00

25   either print out a report, or go to the shelves,   10:56:04
```

                                              Page 67

1    and look at the books, to weed.                    10:56:07

2         Q.  Okay.  So, during that day in August, is the  10:56:10

3    library closed?                                    10:56:15

4         A.  No.                                       10:56:16

5         Q.  Okay.  The library is open for patrons to  10:56:16

6    come in and out?                                   10:56:21

7         A.  Right.                                    10:56:21

8         Q.  Okay.  But -- but this time, it didn't    10:56:22

9    happen in August.  It happened a -- a little bit   10:56:26

10   later, in -- in November or December, you said.    10:56:28

11           Is that right?                             10:56:30

12        A.  Right.                                    10:56:30

13        Q.  Okay.  And so, you -- did you have a       10:56:31

14   training session where you sort of told your staff,  10:56:36

15   like, what to look for, generally, during this     10:56:40

16   review session?                                    10:56:42

17        A.  No.  We were going through the children's  10:56:43

18   section, to see if there was any nudity in books,   10:56:52

19   just to get an idea of what we had on the shelves.  10:57:01

20        Q.  You were only going through the children's  10:57:03

21   section, or were you taking a look at the adult     10:57:09

22   section as well?                                   10:57:12

23        A.  Just the children.                        10:57:12

24        Q.  Okay.  After you received Ms. Wallace's    10:57:13

25   list, did you remove any of the books on her list   10:57:22

                                        Page 68

| | | |
|---|---|---|
| 1 | because of complaints about their content? | 10:57:25 |
| 2 | A.  No. | 10:57:29 |
| 3 | Q.  You previously described to me the CREW | 10:57:30 |
| 4 | weeding method. | 10:57:37 |
| 5 | Do you remember that? | 10:57:39 |
| 6 | A.  Yes. | 10:57:40 |
| 7 | Q.  And you said there's a number of factors | 10:57:40 |
| 8 | that you can use, such as whether a book is | 10:57:42 |
| 9 | damaged, whether a book is outdated, things like | 10:57:45 |
| 10 | that, but any one factor isn't enough to remove a | 10:57:48 |
| 11 | book. | 10:57:51 |
| 12 | Do you remember that? | 10:57:52 |
| 13 | A.  Yes. | 10:57:52 |
| 14 | Q.  Okay.  And you also previously said -- I | 10:57:52 |
| 15 | asked you about a few books, one of them being, | 10:57:58 |
| 16 | Caste: The Origins of Our Discontents. | 11:03:11 |
| 17 | Do you remember us talking about that? | 10:58:06 |
| 18 | A.  Yes. | 10:58:07 |
| 19 | Q.  And you said one of the reasons -- or the | 10:58:08 |
| 20 | reason you recall that it might have been removed | 10:58:11 |
| 21 | is because it hadn't been checked out in a few | 10:58:15 |
| 22 | years. | 10:58:17 |
| 23 | Do you recall that conversation that we had? | 10:58:17 |
| 24 | A.  Yes.  I don't know if I said it about that | 10:58:19 |
| 25 | book, but I remember the other ones. | 10:58:21 |

Page 69

1     Q.   Okay.   Do you -- as library director, do you     10:58:22

2   get, like, a notification when a book hasn't been       10:58:25

3   checked out for three years?                            10:58:28

4     A.   No.                                              10:58:30

5     Q.   Okay.   Do you get a notification when a book    10:58:30

6   hasn't been checked out for any period of time?         10:58:33

7     A.   No.   Just running the reports.                  10:58:35

8     Q.   Okay.   And how often do you run those           10:58:39

9   reports?                                                10:58:41

10     A.   Once a year.   I mean, but also, we will go      10:58:42

11   to the shelves, and open the book, look at the due      10:58:45

12   date slip, you know, and check to see when things       10:58:49

13   have been checked out.                                  10:58:52

14     Q.   And is that typically done in August -- at       10:58:52

15   that August meeting you were describing?                10:58:56

16     A.   Yes.                                             10:58:58

17     Q.   Okay.   And so, in August of last year, you      10:58:59

18   went through and pulled a report, and you looked at     10:59:04

19   how long books were not checked out for.                10:59:08

20         Is that right?                                    10:59:10

21     A.   No.   So, actually, getting into the Llano       10:59:11

22   Library, it hadn't been done in a while.                10:59:17

23     Q.   So it hadn't been done in 2020 or 2019?          10:59:24

24     A.   No -- no.                                        10:59:26

25     Q.   Okay.   And do you know why that was?            10:59:27

Page 70

| | | |
|---|---|---|
| 1 | A.  I don't. | 10:59:29 |
| 2 | Q.  Okay.  Can you remind me, what -- what was | 10:59:30 |
| 3 | your position at the library system in 2019? | 10:59:36 |
| 4 | A.  The director of the Kingsland Library. | 10:59:38 |
| 5 | Q.  Okay.  Did -- how often did you run those | 10:59:42 |
| 6 | reports at the Kingsland Library? | 10:59:46 |
| 7 | A.  It was every August. | 10:59:48 |
| 8 | Q.  Okay.  A book not being checked out, for, | 10:59:50 |
| 9 | let's say, three years, is that, by itself, a | 11:00:02 |
| 10 | reason to get rid of it? | 11:00:05 |
| 11 | A.  No.  You kind of use your own discretion. | 11:00:06 |
| 12 | If you think, well, maybe it'll get checked out, if | 11:00:11 |
| 13 | you put it on display for a little while.  Maybe | 11:00:15 |
| 14 | it'll get checked out, if you put in a -- in a | 11:00:18 |
| 15 | different section. | 11:00:21 |
| 16 | Maybe it's a biography and non-fiction, so | 11:00:22 |
| 17 | you try to put it in both sections, if one is not | 11:00:29 |
| 18 | getting checked out.  There's -- | 11:00:32 |
| 19 | Q.  The point of putting it on a display -- did | 11:00:33 |
| 20 | you have a librarian working for you by the name of | 11:00:37 |
| 21 | Suzette Baker? | 11:00:40 |
| 22 | A.  Yes. | 11:00:41 |
| 23 | Q.  Okay.  She had an idea for a display of | 11:00:41 |
| 24 | books that were banned in other places. | 11:00:47 |
| 25 | Do you recall that? | 11:00:48 |

Page 71

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:00:49 |
| 2 | Q.  Was that to sort of do what you're | 11:00:49 |
| 3 | describing, raise awareness for some categories of | 11:00:51 |
| 4 | books? | 11:00:54 |
| 5 | A.  Yes. | 11:00:54 |
| 6 | Q.  Okay.  And was that display allowed to | 11:00:55 |
| 7 | remain standing? | 11:00:59 |
| 8 | A.  Not at that time.  We do the display every | 11:01:00 |
| 9 | year. | 11:01:05 |
| 10 | Q.  And who -- who made the decision to pull | 11:01:05 |
| 11 | that display down? | 11:01:11 |
| 12 | A.  I did. | 11:01:13 |
| 13 | Q.  Okay.  Were -- did you have conversations | 11:01:13 |
| 14 | with anybody before you made that decision? | 11:01:15 |
| 15 | A.  No.  The -- just the Kingsland staff. | 11:01:19 |
| 16 | Q.  And why did you ultimately decide to -- to | 11:01:25 |
| 17 | pull that display down? | 11:01:28 |
| 18 | A.  Because with everyone complaining about the | 11:01:29 |
| 19 | libraries, and what we had, I didn't want more for | 11:01:35 |
| 20 | them to complain about.  But the libraries always | 11:01:43 |
| 21 | do a banned book display during, you know, banned | 11:01:48 |
| 22 | books week.  It just wasn't -- | 11:01:53 |
| 23 | Q.  Okay. | 11:01:54 |
| 24 | A.  -- the time to put it up. | 11:01:55 |
| 25 | Q.  So -- so when you say the libraries always | 11:01:59 |

Page  72

| | | |
|---|---|---|
| 1 | do a display during banned book week, so there's -- | 11:02:02 |
| 2 | there's a specific week that celebrates, you know, | 11:02:05 |
| 3 | freedom of speech and banned books. | 11:02:07 |
| 4 | Am I getting that right? | 11:02:09 |
| 5 | A.  Yes. | 11:02:11 |
| 6 | Q.  And during that week, typically -- or | 11:02:11 |
| 7 | usually, the library has certain books on display | 11:02:13 |
| 8 | that may be banned in other places, but not here -- | 11:02:15 |
| 9 | A.  Right. | 11:02:18 |
| 10 | Q.  -- in -- in Texas, or other places like | 11:02:19 |
| 11 | that. | 11:02:20 |
| 12 | And you felt it wasn't right to do it last | 11:02:21 |
| 13 | year because of backlash that the library was | 11:02:25 |
| 14 | getting, with regards to what specifically? | 11:02:30 |
| 15 | A.  Well, I mean, some of the books, even on | 11:02:33 |
| 16 | this list, are probably on the banned book list. | 11:02:42 |
| 17 | So, just didn't want to bring any -- any more | 11:02:45 |
| 18 | controversy to the library. | 11:02:51 |
| 19 | Q.  Okay. | 11:02:53 |
| 20 | A.  Even though we have the books for people to | 11:02:54 |
| 21 | check out, it's, you know, don't shove them in | 11:02:56 |
| 22 | everyone's face, I guess. | 11:02:59 |
| 23 | Q.  Okay.  Do you know if any individuals have | 11:03:02 |
| 24 | requested to check out, just picking a book for | 11:03:06 |
| 25 | example, Caste: The Origins of Our Discontent, this | 11:03:10 |

Page 73

| | | |
|---|---|---|
| 1 | year? | 11:03:14 |
| 2 | A.  No.  Most people will look at our catalog, | 11:03:14 |
| 3 | and if they don't see it, then they know it's not | 11:03:25 |
| 4 | in our system. | 11:03:28 |
| 5 | Q.  Okay.  But nobody has specifically come to | 11:03:29 |
| 6 | you, asking for that book, or other similar books? | 11:03:31 |
| 7 | A.  I -- I don't recall.  We could have it on | 11:03:34 |
| 8 | our request list. | 11:03:36 |
| 9 | Q.  Okay.  Okay. | 11:03:36 |
| 10 | Here, it says there is a book -- and I will | 11:03:42 |
| 11 | highlight it for you right now.  It's this column | 11:03:48 |
| 12 | right here (indicating). | 11:03:50 |
| 13 | And under the purchased by category, it says | 11:03:50 |
| 14 | that you purchased the book, and it was added to | 11:03:53 |
| 15 | the system October 22nd, 2020.  And the book is | 11:03:55 |
| 16 | called, How to Be an Antiracist. | 11:03:59 |
| 17 | Do you remember that book? | 11:04:03 |
| 18 | A.  A little bit.  I remember the title. | 11:04:04 |
| 19 | Q.  Okay.  Do you know how this book made its | 11:04:10 |
| 20 | way onto Ms. Wallace's list? | 11:04:14 |
| 21 | A.  No. | 11:04:16 |
| 22 | Q.  Okay.  Is that a book that you were ever | 11:04:18 |
| 23 | asked to remove? | 11:04:24 |
| 24 | A.  No. | 11:04:26 |
| 25 | Q.  Okay.  Did you ever restrict any books | 11:04:26 |

Page 74

```
 1    related -- actually, strike that, please.          11:04:33
 2          If I were to say the acronym, CRT, would it   11:04:37
 3    mean anything to you?                               11:04:43
 4       A.  Critical race theory.                        11:04:44
 5       Q.  Okay.  And you're familiar with that term,   11:04:46
 6    generally?                                          11:04:50
 7       A.  A little, yeah.                              11:04:50
 8       Q.  Does the library keep books about that       11:04:51
 9    subject matter, critical race theory?               11:04:55
10       A.  I believe we have the book at the Kingsland  11:04:57
11    Library.                                            11:05:02
12       Q.  Okay.  Were you ever asked to restrict       11:05:02
13    access to that book?                                11:05:05
14       A.  No.                                          11:05:07
15       Q.  Okay.  You never put that book behind the    11:05:07
16    front desk so that people would have to ask you for 11:05:20
17    it?                                                 11:05:24
18       A.  I believe I did, yeah.                       11:05:25
19       Q.  And --                                       11:05:26
20       A.  But we also have other books back there for  11:05:28
21    people to ask for.                                  11:05:31
22       Q.  And how do you determine when a book, you    11:05:32
23    know, gets put behind your desk, versus put up on a 11:05:36
24    shelf for everybody to see?                         11:05:40
25       A.  It -- it just depends on -- on, like, what   11:05:41
```

Page 75

```
 1    it is, where it should be located.           11:05:47

 2       Q.  Is there a reason why critical race theory   11:05:50

 3    was put behind the desk?                     11:05:53

 4       A.  I think a lot of people had an issue with it   11:05:55

 5    as well.  And --                             11:06:01

 6       Q.  What -- what was the issue specifically?   11:06:03

 7       A.  I -- I don't remember.  I don't know if -- I   11:06:05

 8    think I got it secondhand.  I don't think they   11:06:08

 9    spoke to me about it.                        11:06:10

10          But, yeah, I mean -- and you could look on   11:06:15

11    our catalog and see that it's still there.  You can   11:06:16

12    request it.  It can be sent to the other libraries,   11:06:19

13    if needed to.                                11:06:22

14       Q.  Got it.  Got it.  I just want to come back   11:06:22

15    to the notification system, just for a little bit.   11:06:27

16    And this is a prior exhibit I want to turn to.  And   11:06:29

17    I'm going to give the court reporter an exhibit   11:06:32

18    number in just a second, as soon as I find it.   11:06:37

19          This is Exhibit No. 4, which is just at --   11:06:39

20    the list -- the deletion list that you generated,   11:06:45

21    in March of -- of this year, I want to say.   11:06:47

22          Do you remember when we discussed this list   11:06:53

23    before?                                      11:06:55

24       A.  Yes.                                 11:06:56

25       Q.  Okay.  So, Ms. Wallace -- Ms. Bonnie Wallace   11:06:56
```

                                                    Page 76

