# EXHIBIT C

Hearing on Motion for Preliminary Injunction                                        Little, et al. v. Llano County, et al.
October 28, 2022                                                                                                Case No. 1:22-cv-00424-RP

Plaintiffs' Exhibits

| Exhibit No. | File Name |
|---|---|
| 1 | 1_ Materials Selection Policy.pdf |
| 2 | 2_Milum documents.pdf |
| 2A | 2-A_email.pdf |
| 2B | 2-B_handwritten note.pdf |
| 2C | 2-C_grooming note.pdf |
| 2D | 2-D_texts.pdf |
| 2E | 2-E_July 9 2021 email.pdf |
| 2F | 2-F_checkout history.pdf |
| 3 | 3_Oct 4 2021 Milum email.pdf |
| 4 | 4_Oct 15 2021 Baker email.pdf |
| 5 | 5_ Nov 12 2021 Milum email.pdf |
| 6 | 6_Krause Letter and List.pdf |
| 7 | 7_Oct 28 2021 Milum email.pdf |
| 8 | 8_Nov 2021 email threader CRT and LGBTQ books.pdf |
| 9 | 9_WITHDRAWN.pdf |
| 10 | 10_Nov 12 2021 Bonnie Wallace book list.pdf |
| 11 | 11_ Dec 13 2021 Macdougall email.pdf |
| 12 | 12_ Dec 2 2021 Green Little packet.pdf |
| 13 | 13_ Dec 12 2021 Cunningham email re OverDrive.pdf |
| 14 | 14_ Dec 13 2021 LCCC MINUTES.pdf |
| 15 | 15_Dec 20 2021 Newman email.pdf |
| 16 | 16_Dec 21 2021 Cunningham email.pdf |
| 17 | 17_Jan 10 2022 LCCC MINUTES.pdf |
| 18 | 18_Jan 28 2022 McDougall email.pdf |
| 19 | 19_Jan 19 2022 Wells email.pdf |
| 20 | 20_Feb 14 2022 Cunningham email.pdf |
| 21 | 21_ Feb 16 2022 Milum email.pdf |
| 22 | 22_Jan 28 2022 Milum email.pdf |
| 23 | 23_CREW Method Weeding Chart.pdf |
| 24 | 24_Books deleted in 2021 and before March 2022.pdf |
| 25 | 25_Jan 17 2022 Wallace email.pdf |
| 26 | 26_Dec 2 2021 Milum email.pdf |
| 27 | 27_Dec 28 2021 Baker email.pdf |
| 28 | 28_WITHDRAWN |
| 29 | 29_Apr 13 2022 Wallace email.pdf |
| 30 | 30_Nov 19 2021 Milum email.pdf |

Hearing on Motion for Preliminary Injunction  Little, et al. v. Llano County, et al.
October 28, 2022  Case No. 1:22-cv-00424-RP

Plaintiffs' Exhibits

| Exhibit No. | File Name |
|---|---|
| 31 | 31_June 22 2022 Rienstra email.pdf |
| 32 | 32_LLANO COUNTY LIBRARY SYSTEM POLICIES.pdf |
| 33 | 33_Nov 9 2021 Wallace email.pdf |
| 34 | 34_Dec 30 2021 Wallace email.pdf |
| 35 | 35_Jan 16 2022 Wallace email.pdf |
| 36 | 36_Jan 25 2022 Milum email.pdf |
| 37 | 37_Feb 8 2022 Wallace email.pdf |
| 38 | 38_Mar 15 2022 Wallace email.pdf |
| 39 | 39_Mar 14 2022 Milum email.pdf |
| 40 | 40_Mar 17 2022 emails.pdf |
| 41 | 41_Milum email.pdf |
| 42 | 42_WITHDRAWN |
| 43 | 43_Apr 27 2022 Wallace email.pdf |
| 44 | 44_Baker termination.pdf |
| 45 | 45_Oliver CV.pdf |
| 46 | 46_Library Bill of Rights.pdf |
| 47 | 47_Access to Library Resources and Services for Minors.pdf |
| 48 | 48_The Freedom to Read Statement.pdf |
| 49 | 49_Dec 2 2021 Wells email.pdf |
| 50 | 50_Dec 2 2021 Milum email.pdf |
| 51 | 51_Nov 5 2021 Milum email.pdf |
| 52 | 52_deleted book list July to Nov 2021.pdf |
| 53 | 253_Jan 13 2022 Overdrive email.pdf |
| 54 | 54_ Jan 18 2022 Overdrive email.pdf |
| 55 | 55_Dec 13 2021 Overdrive email.pdf |
| 56 | 56_Feb 1 2022 Milum email.pdf |
| 57 | 57_Jan 31 2022 MacDougall email.pdf |
| 58 | 58_Baker email.pdf |
| 59 | 59_Jan 20 2022 Milum email.pdf |
| 60 | 60_Nov 8 2021 Milum email.pdf |
| 61 | 61_WITHDRAWN |
| 62 | 62_article.pdf |
| 63 | 63_article.pdf |
| 64 | 64_WITHDRAWN |
| 65 | 65_WITHDRAWN |
| 66 | 66_WITHDRAWN |

| Hearing on Motion for Preliminary Injunction | Little, et al. v. Llano County, et al. |
| --- | --- |
| October 28, 2022 | Case No. 1:22-cv-00424-RP |

Plaintiffs' Exhibits

| **Exhibit No.** | **File Name** |
| --- | --- |
| 67 | 67_WITHDRAWN |
| 68 | 68_WITHDRAWN |
| 69 | 69_WITHDRAWN |
| 70 | 70_WITHDRAWN |
| 71 | 71_WITHDRAWN |
| 72 | 72_WITHDRAWN |
| 73 | 73_WITHDRAWN |
| 74 | 74_WITHDRAWN |
| 75 | 75_WITHDRAWN |
| 76 | 76_Harmful Content Analysis Form.pdf |
| 77 | 77_Dec 15 2021 Milum email.pdf |
| 78 | 78_Milum declaration in opp to PI.pdf |
| 79 | 79_List of 5800 books in library not checked out in 3 years.pdf |
| 80 | 80_Wells's LCL profile page.pdf |
| 81 | 81_Jan 31 2022 Baskin email.pdf |
| 82 | 82_Mar 8 2022 Wells email.pdf |
| 83 | 83_Amber Milum COND.pdf |
| 84 | 84_Jerry Don Moss COND.pdf |
| 85 | 85_Rochelle Wells COND.pdf |
| 86 | 86_Bonnie Wallace COND.pdf |