**Jerry Don Moss**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 10:19-11:8 | |
| 11:13-12:4 | 11:9–13 |
| 15:1-16:23 | 16:24–17:17 |
| 18:2-4, 9-16 | |
| 19:3-6 | |
| 19:16-25 | |
| 20:7-22:5 | |
| 23:1-11 | 23:12–14 |
| 23:21-24:4 | |
| 33:16-34:1 | |
| 34:20-35:16 | |
| 37:3-13 | |
| 38:4-18 | |
| 38:24-39:2 | |
| 39:18-40-1 | |
| 41:2-10 | |
| 41:15-21 | |
| 42:22-43:8 | |
| 43:14-16 | |
| 44:4-25 | |
| 45:4-12 | |
| 47:17-25 | 48:1–4; 49:9–12; 50:20–51:9 |
| 49:13-50:13 | |
| 51:10-17 | 51:18–20 |
| 51:21-52:4 | 52:14–20 |
| 63:24-64:15 | |
| 65:17-66:24 | |
| 67:3-5 | |
| 67:15-22 | |
| 68:6-69:13 | |
| 71:6-72:1 | |
| 72:5-10 | |
| 72:25-73:3 | |
| 76:10-17 | |
| 77:2-7 | |
| 77:15-78:2 | |
| 78:11-79:12 | |
| 80:23-86:4 | |
| 86:10-87:13 | |
| 87:24-90:16 | |
| 91:1-5 | |
| 91:14-20 | |
| 91:24-92:6 | |

**Jerry Don Moss**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 92:14-18 | |
| 92:24-93:8 | |
| 93:16-94:11 | |
| 95:1-4 | |
| 97:2-20 | |
| 98:18-99:8 | |

**Amber Milum**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 12:11-20 | |
| 15:21-16:3 | |
| 16:15-17:4 | |
| 20:17-21:17 | |
| 22:4-14 | |
| 23:6-13 | |
| 24:5-16 | |
| 24:22-25 | |
| 26:1-7 | |
| 26:18-28:11 | |
| 28:15-30:12 | 31:3–4 |
| 31:5-31:17 | 31:18–32:6 |
| 32:7-18 | 32:19–24; 32:25–33:12 |
| 33:13-18 | |
| 34:11-14 | 34:15–16; 149:18–22 |
| 34:17-35:1 | |
| 35:25-36:15 | |
| 36:18-37:8 | |
| 37:12-21 | |
| 38:2-40:3 | 40:4–12 |
| 40:19-41:18 | |
| 42:13-20 | 42:2–12 |
| 43:2-44:4 | 42:21–43:1; 44:15–19 |
| 45:22-25 | |
| 48:4-49:25 | |
| 51:2-51:20 | |
| 52:4-16 | |
| 53:10-54:8 | |
| 55:12-21 | |
| 59:3-6 | 56:18–57:5 |
| 59:23-60:20 | 60:20–61:23 |
| 63:13-64:9 | 63:2–12 |
| 64:17-65:25 | 66:1–67:3 |
| 67:4-17 | |
| 67:21-68:23 | 68:24–69:2 |
| 69:7-73:5 | 73:6–22 |
| 73:23-74:4 | |
| 75:8-18 | 75:19–21 |
| 75:22-76:13 | |
| 78:5-79:21 | |
| 79:25-81:13 | |
| 81:21-82:2 | |
| 82:6-8 | |

*Little, et al. v. Llano County, et al.*
Case No. 1:22-cv-00424-RP
Plaintiffs' Pre-Trial Deposition Designations

**Amber Milum**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 82:10-15 | |
| 82:23-25 | 83:9–17 |
| 83:23-84:17 | |
| 86:22-91:18 | 91:19–92:1 |
| 92:2-14 | |
| 92:18-93:19 | |
| 94:13-95:4 | 95:14–16 |
| 96:9-13 | |
| 97:5-21 | |
| 98:9-99:8 | |
| 99:21-100:17 | |
| 102:5-21 | |
| 103:12-104:4 | |
| 104:25-106:5 | |
| 107:7-108:23 | |
| 109:2-25 | |
| 111:5-18 | |
| 112:2-113:13 | |
| 113:20-21 | |
| 114:15-115:18 | |
| 116:17-23 | |
| 117:5-9 | |
| 123:11-124:7 | 123:4–10 |
| 125:7-126:8 | |
| 128:20-131:23 | 128:7–19 |
| 133:23-135:22 | 131:24–133:22 |
| 137:10-139:21 | |
| 142:15-143:19 | |
| 144:2-21 | |
| 144:24-145:25 | |
| 146:11-147:4 | |
| 147:11-148:10 | |
| 149:23-150:5 | 149:18–22 |

