**FILED**
October 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, ET AL § <br> *Plaintiffs* § <br> § <br> § <br> LLANO COUNTY, ET AL § <br> *Defendants* § | NO: 1:22-CV-424 RP |

## PRELIMINARY INJUCTION HEARING WITNESS LIST

| for | PLAINTIFF | for | DEFENDANT |
|---|---|---|---|
| 1. | Martina Nackole Castelan | 1. | Amber Milum |
| 2. | Amber Milum | 2. | Ron Cunningham |
| 3. | Ron Cunningham | 3. | Jerry Don Moss |
| 4. | Jerry Don Moss | 4. | |
| 5. | Rochelle Wells | 5. | |
| 6. | Leila Green Little | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |