IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § |
| | § |
| Plaintiffs, | § Civil Action No. 1:22-cv-00424-RP |
| | § |
| v. | § **[PROPOSED] ORDER GRANTING** |
| | § **MOTION FOR SARAH SALOMON** |
| Llano County, *et al.*, | § **TO BE WITHDRAWN AS COUNSEL** |
| | § **OF RECORD** |
| Defendants. | § |
| | § |

The Court, having reviewed Plaintiffs' Motion for Sarah Salomon to Be Withdrawn as Counsel of Record (the "Motion"), hereby **GRANTS** Plaintiffs' Motion, and terminates Sarah Salomon as counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

Dated: _____, 2022          _____
                                              Hon. Robert Pitman
                                              United States District Judge