FILED
November 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Llano County, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00424-RP <br><br> **ORDER GRANTING AGREED MOTION FOR ENTRY OF A POST-HEARING BRIEFING SCHEDULE** |

The Court, having reviewed the Parties' Agreed Motion for Entry of a Post-Hearing Briefing Schedule, hereby **GRANTS** the Parties' Motion as follows:

1. Plaintiffs' post-hearing brief regarding their Motion for Preliminary Injunction shall be filed on or before **December 2, 2022**.

2. Defendants' response to Plaintiffs' post-hearing brief regarding Plaintiffs' Motion for Preliminary Injunction shall be filed on or before **December 16, 2022**.

3. Plaintiffs' reply in support of its post-hearing brief shall be filed on or before **December 23, 2022**.

IT IS SO ORDERED.

Dated: 11/14/2022.

_____
Robert Pitman
United States District Judge

1