IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § |
| Defendants. | § § |

**AGREED MOTION FOR ENTRY OF AN AMENDED**
**POST-HEARING BRIEFING SCHEDULE**

Plaintiffs and Defendants (collectively, the "Parties") by and through their respective counsel of record, hereby move for the entry of an amended post-hearing briefing schedule. In support of this agreed motion, the Parties stipulate as follows:

WHEREAS, on October 28 and 31, 2022, a motion hearing was held before the Honorable Robert Pitman regarding Plaintiffs' Motion for Preliminary Injunction (ECF No. 22); and

WHEREAS, the Parties have agreed to stipulate to an amended post-hearing briefing schedule.

NOW, THEREFORE, based upon the foregoing facts, by and through their counsel of record, the Parties respectfully request the following:

1. Plaintiffs' post-hearing brief regarding their Motion for Preliminary Injunction shall be filed on or before **December 9, 2022**.

2. Defendants' response to Plaintiffs' post-hearing brief regarding Plaintiffs' Motion for Preliminary Injunction shall be filed on or before **December 30, 2022**.

3. Plaintiffs' reply in support of its post-hearing brief shall be filed on or before **January 6, 2023**.

| | |
|---|---|
| Dated: November 30, 2022 | Respectfully submitted, |
| By: */s/ Ellen Leonida* | By: */s/ Jonathan Mitchell* |
| Ellen V. Leonida (CA Bar No. 184194) | Jonathan F. Mitchell |
| Matthew Borden (CA Bar No. 214323 | Texas Bar No. 24075463 |
| J. Noah Hagey (CA Bar No. 262331) | Mitchell Law PLLC |
| Max Bernstein (NY Bar No. 5609037) | 111 Congress Avenue, Suite 400 |
| **BraunHagey & Borden LLP** | Austin, Texas 78701 |
| 351 California Street, 10th Floor | (512) 686-3940 (phone) |
| San Francisco, CA 94104 | (512) 686-3941 (fax) |
| Tel & Fax: 415-599-0210 | jonathan@mitchell.law |
| leonida@braunhagey.com | |
| borden@braunhagey.com | Dwain K. Rogers (TX Bar No. 00788311) |
| hagey@braunhagey.com | Llano County Attorney |
| bernstein@braunhagey.com | Matthew L. Rienstra (TX Bar No. 16908020) |
| | First Assistant County Attorney |
| Ryan A. Botkin (TX Bar No. 00793366) | 801 Ford, Room 111 |
| Katherine P. Chiarello (TX Bar No. 24006994) | Llano, Texas 78643 |
| María Amelia Calaf (TX Bar No. 24081915) | Tel. 325-247-7733 |
| Kayna Stavast Levy (TX Bar No. 24079388) | Fax. 325-247-7737 |
| **Wittliff \| Cutter PLLC** | drogers@co.llano.tx.us |
| 1209 Nueces Street | matt.rienstra@co.llano.tx.us |
| Austin, Texas 78701 | |
| Tel: 512-960-4730 | *Attorneys for Defendants* |
| Fax: 512-960-4869 | |
| ryan@wittliffcutter.com | |
| katherine@wittliffcutter.com | |
| mac@wittliffcutter.com | |
| kayna@wittliffcutter.com | |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

                                        */s/ Ellen Leonida*
                                        Ellen V. Leonida