# EXHIBIT 1

Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas  78643



Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
### COUNTY ATTORNEY
Llano County, Texas

February 25, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0002CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received February 11, 2022.

You requested:

1. The budget breakdown that was emailed to the Llano County Library Advisory Board.

Please find attached a document responsive to your request.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
First Assistant County Attorney
(325) 247-7749

Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas 78643



Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
### COUNTY ATTORNEY
Llano County, Texas

February 28, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0002CJ; Amended Response

Dear Ms. Kennedy:

This letter is an amended response to your Public Information request received February 11, 2022.

You requested:

1. The budget breakdown that was emailed to the Llano County Library Advisory Board.

Please find attached a 6 page document responsive to your request.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
First Assistant County Attorney
(325) 247-7749

Attachments as noted.

Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas 78643



Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
### COUNTY ATTORNEY
Llano County, Texas

March 8, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0007CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received March 4, 2022.

You requested:

1. Revisions to the Bylaws of the Llano County Library Advisory Board that were sent to Dwain Rogers.

Please find attached the documents responsive to your request.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
First Assistant County Attorney
(325) 247-7749

Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas 78643



Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
### COUNTY ATTORNEY
Llano County, Texas

March 11, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0004CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received February 14, 2022.

You requested:

1. Any correspondence between the commissioner's court/county judge and any member of the library advisory board from 11/01/2021 to the present.
2. Any correspondence from/to Jerry Don Moss's personal email address (jerrydonmoss@hotmail.com) regarding the library from 05/01/2021 to the present.

Please find attached emails and thumb drive containing emails and attachments requested. This request response includes your requests that you may have sent to the Llano County commissioners at or about the same time.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
First Assistant County Attorney
(325) 247-7749

Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas  78643



Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
COUNTY ATTORNEY
Llano County, Texas

March 29, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0006CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received February 16, 2022.

You requested:

1. All Correspondence from Llano County Commissioners and County Judge to All Llano County Librarians from January 31, 2022 through February 17th, 2022.
2. All correspondence between Llano County Library System Director, Amber Milum and staff from February 12, 2022 through February 17, 2022.

In addition to the documents released to you in 21PIR0001CJ, 21PIR0002CJ, 21PIR0003CJ, 21PIR0004, 21PIR5CJ, and 21PIR0007CJ please see the following documents in response to your above listed request.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
Llano County Attorney
(325) 247-7749



Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas  78643

Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
COUNTY ATTORNEY
Llano County, Texas

April 11, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0009CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received April 4, 2022.

You requested:

1. The newly approved Llano County Library Advisory Board Bylaws.
2. Any other policies or procedures that the Llano County Library Advisory Board has submitted to the County for approval thus far.

In response to Request 1, these documents are available to you on the County website at www.co.llano.tx.us under "QuickLinks, Library Advisory Board". https://www.co.llano.tx.us/page/llano.LibraryAdvisoryBoard Currently the approved bylaws are posted without signatures. We are waiting for final signatures from the Commissioners.

In response to Request 2, there are no records responsive to this request.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
First Assistant County Attorney
(325) 247-7749

Llano County Courthouse  
801 Ford, Rm. 111  
Llano, Texas  78643



Tel: (325) 247-7733  
Fax: (325) 247-7737  
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
### COUNTY ATTORNEY
Llano County, Texas

April 13, 2022

Ms. Kathy Kennedy  
325-248-4099  
kathud54@gmail.com

Re: Public Information Request, 22PIR0008CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received March 31, 2022.

You requested:

> 1. Any lists you have documenting the titles of the books that have been removed from Llano County Library shelves from January 1, 2021 to the present day.
> 2. Any lists you have in your possession documenting the reasons why the books mentioned in 1. above were removed from Llano County Library shelves.
> 3. Any lists you have in your possession documenting the date the books mentioned in 1. above were removed from Llano County Library shelves.
> 4. If you have no such lists, please confirm that these lists do not exist.

In response to Request 1, please see the attached 85 pages of responsive documents;  
In response to Request 2, please see the attached 85 pages of responsive documents;  
In response to Request 3, please see the attached 85 pages of responsive documents;  
In response to Request 4, please see the attached 85 pages of responsive documents;

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra  
First Assistant County Attorney  
(325) 247-7749

Llano County Courthouse
801 Ford, Rm. 111
Llano, Texas 78643



Tel: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us

# Dwain K. Rogers
## LLANO
COUNTY ATTORNEY
Llano County, Texas

April 13, 2022

Ms. Kathy Kennedy
325-248-4099
kathud54@gmail.com

Re: Public Information Request, 22PIR0010CJ

Dear Ms. Kennedy:

This letter is in response to your Public Information request received April 4, 2022.

You requested:

> The names of any titles moved from the children, junior, YA, or YA+ sections into the adult section, and the date that they were moved.

In response to your request, there are no records responsive to this request.

If you have any questions on this request, please call me at (325) 247-7749 or email me at matt.rienstra@co.llano.tx.us.

Truly,

Matthew L. Rienstra
First Assistant County Attorney
(325) 247-7749