# EXHIBIT 11

| | |
|---|---|
| **From:** | Dwain K. Rogers |
| **To:** | Max Bernstein; Matt Rienstra; Jonathan Mitchell |
| **Cc:** | Maria Calaf; katherine@wittliffcutter.com; Kayna Levy; Ellen Leonida; Shannon Morrissey; Ryan Botkin |
| **Subject:** | RE: Little, et al. v. Llano County, et al, 1:22-cv-00424-RP |
| **Date:** | Tuesday, December 13, 2022 12:52:34 PM |

### *** EXTERNAL MESSAGE ***

Just wanted to advise everyone on the thread that we are currently working on a response.  It may not be completed and sent by 10am PST, but will be sent as soon as we complete it.

**Dwain Rogers**
Llano County Attorney
801 Ford St., Room 111
Llano, TX 78643
drogers@co.llano.tx.us
(325) 247-7733 ph
(325) 247-7737 fax

