# Exhibit 1

# The CREW Method Weeding Chart:

Overview Chart for CREW Formulas Used in Library Collection Weeding

**Please see notes at bottom of page for tips in reading the chart**

| Dewey Class | | Age/Yrs. since last circ./Condition | Dewey Class | | Age/Yrs. since last circ./Condition |
|---|---|---|---|---|---|
| 000 | 011 | 10/X/MUSTIE | 800 | | X/X/ MUSTIE |
| | 020 | 10/3/ MUSTIE | 900 | 910 | 5/3/ MUSTIE (geography & guide books) |
| | 030 | 5/X/ MUSTIE | | | |
| | Others | 5/X/ MUSTIE | | 920 | 10/3/ MUSTIE (personal narratives) |
| | | | | Others | 15/3/ MUSTIE |
| 100 | 133 | 15/X/ MUSTIE | | | |
| | 150 | 10/3/MUSTIE | B or 92 (Biography) | | X/2/ MUSTIE |
| | 160 | 10/3/ MUSTIE | | | |
| | | | F or FIC (Fiction) | | X/2/ MUSTIE |
| 200 | | 10/3/ MUSTIE or 5/X/ MUSTIE | | | |
| | | | E Fiction (Picture Books) | | X/2/ MUSTIE |
| 300 | 310 | 2/X/ MUSTIE | | | |
| | 320 | 5/3/ MUSTIE (tropical) | | | |
| | | 10/3/ MUSTIE (historical) | JF (Juvenile Fiction) | | X/2/ MUSTIE |
| | 330 | 5/3/ MUSTIE | | | |
| | 340 | 10/X/ MUSTIE | | | |
| | 350 | 10/X/ MUSTIE | YA (Young Adult Fiction) | | 3/2/ MUSTIE |
| | 360 | 5/X/ MUSTIE | | | |
| | 370 | 10/3/ MUSTIE | | | |
| | 390 | 5/3/ MUSTIE (etiquette) | J and YA Nonfiction | | Use Adult Criteria |
| | | 10/3/ MUSTIE (folklore, customs) | | | |
| | | | Periodicals and Newspapers | | 3/X/X |
| 400 | | 10/3/ MUSTIE | | | |
| | | | VF (Vertical File) | | 1/2/MUSTIE |
| 500 | 510 | 10/3/ MUSTIE | | | |
| | 550 | X/3/ MUSTIE | College Catalogs | | 2/X/MUSTIE |
| | 570 | 10/3/ MUSTIE | | | |
| | 580 | 10/3/ MUSTIE | NP (Non-print Media and AV) | | WORST |
| 600 | 610 | 5/3/ MUSTIE | | | |
| | 630 | 5/3/ MUSTIE | | | |
| | 635 | 10/3/ MUSTIE | Videocassettes | | 12/2/WORST |
| | 640 | 5/3/ MUSTIE | | | |
| | 649 | 5/3/ MUSTIE | Local History | | X/X/X |
| | 690 | 10/3/ MUSTIE | | | |
| | Others | 5/3/ MUSTIE | Donations and Memorials | | X/X/MUSTIE |
| 700 | 745 | X/3/ MUSTIE | | | |
| | 770 | 5/3/ MUSTIE | Source: Chart is Courtesy of Library Development Division, Texas State Library (Power Tools, ALA, 1998) | | |
| | 790 | 10/3/ MUSTIE | | | |
| | Others | X/X/ MUSTIE | | | |

**MUSTIE** = <u>M</u>isleading, <u>U</u>gly, <u>S</u>uperseded by new editions or better books, <u>T</u>rivial, <u>I</u>rrelevant to school community needs and interests, easily obtained <u>E</u>lsewhere via interlibrary loan.

**WORST** = <u>W</u>orn out, <u>O</u>ut of date, <u>R</u>arely used, <u>C</u>entral office/borough can supply, <u>T</u>rivial

**X** = This factor is not applicable to this specific Dewey Range—do not consider it.

MILLM#5RERr00500

Plaintiffs' Exhibit

23