# Exhibit 2

# Unused Materials Specifics

- Non-circulating for 3-5 years
- Duplicate copies no longer needed
- Periodicals that are available in full-text
- Unused volumes in sets or series
- Unneeded titles in subject areas used less frequently
- "Hot topics" popular more than 5 years ago
- More books than needed on one topic
- Formats no longer popular (VHS)
- Material that is no longer important to the collection (curricula, demographics)



# Poor Content Specifics

- Outdated and obsolete (computers, law, science, space, health, technology, travel)
- Trivial subject matter (outdated popular culture)
- Mediocre writing style
- Inaccurate or false information
- Unused sets of books (keep used volumes if they meet local needs)
- Repetitious series
- Superseded editions
- Resources not on standard lists or that weren't reviewed
- Materials that contain bias, racist, sexist terminology or views
- Unneeded duplicates
- Self-published or small press titles that are not circulating, especially those added as gifts



MILUM 4 RFP - 0054