# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Llano County**, et al., <br><br> Defendants. | Case No. 1:22-cv-00424-RP |

### DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent the defendants in this litigation.

4. The document attached as Exhibit 1 to this brief is an authentic copy of the CREW method weeding chart that was introduced by the plaintiffs as part of their Exhibit 23.

5. The document attached as Exhibit 2 to this brief are authentic copies of pages 44 and 45 of plaintiffs' Exhibit 23, which a part of a slideshow on weeding assembled by Dawn Volger.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

*Jonathan F. Mitchell*
JONATHAN F. MITCHELL