IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER, <br><br> Plaintiffs, <br><br> v. <br><br> LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00424-RP |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

The Plaintiffs respectfully request leave to file a Reply Brief of fifteen pages in support of their post-hearing brief of December 9, 2022 (ECF No. 91). Plaintiffs are requesting these extra pages in order to fully respond to Defendants' Response 30-page brief, which is riddled with

1

inaccuracies, advances new arguments, and includes new affidavits by key witnesses. Plaintiffs have conferred with counsel for Defendants, and they are unopposed to this request.

Dated: January 3, 2023 　　　　　　　　　　Respectfully Submitted,

**BRAUNHAGEY & BORDEN LLP**
/s/ *Ellen Leonida*
Ellen V. Leonida (*pro hac vice*)
Matthew Borden (*pro hac vice*)
J. Noah Hagey (*pro hac vice*)
Max Bernstein (*pro hac vice*)

**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel & Fax: 415-599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
bernstein@braunhagey.com

**WITTLIFF | CUTTER PLLC**
/s/ *María Amelia Calaf*
Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
Kayna Stavast Levy (TX Bar No. 24079388)

**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com
kayna@wittliffcutter.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that lead counsel for Plaintiffs, Ellen Leonida, conferred with Jonathan Mitchell, counsel for Defendants, over email and he informed me that his clients are unopposed to this motion.

/s/ *María Amelia Calaf*
María Amelia Calaf

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2023, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

/s/ *María Amelia Calaf*
María Amelia Calaf
