United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| Leila Green Little, *et al.*,<br>    Plaintiffs,<br>v.<br>Llano County, *et al.*,<br>    Defendants, | Case No. 1:22-cv-424-RP |

### FIRST AMENDED NOTICE OF DEFENDANT LLANO COUNTY, ET AL SUBMISSION OF ESI DOCUMENT PRODUCTION TO PLAINTIFFS'.

Defendant Llano County, et al, by and through its attorneys, submits this Notice of Submitting the following discovery responses to Plaintiffs':

1. ESI Responses to Plaintiffs' Requests for Productions regarding emails containing metadata for the following defendants:
    a. Llano County Judge Ron Cunningham,
    b. Commissioner Peter Jones,
    c. Commissioner Linda Raschke,
    d. Commissioner Mike Sandoval,
    e. Commissioner Jerry Don Moss, and
    f. Amber Milum, Llano County Library Director.

Insofar as the Plaintiffs' Requests are for ESI, Defendants are unable to Bate Stamp the documents nor assign the documents (emails) to specific requests. It should be noted that Defendants did assign Bate Stamps to previously produced emails and assigned the previously submitted emails to Plaintiffs' specific requests.

Below signed counsel continue to work, along with their other mandatory obligations, through the remainder of Plaintiffs' demands for additional ESI.

Respectfully Submitted,

*/s/ Dwain K. Rogers*

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Ave., Ste. 400
Austin, Texas 78701
(512) 686-3490 (telephone)

(512) 686-3491(fax)
jonathan@mitchell.law
Dwain K. Rogers
Llano County Attorney
Texas Bar No. 00788311
Matthew L. Rienstra
First Assistant County Attorney
Texas Bar No. 16908020
801 Ford, Room 111
Llano, Texas 78643
Tel. 325-247-7733 (telephone)
Fax. 325-247-7737 (fax)
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I served this document though CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Sarah Salomon
Pratik, Ghosh
Amy Senia
Braun Hagey & Borden LLP
354 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
Maria Amelia Calaf
Wittliff Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
Ryan@wittliffcutter.com
Katherine@wittliffcutter.com
mac@wittliffcutter.com
Counsel for Plaintiffs

*/s/ Dwain K. Rogers*
Dwain K. Rogers
Llano County Attorney
Texas Bar No. 00788311
Matthew L. Rienstra
First Assistant County Attorney
Texas Bar No. 16908020
801 Ford, Room 111
Llano, Texas 78643

Tel. 325-247-7733
Fax. 325-247-7737
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants