# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § <br> § <br> § |
| Plaintiffs, | § Civil Action No. 1:22-cv-00424-RP <br> § |
| v. | § **[PROPOSED] ORDER DENYING** <br> § **DEFENDANTS' MOTION FOR LEAVE** |
| Llano County, *et al.*, | § **TO FILE SUR-REPLY** <br> § |
| Defendants. | § <br> § <br> § |

On January 30, 2023, Defendants filed a Motion for Leave to File a Sur-Reply. The Court, having reviewed all materials submitted, and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **DENIES** Defendants' Motion.

**IT IS SO ORDERED**.

Dated: _____    _____
                                                                                    Hon. Robert Pitman
                                                                                    United States District Judge

1