UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Leila Green Little**, et al.,

   Plaintiffs,

v.

**Llano County**, et al.,

   Defendants.

Case No. 1:22-cv-00424-RP

## DEFENDANTS' DESIGNATION OF REBUTTAL EXPERT

Defendants Llano County et al. designate the following expert who may testify on the defendants' behalf in response to the plaintiffs' expert witnesses:

Peter Wood, MLS, PhD

Dr. Wood served as the University Librarian at Boston University from 1994 to 2003. This is the highest-ranking library position at the university. He earned a master of library science degree from Rutgers University in 1977 and worked as the special librarian in a civil-engineering firm and then as the librarian for a country planning board. In 1982, after finishing his course work and fieldwork for his PhD in anthropology, Dr. Wood worked as an instruction librarian at Northeastern University, and from there went to Boston University to serve as the management and economics bibliographer. In that position he was responsible for building and maintaining the university's collections in these two broad subjects.

After defending his PhD dissertation in anthropology in 1986, Dr. Wood was promoted to assistant to the library director and university librarian. A year later he was appointed as assistant to the university provost, who delegated to him diverse responsibilities for the library. At the death of the University Librarian, Dr. Wood was

appointed acting university librarian. He was also in charge of the Scholarly Publications, a position that gave him responsibility for four major journals including *Partisan Review*. In 2005 Dr. Wood was appointed provost of The King's College (NYC), the responsibilities of which included oversight of the college library. This in turn required retrieving from storage a 20,000 volume library collection from the ancestor institution of The King's College, and setting the parameters for weeding this collection prior to incorporating it into the college's current library. As president of the National Association of Scholars, Dr. Wood has also overseen the development of a specialized scholarly library to serve the staff and members of the organization.

Dr. Wood will counter and refute each of the opinions and conclusions offered in the Boon Report and the Lankes Report, which the plaintiffs served on the defendants on February 17, 2023. Dr. Wood's CV is attached to his report, which we are serving separately on the plaintiffs.

|  | Respectfully submitted. |
|---|---|
| Dwain K. Rogers<br>Texas Bar No. 00788311<br>County Attorney | /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell<br>Texas Bar No. 24075463<br>Mitchell Law PLLC |
| Matthew L. Rienstra<br>Texas Bar No. 16908020<br>First Assistant County Attorney | 111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law |
| Llano County Attorney's Office<br>Llano County Courthouse<br>801 Ford Street<br>Llano, Texas 78643<br>(325) 247-7733<br>dwain.rogers@co.llano.tx.us<br>matt.rienstra@co.llano.tx.us | |
| Dated: March 6, 2023 | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on March 6, 2023, I served this document through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Sarah Salomon
Pratik Ghosh
Amy Senia
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs*

                                               /s/ Jonathan F. Mitchell
                                              Jonathan F. Mitchell
                                              *Counsel for Defendants*