United States District Court
Western District of Texas
Austin Division

**Leila Green Little, *et al.*,**
   **Plaintiffs,**

v.

**Llano County, *et al.*,**
   **Defendants,**

Case No. 1:22-cv-424-RP

## SEVENTH AMENDED NOTICE OF DEFENDANT LLANO COUNTY, ET AL SUBMISSION OF ESI DOCUMENT PRODUCTION TO PLAINTIFFS'.

Defendant Llano County, et al, by and through its attorneys, submits this Notice of Submission of the following discovery responses in a thumb drive and via Dropbox to Plaintiffs':

1. ESI Responses to Plaintiffs' Requests for Productions regarding text messages for the following defendants:
   a. Ron Cunningham
   b. Peter Jones
   c. Mike Sandoval
   d. Linda Raschke
   e. Jerry Don Moss
   f. Amber Milum
   g. Gay Baskins

Insofar as the Plaintiffs' Requests are for ESI, Defendants are unable to Bate Stamp the documents nor assign the documents (texts) to specific requests. Defendants are producing this ESI via thumb drive and attempting to produce via Dropbox. The thumb drive is being delivered via USPS over night mail.

Below signed counsel continue to work, along with their other mandatory obligations, through the remainder of Plaintiffs' demands for additional ESI.

Respectfully Submitted,

*Matthew L. Rienstra*

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Ave., Ste. 400

Austin, Texas 78701
(512) 686-3490 (telephone)
(512) 686-3491(fax)
jonathan@mitchell.law
Dwain K. Rogers
Llano County Attorney
Texas Bar No.  00788311
Matthew L. Rienstra
First Assistant County Attorney
Texas Bar No. 16908020
801 Ford, Room 111
Llano, Texas 78643
Tel. 325-247-7733 (telephone)
Fax. 325-247-7737 (fax)
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I served this document though CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Sarah Salomon
Pratik, Ghosh
Amy Senia
Braun Hagey & Borden LLP
354 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
Maria Amelia Calaf
Wittliff Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
Ryan@wittlifcutter.com
Katherine@wittliffcutter.com
mac@wittliffcutter.com
Counsel for Plaintiffs

*Matthew L. Rienstra*
Dwain K. Rogers
Llano County Attorney
Texas Bar No.  00788311
Matthew L. Rienstra
First Assistant County Attorney
Texas Bar No. 16908020

801 Ford, Room 111
Llano, Texas 78643
Tel. 325-247-7733
Fax. 325-247-7737
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us
Counsel for Defendants