IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | | |
| Defendants. | | |

### DECLARATION OF ELLIS HERINGTON

I, Ellis E. Herington, declare:

1. I am an attorney at BraunHagey & Borden LLP and counsel of record for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' deposition notice directed to Defendant Bonnie Wallace and accompanying proof of service.

3. Attached as **Exhibit 2** is a true and correct copy of an email I received from Jonathan Mitchell, counsel for Defendants in this action, on March 22, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of an email thread including emails that I sent to Jonathan Mitchell and received from Jonathan Mitchell on March 22, 2023.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 22, 2023     By: *[signature]*
                              Ellis E. Herington

1