# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## <u>PLAINTIFFS' NOTICE OF DEPOSITION OF BONNIE WALLACE</u>

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Defendant Bonnie Wallace. The deposition will take place at the offices of Wittliff | Cutter 1209 Nueces Street Austin, Texas 78701 on March 22, 2023, commencing at 10:00 A.M. Central Standard Time or at a time and place mutually agreeable to the parties.

The deposition will continue from day to day and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition may be used at a hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.


Dated: March 1, 2023                    BRAUNHAGEY & BORDEN LLP


By:    */s/ Ellen Leonida*
          Ellen Leonida

*Attorneys for Plaintiffs*

1

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00424-RP |
| | § | |
| Llano County, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**<u>PROOF OF SERVICE</u>**

I, Ellis Herington, declare:

I am over the age of 18 and not a party to this action. My business address is BraunHagey & Borden LLP, 351 California Street, 10th Floor, San Francisco, CA 94104, which is located in the county where the service described below occurred.

I certify that on March 1, 2023, based on an agreement of the parties to accept email or electronic service, I served the below documents by causing them to be sent from my email address, herington@braunhagey.com, to counsel for Defendants at the email addresses listed below. I did not receive, within a reasonable time after the transmission was sent, any message or indication that the transmission was unsuccessful.

Documents Served:

- Plaintiffs' Notice of Deposition of Ron Cunningham
- Plaintiffs' Notice of Deposition of Jerry Don Moss
- Plaintiffs' Notice of Deposition of Peter Jones
- Plaintiffs' Notice of Deposition of Mike Sandoval
- Plaintiff's Notice of Deposition of Linda Raschke
- Plaintiff's Notice of Deposition of Amber Milum
- Plaintiff's Notice of Deposition of Bonnie Wallace
- Plaintiff's Notice of Deposition of Rhonda Schneider
- Plaintiff's Notice of Deposition of Gay Baskin
- Proof of Service

Parties Served:

| | |
|---|---|
| Jonathan Mitchell | Dwain K. Rogers |
| Mitchell Law PLLC | Matthew L. Rienstra |
| 111 Congress Avenue, Suite 400 | Llano County Attorney's Office |
| Austin, Texas 78701 | 804 Ford Street |
| jonathan@mitchell.law | Llano, TX 78643 |
| | dwain.rogers@co.llano.tx.us |
| *Counsel for Defendants* | matt.rienstra@co.llano.tx.us |
| | |
| | *Counsel for Defendants* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 1, 2023                    By: _____

                                             Ellis Herington