IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, | § |
| | § |
| Plaintiffs, | § Civil Action No. 1:22-cv-00424-RP |
| | § |
| v. | § **[PROPOSED] ORDER GRANTING** |
| | § **PLAINTIFFS' OPPOSED MOTION TO** |
| Llano County, *et al.*, | § **COMPEL AND FOR SANCTIONS** |
| | § |
| Defendants. | § |
| | § |

The Court, having reviewed all materials submitted in support of Plaintiffs' Opposed Motion to Compel and for Sanctions ("Motion"), and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **GRANTS** Plaintiffs' Motion, and **ORDERS**:

1. The Court finds that Defendant Wallace failed to appear at the time and place properly noticed for her deposition;

2. The Court finds that Defendant Wallace had no justification for her failure to appear at the time and place properly noticed for her deposition;

3. Defendant Wallace must appear for her deposition on or before March 29, 2023, subject to Defendant Wallace's availability; and

4. Defendant Wallace and her counsel must pay the reasonable expenses, including attorney's fees, caused by Defendant Wallace's failure to attend her deposition.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Robert Pitman
United States District Judge