**FILED**
March 29, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Llano County, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00424-RP <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED TEN DEPOSITION LIMIT** |

The Court, having reviewed all materials submitted in support of Plaintiffs' Fed. R. Civ. P. 30(a)(2)(A)(i) Opposed Motion For Leave to Exceed Ten Deposition Limit, and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **GRANTS** Plaintiffs' Motion, and **ORDERS**:

1. Plaintiffs shall be permitted to exceed the presumptive ten-deposition limit under Federal Rule of Civil Procedure 30(a)(2)(A)(i).

2. Plaintiffs may take depositions of the following individuals, as previously noticed:

- Ron Cunningham, Defendant;
- Linda Raschke, Defendant;
- Bonnie Wallace, Defendant;
- Gay Baskin, Defendant;
- Rhonda Schneider, Defendant;
- Jerry Don Moss, Defendant;
- Mike Sandoval, Defendant;
- Amber Milum, Defendant;
- Peter Jones, Defendant;

- Jonathan Mitchell, attorney for Defendants and "anonymous donor" of Banned Books to Llano County Library System;
- Cindy Travers, non-Defendant member of the Library Advisory Board;
- Nancy Miller, non-Defendant member of the Library Advisory Board;
- Sharon Maki, non-Defendant member of the Library Advisory Board;
- Louann Raley, non-Defendant member of the Library Advisory Board; and
- Anita Hilton, non-Defendant member of the Library Advisory Board.

**IT IS SO ORDERED**.

Dated: ___03/29/2023___

_____
Hon. Robert Pitman
United States District Judge