**From:** Jonathan Mitchell  jonathan@mitchell.law
**Subject:** Re: response to motion to extend discovery deadline
**Date:** April 3, 2023 at 2:49 PM
**To:** Ellis Herington  herington@braunhagey.com
**Cc:** Dwain K. Rogers  drogers@co.llano.tx.us, Matt Rienstra  matt.rienstra@co.llano.tx.us, Ellen Leonida  Leonida@braunhagey.com, Andrew Levine  levine@braunhagey.com, Kayna Levy  kayna@wittliffcutter.com, Max Bernstein  bernstein@braunhagey.com, Shannon Morrissey  Morrissey@braunhagey.com, Katherine Chiarello  katherine@wittliffcutter.com, Ryan Botkin  ryan@wittliffcutter.com, Maria Calaf  mac@wittliffcutter.com

Ellis:

I will not agree to commit legal malpractice in exchange for your non-opposition to a request to extend a briefing deadline.

I am, however, willing to make any concession needed to avoid prejudicing your clients from our proposed extension of the briefing deadline. I believe that I avoided any possibility of prejudice by promising to agree to an additional one week of fact discovery if your motion to extend the discovery deadline is granted.

If that offer is not sufficient to avoid prejudice to your clients, please explain what else would be needed. Otherwise, this is something that you should agree to as a matter of basic professional courtesy.

—Jonathan

> On Apr 3, 2023, at 4:13 PM, Ellis Herington <herington@braunhagey.com> wrote:
>
> Jonathan,
>
> Plaintiffs cannot consent to any extension of this deadline unless Defendants will agree not to move to stay proceedings in the district court during the pendency of your appeal.
>
> Best,
> Ellis
>
> Ellis E. Herington
> B R A U N H A G E Y & B O R D E N LLP
> Direct: (415) 491-7025 ext. 185
> Cell: (415) 672-0066
>
> **From:** Jonathan Mitchell <jonathan@mitchell.law>
> **Sent:** Sunday, April 2, 2023 1:16 AM
> **To:** Ellis Herington <herington@braunhagey.com>; Dwain K. Rogers <drogers@co.llano.tx.us>; Matt Rienstra <matt.rienstra@co.llano.tx.us>; Ellen Leonida <Leonida@braunhagey.com>; Andrew Levine <levine@braunhagey.com>; Kayna Levy <kayna@wittliffcutter.com>; Max Bernstein <bernstein@braunhagey.com>; Shannon Morrissey <Morrissey@braunhagey.com>; Katherine Chiarello <katherine@wittliffcutter.com>; Ryan Botkin <ryan@wittliffcutter.com>; Maria Calaf <mac@wittliffcutter.com>
> **Subject:** response to motion to extend discovery deadline
>
> *** EXTERNAL MESSAGE ***
>
> Counsel:
>
> Our response to your motion to extend the discovery deadline is currently due on April

Our response to your motion to extend the discovery deadline is currently due on April 7. Would you be willing to consent to a 7-day extension of our deadline to respond? I have a lot on my plate this week (including an oral argument in the Fifth Circuit and several briefing deadlines), and I also have two briefs due on April 10.

If you want to extend your requested discovery deadline by an additional week to accommodate this request, we would not object to that.

Thanks for considering this.

—Jonathan

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**