UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**Llano County**, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00424-RP |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR THE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE

  The defendants' motion to extend their deadline for responding to the plaintiffs' motion to extend the discovery deadline is GRANTED. The defendants shall submit their response to the plaintiffs' motion to extend the discovery deadline on or before April 14, 2023.

Dated: _____

                 _____
                 HONORABLE ROBERT PITMAN
                 UNITED STATES DISTRICT JUDGE