UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Llano County**, et al., <br><br> Defendants. | Case No. 1:22-cv-00424-RP |

### Motion To Expedite Consideration Of Defendants' Motion For Extension Of Time To Respond To The Plaintiffs' Motion To Extend Discovery Deadline

Earlier today, the defendants filed an opposed motion to extend their deadline for responding to the plaintiffs' motion to extend the discovery deadline (ECF No. 138). Because the defendants' response is currently due on April 7, 2023, the defendants respectfully ask the Court to expedite consideration of this motion so that it can rule on the request to extend the deadline by close of business on April 6, 2023.

The parties have exchanged additional e-mails since the defendants filed their motion for extension of time this morning. But the plaintiffs remain unwilling to consent to the requested 7-day extension. Nor have they plaintiffs explained how the requested extension would prejudice their clients, given the defendants' willingness to extend the new discovery deadline requested by the plaintiffs if this Court eventually grants their motion for extension of the discovery deadline.

The defendants respectfully ask the Court to require the plaintiffs to respond to our motion to extend the deadline for responding to the plaintiffs' motion to extend the discovery deadline by 5:00 p.m. central time on Wednesday, April 5. We will then

file any reply brief by noon central time on Thursday, April 6. The defendants respectfully ask the Court to rule on the motion for extension of time by 5:00 p.m. central time on Thursday, April 6.

We e-mailed the plaintiffs at 3:54 a.m. central time this morning to ask for their position on the motion to expedite, but they did not state their position in their response to our e-mail. *See* Exhibit 2.

A proposed order is attached.

|  |  |
|---|---|
|  | Respectfully submitted. |
| Dwain K. Rogers<br>Texas Bar No. 00788311<br>County Attorney | /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell<br>Texas Bar No. 24075463<br>Mitchell Law PLLC |
| Matthew L. Rienstra<br>Texas Bar No. 16908020<br>First Assistant County Attorney | 111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law |
| Llano County Attorney's Office<br>Llano County Courthouse<br>801 Ford Street<br>Llano, Texas 78643<br>(325) 247-7733<br>dwain.rogers@co.llano.tx.us<br>matt.rienstra@co.llano.tx.us |  |
| Dated: April 4, 2023 | *Counsel for Defendants* |

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed counsel for the plaintiffs at 3:54 a.m. central time today to request their position on our motion to expedite. Ellen Leonida responded to my e-mail at 1:49 p.m. central time but did not state her position on this motion. Our correspondence is attached as Exhibit 2 to this motion.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 4, 2023, I served this document through CM/ECF upon:

Ellen V. Leonida
Matthew Borden
J. Noah Hagey
Max Bernstein
Ellis E. Herington
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
bernstein@braunhagey.com
herington@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

*Counsel for Plaintiffs*

                                                   /s/ Jonathan F. Mitchell
                                                  Jonathan F. Mitchell
                                                  *Counsel for Defendants*