# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | |
| | § | 1:22-CV-424-RP |
| LLANO COUNTY, et al., | § | |
|     Defendants. | § | |

## ORDER SETTING HEARING AND SANCTIONS WARNING

The court previously set several motions (Dkts. #92, #114, #123, #124 & #127) for hearing. The court now **SETS** Plaintiffs' Opposed Motion to Compel and for Sanctions (Dkt. #135) for the in-person hearing on Thursday, **April 27, 2023, at 10:00 a.m.** Defendant Amber Milum is **ORDERED** to be physically present in the courtroom on the day of the hearing.

The court takes Plaintiffs' additional request for sanctions **UNDER ADVISEMENT** and reiterates the **SANCTIONS WARNING** contained in its previous order (Dkt. #140). Should Defendant Amber Milum fail to physically appear at the hearing, she will be violation of this court's Order and may be subject to sanctions.

The court **FURTHER ORDERS** the parties to participate in a meet and confer to attempt to resolve this motion (Dkt. #135) along with the other motions (Dkts. #92, #114, #123, #124 & #127) without court intervention and to file a joint notice no later than noon Tuesday, April 25, 2023, identifying the issues that have been resolved and the remaining outstanding issues.

SIGNED April 13, 2023.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1