IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Llano County, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00424-RP |

### DECLARATION OF ELLEN LEONIDA
### IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Ellen Leonida, declare:

1.  I am an attorney at BraunHagey & Borden LLP and counsel of record for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently to the facts stated herein.

2.  On March 31, 2023, I took the deposition of Jonathan Mitchell, counsel for Defendants in this case. Attached as **Exhibit 1** is a true and correct copy of select excerpts and exhibits from the transcript of the deposition of Mr. Mitchell.

3.  Attached as **Exhibit 2** is a true and correct copy of an email thread including emails that Plaintiffs' counsel sent to Jonathan Mitchell and received from Jonathan Mitchell on April 14, 2023.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: April 14, 2023                                By: */s/ Ellen Leonida*
                                                                    Ellen Leonida

1