# EXHIBIT 2

| | |
|---|---|
| **From:** | Jonathan Mitchell |
| **To:** | Ellis Herington |
| **Cc:** | Dwain K. Rogers; Matt Rienstra; Ellen Leonida; Andrew Levine; Max Bernstein; Marissa Benavides; Shannon Morrissey; Kayna Levy; Maria Calaf; Ryan Botkin; Katherine Chiarello |
| **Subject:** | Re: Little v. Llano County - meet and confer |
| **Date:** | Friday, April 14, 2023 2:30:27 PM |

**\*\*\* EXTERNAL MESSAGE \*\*\***

Opposed.

> On Apr 14, 2023, at 11:18 AM, Ellis Herington <herington@braunhagey.com> wrote:
>
> Jonathan,
>
> Thanks again for the meet and confer earlier. Please send the Zoom recording over when it is available.
>
> Additionally, I write regarding the deposition we previously took of you on March 31. Consistent with our position on the documents Defendants have withheld as privileged, we intend to move to compel your second deposition to obtain testimony as to certain deposition questions you refused to answer on privilege grounds. These include communications concerning your donation of books to the library system and your legislative drafting work (and related documents). Please confirm whether you will oppose this motion.
>
> Best,
> Ellis
>
> Ellis E. Herington
> **B R A U N H A G E Y & B O R D E N** LLP
> Direct: (415) 491-7025 ext. 185
> Cell: (415) 672-0066

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**