IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Llano County, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § Civil Action No. 1:22-cv-00424-RP <br> § <br> § <br> § <br> § <br> § |

## **AMENDED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

The parties shall complete all expert discovery on or before May 19, 2023.

Motions for summary judgment shall be filed as follows:

a. Defendants' motion for summary judgment shall be filed on or before June 9, 2023, and shall be limited to 20 pages.

b. Plaintiffs' response and cross-motion for summary judgment shall be filed on or before June 23, 2023, and shall be limited to 30 pages.

c. Defendants' response to Plaintiffs' cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment shall be filed on or before July 7, 2023, and shall be limited to 30 pages.

d. Plaintiffs' reply brief in support of the cross-motion shall be filed no later than July 21, 2023, and shall be limited to 10 pages.

All parties reserve the right to move for a stay of proceedings in the District Court in the event of an interlocutory appeal.

The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

This case is set for jury trial commencing at 9:00am on October 16, 2023. The parties are advised that Jury Selection may take place on the Friday before.

SIGNED on this 1st day of May, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE