IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little,** *et al.*, | § |
| **Plaintiffs,** | § |
| v. | §   1:22-cv-424-RP |
| **Llano County,** *et al.*, | § |
| **Defendants.** | § |

ORDER REGARDING
PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY

Before the Court are Dkt. Nos. 92 and 114.[1] After reviewing all the relevant briefing and receiving oral arguments at the April 27, 2023 Motions Hearing, and reviewing the entire case file, the Court **GRANTS** the Motions **IN PART** and issues the following **ORDER**:

**On or before 5:00 PM Central Time on May 30, 2023**, Defendants are **ORDERED** to produce the following:

1. All responsive emails to and from llanoco.libraryadvisoryboard@gmail.com, bwpandc@gmail.com, and LibertyForTheCaptives@hotmail.com.

2. All responsive emails to and from Llano County Library and Librarian email addresses:

    a. llanocountylibrary@yahoo.com,
    b. amilum.klib@yahoo.com,
    c. llano_bookcomment@yahoo.com,
    d. il.klib@yahoo.com,
    e. lakeshore.library@gmail.com, and
    f. llano.circ@yahoo.com.

---

[1] On March 29, 2023, U.S. District Judge Robert Pitman referred the above motions for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**On or before 5:00 PM Central Time on May 30, 2023**, Defendants are **FURTHER ORDERED** to produce responsive documents to and from the following email addresses, to the extent they are able to access the applicable passwords:

a. nrenshaw.klib@yahoo.com,
b. sbaker.klib@yahoo.com,
c. suzette2699@yahoo.com, and
d. apuryear.klib@yahoo.com.

Defendants are **FURTHER ORDERED** to **CERTIFY on or before May 30, 2023 at 5:00 p.m. Central time**, in a written document to be filed with the Court and under penalty of perjury, that they have produced all documents responsive to Plaintiffs' discovery requests, as detailed above. Such certification shall include a statement that Defendants have taken all reasonable efforts to ascertain the passwords for all responsive Llano County Library and Librarian email addresses, regardless of email domain.

Defendants are **WARNED** that should they fail to timely comply with this and subsequent discovery orders Defendants will be subject to **SANCTIONS** as permitted by Federal Rule of Civil Procedure 37(d) and other authority.

Plaintiffs filed two versions of their Opposed Motion to Compel Discovery Responses and Sanctions. The version at Dkt. No. 92 was mooted by the corrected version at Dkt. No. 114. Accordingly, Plaintiffs' Opposed Motion to Compel Discovery Responses and Sanctions (Dkt. #114) is **GRANTED IN PART** consistent with this order and Dkt. No. 92 is **DISMISSED AS MOOT**.

SIGNED May 1, 2023.

_____
HON. MARK LANE
UNITED STATES MAGISTRATE JUDGE