IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, et al., § | |
| Plaintiffs, § | |
| v. § | |
| § | 1:22-CV-424-RP |
| LLANO COUNTY, et al., § | |
| Defendants. § | |

## ORDER

Before the Court are Dkt. Nos. 123, 127, and 135.[1] After reviewing all the relevant briefing and receiving oral arguments at the April 27, 2023 Motions Hearing, and reviewing the entire case file, the Court **GRANTS in PART** the Motions and issues the following **ORDER**:

Having previously been granted leave by U.S. District Judge Robert Pitman to exceed the ten-deposition limit imposed by Federal Rule of Civil Procedure 30(a)(2)(A)(i), Dkt. #128, Plaintiffs now are **GRANTED LEAVE**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(ii), to conduct an additional deposition each of Defendants Amber Milum, Jerry Don Moss, and Bonnie Wallace. As stated at the Motions Hearing, these depositions shall be conducted within 10 days of May 30, 2023.

Accordingly, Defendants Amber Milum, Jerry Don Moss, and Bonnie Wallace are **ORDERED** to appear for deposition **on or before 5:00 PM Central Time on June 9, 2023.**

SIGNED May 1, 2023.

MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] On March 29, 2023 and April 11, 2023, U.S. District Judge Robert Pitman referred the above motions for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

1