```
1     sent you her list of books, in and around        11:07:08

2     November 11th or 12th.  I think you said she sent  11:07:13

3     it between November 10th and 17th.                 11:07:16

4          A.  Okay.                                     11:07:19

5          Q.  And --                                    11:07:19

6               MR. ROGERS:  I'm going to object.  I     11:07:22

7     think that misstates testimony.  I think she said  11:07:23

8     that the library was closed during those dates.    11:07:25

9               MR. GHOSH:  I mean, we can --            11:07:31

10              MR. ROGERS:  Maybe just clear it up.     11:07:36

11              MR. GHOSH:  Yeah.  Sure.  I'm            11:07:39

12    just -- I'm just going to re-read the -- the       11:07:39

13    transcript here.                                   11:07:40

14              QUESTION:  And would you say it was      11:07:41

15    between November 10th and November 17th, when you  11:07:43

16    reviewed the list from Ms. Wallace?                11:07:48

17              ANSWER:  Possibly.                       11:07:51

18              MR. ROGERS:  Yes.                        11:07:53

19              MR. GHOSH:  QUESTION:  Okay.  And        11:07:54

20    did you make any edits to the spreadsheet?         11:07:55

21              ANSWER:  Yes.                            11:07:57

22              MR. ROGERS:  Okay.  Fair.                11:07:57

23              MR. GHOSH:  Okay.                        11:07:59

24         Q.  (BY MR. GHOSH)  So I just want to direct  11:08:00

25    your attention to a few highlighted books that were 11:08:05
```

Page 77

```
 1    weeded that same week, when -- when you were        11:08:06

 2    editing Ms. Wallace's list.                          11:08:14

 3         Does that make sense?                           11:08:17

 4    A.   Yes.                                            11:08:18

 5    Q.   So it looks like there is a book -- a number    11:08:18

 6    of books that were removed and weeded, on           11:08:20

 7    November 12th, in that same range, when you were    11:08:22

 8    editing Ms. Wallace's list.  Those books are        11:08:28

 9    Freakboy, by Kristin Elizabeth Clark; Shine, by     11:08:32

10    Lauren Myracle; Spinning, by Tillie Walden; Caste:  11:08:35

11    The Origins of Our Discontents, by Isabel           11:03:11

12    Wilkerson; Being Jazz, My Life as a (Transgender)   11:08:42

13    Teen, by Jazz Jennings; They Call Themselves the    11:08:45

14    KKK, the Birth of an American Terrorist Group, by   11:08:48

15    Susan Campbell Bartoletti.                          11:08:52

16         These books were all removed on the same       11:09:05

17    day, November 12th, 2021.  And they all --          11:09:07

18    apologies.  They all were on Ms. Wallace's list.    11:09:17

19         Would you agree with that statement?           11:09:21

20    A.   Yes.                                            11:09:22

21    Q.   Okay.  Is there a connection between            11:09:23

22    Ms. Wallace sending you this list, sometime in      11:09:28

23    early November, and you then removing it, a few     11:09:31

24    days later, from the library?                        11:09:35

25    A.   Yes.                                            11:09:37
```

Page 78

| | | |
|---|---|---|
| 1 | Q.  What is that connection? | 11:09:37 |
| 2 | A.  When I received Bonnie's list, we went and | 11:09:42 |
| 3 | pulled all of those books, to see what everybody | 11:09:47 |
| 4 | was talking about, why these books would be on her | 11:09:52 |
| 5 | list, or the list. | 11:09:54 |
| 6 | And once we got them, and was going through | 11:09:55 |
| 7 | them, we were noticing that none of them were -- | 11:09:59 |
| 8 | well, not none of them, but a lot of them weren't | 11:10:03 |
| 9 | getting checked out. | 11:10:05 |
| 10 | So, we went ahead and did the -- the -- the | 11:10:06 |
| 11 | CREW weeding, and decided, since they're not even | 11:10:11 |
| 12 | getting checked out, it was just brought to our | 11:10:14 |
| 13 | attention. | 11:10:17 |
| 14 | Q.  So as you brought -- okay.  Okay. | 11:10:17 |
| 15 | Let's talk about Shine, by Lauren Myracle, | 11:10:22 |
| 16 | for a second.  It looks like the deletion reason | 11:10:24 |
| 17 | was weeded and not damaged.  It looks like it was | 11:10:29 |
| 18 | added to the library January of 2012.  Looks like | 11:10:35 |
| 19 | it was deleted November 12th, 2021.  It was checked | 11:10:38 |
| 20 | out ten times.  The most recent time it was checked | 11:10:42 |
| 21 | out was July 2021. | 11:10:46 |
| 22 | And let's just zoom in on that so that | 11:10:47 |
| 23 | nobody is straining their eyes. | 11:10:50 |
| 24 | A.  Thank you. | 11:10:52 |
| 25 | Q.  I apologize.  This book was checked out | 11:10:52 |

Page 79

1   within the last three years.  Would you agree?  I'm   11:10:55

2   talking about Shine, Lauren Myracle, specifically.   11:10:58

3        A.  Yes.   11:11:00

4        Q.  But it was still weeded.   11:11:01

5            Is that right?   11:11:07

6        A.  Yes.  So I'm -- I'm not sure, because during   11:11:07

7   that weeding process, it is just kind of an   11:11:11

8   automatic, when we click on the button, and we   11:11:16

9   don't put in a -- a reason.  So it -- it could have   11:11:18

10  been, you know, worn.   11:11:29

11       Q.  You wouldn't indicate that in a note   11:11:30

12  anywhere, that it was worn?   11:11:33

13       A.  No.   11:11:34

14       Q.  Okay.  Then we have Spinning, by Tillie   11:11:38

15  Walden.  That book was added in September of 2018,   11:11:42

16  pretty recently.  And it was checked out four   11:11:47

17  times, including most recently in 2019.   11:11:48

18           Why was that removed?   11:11:56

19       A.  It would have been about three years.  And   11:11:57

20  our -- our teen section was not--   11:12:06

21       Q.  Well, it wouldn't -- it wouldn't have been   11:12:07

22  three years, in November, when you removed it,   11:12:09

23  right?   11:12:11

24       A.  Right.  It would have been close, yeah.   11:12:11

25  Yeah, our teen section wasn't doing well, and a lot   11:12:16

Page 80

| | | |
|---|---|---|
| 1 | of these books were in our teen area.  So it -- it | 11:12:18 |
| 2 | was just probably one that it -- it wasn't getting | 11:12:23 |
| 3 | checked out as much as it should. | 11:12:26 |
| 4 | Q.  How about this?  Let me ask a slightly | 11:12:28 |
| 5 | different question. | 11:12:32 |
| 6 | Did you remove every single book that wasn't | 11:12:32 |
| 7 | checked out for three years, or slightly less? | 11:12:34 |
| 8 | A.  Probably, yeah, so that way, we could get | 11:12:37 |
| 9 | new books in that area. | 11:12:42 |
| 10 | Q.  So there are currently no books in the Llano | 11:12:43 |
| 11 | County Library that haven't been checked out for | 11:12:51 |
| 12 | three years, or slightly less? | 11:12:53 |
| 13 | A.  No.  There -- there probably is, yes. | 11:12:55 |
| 14 | Q.  Okay.  And the reason why Spinning and Shine | 11:13:01 |
| 15 | were selected to be weeded is because you looked at | 11:13:04 |
| 16 | them because Ms. Wallace had them on her list. | 11:13:08 |
| 17 | Isn't that right? | 11:13:11 |
| 18 | MR. ROGERS:  Objection; misstates | 11:13:12 |
| 19 | testimony. | 11:13:13 |
| 20 | A.  I'm sorry.  Repeat that. | 11:13:14 |
| 21 | Q.  (BY MR. GHOSH)  The reason that Shine and | 11:13:15 |
| 22 | Spinning were selected to be weeded and reviewed to | 11:13:19 |
| 23 | be weeded, as opposed to other books, were because | 11:13:22 |
| 24 | Ms. Wallace had them on her list. | 11:13:27 |
| 25 | Isn't that right? | 11:13:31 |

Page 81

```
 1              MR. ROGERS:  Same objection.           11:13:31
 2        A.  That is why we looked at them, yes.      11:13:31
 3        Q.  (BY MR. GHOSH)  And they were on         11:13:33
 4   Ms. Wallace's --                                  11:13:35
 5        A.  These were --                            11:13:35
 6        Q.  They were on Ms. Wallace's list because she  11:13:36
 7   disagreed with the content of these books.        11:13:39
 8            Isn't that right?                         11:13:41
 9              MR. ROGERS:  Objection; speculation.   11:13:41
10        A.  Probably.                                11:13:42
11        Q.  (BY MR. GHOSH)  Are there books in the Llano  11:13:43
12   County Library that -- that you would say contain  11:13:58
13   controversial content, but haven't gotten any     11:14:07
14   complaints?                                       11:14:09
15        A.  Probably.  Yes.  I mean, I haven't --    11:14:10
16        Q.  Is there a reason -- is there a reason you  11:14:13
17   haven't removed those books?                      11:14:15
18              MR. ROGERS:  I'm going to object to    11:14:19
19   this as vague, and assumes facts not in evidence. 11:14:20
20        Q.  (BY MR. GHOSH)  Okay.  I'll strike that last  11:14:23
21   question, then.  Let's talk about something       11:14:24
22   specific.                                         11:14:27
23            Game of Thrones, a popular fantasy novel,  11:14:28
24   Llano County carries that book, doesn't it?       11:14:34
25        A.  Yes.                                      11:14:35
```

Page 82

| | | |
|---|---|---|
| 1 | Q.  It contains some -- some violence, some | 11:14:36 |
| 2 | sexual content. | 11:14:43 |
| 3 | Are you familiar with the book? | 11:14:44 |
| 4 | A.  No. | 11:14:45 |
| 5 | Q.  Okay.  Have you watched the show, by any | 11:14:46 |
| 6 | chance? | 11:14:49 |
| 7 | A.  I actually haven't.  I've heard of it.  I've | 11:14:49 |
| 8 | heard that it's violent. | 11:14:53 |
| 9 | Q.  So -- so, is there any reason why a book | 11:14:57 |
| 10 | that contains a lot of sexual content and violence | 11:15:00 |
| 11 | would stay on the shelf, but another book which | 11:15:04 |
| 12 | maybe has similar content, gets removed? | 11:15:06 |
| 13 | A.  It depends on what age group it's for.  So | 11:15:08 |
| 14 | if it is in the adult section, then adults can | 11:15:15 |
| 15 | choose what they're going to read.  If it's in a | 11:15:19 |
| 16 | different section, then we look at it a little bit | 11:15:21 |
| 17 | more. | 11:15:25 |
| 18 | Q.  Who came up with the three-year cutoff? | 11:15:25 |
| 19 | A.  I'm not quite sure.  I mean -- and it's -- | 11:15:27 |
| 20 | it's just kind of a guideline.  Because when we go, | 11:15:36 |
| 21 | there's -- you know, to -- to look at books, | 11:15:39 |
| 22 | there's so many different things you're looking at. | 11:15:42 |
| 23 | Q.  Right.  Because as we said, there's certain | 11:15:45 |
| 24 | books, like Spinning, where it has been checked | 11:15:48 |
| 25 | out, at least when you weeded it, within the last | 11:15:50 |

Page 83

| | | |
|---|---|---|
| 1 | two -- within the last three years. | 11:15:53 |
| 2 | A.  Right. | 11:15:57 |
| 3 | Q.  But it was still weeded. | 11:15:57 |
| 4 | A.  And sometimes, we would -- we used to check | 11:15:59 |
| 5 | out new books, other books, to our display.  And | 11:16:01 |
| 6 | so, that would actually show a checkout.  But then | 11:16:04 |
| 7 | when you would go and look at the report, a person | 11:16:07 |
| 8 | might not have checked it out, you know, but it was | 11:16:09 |
| 9 | on display four times, or -- you -- you know. | 11:16:12 |
| 10 | It -- it could have been that as well.  I don't | 11:16:14 |
| 11 | recall. | 11:16:16 |
| 12 | Q.  Yeah.  And are you able to -- to pull a | 11:16:16 |
| 13 | report, in -- in your sort of ordinary course, of | 11:16:20 |
| 14 | books that haven't been checked out in the last | 11:16:26 |
| 15 | three years, but are still on the shelf? | 11:16:28 |
| 16 | A.  Yes.  I could probably do a report like | 11:16:30 |
| 17 | that. | 11:16:34 |
| 18 | MR. GHOSH:  Okay.  I -- I think | 11:16:42 |
| 19 | we're going to take a break in one second.  Dwain, | 11:16:43 |
| 20 | we -- we would like to request that -- that report. | 11:16:46 |
| 21 | I understand you may have | 11:16:50 |
| 22 | objections, and -- and, you should state them on | 11:16:51 |
| 23 | the record now.  But we would just like to make | 11:16:53 |
| 24 | that document request, if possible. | 11:16:55 |
| 25 | MR. ROGERS:  All right. | 11:17:01 |

Page 84

| | | |
|---|---|---|
| 1 | MR. GHOSH:  And to be clear about | 11:17:02 |
| 2 | it, we're just asking for the spreadsheet of books | 11:17:03 |
| 3 | that have not been checked out in the past three | 11:17:07 |
| 4 | years, but are still available to be checked out | 11:17:09 |
| 5 | from the library system. | 11:17:11 |
| 6 | And if -- and sorry.  Court | 11:17:14 |
| 7 | Reporter, if you could just wait for Mr. Rogers to | 11:17:16 |
| 8 | lodge any response or objection before going off | 11:17:19 |
| 9 | the record.  I don't want to cut him off. | 11:17:22 |
| 10 | MR. ROGERS:  Sure.  And I guess -- I | 11:17:25 |
| 11 | guess the first thing I would object to is that it | 11:17:27 |
| 12 | sounds like that document doesn't exist.  And I | 11:17:29 |
| 13 | don't think we have a -- an RFP on file that would | 11:17:32 |
| 14 | be -- that that would necessarily even be | 11:17:37 |
| 15 | responsive to. | 11:17:42 |
| 16 | But, I guess, if we can -- perhaps, | 11:17:50 |
| 17 | what we can do, Pratik, is talk offline and -- | 11:17:52 |
| 18 | MR. GHOSH:  Yeah.  That -- that's | 11:17:56 |
| 19 | totally fine.  I just wanted to give you the | 11:17:57 |
| 20 | opportunity -- I made a request.  I didn't want | 11:17:58 |
| 21 | to -- I didn't want to have the last request for no | 11:18:00 |
| 22 | reason -- | 11:18:02 |
| 23 | (Multiple voices.) | 11:18:03 |
| 24 | MR. ROGERS:  Understood. | 11:18:03 |
| 25 | Understood.  But I will lodge those objections at | 11:18:04 |

Page 85

| | | |
|---|---|---|
| 1 | this time, and then maybe we can discuss. | 11:18:06 |
| 2 | MR. GHOSH:  Definitely.  Okay. | 11:18:08 |
| 3 | Let's take a ten-minute break, and we can | 11:18:09 |
| 4 | reconvene.  Thank you so much. | 11:18:12 |
| 5 | THE VIDEOGRAPHER:  Okay.  Going off | 11:18:13 |
| 6 | the record at 11:18. | 11:18:14 |
| 7 | (Break.) | 11:18:16 |
| 8 | THE VIDEOGRAPHER:  We're back on the | 11:37:57 |
| 9 | record at 11:37. | 11:37:59 |
| 10 | Q.  (BY MR. GHOSH)  So, Ms. Milum -- Ms. Milum, | 11:38:01 |
| 11 | sorry, right before we went on break, we talked | 11:38:10 |
| 12 | about a few books that were removed in November of | 11:38:13 |
| 13 | 2021. | 11:38:21 |
| 14 | Do you recall that conversation? | 11:38:21 |
| 15 | A.  Yes. | 11:38:22 |
| 16 | Q.  Let me just put that document back on the | 11:38:22 |
| 17 | screen, so you have it handy. | 11:38:24 |
| 18 | So, I just wanted to go through these, I | 11:38:38 |
| 19 | guess, six books, that were both on Ms. Bonnie | 11:38:41 |
| 20 | Wallace's list, and also on the deletion list that | 11:38:52 |
| 21 | was generated in March. | 11:38:58 |
| 22 | The first one on the list here being | 11:38:59 |
| 23 | Freakboy, by Kristin Elizabeth Clark.  You'd agree | 11:39:03 |
| 24 | that this book was on Ms. Wallace's list. | 11:39:07 |
| 25 | Is that right? | 11:39:12 |

Page 86

1          A.   I believe so.                                11:39:13

2          Q.   And then, a few days after, you know,        11:39:13

3     reviewing that list, and editing that list, it was     11:39:16

4     then removed from the Llano County Library.            11:39:19

5               Is that right?                               11:39:24

6          A.   Yes.                                          11:39:24

7          Q.   And what was the reason for that removal?    11:39:25

8          A.   Because it had not been checked out in many  11:39:29

9     years -- or was only checked out once in many          11:39:33

10    years.                                                 11:39:36

11         Q.   Was there any other reason?                  11:39:36

12         A.   No.                                           11:39:37

13         Q.   Okay.  Next book is Shine, by Lauren         11:39:39

14    Myracle.  That book was on Ms. Bonnie Wallace's        11:39:45

15    list, right?                                           11:39:54

16         A.   I believe so.                                11:39:55

17         Q.   And a few days after you reviewed and        11:39:57

18    revised that list, it was then weeded from the         11:40:01

19    Llano County Library, right?                           11:40:03

20         A.   Yes.                                          11:40:04

21         Q.   And what was the reason it was weeded?       11:40:04

22         A.   I don't recall.  If -- I know it shows that  11:40:07

23    it was checked out ten times, but that could have      11:40:08

24    been displays.  It could have been just it hadn't      11:40:15

25    been checked out enough in the time period.            11:40:16

                                        Page 87

1    Q.  Okay.  When you say it hasn't been -- hadn't    11:40:18

2    been checked out enough times in the time period,    11:40:23

3    is there sort of a minimum number of times a book    11:40:26

4    needs to be checked out, for it to not be weeded?    11:40:29

5    A.  No.  But you want books to get -- just keep    11:40:32

6    flying off the shelves, because then you even know    11:40:35

7    that they liked that type of book, and you know,    11:40:38

8    you can get more of -- more of that kind.    11:40:40

9         Our hope, when we saw Bonnie's list, was    11:40:42

10    that all of these books were going to have been    11:40:49

11    checked out, and there -- there wasn't going to be,    11:40:51

12    you know, an issue; that people liked all of these    11:40:54

13    books, they were getting checked out.    11:40:57

14         But when we started pulling them off the    11:40:58

15    shelf to look at them, we just noticed that some of    11:41:02

16    these books were -- were never getting checked out.    11:41:04

17    Q.  You just said:  Our hope, when we saw    11:41:07

18    Bonnie's list, was that all of these books were    11:41:18

19    going to have been checked out.    11:41:20

20         You meant in the past, right, and not that    11:41:24

21    you were hoping that they'd be checked out in the    11:41:26

22    future?    11:41:28

23    A.  Right, in the past.    11:41:28

24    Q.  Okay.  Okay.  Let's go to Spinning, by    11:41:29

25    Tillie Walden.    11:41:35

Page 88

| | | |
|---|---|---|
| 1 | This book was on Ms. Bonnie Wallace's list, | 11:41:36 |
| 2 | right? | 11:41:41 |
| 3 | A.  I believe so. | 11:41:41 |
| 4 | Q.  And a few days after reviewing that list, | 11:41:41 |
| 5 | this book was then weeded from the Llano County | 11:41:47 |
| 6 | Library system. | 11:41:56 |
| 7 | Isn't that right? | 11:41:57 |
| 8 | A.  Yes. | 11:41:58 |
| 9 | Q.  And what was the reason for that? | 11:41:58 |
| 10 | A.  It could have been checkouts, or looking | 11:42:00 |
| 11 | like it's worn.  If they're too close to the | 11:42:02 |
| 12 | windows, they will start turning colors as well. | 11:42:05 |
| 13 | Q.  Okay.  And do you keep any records, when a | 11:42:07 |
| 14 | book gets worn?  Is there any record of that?  Is | 11:42:14 |
| 15 | there any, like, a database where you keep record | 11:42:20 |
| 16 | of book damage? | 11:42:22 |
| 17 | A.  No.  We -- if something comes in that is | 11:42:23 |
| 18 | of -- a little damaged, you know, bent pages, | 11:42:28 |
| 19 | something like that, we do try to put a note in the | 11:42:32 |
| 20 | book.  So that way, the next person that checks it | 11:42:34 |
| 21 | out, you know, isn't liable for -- for those | 11:42:37 |
| 22 | damages. | 11:42:40 |
| 23 | But after something is weeded, we don't -- | 11:42:41 |
| 24 | you know, so we would also look inside the book | 11:42:46 |
| 25 | cover, to see if there were any notes. | 11:42:48 |

Page 89

1    Q.  Okay.  So, for example, you -- you don't     11:42:51

2  know for certain if Spinning was -- was damaged?     11:42:52

3    A.  No, I don't.     11:42:57

4    Q.  Okay.  And you don't know for certain if     11:42:58

5  Shine was damaged, when it was weeded?     11:42:59

6    A.  No.     11:43:02

7    Q.  Okay.  So you -- at this time, you aren't     11:43:02

8  able to provide a reason why Spinning was weeded?     11:43:09

9    A.  It was either the -- the checkouts, or -- or     11:43:12

10  being, you know, damaged.     11:43:17

11    Q.  Okay.  Next, we have, Caste: The Origins of     11:43:19

12  Our Discontents, by Isabel Wilker -- Wilkerson.     11:43:26

13  This was on Ms. Bonnie Wallace's book -- or list.     11:43:31

14        Is that right?     11:43:33

15    A.  Yes.     11:43:34

16    Q.  A few days after Ms. Wallace issued that     11:43:34

17  list, it was then removed from the Llano County     11:43:42

18  Library.     11:43:46

19        Is that right?     11:43:46

20    A.  Yes.     11:43:47

21    Q.  And what was the reason for removing this     11:43:47

22  book?     11:43:49

23    A.  This one, I'm not actually quite sure,     11:43:49

24  because it does look like it was a new book and     11:43:53

25  being checked out.  It -- it could possibly be     11:43:55

Page 90

| | | |
|---|---|---|
| 1 | maybe it was damaged, within those three checkouts, | 11:44:01 |
| 2 | or it was in the wrong -- wrong pile.  Because | 11:44:04 |
| 3 | it -- it was new.  So I don't recall what -- what | 11:44:10 |
| 4 | was wrong with it -- | 11:44:15 |
| 5 | Q.  I'm sorry -- | 11:44:15 |
| 6 | A.  -- if -- if it was damaged. | 11:44:16 |
| 7 | Q.  What do you mean, the wrong pile? | 11:44:16 |
| 8 | A.  When we went to get books, you know, we had | 11:44:19 |
| 9 | the books that weren't getting checked out, we | 11:44:24 |
| 10 | would put in a pile.  And you know, the books that | 11:44:26 |
| 11 | were getting checked out, we were putting back on | 11:44:29 |
| 12 | the shelves.  So maybe it -- it just got in the | 11:44:31 |
| 13 | wrong -- wrong stack. | 11:44:34 |
| 14 | Q.  So it -- Caste: The Origins of Our | 11:44:36 |
| 15 | Discontents, which was added to the library in | 11:44:41 |
| 16 | December of 2020, and then, weeded a few months | 11:44:43 |
| 17 | later, might have been damaged, you're saying? | 11:44:47 |
| 18 | A.  It -- it's possible, yeah. | 11:44:50 |
| 19 | Q.  Isn't it also possible that it was removed | 11:44:52 |
| 20 | because folks disagreed with its content? | 11:44:55 |
| 21 | A.  No. | 11:45:01 |
| 22 | Q.  Why is that second thing not possible? | 11:45:01 |
| 23 | A.  Because I don't -- I didn't talk to anyone | 11:45:06 |
| 24 | about the book.  I don't have any notes of people | 11:45:09 |
| 25 | not -- not liking that.  So it would -- it wouldn't | 11:45:12 |

Page 91