*Little, et al. v. Llano County, et al.*
Case No. 1:22-cv-00424-RP
**Plaintiffs' Pre-Trial Deposition Designations**

**Rochelle Wells**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 7:15-16 | |
| 8:6-9 | |
| 8:14-12:20 | |
| 13:3-15:23 | |
| 16:11-18:12 | |
| 18:16-25 | |
| 19:1-9 | |
| 19:15-20:24 | |
| 21:17-23:10 | |
| 23:15-24:21 | |
| 24:24-26:22 | |
| 27:4-5 | |
| 27:15-29:16 | |
| 29:22-31:10 | |
| 31:17-33:22 | |
| 33:24-34:24 | |
| 35:2-4 | |
| 35:13-20 | |
| 35:23-37:12 | |
| 37:19-38:8 | |
| 38:13-20 | |
| 38:24-40:22 | |
| 41:1-11 | |
| 41:18-45:12 | |
| 45:16-46:18 | 46:19–47:5 |
| 47:17-48:13 | |
| 48:17-19 | |
| 48:25-49:10 | |
| 49:15-52:12 | |
| 52:18-53:8 | |
| 53:20-54:1 | |
| 54:9-22 | |
| 55:9-20 | |
| 55:24-56:11 | |
| 56:14-22 | |
| 57:1-58:18 | |
| 59:1-13 | |
| 61:21-62:13 | |
| 62:17-65:19 | |
| 66:21-67:19 | |
| 68:5-8 | |
| 68:12-69:8 | |
| 69:17-71:9 | |
| 71:25-72:22 | |
| 73:1-3 | |

**Rochelle Wells**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 73:15-74:1 | |
| 74:10-18 | |
| 75:10-77:7 | |
| 77:15-78:13 | |
| 78:20-79:20 | |
| 79:24-80:11 | |
| 80:15-25 | |
| 81:23-82:13 | |
| 83:9-84:24 | |
| 85:2-18 | |
| 85:24-86:21 | |
| 87:10-88:2 | |
| 88:9-89:25 | |
| 90:7-91:22 | |
| 92:1-2 | |
| 92:14-95:6 | |
| 95:25-96:5 | |
| 96:10-14 | |
| 96:23-25 | |
| 97:5-19 | |
| 97:23-100:4 | |
| 100:8-101:24 | |
| 102:20-103:12 | |
| 104:6-21 | |
| 105:6-8 | |
| 105:12-14 | |
| 105:21-106:11 | |
| 106:15-24 | |
| 107:7-11 | |
| 107:13-16 | |
| 107:20-109:6 | |
| 111:23-112:3 | |
| 112:14-22 | |
| 114:7-116:5 | |
| 116:13-117:6 | |
| 117:9-119:3 | |
| 120:11-15 | |
| 120:22-25 | |
| 121:14-122:3 | |
| 122:13-19 | |
| 122:23-123:23 | |
| 124:11-15 | |
| 125:4-5 | |
| 125:11-13 | |
| 125:17-24 | |

*Little, et al. v. Llano County, et al.*
Case No. 1:22-cv-00424-RP
**Plaintiffs' Pre-Trial Deposition Designations**

**Rochelle Wells**

| Plaintiffs' Designation | Defendants' Counter-Designation |
|---|---|
| 126:3-5 | |
| 126:18-21 | |
| 128:5-17 | |
| 129:2-130:6 | |
| 130:19-21 | |
| 130:23-24 | |
| 131:3-16 | |
| 131:20-132:1 | |
| 132:9-133:10 | |
| 133:17-134:20 | |
| 134:24-135:23 | |
| 136:2-138:8 | |
| 138:12-139:20 | |
| 140:10-13 | |
| 140:16-143:14 | |
| 143:23-147:21 | |
| 147:25-148:10 | |
| 148:25-149:15 | |
| 149:20-150:7 | |
| 150:17-25 | |
| 151:5-7 | |
| 152:2-10 | |