```
 1    have been deleted for that.                          11:45:18

 2        Q.  You don't -- you don't know that it was      11:45:22

 3    damaged, correct?                                    11:45:24

 4        A.  Correct.                                      11:45:25

 5        Q.  One way or another?                          11:45:25

 6        A.  Right.  I -- I don't remember.               11:45:27

 7        Q.  And there's no actual record of it being     11:45:29

 8    damaged.  There's not, like, a piece of paper that   11:45:33

 9    says, hey, these books were damaged when we          11:45:34

10    reviewed them.                                        11:45:36

11        A.  No.                                           11:45:37

12        Q.  Okay.  But there is a record of Ms. Wallace  11:45:37

13    complaining about it, and disagreeing with it, and   11:45:44

14    calling books like this filth, right?                11:45:50

15            MR. ROGERS:   Objection; assumes             11:45:56

16    facts not in evidence, vague.                        11:45:58

17        Q.  (BY MR. GHOSH)  You can answer the question. 11:45:59

18        A.  In the e-mail, yes.                          11:46:01

19        Q.  And shortly after she made that description  11:46:02

20    of this book, it was removed, right?                 11:46:06

21        A.  Yes.                                          11:46:08

22        Q.  The next book, Being Jazz, My Life as a      11:46:08

23    (Transgender) Teen -- Teen, sorry, by Jazz           11:46:16

24    Jennings.  This book was on Ms. Wallace's list,      11:46:19

25    right?                                                11:46:25
```

Veritext Legal Solutions
866 299-5127

```
 1      A.  Yes.                                          11:46:25

 2      Q.  Okay.  A few days after she issued that       11:46:26

 3   list, it was removed from the Llano County Library.  11:46:29

 4        Is that right?                                  11:46:31

 5      A.  Yes.                                          11:46:32

 6      Q.  And what -- what is the reason it was         11:46:32

 7   removed?                                             11:46:34

 8      A.  Because it had only been checked out once     11:46:34

 9   in -- what is it, five -- couple of years.           11:46:40

10      Q.  Okay.                                         11:46:43

11      A.  And there was also another one at the         11:46:44

12   Kingsland Library.  So if anybody wanted it, they    11:46:52

13   could check out that one.                            11:46:55

14      Q.  Where do you see that there was another one   11:46:56

15   in the Kingsland branch?                             11:46:58

16      A.  It's not on this spreadsheet, but I knew      11:46:59

17   that there was.  And that's also, when we go to      11:47:01

18   weed books, we see if there's -- it's available at   11:47:03

19   the other libraries as well.                         11:47:07

20      Q.  I see.  Okay.  Where would that information   11:47:08

21   be made available?                                   11:47:11

22      A.  On our catalog.                               11:47:12

23      Q.  Okay.                                         11:47:15

24      A.  For patrons, on our catalog.                  11:47:15

25      Q.  Okay.  Is there a reason why that wasn't      11:47:20
```

Page 93

| | | |
|---|---|---|
| 1 | included as the deletion reason? | 11:47:25 |
| 2 | A.  It seems, when we do reports, if it is a -- | 11:47:27 |
| 3 | a problem on a patron's account, it will let us put | 11:47:37 |
| 4 | in a reason why it's there.  And then, once that is | 11:47:43 |
| 5 | deleted, it would have it on our reports, as it | 11:47:46 |
| 6 | being chewed up by the dog, or water spilled on it, | 11:47:48 |
| 7 | or -- or something like that. | 11:47:52 |
| 8 | But it seems, when we go in just to do | 11:47:53 |
| 9 | our -- our normal weeding, where we just click on | 11:47:56 |
| 10 | the barcode, and click the delete button, it's not | 11:47:59 |
| 11 | giving us a -- a deletion reason.  So, it will -- | 11:48:03 |
| 12 | it'll just say weeded. | 11:48:07 |
| 13 | Q.  Okay.  If I wanted to check out Being Jazz, | 11:48:08 |
| 14 | from -- and I was a card-carrying member, right | 11:48:19 |
| 15 | now, could I do so? | 11:48:22 |
| 16 | A.  Right now, the book is checked out.  It is | 11:48:23 |
| 17 | missing.  As soon as the patron brings it back, you | 11:48:28 |
| 18 | would be on reserve for it. | 11:48:34 |
| 19 | Q.  Okay.  Do you know how long that book has | 11:48:35 |
| 20 | been missing for? | 11:48:37 |
| 21 | A.  I -- it's been a few months.  I looked it | 11:48:37 |
| 22 | up.  And where -- | 11:48:40 |
| 23 | Q.  Is it similar to one of those situations | 11:48:43 |
| 24 | with Ms. Wells, who was keeping a book from | 11:48:46 |
| 25 | patrons? | 11:48:49 |

Page 94

```
 1              MR. ROGERS:  Objection; speculation.      11:48:52

 2       A.  I hope not.  They -- they've checked out a   11:48:52

 3   number of books, and we're -- we're trying to get    11:48:54

 4   them back.                                           11:48:56

 5       Q.  (BY MR. GHOSH)  Do you know who they -- who  11:48:57

 6   they -- they are?                                    11:48:58

 7       A.  I don't -- I don't know the patron.          11:48:58

 8       Q.  Okay.                                        11:49:00

 9       A.  No.                                          11:49:00

10       Q.  Okay.                                        11:49:02

11       A.  But yes, you could be put on reserve for a   11:49:04

12   book.  And when it was returned, it would notify     11:49:06

13   you.                                                 11:49:09

14       Q.  Okay.  And then, how many copies of Being    11:49:09

15   Jazz does the library currently hold?                11:49:18

16       A.  Right now, it's just one.                    11:49:20

17       Q.  Okay.                                        11:49:21

18       A.  Sometimes, all three libraries will have the 11:49:22

19   same book, so we have enough for everyone.           11:49:24

20       Q.  And -- and is that the standard practice, to 11:49:26

21   have three copies of -- of most books so that,       11:49:30

22   depending -- whichever branch you go to, you can     11:49:32

23   grab that book?                                      11:49:36

24       A.  If it's the -- the most popular authors --   11:49:36

25       Q.  Yeah.
```

Page 95

| | | |
|---|---|---|
| 1 | A. -- yes, that everybody is wanting, then, | 11:49:40 |
| 2 | yes, we will have three copies. | 11:49:42 |
| 3 | Q. Okay. So, for example, let's just go back | 11:49:44 |
| 4 | to Caste. | 11:49:47 |
| 5 | Were there three copies of Caste? | 11:49:48 |
| 6 | A. I actually don't recall. I don't think | 11:49:50 |
| 7 | there's another one in the system right now, but | 11:49:53 |
| 8 | I -- I would have to go check. | 11:49:58 |
| 9 | Q. Do you plan on purchasing it again, given | 11:49:59 |
| 10 | that it seemed to have been checked out a few times | 11:50:01 |
| 11 | in a few short months, that it was purchased? | 11:50:04 |
| 12 | A. I probably would, not knowing why it was | 11:50:06 |
| 13 | deleted, because it was brand new. | 11:50:11 |
| 14 | Q. I see. Were there three copies of Spinning, | 11:50:13 |
| 15 | by Tillie Walden? | 11:50:17 |
| 16 | A. I -- I don't believe so. | 11:50:19 |
| 17 | Q. Okay. Were there -- | 11:50:25 |
| 18 | A. Kingsland would have possibly had one, but | 11:50:28 |
| 19 | I -- I don't believe so. | 11:50:30 |
| 20 | Q. Were there three copies of Shine? | 11:50:30 |
| 21 | A. I don't -- I don't recall. | 11:50:33 |
| 22 | Q. Okay. | 11:50:40 |
| 23 | A. Because if there was, Kingsland would | 11:50:40 |
| 24 | probably have it. They have a really good youth | 11:50:42 |
| 25 | following. | 11:50:44 |

Page 96

| | | |
|---|---|---|
| 1 | Q.   Okay.  And to your knowledge, was -- can | 11:50:45 |
| 2 | I -- can I check out Shine from any branch of the | 11:50:51 |
| 3 | Llano County Library System? | 11:50:56 |
| 4 | A.   I -- I don't know if it's in our system. | 11:50:56 |
| 5 | Q.   Okay.  They Called Themselves the KKK, The | 11:50:59 |
| 6 | Birth of an American Terrorist Group, by Susan | 11:51:05 |
| 7 | Campbell Bartoletti, this was on Ms. Bonnie | 11:51:11 |
| 8 | Wallace's list. | 11:51:15 |
| 9 | Isn't that right? | 11:51:19 |
| 10 | A.   Yes. | 11:51:20 |
| 11 | Q.   Okay.  A few days after that, it was removed | 11:51:20 |
| 12 | from the Llano County Library System. | 11:51:21 |
| 13 | Isn't that right? | 11:51:23 |
| 14 | A.   Yes. | 11:51:23 |
| 15 | Q.   Okay.  And what's the reason it was removed? | 11:51:24 |
| 16 | A.   It had only been checked out twice, in, what | 11:51:28 |
| 17 | is that, ten -- ten years.  It -- | 11:51:32 |
| 18 | Q.   Is there any another reason? | 11:51:34 |
| 19 | A.   No.  It -- it's a junior, non-fiction book. | 11:51:39 |
| 20 | And they're -- they're not doing really well on our | 11:51:43 |
| 21 | shelves right now. | 11:51:46 |
| 22 | Q.   Okay.  I'm going to just pull this document | 11:51:47 |
| 23 | down for a little bit. | 11:51:55 |
| 24 | MR. ROGERS:  Also, Counsel, just for | 11:51:59 |
| 25 | the record's sake, regarding that exhibit, the -- | 11:52:03 |

Page 97

| | | |
|---|---|---|
| 1 | the highlighting was done by your office.  That | 11:52:05 |
| 2 | wasn't something from the document. | 11:52:08 |
| 3 | Is that correct? | 11:52:09 |
| 4 | MR. GHOSH:  That's right.  That's | 11:52:09 |
| 5 | right.  The -- the document, as produced, does not | 11:52:10 |
| 6 | have any highlighting, to the best of my knowledge. | 11:52:13 |
| 7 | MR. ROGERS:  Thank you. | 11:52:16 |
| 8 | MR. GHOSH:  Yep. | 11:52:17 |
| 9 | Q.  (BY MR. GHOSH)  I'm going to just briefly go | 11:52:21 |
| 10 | to a different topic.  We -- we may come back to | 11:52:26 |
| 11 | these books in a little bit.  But I'd like to talk | 11:52:29 |
| 12 | to you a little bit about OverDrive. | 11:52:31 |
| 13 | Are -- are you -- are you familiar with -- | 11:52:33 |
| 14 | with what that is? | 11:52:35 |
| 15 | A.  Yes. | 11:52:36 |
| 16 | Q.  And -- and what is OverDrive? | 11:52:36 |
| 17 | A.  It was an online reading system for our | 11:52:38 |
| 18 | patrons. | 11:52:46 |
| 19 | Q.  Okay.  And when was -- does -- does the | 11:52:46 |
| 20 | library still have a subscription with OverDrive? | 11:52:55 |
| 21 | A.  No. | 11:52:59 |
| 22 | Q.  Okay.  When was that relationship | 11:52:59 |
| 23 | terminated? | 11:53:02 |
| 24 | A.  I believe in December. | 11:53:02 |
| 25 | Q.  Okay.  And what was the -- what was the | 11:53:06 |

Page 98

| | | |
|---|---|---|
| 1 | cause of that termination? | 11:53:10 |
| 2 | A.  There was not a way for us to put filters on | 11:53:12 |
| 3 | for children not being able to see what their | 11:53:25 |
| 4 | parents described as inappropriate items. | 11:53:30 |
| 5 | Q.  Okay.  And were there any solutions | 11:53:32 |
| 6 | discussed that weren't terminating the -- the | 11:53:41 |
| 7 | platform? | 11:53:44 |
| 8 | A.  Yes. | 11:53:44 |
| 9 | Q.  Okay.  I'm going to put up one e-mail, for | 11:53:51 |
| 10 | you, right now.  It is an e-mail from Mr. Ron | 11:53:54 |
| 11 | Cunningham, to you, dated December 1, 2021.  Let -- | 11:54:03 |
| 12 | let me zoom in a little bit more, so we can all get | 11:54:07 |
| 13 | a good look. | 11:54:14 |
| 14 | MR. GHOSH:  This will be Exhibit 6, | 11:54:18 |
| 15 | I believe. | 11:54:26 |
| 16 | THE REPORTER:  8. | 11:54:26 |
| 17 | MR. GHOSH:  My apologies.  This will | 11:54:26 |
| 18 | be Exhibit 8.  Yeah, you're right.  You're right. | 11:54:29 |
| 19 | Exhibit 8. | 11:54:30 |
| 20 | (Exhibit 8 is marked.) | 11:54:31 |
| 21 | Q.  (BY MR. GHOSH)  Do you recognize this | 11:54:31 |
| 22 | e-mail?  It's from Ron Cunningham, to you, dated | 11:54:38 |
| 23 | December 1st, 2021, at 5:44 p.m. | 11:54:42 |
| 24 | A.  Yes. | 11:54:44 |
| 25 | Q.  Okay.  Can you explain what filters were | 11:54:44 |

Page 99

| | | |
|---|---|---|
| 1 | being discussed here? | 11:54:51 |
| 2 | A.  The filters for OverDrive, when you log in, | 11:54:52 |
| 3 | you can go into your account, and click on boxes of | 11:55:03 |
| 4 | what type of content you want to see. | 11:55:08 |
| 5 | And that is their filter.  There's no | 11:55:10 |
| 6 | password to get in.  You just automatically click | 11:55:16 |
| 7 | on what you want, and that's the items that you | 11:55:19 |
| 8 | will see first, for checkout. | 11:55:20 |
| 9 | Q.  Okay.  And -- and did you ask the OverDrive | 11:55:22 |
| 10 | company, or -- ad -- administrators, if they could | 11:55:25 |
| 11 | install filters for you? | 11:55:29 |
| 12 | A.  Yes.  They said that is the only filters | 11:55:30 |
| 13 | that they have.  So, it is easy for minors to get | 11:55:34 |
| 14 | on and switch those filters, if they want to look | 11:55:41 |
| 15 | at, you know, something else, that their parents | 11:55:45 |
| 16 | didn't like.  And that they didn't have any other | 11:55:47 |
| 17 | alternatives for us. | 11:55:52 |
| 18 | Q.  Okay.  Were there any filter options that | 11:55:53 |
| 19 | you think would have been acceptable to | 11:56:01 |
| 20 | Mr. Cunningham? | 11:56:04 |
| 21 | A.  We did -- or -- yes. | 11:56:04 |
| 22 | Q.  Okay. | 11:56:12 |
| 23 | A.  Yeah. | 11:56:16 |
| 24 | Q.  And can you explain what those options were? | 11:56:16 |
| 25 | A.  We went through our Apollo library system, | 11:56:19 |

Page 100

| | | |
|---|---|---|
| 1 | and we got it to where all minors' cards are | 11:56:26 |
| 2 | blocked from using online resources. | 11:56:32 |
| 3 | Q.  And did that require making a new library | 11:56:34 |
| 4 | card application? | 11:56:42 |
| 5 | A.  No. | 11:56:43 |
| 6 | Q.  Okay.  What -- what did that require? | 11:56:48 |
| 7 | A.  Actually, nothing.  I just had to go into | 11:56:51 |
| 8 | the system, and click a button, after talking to | 11:56:57 |
| 9 | the Apollo people. | 11:57:06 |
| 10 | And they helped showing me what to -- to | 11:57:07 |
| 11 | click on, you know, to get them to where they | 11:57:11 |
| 12 | didn't have access to it.  And then it was -- it | 11:57:14 |
| 13 | was ready. | 11:57:18 |
| 14 | Q.  Got it.  And this was something that was | 11:57:20 |
| 15 | discussed -- was it towards the end of December of | 11:57:26 |
| 16 | last year? | 11:57:28 |
| 17 | A.  Probably. | 11:57:28 |
| 18 | Q.  Okay.  I'm just going to put another | 11:57:34 |
| 19 | document up.  This is Milum 3 RFP 00485, | 11:57:36 |
| 20 | introducing as Exhibit No. 9. | 11:57:41 |
| 21 | (Exhibit 9 is marked.) | |
| 22 | Q.  (BY MR. GHOSH)  This is an e-mail that you | 11:57:42 |
| 23 | sent to Suzette Baker and Melissa Macdougall, on | 11:57:43 |
| 24 | December 28th, 2021.  You say here you've attached | 11:57:49 |
| 25 | a new card form.  Please look it over and see what | 11:57:52 |

Page 101

| | | |
|---|---|---|
| 1 | may need to be added, or if something else needs to | 11:57:55 |
| 2 | be worded differently, let me know. | 11:57:58 |
| 3 | Do you recall this -- this communication? | 11:58:00 |
| 4 | A.  Yes. | 11:58:01 |
| 5 | Q.  Okay.  Why were you developing a new card | 11:58:01 |
| 6 | form? | 11:58:06 |
| 7 | A.  Our new card form had OverDrive information | 11:58:07 |
| 8 | on it.  And we were trying to put on there that | 11:58:14 |
| 9 | minors would not have access to OverDrive, unless | 11:58:18 |
| 10 | it was through the patrons -- or the parents' card. | 11:58:22 |
| 11 | Q.  Okay.  So it would be sort of an agreement, | 11:58:26 |
| 12 | between the cardholder and the library? | 11:58:27 |
| 13 | A.  Right. | 11:58:31 |
| 14 | Q.  Okay.  And was that an acceptable solution | 11:58:31 |
| 15 | to Mr. Cunningham and Mr. Moss? | 11:58:34 |
| 16 | A.  No.  I don't -- I don't believe the -- the | 11:58:36 |
| 17 | form ever really got finished. | 11:58:46 |
| 18 | Q.  Okay.  Why was this option rejected? | 11:58:47 |
| 19 | A.  I -- I don't recall.  I think other people | 11:58:49 |
| 20 | spoke at Commissioners Court, but I don't -- I | 11:59:03 |
| 21 | don't recall the -- the reason. | 11:59:06 |
| 22 | Q.  Okay.  Okay.  Do you remember -- so -- so, | 11:59:07 |
| 23 | on the same day, December 28th, it seems like | 11:59:13 |
| 24 | you're on a number of e-mails with -- with your | 11:59:17 |
| 25 | staff, Melissa Macdoug -- Macdougall, and Suzette | 11:59:19 |

Page 102

| | | |
|---|---|---|
| 1 | Baker.  And they're discussing these options -- | 11:59:24 |
| 2 | this option of a new sort of form, that | 11:59:26 |
| 3 | acknowledges that parents have to be responsible | 11:59:28 |
| 4 | for what their children view. | 11:59:30 |
| 5 | Do you remember the rest of this | 11:59:33 |
| 6 | communication thread, this e-mail thread? | 11:59:35 |
| 7 | A.  Yes. | 11:59:38 |
| 8 | Q.  Okay.  And I can scroll through the rest of | 11:59:42 |
| 9 | it, just so you can take a look before we go on. | 11:59:44 |
| 10 | (The witness peruses the document.) | 11:59:48 |
| 11 | A.  Okay. | 12:00:02 |
| 12 | Q.  (BY MR. GHOSH)  The -- the alternate system | 12:00:03 |
| 13 | that the library currently has, the Web-based | 12:00:06 |
| 14 | system, to access books, can children access those | 12:00:09 |
| 15 | books? | 12:00:13 |
| 16 | A.  No. | 12:00:13 |
| 17 | Q.  And -- and why is that? | 12:00:14 |
| 18 | A.  Because I still have it set up to where | 12:00:18 |
| 19 | minors do not have access to online resources. | 12:00:22 |
| 20 | Q.  Okay.  And what prevents them from accessing | 12:00:25 |
| 21 | that?  Is there, like, a technical, you know, | 12:00:34 |
| 22 | function that prevents children from accessing | 12:00:36 |
| 23 | those books.  Or -- or what is it specifically? | 12:00:38 |
| 24 | A.  Yes.  So, I've gone into our Apollo system | 12:00:40 |
| 25 | and checked the box, do not allow minors.  And so | 12:00:44 |

Page 103

| | | |
|---|---|---|
| 1 | when we put their information into our system, it | 12:00:48 |
| 2 | has their birth dates.  It labels them as a child | 12:00:51 |
| 3 | or teen.  And it will not let their card numbers, | 12:00:53 |
| 4 | like, go through. | 12:00:58 |
| 5 | Q.  Okay.  Okay.  Got it.  I just wanted to | 12:00:58 |
| 6 | briefly talk about the library advisory board. | 12:01:12 |
| 7 | Since the formation of the board, were you | 12:01:16 |
| 8 | tasked with providing the board with any reports? | 12:01:22 |
| 9 | A.  Yes. | 12:01:27 |
| 10 | Q.  And what kind of reports did you have to | 12:01:27 |
| 11 | provide? | 12:01:29 |
| 12 | A.  Whatever they asked for. | 12:01:29 |
| 13 | Q.  And what are some of the documents they | 12:01:33 |
| 14 | asked for? | 12:01:35 |
| 15 | A.  You know, like how many books are getting | 12:01:35 |
| 16 | checked out, how many people are coming in, things | 12:01:39 |
| 17 | like that. | 12:01:44 |
| 18 | Q.  Okay.  Did they ask any questions, or | 12:01:44 |
| 19 | request any information about the kind of content | 12:01:48 |
| 20 | the book -- that the library carried? | 12:01:51 |
| 21 | A.  No. | 12:01:55 |
| 22 | Q.  Did they give any recommendations regarding | 12:01:55 |
| 23 | what new books should be added? | 12:02:03 |
| 24 | A.  I -- I don't recall. | 12:02:06 |
| 25 | Q.  Okay.  Do you recall any instance in which | 12:02:15 |

Page 104

1    Ms. Bonnie Wallace asked that the board get          12:02:29

2    approval rights for any new purchases you make on     12:02:32

3    the library?                                          12:02:41

4        A.   Yes.                                         12:02:42

5        Q.   And what was your reaction to that?          12:02:42

6        A.   I went and, I believe, gave them a list of   12:02:44

7    what we were looking at.                              12:02:59

8        Q.   Okay.  Has the library board ever sought to  12:03:00

9    reverse or change any purchasing decisions that       12:03:16

10   you've made?                                          12:03:19

11       A.   Yes.                                         12:03:19

12       Q.   Okay.  And how many times has that happened? 12:03:22

13       A.   Once.                                        12:03:26

14       Q.   Okay.  Do you know when that occurred?       12:03:28

15       A.   Possibly March.                              12:03:38

16       Q.   Okay.  And do you know what the objection -- 12:03:50

17   what the board's objection was to the books you       12:03:55

18   purchased or you wanted to purchase, I guess?         12:03:59

19       A.   They didn't believe that the patrons would   12:04:02

20   check them out.                                       12:04:06

21       Q.   Okay.  And did they give you a reason why?   12:04:09

22       A.   They didn't believe that it was right for    12:04:11

23   our demographics.                                     12:04:17

24       Q.   For -- for which demographic?                12:04:18

25       A.   Llano County.                                12:04:22

Page 105

| | | |
|---|---|---|
| 1 | Q.   Okay.   Beyond that it wasn't right for Llano | 12:04:23 |
| 2 | County, did they say anything else? | 12:04:26 |
| 3 | A.   I -- I don't think so.   Because they were | 12:04:28 |
| 4 | giving me papers about the demographic, and they | 12:04:41 |
| 5 | just didn't think they would get checked out. | 12:04:45 |
| 6 | Q.   Got it.   Are they similarly -- is the board | 12:04:47 |
| 7 | similarly making any feedback, giving you any | 12:04:55 |
| 8 | feedback, regarding maybe the removals or the | 12:04:59 |
| 9 | weeding process that you undertake on an annual | 12:05:08 |
| 10 | basis? | 12:05:11 |
| 11 | A.   No. | 12:05:11 |
| 12 | Q.   Have they asked to attend the weeding | 12:05:13 |
| 13 | process this year? | 12:05:16 |
| 14 | A.   No. | 12:05:17 |
| 15 | Q.   If they did, what would you say? | 12:05:17 |
| 16 | A.   No.   And we don't really need help, and too | 12:05:25 |
| 17 | many people would make it more confusing. | 12:05:27 |
| 18 | Q.   I'm going to put up as Exhibit 10, an e-mail | 12:05:28 |
| 19 | you received from Ron Cunningham, on November 10th, | 12:05:42 |
| 20 | 2021.   This is Exhibit 7 to the Senia declaration | 12:06:02 |
| 21 | for Plaintiffs' preliminary injunction motion. | 12:06:05 |
| 22 | (Exhibit 10 is marked.) | |
| 23 | Q.   (BY MR. GHOSH)   I'm -- I just want to give | 12:06:13 |
| 24 | you some time to review this e-mail before I ask | 12:06:14 |
| 25 | any questions about it.   Just let me know once | 12:06:16 |

Page 106

```
 1    you've had a chance to read it.                  12:06:20

 2        A.  Okay.                                     12:06:21

 3                (The witness peruses the document.)   12:06:22

 4        A.  Okay.                                     12:06:36

 5        Q.  (BY MR. GHOSH)  Do you recall this e-mail? 12:06:36

 6        A.  Yes.                                      12:06:37

 7        Q.  Okay.  County Judge Ron Cunningham writes, 12:06:38

 8    quote:  As we discussed in our meeting in my office 12:06:50

 9    at 9:45 a.m., on November 9, 2021, any and all    12:06:53

10    books that depict any type of sexual activity, or 12:06:57

11    questionable nudity, are to be pulled immediately. 12:07:02

12    I am also requesting that any of these books that 12:07:08

13    are available online be pulled as well.           12:07:10

14            So, is this one of the reasons that the   12:07:16

15    library staff had that sort of comprehensive review 12:07:21

16    of all of its books that you mentioned earlier?   12:07:24

17        A.  Yes.                                      12:07:27

18        Q.  Okay.  And your directive was to pull, as 12:07:27

19    Ron Cunningham says in this e-mail, any and all    12:07:34

20    books that depict any type of sexual activity.    12:07:36

21            Is that right?                            12:07:39

22        A.  Yes.                                      12:07:40

23        Q.  Okay.  What did you understand him to mean, 12:07:40

24    when he said depict?                              12:07:45

25        A.  If there was any pictures, because we were 12:07:46
```

Page 107

| | | |
|---|---|---|
| 1 | more kind of discussing the children's area. | 12:07:51 |
| 2 | Q.  But he didn't limit his instruction to you | 12:07:54 |
| 3 | to just the children's area, right?  It was to the | 12:07:59 |
| 4 | whole library. | 12:08:01 |
| 5 | Actually, strike that question.  Let me -- | 12:08:01 |
| 6 | let me ask it a slightly different way that's a | 12:08:10 |
| 7 | little clearer, I think. | 12:08:12 |
| 8 | This e-mail wasn't limited to the children's | 12:08:13 |
| 9 | area, right? | 12:08:16 |
| 10 | A.  Right. | 12:08:17 |
| 11 | Q.  And so that was your review that you | 12:08:17 |
| 12 | undertook as response to this e-mail, that also | 12:08:21 |
| 13 | wasn't limited to the children's area, right? | 12:08:24 |
| 14 | A.  We did the children's, the juniors, and the | 12:08:26 |
| 15 | young adult. | 12:08:30 |
| 16 | Q.  And you -- so despite Ron Cunningham asking | 12:08:31 |
| 17 | you to remove any and all books, you didn't review | 12:08:36 |
| 18 | the adult section? | 12:08:39 |
| 19 | A.  No. | 12:08:40 |
| 20 | Q.  Okay.  But a day later, you did remove books | 12:08:41 |
| 21 | in the adult section. | 12:08:49 |
| 22 | Is that right? | 12:08:50 |
| 23 | A.  I -- I don't know. | 12:08:51 |
| 24 | Q.  Well, let's -- let's go back to the -- I'm | 12:08:54 |
| 25 | terrible with exhibit numbers.  I believe it's | 12:09:02 |

Page 108

```
 1    Exhibit 4, but I could be wrong.                    12:09:08

 2           Let's go back to the -- the -- the weeding   12:09:10

 3    list, right?                                        12:09:12

 4       A.  Okay.                                        12:09:12

 5       Q.  These books were removed on November 12th,   12:09:12

 6    it looks like.  This e-mail was sent on             12:09:17

 7    November 10th, right?                               12:09:19

 8           So that's two days after Mr. Cunningham      12:09:20

 9    says, remove all books that depict any type of      12:09:24

10    sexual activity.  You removed Freakboy, Shine,      12:09:27

11    Spinning, Being Jazz, and a few others.             12:09:32

12           Would you agree that these removals happened 12:09:35

13    two days after Ron Cunningham asked you to remove   12:09:46

14    any and all books depict -- depicting sexual        12:09:49

15    activity?                                           12:09:52

16       A.  Yes.                                         12:09:52

17       Q.  Okay.  A month after you also terminated, or 12:09:52

18    made the decision to terminate, access to           12:10:01

19    OverDrive, was that also pursuant to Ron            12:10:04

20    Cunningham's instruction?                           12:10:08

21       A.  It was because of the -- the filters that we 12:10:08

22    couldn't -- couldn't do the -- the filters on       12:10:15

23    there.                                              12:10:27

24       Q.  How long has the library had OverDrive for?  12:10:27

25       A.  I believe it was around ten years.           12:10:31
```

Page 109

1      Q.   Okay.   The next exhibit, which I believe is      12:10:37

2   11, is Bates stamped Milum 2 RFP-00310.   I'm going      12:10:54

3   to pull it up, and we can walk through this             12:11:03

4   document.   I'm going to give you a chance to read      12:11:08

5   it before I ask any questions, as we have been          12:11:10

6   doing.                                                  12:11:12

7                  (Exhibit 11 is marked.)                  12:11:12

8      Q.   (BY MR. GHOSH)  Here is this e-mail.  It's      12:11:17

9   titled, Bibliotheca.  It's from Bonnie Wallace,        12:11:18

10   dated April 13th, 2022, to you.                        12:11:22

11          Let me know once you're done with this page,    12:11:25

12   and we can go to the next one.  I just want to give    12:11:27

13   you the chance to read this before we go on.           12:11:29

14      A.   Okay.                                          12:11:32

15                  (The witness peruses the document.)     12:11:33

16      A.   Okay.                                          12:12:25

17      Q.   (BY MR. GHOSH)  Okay.  Before, we talked       12:12:26

18   about Ms. Wallace and the advisory board maybe         12:12:29

19   being involved, or providing direction, in the book   12:12:38

20   purchasing process.                                    12:12:41

21          Do you remember that?                           12:12:42

22      A.   Yes.                                           12:12:43

23      Q.   Okay.  Is this April 13th exchange an          12:12:43

24   example of the library board being involved in         12:12:50

25   directing you to buy or not buy certain books?         12:12:53

Veritext Legal Solutions
866 299-5127

```
 1              MR. ROGERS:  Objection; assumes      12:13:00

 2    facts not in evidence.                         12:13:03

 3         Q.  (BY MR. GHOSH)  You can answer the question.  12:13:03

 4         A.  Yeah, could you repeat it, please?    12:13:05

 5         Q.  Sure.  Is this exchange an example of the  12:13:07

 6    library board directing you to purchase or not  12:13:10

 7    purchase certain books?                        12:13:13

 8              MR. ROGERS:   Same objection.        12:13:16

 9         A.  Yes.                                   12:13:17

10         Q.  (BY MR. GHOSH)  Okay.  Ultimately, what was  12:13:17

11    Ms. Wallace's objections to the books that you were  12:13:25

12    attempting to purchase, on April 13th?          12:13:27

13         A.  Some were because of the -- the demographic;  12:13:29

14    they didn't think they would be checked out.    12:13:38

15              And the audio books are because the audio  12:13:40

16    books are more expensive, and there was a different  12:13:46

17    way that we could have access to audio books     12:13:48

18    without having to pay for them.                  12:13:50

19         Q.  What were the sort of books you were trying  12:13:55

20    to buy?  Do you remember?  It was April.  So not  12:13:56

21    that long ago, in April 13th, 2022.             12:14:00

22         A.  I -- I don't recall, because a         12:14:02

23    representative from Cloud Library, she put together  12:14:08

24    the book list.  And mainly, I just went in there  12:14:13

25    and took all of the young adult, children's books  12:14:17
```

Veritext Legal Solutions
866 299-5127

```
 1    out, and then purchased the list.              12:14:22

 2        Q.  Did you -- when you were reviewing the list,  12:14:27

 3    after taking out the young adults, and children's   12:14:29

 4    books, did you have any objections where you -- did  12:14:31

 5    you have a similar impression of, like, oh, nobody   12:14:33

 6    is going to read these books?                   12:14:36

 7        A.  No.                                     12:14:38

 8        Q.  Well, what was your impression of the books  12:14:38

 9    that you wanted to purchase?                     12:14:43

10        A.  I -- I thought it was fine.  I thought there  12:14:43

11    was just a bunch of just different -- different     12:14:46

12    genres, different authors, something for everybody.  12:14:48

13        Q.  When the library advisory board was set up,  12:14:52

14    I think you said back in January.               12:14:56

15            Is that right?                          12:14:57

16        A.  I believe so.                           12:14:57

17        Q.  When it was set up, when the board was set   12:14:59

18    up back in January, were you informed that they     12:15:02

19    would be making selection decisions?            12:15:06

20        A.  No.                                     12:15:08

21        Q.  Do you expect them to continue making      12:15:09

22    selection decisions going forward, now that they    12:15:15

23    have?                                           12:15:18

24        A.  No.                                     12:15:18

25        Q.  Why -- why do you think this is a one-off   12:15:18
```

Page 112

```
 1    situation?                                        12:15:24

 2        A.  I had told them that we weren't going to  12:15:24

 3    switch anything out, that these books were fine,  12:15:31

 4    and -- I don't know.  It -- that was -- that was  12:15:34

 5    the end that I remember.                          12:15:44

 6        Q.  Okay.  But they certainly can tell you, you  12:15:45

 7    know, on your next purchase of -- on your next    12:15:49

 8    iCloud purchase, for example, that we -- we don't  12:15:53

 9    want certain books in this purchase order to come  12:15:56

10    into the library.  They have the ability to do    12:16:01

11    that.                                             12:16:04

12        Isn't that right?                             12:16:04

13        A.  Yeah.                                     12:16:05

14            MR. ROGERS:  Objection; speculation,      12:16:05

15    misstates testimony, and assumes facts not in     12:16:10

16    evidence.                                         12:16:12

17        Q.  (BY MR. GHOSH)  You -- you could just     12:16:12

18    restate your answer.  I don't know if that was    12:16:14

19    clear for the record.                             12:16:16

20        A.  Yes.  I mean, they've got -- they can say  12:16:16

21    that.                                             12:16:19

22        Q.  Okay.  Do you know what the approximate   12:16:19

23    usage for OverDrive was, prior to its termination?  12:16:26

24        A.  I don't, because I don't believe any of   12:16:34

25    numbers were correct.                             12:16:35
```

Page 113

| | | |
|---|---|---|
| 1 | Q.  And why do you say the numbers -- well, | 12:16:38 |
| 2 | let's back up a little bit. | 12:16:40 |
| 3 | What -- what numbers are you referring to? | 12:16:41 |
| 4 | A.  Trying to do the reports, and getting help | 12:16:44 |
| 5 | from the representatives, to figure that | 12:16:48 |
| 6 | information out, was very difficult. | 12:16:53 |
| 7 | Q.  Uh-huh. | |
| 8 | A.  So, I don't know what the -- really, the | 12:17:01 |
| 9 | correct numbers were. | 12:17:04 |
| 10 | Q.  Okay.  In your estimation, was OverDrive a | 12:17:04 |
| 11 | popular service? | 12:17:17 |
| 12 | A.  Yes. | 12:17:20 |
| 13 | Q.  Okay.  I want to just return to the e-mail | 12:17:28 |
| 14 | we were just looking at for a bit. | 12:17:31 |
| 15 | We talked a little bit about the library | 12:17:32 |
| 16 | advisory board's ability to tell you what to buy. | 12:17:36 |
| 17 | And in this instance, they were also telling you | 12:17:41 |
| 18 | what to remove from an existing purchase. | 12:17:44 |
| 19 | Is that right? | 12:17:48 |
| 20 | A.  Yes. | 12:17:49 |
| 21 | Q.  Okay.  Going forward, if the library | 12:17:50 |
| 22 | advisory board continues to make removal decisions, | 12:18:02 |
| 23 | based on what they think people want, do you have | 12:18:04 |
| 24 | any recourse? | 12:18:07 |
| 25 | MR. ROGERS:  Object to speculation. | 12:18:14 |

Page 114

1        A.  Yes.                                            12:18:14

2        Q.  (BY MR. GHOSH)  And -- and what is that         12:18:18

3    recourse?                                               12:18:20

4        A.  Well, I mean, they can tell me what they        12:18:20

5    like or don't like, but that doesn't mean I have to     12:18:26

6    do -- do that.                                          12:18:29

7        Q.  Right.  Right.  So, if they ask for reports,    12:18:31

8    for example, you've been directed by Mr. Ron            12:18:36

9    Cunningham to provide those reports, as -- as one       12:18:41

10   of your priority items.                                 12:18:43

11           Isn't that right?                               12:18:44

12       A.  Yes.                                            12:18:44

13       Q.  Okay.  And so, similarly, if Mr. Cunningham     12:18:45

14   says that you have to, you know, listen to their        12:18:50

15   directives on book removals, would then you be          12:19:00

16   bound by that directive as well?                        12:19:02

17           MR. ROGERS:  Objection; speculation.           12:19:12

18       A.  Yes.                                            12:19:13

19       Q.  (BY MR. GHOSH)  Okay.                           12:19:15

20           THE REPORTER:  I couldn't hear that             12:19:15

21   objection very well.                                    12:19:17

22           MR. ROGERS:  I'm sorry.                         12:19:17

23   Speculation.  Calls for speculation.                    12:19:18

24       Q.  (BY MR. GHOSH)  Okay.  In this instance that    12:19:20

25   we're describing here, on April 13th, when you made     12:19:27

                                                     Page 115

```
 1    an iCloud purchase, and Ms. Wallace asked you to      12:19:30
 2    remove certain books that were in the library's      12:19:33
 3    collection after that purchase was made, in this     12:19:37
 4    instance, did you actually remove the books          12:19:40
 5    Ms. Wallace was requesting?                          12:19:42
 6        A.  No.                                           12:19:43
 7        Q.  Okay.  Was there a reason you didn't make     12:19:43
 8    the removal she requested?                            12:19:50
 9        A.  I didn't think it was needed.                 12:19:51
10        Q.  Okay.  And just one more time, do you         12:19:52
11    remember what specific books?  Was there a specific   12:19:57
12    list she provided you, like she did back in          12:19:59
13    November?                                             12:20:01
14        A.  I -- I don't -- I don't recall.  I don't     12:20:01
15    know if I ever got the list.  I know that they were   12:20:08
16    talking about it, but I don't -- I don't remember.   12:20:11
17        Q.  So she may have had a list, but are you      12:20:12
18    saying you never received it, or that you don't      12:20:16
19    remember receiving it?                               12:20:18
20        A.  I -- I don't remember receiving the list.  I 12:20:19
21    know that they talked about it, that they had books  12:20:21
22    that they didn't like on the list, or wanted to      12:20:25
23    switch out.  But...                                  12:20:31
24        Q.  Ms. Wallace had previously stated an         12:20:32
25    objection to books about -- related to race and      12:20:35
```

Page 116

```
 1    LGBTQ issues.                                    12:20:39

 2         Did she voice a similar concern with regard 12:20:41

 3    to this purchase, in April of 2022?              12:20:44

 4       A.  No.                                       12:20:46

 5       Q.  What was the subject matter that she was  12:20:46

 6    concerned about?                                 12:20:56

 7       A.  I'm not sure.  They -- they just kept saying 12:20:57

 8    the -- the demographic.  They didn't think they   12:21:00

 9    would get checked out.                           12:21:02

10       Q.  Right.  So I guess I'm just looking for a -- 12:21:02

11    a little bit of specifics here, with regard to what 12:21:06

12    you mean by the demographic, right.  It's a -- it's 12:21:09

13    a fairly broad term.                             12:21:11

14         So, was there something about the subject   12:21:12

15    matter of the books?  Were they romance novels?  12:21:17

16    Were they fantasy novels?  What kinds of books were 12:21:20

17    they that would cause the demographic at issue a  12:21:24

18    concern?                                         12:21:27

19       A.  I'm not sure because it was a little of   12:21:27

20    everything.  It was westerns, mysteries, romance, a 12:21:28

21    few biographies.  Some of them were a few years  12:21:31

22    old, so they weren't the newest of the new.  So   12:21:37

23    yeah, I'm not quite sure what their -- what their 12:21:40

24    reasonings were.                                 12:21:42

25       Q.  Were there books in there that covered LGBTQ 12:21:43
```

Page 117

```
 1   issues?                                          12:21:47

 2       A.  I don't believe so.  These were kind of all,  12:21:47

 3   I think, just your -- oh, I don't know.  It --   12:21:55

 4   it -- it was just kind of like the -- like I said,  12:22:07

 5   just the -- you know, the James Patterson, you   12:22:10

 6   know, just the -- the normal books that would have  12:22:13

 7   been on everybody's lists.                       12:22:15

 8       Q.  Okay.                                    12:22:16

 9       A.  But I don't remember any specific titles.  12:22:19

10       Q.  Okay.  Do you know what the TLA is?       12:22:21

11       A.  Yes.                                      12:22:41

12       Q.  What is the TLA?                          12:22:42

13       A.  Texas Library Association.                12:22:43

14       Q.  And are you a member of the TLA?          12:22:45

15       A.  I'm not this year.  I -- we normally are,  12:22:46

16   yes.                                             12:22:52

17       Q.  Okay.  Is there a reason you're not a member  12:22:52

18   of the TLA this year?                            12:22:54

19       A.  I -- I just haven't gotten it all turned in  12:22:55

20   yet.                                             12:22:58

21       Q.  Okay.  So do you -- you intend on becoming a  12:22:58

22   member of the TLA.                               12:23:01

23           Is that right?                           12:23:02

24       A.  Yes.                                      12:23:02

25       Q.  Okay.  Are all of the librarians, all the  12:23:03
```

Page 118

```
 1    full-time librarians, I should say, members of the    12:23:10

 2    TLA?                                                    12:23:12

 3         A.  If they want to be.                           12:23:12

 4         Q.  Okay.                                         12:23:14

 5         A.  I ask them --                                 12:23:14

 6         Q.  And to your knowledge, are they?              12:23:15

 7         A.  Yes, I think most of them are.                12:23:16

 8         Q.  Okay.  And does the library have to do        12:23:18

 9    anything special in order to be in the TLA?            12:23:22

10         A.  No.                                           12:23:24

11         Q.  Okay.  Do they have to host any events?       12:23:28

12         A.  No.                                           12:23:30

13         Q.  Okay.  Are there any benefits to -- on being  12:23:31

14    a TLA member?                                          12:23:34

15         A.  Yes.                                          12:23:35

16         Q.  Can you list some of the benefits?            12:23:35

17         A.  You get discounts, when you go to             12:23:37

18    conferences, Webinars.  You -- you have access         12:23:43

19    to -- to the representatives, to get help with         12:23:50

20    different things that you may come across.  And you    12:23:52

21    get access to more continued education credits.        12:23:56

22         Q.  Okay.  And do they provide you with any       12:24:01

23    guidance on weeding methodology?                       12:24:05

24         A.  If you reach out to them, yeah, they -- they  12:24:10

25    will help you with different things.                   12:24:16
```

Page 119

```
 1        Q.  To your knowledge, you know, and in your      12:24:17

 2    position as a library director, are you aware of      12:24:21

 3    any other counties that had similar issues with       12:24:24

 4    controversy about books?                              12:24:29

 5        A.  No.                                            12:24:30

 6        Q.  Okay.                                          12:24:36

 7        A.  I'm sure there's some, but -- but no.          12:24:38

 8        Q.  Would the TLA be able to assist with how to    12:24:43

 9    manage that situation, such as that, controversy       12:24:45

10    regarding certain books?                               12:24:49

11            MR. ROGERS:  Objection; calls for              12:24:51

12    speculation.                                           12:24:52

13        A.  Probably, yes.                                 12:24:52

14        Q.  (BY MR. GHOSH)  Okay.  I'm going to put up      12:24:55

15    an e-mail between yourself and Ms. Puryear, dated      12:25:07

16    November 19th, 2021.  I believe this is Exhibit 12.    12:25:19

17            (Exhibit 12 is marked.)                        12:25:24

18        Q.  (BY MR. GHOSH)  And the document number is      12:25:24

19    Milum 4 RFP-00621.                                     12:25:30

20            So, you know, as -- as with the other          12:25:41

21    documents, why don't you take a second, take a look    12:25:43

22    at this.  As you can see, this is an e-mail from       12:25:45

23    yourself.  Let me know if you recognize this           12:25:48

24    e-mail.                                                12:25:50

25            (The witness peruses the document.)            12:25:52
```

Page 120

```
 1        A.  Okay.                                    12:26:24

 2        Q.  (BY MR. GHOSH)  Miriam is a librarian that  12:26:25

 3   works for you.                                    12:26:29

 4            Is that right?                           12:26:30

 5        A.  Yes.                                      12:26:30

 6        Q.  And she reached out to the TLA.          12:26:30

 7            What did she reach out to them about     12:26:35

 8   specifically?                                     12:26:41

 9        A.  I don't know exactly, because she did that  12:26:41

10   kind of on her own.                               12:26:42

11        Q.  Did you have any conversations with her,  12:26:43

12   after November 19, 2021, regarding the TLA        12:26:47

13   outreach?                                          12:26:51

14        A.  I -- I don't believe so, because I don't  12:26:51

15   know whatever came of it.                          12:26:55

16        Q.  Okay.  You -- you didn't follow up with her?  12:26:55

17        A.  No.  Or in -- she -- maybe she didn't hear  12:26:59

18   anything back, because she didn't tell me that she  12:27:03

19   did.                                               12:27:05

20        Q.  Okay.  Got it.                            12:27:06

21            Have you received any guidance directly from  12:27:12

22   the TLA, regarding some of the book removal issues  12:27:19

23   that we were discussing here today?               12:27:25

24        A.  No.                                       12:27:27

25        Q.  Okay.  If we can just quickly go back to one  12:27:27
```

Page 121

1    of the topics we discussed earlier today, regarding        12:27:38

2    some of the books that -- regarding critical race          12:27:41

3    theory that you kept sort of be -- behind a desk           12:27:46

4    somewhere in the library.                                  12:27:49

5            Can you just briefly describe, was that --         12:27:50

6    is that something like every librarian does, they         12:27:56

7    have certain books that they keep sort of in a more       12:27:58

8    private area?                                              12:28:00

9        A.  I -- I don't really know about other              12:28:01

10   libraries.                                                 12:28:06

11       Q.  Let me just clarify that.  I'm just talking       12:28:07

12   about the Llano County librarians.                         12:28:10

13       A.  Okay.  I think each library has a -- has a        12:28:14

14   few like that.  We even have some law books that          12:28:18

15   people can -- can use that they're kind of behind         12:28:21

16   the desk, and --                                           12:28:25

17       Q.  Is it because those books contain sensitive      12:28:26

18   topics, or why are they sort of not in sort of the        12:28:30

19   public shelf area?                                         12:28:35

20       A.  I think it's also kind of to where nothing       12:28:36

21   is going to happen to it.  No one is just going to        12:28:47

22   either write in it or -- or -- or just take it.           12:28:51

23       Q.  Because after what Ms. Wells and                 12:28:54

24   Ms. Schnieder did, with the fart and the butt             12:29:02

25   books, was there maybe a concern that other books        12:29:04

Veritext Legal Solutions
866 299-5127

```
 1    would be similarly tampered with?               12:29:06
 2        A.  I -- I think so.  I think it kind of went  12:29:08
 3    through our heads.                               12:29:13
 4        Q.  Okay.  And other than the -- the critical  12:29:14
 5    race theory book, did -- did you take any steps to  12:29:18
 6    prevent it -- some of the other books from being  12:29:22
 7    tampered with, some of the other books on        12:29:25
 8    Ms. Wallace's list?                              12:29:27
 9        A.  No.  Actually, the good part is that those  12:29:29
10    books started getting checked out a lot.         12:29:34
11        Q.  Okay.  With regard to the critical race  12:29:36
12    theory books, specifically, right, did you have  12:29:45
13    sort of a note, or a reminder, where the book    12:29:51
14    should have been on its shelf, that it would be  12:29:53
15    behind the desk, and that patrons can come see you  12:29:56
16    if they want to see a copy of that book?         12:29:59
17        A.  I don't believe so.  Because I think, if  12:30:01
18    people went onto the calendar -- or the catalog,  12:30:05
19    they would be able to see, and then ask us for it.  12:30:09
20            And then, if -- a lot of people just walk in  12:30:11
21    and ask us, sometimes without even going and     12:30:15
22    searching themselves, and so we would just be able  12:30:19
23    to get it for them.                              12:30:20
24        Q.  I see.  So, I -- I guess what I'm trying to  12:30:21
25    understand is, if a patron wanted to check out   12:30:26
```

Page 123

| | | |
|---|---|---|
| 1 | critical race theory, when it was behind that desk, | 12:30:30 |
| 2 | how would they know where the book was, without, | 12:30:33 |
| 3 | you know -- without directly coming up to you and | 12:30:36 |
| 4 | asking you? | 12:30:38 |
| 5 | A.  I -- I guess if they didn't look on the -- | 12:30:38 |
| 6 | the catalog, and they didn't ask, then they | 12:30:43 |
| 7 | wouldn't know that we had it. | 12:30:45 |
| 8 | Q.  Okay.  Got it.  Well, that makes sense. | 12:30:47 |
| 9 | Just one moment. | 12:30:53 |
| 10 | Are you familiar with Leila Green Little? | 12:31:03 |
| 11 | A.  Yes. | 12:31:10 |
| 12 | Q.  How about Kathy Kennedy? | 12:31:10 |
| 13 | A.  Yes. | 12:31:13 |
| 14 | Q.  Rebecca Jones? | 12:31:14 |
| 15 | A.  Yes. | 12:31:18 |
| 16 | Q.  Richard Day? | 12:31:18 |
| 17 | A.  Yes. | 12:31:19 |
| 18 | Q.  Cynthia Waring? | 12:31:19 |
| 19 | A.  Yes. | 12:31:22 |
| 20 | Q.  Diane Moster? | 12:31:22 |
| 21 | A.  No. | 12:31:26 |
| 22 | Q.  And what about Jean Puryear? | 12:31:26 |
| 23 | A.  Yes. | 12:31:31 |
| 24 | Q.  Do you understand that these are the | 12:31:31 |
| 25 | individuals that are serving as the Plaintiffs in | 12:31:34 |

Page 124

```
 1    this lawsuit?                              12:31:37

 2        A.  Yes.                               12:31:37

 3        Q.  And it seems like you know these   12:31:37

 4    individuals, other than Ms. Moster.        12:31:44

 5            Is that right?                      12:31:47

 6        A.  Yes.                               12:31:48

 7        Q.  Okay.  And have any of these individuals   12:31:48

 8    asked you to check out some of the books that we   12:31:51

 9    have been discussing today, some of the books on   12:31:53

10    Ms. Wallace's list?                        12:31:55

11        A.  I think so.                        12:31:56

12        Q.  Okay.  And were they able to do so?   12:31:59

13        A.  Some of them, yes.  We -- we still have a   12:32:06

14    lot of the books still on our shelves.     12:32:09

15        Q.  Which books are you referring to,   12:32:11

16    specifically?                              12:32:13

17        A.  The -- the list of Bonnie Wallace's.  You   12:32:13

18    know, there's still some of those books on our   12:32:19

19    shelves.                                   12:32:22

20        Q.  Got it.  Got it.  So, for example, if an   12:32:22

21    individual wanted to check out I Broke My Butt! for   12:32:27

22    example, would -- would they be able to do that?   12:32:32

23        A.  No.                                12:32:35

24        Q.  What about some of the books we're   12:32:36

25    describing as like the fart books, for example?   12:32:39
```

Page 125

| | | |
|---|---|---|
| 1 | A.  No. | 12:32:42 |
| 2 | Q.  Okay.  Would they be able to check out -- | 12:32:42 |
| 3 | would they be able to check out, Caste: The Origins | 12:32:51 |
| 4 | of Our Discontent? | 12:32:54 |
| 5 | A.  No.  Because it's been weeded. | 12:32:54 |
| 6 | Q.  Okay. | |
| 7 | A.  So it -- it doesn't even show up in our | 12:33:00 |
| 8 | system anymore. | 12:33:01 |
| 9 | Q.  Got it.  Got it.  Okay. | 12:33:02 |
| 10 | I want to direct your attention -- were -- | 12:33:06 |
| 11 | were you asked -- or let me rephrase that. | 12:33:10 |
| 12 | You were asked by Plaintiffs, in -- in this | 12:33:15 |
| 13 | case, to answer certain interrogatories and | 12:33:17 |
| 14 | requests for admission. | 12:33:22 |
| 15 | Do you remember being asked to do that? | 12:33:24 |
| 16 | A.  Could you say that again? | 12:33:25 |
| 17 | Q.  Sure.  You -- as a part of this litigation, | 12:33:31 |
| 18 | you were asked by Plaintiffs to answer certain | 12:33:33 |
| 19 | requests that are called interrogatories, or | 12:33:36 |
| 20 | requests for admission.  Just asking if you recall | 12:33:39 |
| 21 | answering questions, you know -- | 12:33:41 |
| 22 | A.  Yes. | 12:33:43 |
| 23 | Q.  -- the Plaintiffs requested from you. | 12:33:43 |
| 24 | A.  Yes. | 12:33:45 |
| 25 | Q.  Okay.  Okay.  And without getting into any | 12:33:46 |

Page 126

| | | |
|---|---|---|
| 1 | communications, did you talk to anybody regarding | 12:33:50 |
| 2 | those requests? | 12:33:53 |
| 3 | A.  Okay.  Say that again.  I'm sorry. | 12:33:56 |
| 4 | Q.  Sure.  Without getting into the substance of | 12:34:03 |
| 5 | any communications, did you talk to anybody | 12:34:05 |
| 6 | regarding Plaintiffs' interrogatories to you, or | 12:34:09 |
| 7 | requests for admission? | 12:34:12 |
| 8 | A.  I -- I don't believe so. | 12:34:15 |
| 9 | Q.  Okay.  Were you shown a copy of those | 12:34:16 |
| 10 | requests? | 12:34:21 |
| 11 | A.  I guess I'm confused about, like, what -- | 12:34:22 |
| 12 | what requests.  It's -- | 12:34:31 |
| 13 | Q.  Sure.  We can pull them up.  One second.  I | 12:34:33 |
| 14 | believe this should be Exhibit 12. | 12:34:37 |
| 15 | THE REPORTER:  13. | 12:34:43 |
| 16 | MR. GHOSH:  13.  Thank you. | 12:34:44 |
| 17 | (Exhibit 13 is marked.) | 12:34:50 |
| 18 | Q.  (BY MR. GHOSH)  So, as Exhibit 13, I'm | 12:34:52 |
| 19 | showing Defendants' Response to Plaintiffs' | 12:35:17 |
| 20 | Interrogatories to Defendant Amber Milum, set one. | 12:35:19 |
| 21 | And these are requests that were served to you, | 12:35:31 |
| 22 | Ms. Milum. | 12:35:33 |
| 23 | A.  Okay. | 12:35:33 |
| 24 | Q.  The date, I believe, should be somewhere on | 12:35:33 |
| 25 | this document.  But it looks like you got -- you -- | 12:35:35 |

Page 127

```
 1     your counsel served responses on June 22nd, 2022.    12:35:40

 2     So last week.                                         12:35:45

 3         A.  Okay.                                         12:35:46

 4         Q.  I'm just asking if you've seen this           12:35:47

 5     document.                                             12:35:49

 6         A.  Yes.                                          12:35:50

 7         Q.  That's it.  Okay.                             12:35:50

 8             The first request reads:  Identify any        12:35:55

 9     materials that were restricted or removed from the    12:35:58

10     library system from June 2021, to present, that you  12:36:01

11     have reason to believe were restricted or removed     12:36:03

12     on the basis of inappropriate content.                12:36:06

13             You responded, the butt books and the fart    12:36:13

14     books, which we've already discussed, as well as In   12:36:17

15     the Night Kitchen, by Maurice Sendak.                 12:36:20

16             Were there any other books, to your           12:36:23

17     recollection right now, that you had complaints       12:36:26

18     about inappropriate or offensive content?             12:36:29

19         A.  No.                                           12:36:33

20         Q.  Okay.  We didn't talk about In the Night      12:36:38

21     Kitchen by Maurice Sendak specifically.  So I         12:36:41

22     wanted to talk about that a little bit.               12:36:45

23             What was the primary complaint there?  Was    12:36:45

24     it different than the butt and the fart books?        12:36:47

25         A.  No.  It was that he was naked throughout the  12:36:49
```

Page 128

| | | |
|---|---|---|
| 1 | whole thing, and adults were -- were around.  Just | 12:36:54 |
| 2 | like the -- the butt book. | 12:37:01 |
| 3 | Q.  I see.  And was In the Night Kitchen meant | 12:37:02 |
| 4 | for adults? | 12:37:11 |
| 5 | A.  No. | 12:37:11 |
| 6 | Q.  This was another children's book. | 12:37:12 |
| 7 | Is that right? | 12:37:14 |
| 8 | A.  Yes. | 12:37:14 |
| 9 | Q.  Okay.  And these complaints were | 12:37:15 |
| 10 | principally -- were they by adults or were they | 12:37:23 |
| 11 | made by children? | 12:37:25 |
| 12 | A.  Neither. | 12:37:26 |
| 13 | Q.  So, who -- who made these complaints? | 12:37:26 |
| 14 | A.  No one made a complaint about the book.  It | 12:37:28 |
| 15 | was brought to our attention, when we were going | 12:37:32 |
| 16 | through everything, the -- the collection. | 12:37:36 |
| 17 | Q.  And why was this book removed without any | 12:37:38 |
| 18 | complaints? | 12:37:48 |
| 19 | A.  With everything that was going on and being | 12:37:48 |
| 20 | said, and us looking through our collection, about | 12:37:59 |
| 21 | all of the sexual content or nudity, that book just | 12:38:06 |
| 22 | kind of fell into the -- the nudity part.  And so, | 12:38:14 |
| 23 | it was just being looked at more. | 12:38:21 |
| 24 | Q.  And so, the major concern here was that you | 12:38:23 |
| 25 | really didn't want to incite any sort of | 12:38:26 |

Page 129

| | | |
|---|---|---|
| 1 | unnecessary controversy or backlash where you | 12:38:30 |
| 2 | didn't need to. | 12:38:33 |
| 3 | Is that right? | 12:38:34 |
| 4 | A.  Right. | 12:38:34 |
| 5 | Q.  Okay.  So it was just kind of easier to just | 12:38:35 |
| 6 | remove these books -- this book specifically? | 12:38:40 |
| 7 | A.  With -- with the content in it, and that it | 12:38:43 |
| 8 | was a very old book.  Yes, it was getting checked | 12:38:52 |
| 9 | out.  It was kind of worn.  So that just kind of, | 12:38:57 |
| 10 | you know, went with it, for -- for me to -- to weed | 12:39:02 |
| 11 | it. | 12:39:06 |
| 12 | Q.  Got it.  I want to talk about -- actually, | 12:39:06 |
| 13 | let -- let's just go back to In the Night Kitchen | 12:39:14 |
| 14 | just very briefly. | 12:39:18 |
| 15 | Did you -- did you have, like, a record of | 12:39:19 |
| 16 | the book being worn? | 12:39:22 |
| 17 | A.  No.  It -- it's mainly when -- when we're | 12:39:23 |
| 18 | looking at them, assessing, you know, the whole | 12:39:27 |
| 19 | book.  But it -- I -- I believe that book was added | 12:39:31 |
| 20 | in '99.  So it did have some -- some wear on it. | 12:39:34 |
| 21 | Q.  But it was -- it was still being checked | 12:39:41 |
| 22 | out, right -- | 12:39:43 |
| 23 | A.  Yes. | 12:39:43 |
| 24 | Q.  -- by -- by patrons? | 12:39:43 |
| 25 | A.  Yes, it was. | 12:39:44 |

Page 130

| | | |
|---|---|---|
| 1 | Q. It was a popular book. | 12:39:45 |
| 2 | Was there any thought about maybe just | 12:39:48 |
| 3 | replacing it? | 12:39:50 |
| 4 | A. I -- I'm not sure if that was on my list or | 12:39:50 |
| 5 | not. | 12:39:55 |
| 6 | Q. Okay. | 12:39:57 |
| 7 | A. Possibly. | 12:39:58 |
| 8 | Q. Yeah. I just briefly want to go back to | 12:39:59 |
| 9 | November of 2021 now. You had received a sort of | 12:40:03 |
| 10 | directive, from commissioner -- or sorry, County | 12:40:13 |
| 11 | Judge Cunningham, as a result of the list that | 12:40:17 |
| 12 | Bonnie Wallace had circulated to him and others. | 12:40:22 |
| 13 | And you began what you describe as a compressive | 12:40:25 |
| 14 | review of books for depictions of nudity, and other | 12:40:27 |
| 15 | content like that. | 12:40:30 |
| 16 | Is that right? | 12:40:30 |
| 17 | A. Yes. | 12:40:31 |
| 18 | MR. ROGERS: Object as compound, | 12:40:32 |
| 19 | vague, misstating testimony. | 12:40:33 |
| 20 | Q. (BY MR. GHOSH) Okay. You said that you | 12:40:38 |
| 21 | conducted this review, with other individuals. | 12:40:40 |
| 22 | Is that right? | 12:40:43 |
| 23 | A. Yes. | 12:40:44 |
| 24 | Q. Okay. When you were conducting this review | 12:40:44 |
| 25 | of content, for things that may have been offensive | 12:40:52 |

Page 131

```
 1    or sexual, who was with you?                    12:40:54

 2         A.  It was the --                          12:40:55

 3                   MR. ROGERS:  Object to the question  12:40:58

 4    misstating testimony.                           12:41:00

 5                   You can answer.                   12:41:03

 6         Q.  (BY MR. GHOSH)  Actually, let me just strike  12:41:04

 7    that question very briefly.                     12:41:07

 8              When you were conducting this content    12:41:08

 9    review, was -- and I may be mispronouncing the   12:41:10

10    name, so I apologize, was Tina Castelan with you?  12:41:13

11         A.  Yes.                                   12:41:16

12         Q.  Was Miriam E. with you?                12:41:17

13         A.  Yes.                                   12:41:21

14         Q.  Was April Puryear with you?            12:41:21

15         A.  She was at the other library, so I wasn't  12:41:23

16    with her directly.                             12:41:27

17         Q.  Let me ask that slightly differently.  12:41:28

18              Was April Puryear conducting that review at  12:41:30

19    her branch, at Kingsland?                       12:41:34

20         A.  Yes.                                   12:41:35

21         Q.  Okay.  And was Jen Kormish conducting that  12:41:36

22    review, in Kingsland?                           12:41:41

23         A.  Yes.                                   12:41:42

24         Q.  And was Melissa Macdougall conducting a   12:41:43

25    similar review, in Lakeshore?                   12:41:49
```

Page 132

```
1          A.   Yes.                                  12:41:50

2          Q.   And Linda Wallen was conducting a similar  12:41:51

3    review, in Lakeshore?                            12:41:56

4          A.   Yes.                                  12:41:57

5          Q.   Was Bonnie Wallace in attendance, during  12:41:59

6    this review?                                     12:42:03

7          A.   No.                                   12:42:04

8          Q.   Was -- was Rhonda Schnieder in attendance,  12:42:04

9    during this review?                              12:42:12

10         A.   No.                                   12:42:12

11         Q.   Were there any other individuals who did not  12:42:12

12   work for the library, in attendance, during this  12:42:15

13   review?                                          12:42:18

14         A.   No.                                   12:42:19

15         Q.   The only people in attendance, during all  12:42:19

16   portions of this review, and participating in this  12:42:23

17   review, were library staff members.             12:42:27

18              Is that correct?                      12:42:30

19         A.   Yes.                                  12:42:31

20         Q.   Was -- was anybody observing you during this  12:42:31

21   process?                                         12:42:36

22         A.   No.                                   12:42:36

23         Q.   Okay.  I am -- I want to go back very  12:42:37

24   briefly to some of the weeding process.         12:42:45

25              One of the things you mentioned is that when  12:42:49
```

Page 133

| | | |
|---|---|---|
| 1 | you look at books to be weeded, you look to see if | 12:42:52 |
| 2 | they're worn. | 12:42:55 |
| 3 | Is that right? | 12:42:56 |
| 4 | A.  Yes. | 12:42:57 |
| 5 | Q.  And you also look to see how old the book | 12:42:57 |
| 6 | is. | 12:43:02 |
| 7 | Is that right? | 12:43:02 |
| 8 | A.  Yes. | 12:43:03 |
| 9 | Q.  And you also look to see when the last time | 12:43:03 |
| 10 | it was checked out. | 12:43:06 |
| 11 | Is that right? | 12:43:07 |
| 12 | A.  Yes. | 12:43:07 |
| 13 | Q.  Are you aware that the library carries | 12:43:07 |
| 14 | Mein Kampf? | 12:43:14 |
| 15 | A.  I'm sorry? | 12:43:15 |
| 16 | Q.  The book, Mein Kampf, your library carries a | 12:43:17 |
| 17 | copy of it.  It was written by Adolf Hitler. | 12:43:20 |
| 18 | A.  No. | 12:43:24 |
| 19 | Q.  You're -- you're not aware of that? | 12:43:25 |
| 20 | A.  No. | 12:43:25 |
| 21 | Q.  Okay.  Do you know if your library carries a | 12:43:26 |
| 22 | copy of the Bible? | 12:43:32 |
| 23 | A.  I believe we do. | 12:43:32 |
| 24 | Q.  Okay.  Do you know how old your copy of the | 12:43:35 |
| 25 | Bible is? | 12:43:40 |

Page 134

```
 1        A.  No.                                        12:43:40

 2        Q.  Okay.  Is it safe to say it's older than ten  12:43:42

 3    years?                                              12:43:47

 4        A.  I -- I don't know.  We get donations, and  12:43:47

 5    sometimes we will add books that are in better     12:43:51

 6    shape on our shelves, and -- and replace them.  So  12:43:54

 7    I'm -- I don't know.                               12:43:56

 8        Q.  Okay.  When you -- when you do this holistic  12:43:57

 9    weeding process, are you looking at sort of a      12:44:14

10    checklist, or are you just sort of making this     12:44:23

11    decision, based on how, you know, you feel about   12:44:25

12    the book in the moment, and what it looks like, and  12:44:27

13    the data behind how many times it's been checked   12:44:31

14    out?                                               12:44:33

15        A.  Yeah, it's what it looks like; how many    12:44:36

16    times it's been getting checked out; if it's, you  12:44:38

17    know, in a series.  If we get donations of that    12:44:42

18    book a lot, then we will probably just put it      12:44:48

19    aside, and then swap it out when we get a donation.  12:44:52

20          Or if it's even a real popular book that is  12:44:55

21    getting checked out, but maybe it's really worn,   12:44:59

22    then we'll put it on a list, to -- to replace it.  12:45:01

23        Q.  Got it.  Got it.                           12:45:03

24          The books you do look at, the books you sort  12:45:13

25    of target for review, how is that determined,      12:45:17
```

Page 135

| | | |
|---|---|---|
| 1 | outside of, you know, Ms. Wallace providing you a | 12:45:24 |
| 2 | list? | 12:45:27 |
| 3 | When you go to, you know, determine which | 12:45:28 |
| 4 | books you're going to take a look at this year for | 12:45:29 |
| 5 | weeding, how are you going to make that | 12:45:32 |
| 6 | determination? | 12:45:33 |
| 7 | A.  Other staff members, or managers, will run | 12:45:34 |
| 8 | the report.  Me, personally, I like to go to the | 12:45:42 |
| 9 | section, and start at the A's, and just pull one | 12:45:46 |
| 10 | book at a time, open it up, kind of look at it, | 12:45:50 |
| 11 | make sure the pages are -- are still there.  And | 12:45:53 |
| 12 | just to check, you know, if it's still in good | 12:45:57 |
| 13 | shape, and if it's been checked out. | 12:46:01 |
| 14 | Q.  Got it.  Got it. | 12:46:04 |
| 15 | About how long does this full process take, | 12:46:08 |
| 16 | this full review of every book, for weeding | 12:46:11 |
| 17 | purposes? | 12:46:16 |
| 18 | A.  It -- it also depends, because, since we do | 12:46:16 |
| 19 | this every year, we may do -- focus on one section, | 12:46:21 |
| 20 | and, like, okay, we're really going to weed this, | 12:46:26 |
| 21 | and then we're going to start purchasing more books | 12:46:28 |
| 22 | this year for this section. | 12:46:30 |
| 23 | So you may not need to weed intensely every | 12:46:31 |
| 24 | section, every year. | 12:46:36 |
| 25 | Could you repeat your question? | 12:46:43 |

Page 136

```
 1        Q.  No.  That -- I think you got it, actually.   12:46:43

 2   I appreciate it.                                       12:46:46

 3        I just wanted to get back, strangely, to the     12:46:49

 4   butt and the fart books very briefly.  And I'm        12:46:54

 5   actually taking a look at your -- your very           12:46:58

 6   intuitive, actually, catalog right now in front of    12:47:00

 7   me.                                                    12:47:03

 8        And I'm just going to share my screen, and       12:47:03

 9   we can both look at that catalog together.            12:47:06

10        So, you mentioned one of the main reasons        12:47:09

11   you pulled these books is because you had             12:47:15

12   conversations with Mr. Cunningham, correct?           12:47:22

13        A.  I did have --                                12:47:25

14        Q.  You had conversations with Mr. Jerry Don     12:47:27

15   Moss, correct?                                        12:47:31

16        A.  Yes.                                         12:47:32

17        Q.  And you determined that keeping these books  12:47:32

18   would not be worth the backlash and outrage caused    12:47:36

19   by the content of the books.                          12:47:41

20        Is that right?                                   12:47:42

21        A.  Right.                                       12:47:43

22        Q.  Okay.  Now, in 1941, Adolf Hitler published  12:47:44

23   his memoir, and sort of ideology, for lack of a       12:47:55

24   better term.  I just looked up this book.  Arguably   12:48:01

25   one of the most controversial books of all time, I    12:48:07
```

Page 137

```
 1      would say.  And it looks like the Llano County    12:48:11
 2      Library keeps a copy, at 943.086 HIT.             12:48:16
 3              Do you see that on the screen?            12:48:20
 4          A.  I do.                                     12:48:22
 5          Q.  It looks like there's actually one copy   12:48:25
 6      available right now at the Llano Branch.          12:48:28
 7              Do you see that?                          12:48:32
 8          A.  Yes.                                      12:48:33
 9          Q.  Is there any reason why a book such as this  12:48:33
10      wouldn't be weeded, when you conducted your      12:48:44
11      holistic review for, you know, things that may   12:48:46
12      cause backlash, or that may cause issues?        12:48:48
13                  MR. ROGERS:  Objection.  That        12:48:56
14      misstates testimony, and calls for speculation.  12:48:56
15          A.  No.  If -- if this is getting checked out,  12:48:58
16      then there's -- there's nothing else to really look  12:49:03
17      at, as long as it's still in, you know, decent   12:49:10
18      shape.                                           12:49:13
19          Q.  (BY MR. GHOSH)  And if it wasn't -- so this  12:49:14
20      is quite an old book.  If it wasn't in decent    12:49:16
21      shape, would you re-buy a copy of this?          12:49:20
22          A.  It depends on how much it's getting checked  12:49:22
23      out.  If it's getting checked out a couple of times  12:49:24
24      a month, each month, then I probably would, because  12:49:27
25      people are -- are reading it.  If it's only getting  12:49:32
```

Page 138

| | | |
|---|---|---|
| 1 | checked out once a year, or so, then -- then I | 12:49:35 |
| 2 | probably wouldn't.  It would have just served its | 12:49:40 |
| 3 | time, and then gotten something different. | 12:49:43 |
| 4 |    Q.  Okay.  Do you think a lot of folks in Llano | 12:49:45 |
| 5 | County are regularly checking out Mein Kampf? | 12:49:50 |
| 6 |    A.  I -- I don't know. | 12:49:55 |
| 7 |    Q.  It's certainly possible that it's not | 12:49:55 |
| 8 | being -- | 12:49:58 |
| 9 |    A.  I'd have to look at the report. | 12:49:58 |
| 10 |    Q.  -- it's not getting checked out frequently, | 12:50:02 |
| 11 | right? | 12:50:06 |
| 12 |    A.  I -- I don't know.  And with our non-fiction | 12:50:06 |
| 13 | section, they do stay on the shelves a lot longer | 12:50:09 |
| 14 | than the fiction, because they actually don't | 12:50:11 |
| 15 | circulate as often, anyway. | 12:50:15 |
| 16 |    Q.  And Caste: The Origins of Our Discontents, | 12:50:18 |
| 17 | certainly an example of a non-fiction book that was | 12:50:20 |
| 18 | weeded, despite, you know, being a non-fiction | 12:50:24 |
| 19 | book. | 12:50:27 |
| 20 |      Isn't that right? | 12:50:28 |
| 21 |    A.  Right. | 12:50:28 |
| 22 |        MR. GHOSH:  Okay.  Let's -- let's | 12:50:31 |
| 23 | take a five-minute break.  I'll be back.  I'm | 12:50:35 |
| 24 | wrapping up.  So, it shouldn't be much more. | 12:50:37 |
| 25 |        Dwain, did you -- did you have a | 12:50:41 |

Page 139

```
 1    redirect, just for planning purposes?              12:50:42

 2              MR. ROGERS:  I'm not planning to ask      12:50:44

 3    any questions, no.                                 12:50:45

 4              MR. GHOSH:  And, Mr. Mitchell, I          12:50:47

 5    don't know if we still have you, but were you      12:50:49

 6    planning on asking question?                       12:50:51

 7              MR. MITCHELL:  No, I was not.             12:50:51

 8              MR. GHOSH:  Okay.  Thank you.  We'll      12:50:53

 9    be back in five.                                   12:50:54

10              THE VIDEOGRAPHER:  Going off the          12:50:55

11    record at 12:50.                                   12:50:57

12              (Break.)                                 13:03:28

13              THE VIDEOGRAPHER:  We're back on the      13:03:28

14    record at 1:03.                                    13:03:37

15    Q.  (BY MR. GHOSH)  Great.  Ms. Milum, I wanted    13:03:38

16    to thank you for being patient with me in this     13:03:40

17    process.  This is the last sort of stretch of      13:03:44

18    questions.                                         13:03:46

19         The -- the first one is just about some of    13:03:48

20    the books that we spoke about, where you or other  13:03:50

21    librarians on your staff would sort of keep them   13:03:55

22    behind your desk, or elsewhere, sort of away from  13:03:58

23    the shelf area.                                    13:04:01

24         Books that, you know, were kept in this way,  13:04:02

25    was there, like, a list of them so you could keep  13:04:06
```

Page 140

```
 1    track of, you know, what was behind the desk?        13:04:08

 2        A.  No.                                          13:04:11

 3        Q.  Okay.  Do you just remember, you know, from  13:04:11

 4    memory, which books were kept behind the desk?       13:04:15

 5        A.  I believe that's the only one, right now.    13:04:18

 6        Q.  Was --                                       13:04:22

 7        A.  Besides our --                               13:04:24

 8        Q.  -- critical race theory?                     13:04:24

 9        A.  Yes.  Besides our -- our law books.          13:04:30

10        Q.  So besides the law books --                  13:04:32

11            MR. ROGERS:  Just for the record,            13:04:34

12    Counsel, I think it's -- it's How to Be an           13:04:35

13    Antiracist.  Is that -- just the title?              13:04:37

14        Q.  (BY MR. GHOSH)  Let's -- it's -- it's a good 13:04:39

15    question.                                            13:04:41

16            So, what was the title of the -- the         13:04:41

17    critical race theory book?                           13:04:43

18        A.  I'm not quite sure.  I would have to look it 13:04:44

19    up.                                                  13:04:50

20        Q.  Was it -- was it How to Be an Antiracist, or 13:04:50

21    was it another book?                                 13:04:52

22        A.  I -- I think it's Antiracist.  I'm -- I      13:04:53

23    would have to check.                                 13:04:58

24        Q.  Okay.                                        13:05:00

25        A.  I'm -- I'm not sure.                          13:05:01
```

Page 141

```
1          Q.   Okay.   That's fine.                    13:05:01

2               So besides that book, some of the law books   13:05:02

3     that you had, were there any other books that you    13:05:04

4     sort of kept behind your desk?                   13:05:06

5          A.   No.                                     13:05:08

6          Q.   Okay.                                   13:05:12

7          A.   And that's at the circulation desk, so it's   13:05:13

8     very easy for it to be asked for and to hand out.   13:05:20

9          Q.   And where is the circulation desk?  Like --   13:05:22

10         A.   It's pretty much in the front door of all   13:05:26

11    three libraries.                                 13:05:28

12         Q.   Okay.   The last two exhibits, I believe, are   13:05:29

13    going to be Nos. 14 and 15.   Okay.   Awesome.    13:05:32

14              The -- No. 14 will be Moss 1 RFP 00007.    13:05:41

15              (Exhibit 14 is marked.)                 13:05:53

16         Q.   (BY MR. GHOSH)   I'm going to put that up   13:05:53

17    right now.   This is an e-mail, Ms. Milum, from   13:05:55

18    yourself, to Jerry Don Moss, December 29, 2021.   13:05:59

19              It attaches a form.   The form title is,   13:06:04

20    Request For Reconsideration of a Library Resource.   13:06:09

21              Did you create this document?           13:06:13

22         A.   Yes.                                    13:06:15

23         Q.   And what is this document?              13:06:15

24         A.   So if anyone is having an issue, or concern,   13:06:17

25    about an item in the library, they can fill out   13:06:23
```

1    this form.  And then we can -- we can discuss it.        13:06:25

2        Q.  And when did you have the idea to come up        13:06:29

3    with this form?                                          13:06:34

4        A.  When everything started happening.               13:06:34

5        Q.  When you say everything, do you mean when        13:06:37

6    people started complaining about the butt and the        13:06:40

7    fart books --                                            13:06:43

8        A.  Yes.                                              13:06:44

9        Q.  -- or something else?                            13:06:44

10           Okay.  How many complaints did you               13:06:46

11   receive -- how many complaints did you receive for,      13:06:52

12   you know -- pursuant to this request form?               13:06:57

13       A.  Before the -- the butt and fart books, we've     13:07:01

14   never had anybody, to my knowledge, complain about       13:07:06

15   anything, suggest they didn't like something.            13:07:11

16           If they did, it -- it would be more of, oh,      13:07:17

17   I didn't like this movie, or didn't really like          13:07:22

18   this book.  And then we would just, okay, well, try      13:07:24

19   this one.                                                13:07:27

20           They --                                          13:07:28

21       Q.  Do you have copies of these forms?  Like,        13:07:31

22   when you get complaints and somebody turns one of        13:07:33

23   these forms in to you, these Reconsideration of a        13:07:35

24   Library Resource forms, do you -- do you keep them       13:07:39

25   for your records?                                        13:07:41

Page 143

```
 1        A.  Yes, I will.                              13:07:41
 2        Q.  Okay.  And just approximately, how many have  13:07:42
 3   you received in the -- in the last year?          13:07:45
 4        A.  I believe three, since the form has been  13:07:47
 5   made available.                                    13:07:56
 6        Q.  And do you remember what -- do you remember  13:07:57
 7   what books or content those three requests concern?  13:08:03
 8        A.  I don't.  It has been a few months.  And the  13:08:09
 9   books and the papers are still in the office.      13:08:12
10   We -- we haven't even done the procedure yet.      13:08:19
11        Q.  And could you describe that procedure very  13:08:21
12   briefly?                                            13:08:24
13            What happens after somebody submits one of  13:08:24
14   these -- or what's supposed to happen, I guess?    13:08:26
15        A.  We are supposed to read the book, see if it  13:08:28
16   follows our policies, read from the form of what   13:08:35
17   their concern is about, what it's pertaining to.   13:08:43
18   And then go about and see if, you know, we think   13:08:48
19   that it should either be moved, or -- or if there's  13:08:50
20   anything -- yeah, removed, or relocated, or, you   13:08:53
21   know, there's not an issue.  We would decide --    13:09:01
22        Q.  Okay.                                      13:09:06
23        A.  -- what to do.                             13:09:06
24        Q.  And is this a separate -- is this a separate  13:09:07
25   mechanism, to the weeding process?                 13:09:10
```

Page 144

| | | |
|---|---|---|
| 1 | A. Yes. Because this is if someone has an | 13:09:12 |
| 2 | issue with -- with something. | 13:09:16 |
| 3 | Q. With, like, the content, or -- or the | 13:09:17 |
| 4 | viewpoint of a book. | 13:09:19 |
| 5 | Is that right? | 13:09:20 |
| 6 | A. Yes. | 13:09:20 |
| 7 | Q. If they find it offensive or something. | 13:09:21 |
| 8 | Okay. | 13:09:24 |
| 9 | A. Right. | 13:09:24 |
| 10 | Q. And who does the reading? Is that you, or | 13:09:24 |
| 11 | one of your staff members, or is it the library | 13:09:28 |
| 12 | advisory board? | 13:09:32 |
| 13 | A. It would be myself and another staff member, | 13:09:32 |
| 14 | to where, you know, if it's a children's book, then | 13:09:35 |
| 15 | I'd probably get a children's librarian to -- to | 13:09:39 |
| 16 | read it as well. If it's -- you know, it -- | 13:09:41 |
| 17 | depending on what -- what type of book it is. | 13:09:43 |
| 18 | Q. Got it. And do you know the identities of | 13:09:44 |
| 19 | the individuals who have submitted these three | 13:09:51 |
| 20 | complaints? | 13:09:53 |
| 21 | A. I know -- I remember one person. | 13:09:54 |
| 22 | Q. And who is that individual? | 13:10:01 |
| 23 | A. Kris Jones, I believe. | 13:10:03 |
| 24 | Q. Do you know who Mr. Jones is? | 13:10:11 |
| 25 | A. She's a patron. | 13:10:13 |

Page 145

```
 1        Q.  Oh, okay.  Got it.                    13:10:16

 2            Is she involved in -- in the library's  13:10:17

 3    management in any way, or --                   13:10:19

 4        A.  No.                                     13:10:20

 5        Q.  -- the advisory board?                  13:10:20

 6        A.  No.                                     13:10:21

 7        Q.  Okay.  Got it.                          13:10:22

 8            Okay.  The -- the last exhibit, Exhibit 13:10:28

 9    No. 15, is going to be the Llano Library's System 13:10:29

10    Policies.                                       13:10:36

11               (Exhibit 15 is marked.)             13:10:36

12        Q.  (BY MR. GHOSH)  Are you familiar with this 13:10:37

13    document?  I know I'm just showing you the title, 13:10:38

14    but I just wanted to ask if you're familiar with 13:10:40

15    the policies, just in general.                  13:10:42

16        A.  Yes.                                    13:10:43

17        Q.  Okay.  And what do they govern?         13:10:43

18        A.  How the library should be ran.          13:10:45

19        Q.  Okay.  Have -- has this policy -- have  13:10:52

20    this -- has this policy guidebook been in effect 13:11:02

21    since 2006?                                     13:11:04

22        A.  Yes.                                    13:11:05

23        Q.  Is it still in effect?                  13:11:05

24        A.  Yes.                                    13:11:08

25        Q.  Okay.  Are there any other policies, besides 13:11:09
```

Page 146

```
 1   this one, that govern sort of the -- the Llano      13:11:18

 2   Library System?                                      13:11:27

 3       A.   For the library, no.   I believe this -- this   13:11:27

 4   is the main one.                                     13:11:31

 5       Q.   This is the main one.   Okay.               13:11:32

 6            Are you familiar with -- and I'm -- I'm     13:11:35

 7   going now to page 18 of the policy handbook.  It's   13:11:38

 8   titled, Materials Selection Policy.                  13:11:45

 9            Are you familiar with this document?        13:11:47

10       A.   Yes.                                        13:11:48

11       Q.   Okay.   I just want to direct your attention   13:11:48

12   to two sections here.   The first is, goals of media   13:11:52

13   collection, which states that:   To maintain a      13:11:55

14   well-balanced and broad collection of materials for   13:11:58

15   information, reference, research, and enjoyment,     13:12:00

16   and to support the democratic process by providing   13:12:04

17   materials for the education and enlightenment of     13:12:07

18   the community.                                       13:12:10

19            Do you see those two goals?                 13:12:11

20       A.   Yes.                                        13:12:13

21       Q.   Okay.   Do you agree that those are, in fact,   13:12:13

22   the goals of the library?                            13:12:16

23       A.   Yes.                                        13:12:18

24       Q.   Okay.   The next general principle that, you   13:12:19

25   know, we have highlighted here is, quote:   In no    13:12:28
```

Page 147

| | | |
|--|--|--|
| 1 | case, should any book be excluded because of the | 13:12:31 |
| 2 | race or nationality or political or religious views | 13:12:33 |
| 3 | of the writer.  There should be the fullest | 13:12:37 |
| 4 | practicable provision of material presenting all | 13:12:41 |
| 5 | points of view concerning the problem and issue of | 13:12:43 |
| 6 | our times. | 13:12:46 |
| 7 | Do you see that? | 13:12:46 |
| 8 | A.  Yes. | 13:12:46 |
| 9 | Q.  Do you agree with that principle? | 13:12:47 |
| 10 | A.  Yes. | 13:12:48 |
| 11 | Q.  Do you -- if somebody has an issue with a | 13:12:48 |
| 12 | book's -- the race or nationality of a book's | 13:12:58 |
| 13 | author, and they complained about the content of | 13:13:02 |
| 14 | that book, using one of your reconsideration forms, | 13:13:04 |
| 15 | do you then have to review that reconsideration | 13:13:10 |
| 16 | form, and consider that request to remove the book? | 13:13:12 |
| 17 | MR. ROGERS:  Object as compound, and | 13:13:16 |
| 18 | vague. | 13:13:17 |
| 19 | Q.  (BY MR. GHOSH)  You can answer the question. | 13:13:22 |
| 20 | A.  I would -- I would look at their concern. | 13:13:24 |
| 21 | And -- but no, just because they -- they fill out a | 13:13:26 |
| 22 | form doesn't mean that, you know, the book would be | 13:13:31 |
| 23 | removed, or relocated. | 13:13:34 |
| 24 | It could just be to where, you know, it's -- | 13:13:36 |
| 25 | we don't agree with what they're seeing.  We don't | 13:13:40 |

Page 148

| | | |
|---|---|---|
| 1 | agree that -- or maybe our policies, you know, | 13:13:43 |
| 2 | don't -- you know, don't follow what -- what | 13:13:46 |
| 3 | they're thinking. | 13:13:52 |
| 4 | It -- it would just kind of depend on the | 13:13:53 |
| 5 | situation. | 13:13:56 |
| 6 | Q.   Okay.   I just wanted to direct you to the | 13:13:57 |
| 7 | last paragraph, or bullet point, I guess, of | 13:14:00 |
| 8 | page 18, which just says:   Materials with an | 13:14:03 |
| 9 | emphasis on sex or containing profane language | 13:14:06 |
| 10 | should not be automatically rejected.   Selection | 13:14:09 |
| 11 | should be made on the basis of whether the media | 13:14:12 |
| 12 | presents life in its true proportions, whether | 13:14:15 |
| 13 | characters and situations are realistically | 13:14:18 |
| 14 | presented, and whether the media has literary | 13:14:21 |
| 15 | value. | 13:14:24 |
| 16 | Do you see that? | 13:14:25 |
| 17 | A.   Yes. | 13:14:25 |
| 18 | Q.   Some of the books that were removed this | 13:14:25 |
| 19 | past year were done so under Mr. Cunningham's | 13:14:32 |
| 20 | direction. | 13:14:40 |
| 21 | Isn't that right? | 13:14:44 |
| 22 | A.   No. | 13:14:45 |
| 23 | Q.   Mr. Cunningham suggested that you remove | 13:14:51 |
| 24 | some books. | 13:14:53 |
| 25 | Isn't that right? | 13:14:55 |

Veritext Legal Solutions
866 299-5127

```
 1      A.  Yes.                                    13:14:55

 2      Q.  And he suggested that you remove books that   13:14:55

 3  have depictions of sexuality.                   13:14:58

 4          Isn't that right?                       13:15:04

 5      A.  Yes.                                     13:15:04

 6      Q.  How does that -- how does that -- actually,   13:15:06

 7  scratch that for a second.                      13:15:18

 8          But the -- the policies at the li --    13:15:19

 9  actually, I'm going to scratch that as well.    13:15:21

10          Let's just, for a moment, go back one   13:15:23

11  second, to the reconsideration forms.           13:15:26

12          Can you access the -- the three complaints   13:15:35

13  that have been submitted?                       13:15:38

14      A.  Not at the moment, but yes.             13:15:39

15      Q.  Just in your -- in your job?            13:15:45

16      A.  Yes.                                     13:15:47

17      Q.  Okay.                                    13:15:47

18      A.  Yes.                                     13:15:48

19      Q.  Did you collect them as part of the -- the   13:15:48

20  document process, the documents you -- you had to   13:15:51

21  turn over?                                       13:15:55

22      A.  No.                                      13:15:55

23      Q.  Okay.  But -- but you still have copies   13:15:56

24  of -- of those forms.                            13:16:01

25          Is that right?                           13:16:02
```

Page 150

```
 1        A.  Yes.                                    13:16:02

 2        Q.  In your possession.  Okay.              13:16:02

 3                 MR. GHOSH:  I think, in addition to  13:16:08

 4    the -- the first document request, we're going to  13:16:08

 5    ask for the -- the completed reconsideration forms.  13:16:11

 6                 Dwain, I'm happy to -- to let you    13:16:17

 7    get your response in.                             13:16:19

 8                 But besides that, that concludes my  13:16:20

 9    questioning.  Thank you so much, Ms. Milum.  I     13:16:22

10    really appreciate it.                             13:16:24

11                 MR. ROGERS:  And -- and regarding my  13:16:27

12    response, I think, subject to taking a look at     13:16:29

13    them, I -- I actually don't think we have too much  13:16:31

14    objection to producing them.                      13:16:34

15                 MR. GHOSH:  Okay.  Great.  Well,     13:16:37

16    that wraps this up.  I think we can get off the    13:16:40

17    record.  And...                                   13:16:43

18                 THE VIDEOGRAPHER:  Before we do       13:16:47

19    that, can we quick go over the video and transcript  13:16:50

20    orders?                                           13:16:52

21                 MR. GHOSH:  Sure.  I think we'll     13:16:53

22    want expedited roughs.  And then do we have an     13:16:56

23    estimate on when finals will be available?        13:16:59

24                 THE REPORTER:  Approximately two      13:17:04

25    weeks.                                            13:17:05
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MR. GHOSH:  I -- I -- I think we're | 13:17:07 |
| 2 | fine on normal order finals, unless I get yelled at | 13:17:08 |
| 3 | in the very near future.  But I think we're good on | 13:17:11 |
| 4 | the normal timing final and the expedited roughs. | 13:17:15 |
| 5 | THE REPORTER:  And, Mr. Rogers, do | 13:17:19 |
| 6 | you want a copy? | 13:17:21 |
| 7 | MR. ROGERS:  Let me answer, based on | 13:17:21 |
| 8 | recent experience in other depositions, that since | 13:17:27 |
| 9 | I have not yet submitted a purchase order for them, | 13:17:29 |
| 10 | I'm not going to formally request one.  I would | 13:17:33 |
| 11 | probably suggest that Mr. Miller suggest one and | 13:17:36 |
| 12 | put it on his bill to us. | 13:17:39 |
| 13 | Is that fair?  Says the man who got | 13:17:42 |
| 14 | burned by not submitting a purchase order before | 13:17:45 |
| 15 | ordering a copy in a prior deposition. | 13:17:47 |
| 16 | Or excuse me.  I said Miller.  I | 13:17:50 |
| 17 | meant Mitchell.  I apologize.  Sorry, John. | 13:17:52 |
| 18 | MR. MITCHELL:  That's all right. | 13:17:55 |
| 19 | THE VIDEOGRAPHER:  Okay.  Any -- any | 13:17:59 |
| 20 | video orders, or does that cover it? | 13:18:03 |
| 21 | MR. ROGERS:  I don't believe we | 13:18:04 |
| 22 | would need video. | 13:18:05 |
| 23 | MR. GHOSH:  Yep.  I think it's just | 13:18:06 |
| 24 | us, then. | 13:18:07 |
| 25 | THE REPORTER:  Mr. Mitchell, did you | 13:18:10 |

Page 152

```
 1    want to order a copy?                            13:18:13

 2                   MR. MITCHELL:  I'm sorry.  Did you  13:18:14

 3    ask me if I want to order a copy?                13:18:16

 4                   THE REPORTER:  Yes.               13:18:18

 5                   MR. GHOSH:  A copy of the         13:18:18

 6    transcript.                                      13:18:19

 7                   MR. MITCHELL:  I don't need to order 13:18:19

 8    one.                                             13:18:21

 9                   MR. ROGERS:  John, let me suggest  13:18:23

10    that you do, because my ability to do so, before I 13:18:24

11    submit a purchase order, would slow things down.  13:18:26

12    Whereas, if you order it, and put it on your bill, 13:18:28

13    if you -- if you don't feel like we need one, then 13:18:31

14    that's fine.  But --                             13:18:35

15                   MR. MITCHELL:  I'm sorry.  We -- we 13:18:36

16    do need one.  I was assuming that the County was  13:18:36

17    going to -- had already --                       13:18:38

18                   MR. ROGERS:  Yeah, sorry.  I just -- 13:18:39

19    yeah.  I've been burned by that before, and it's  13:18:41

20    hard to get a purchase order, in a timely manner, 13:18:43

21    before the invoice arrives.  And if they go out of 13:18:45

22    order, I get in trouble.  So...                  13:18:48

23                   MR. MITCHELL:  Sure.  I'm sorry,   13:18:51

24    Ms. Prigmore.  You can put it on my law firm's    13:18:53

25    credit card.  And I can give that to you, if      13:18:55
```

Page 153

needed. 13:18:57

THE REPORTER: We'll take that up with the office. 13:18:57 13:19:00

MR. MITCHELL: Okay. Great. Thanks. 13:19:01 13:19:02

THE VIDEOGRAPHER: Okay. If there is nothing else to cover, then we are going off the record at 1:19 p.m. 13:19:02 13:19:05 13:19:07

THE REPORTER: Mr. Mitchell, would you like a rough draft, as well? 13:19:18

MR. MITCHELL: Let's order a rough draft, too. 13:19:18 13:19:19

(The deposition concluded at 1:19 P.M.)

-- SIGNATURE REQUIRED --

1

2          _____

3                         AMBER MILUM

4

5     THE STATE OF TEXAS    )

6     SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned

7     authority, by the said AMBER MILUM on this the

8     _____ day of _____, _____.

9

10                              _____

11                       Notary Public in and for

12                       the State of Texas

13

14    My Commission Expires: _____

15

16

17

18

19

20

21

22

23

24

25

                                          Page 155

```
 1    COUNTY OF HARRIS
 2    STATE OF TEXAS
 3
 4                    REPORTER'S CERTIFICATE
 5
 6         I, AMY PRIGMORE, Certified Shorthand
 7    Reporter in and for the State of Texas, hereby
 8    certify that this transcript is a true record of
 9    the testimony given remotely by the witness named
10    herein, after said witness was duly sworn remotely
11    by me.
12         I further certify that the deposition
13    transcript was submitted on _____,
14    _____ to the witness or to the attorney for the
15    witness for examination, signature, and return to
16    me by _____, _____.
17         I further certify the amount of time used
18    by each party at the deposition is as follows:
19              Pratik Ghosh - (00h00m)
                Dwain K. Rogers - (00h00m)
20              Jonathan F. Mitchell - (00h00m)
                Landon A. Wade - (00h00m)
21
22         I further certify that I am neither
23    attorney nor counsel for, related to, nor employed
24    by any of the parties to the action in which this
25    testimony was taken.  Further, I am not a relative
```

Page 157

1    or employee of any attorney of record in this

2    cause, nor do I have a financial interest in the

3    action.

4            SUBSCRIBED AND SWORN TO by the undersigned

5    on this the 5TH day of JULY, 2022.

6

7

8

9

10

11

12

13

14

     AMY PRIGMORE, Texas, CSR 3929

15   Expiration Date:  4/30/2023

16

17

18

19

20

21

22

23

24

25

                                          Page 158

1    Dwain K. Rogers

2    drogers@co.llano.tx.us

3                                    JULY 5, 2022

4    RE: LITTLE V. LLANO COUNTY

5    JUNE 28, 2022, AMBER MILUM, JOB NO. 5299876

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24      time of the deposition.

25

                                              Page 159

1   _X_  Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9   __  Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1    LITTLE V. LLANO COUNTY

 2    AMBER MILUM (#5299876)

 3                    E R R A T A  S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    WITNESS                             Date

25
```

Page 161

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted
to access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.