IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, et al., § | |
| § | |
| Plaintiffs, § | |
| v.                    § | 1:22-CV-424-RP |
| § | |
| LLANO COUNTY, et al., § | |
| § | |
| Defendants.        § | |

## ORDER

Before the Court is Defendants' Opposed Motion to Expedite Consideration in Part of Defendants' Motion to Compel Return of Privileged Documents ("Motion").[1] After reviewing the Motion, the court issues the following **ORDER**:

(1) Dkt. #151-2 has been sealed. Thus, to the extent the Motion requests that the court order Dkt. #151-2 be sealed, the Motion is **MOOT**; and

(2) To the extent that the Motion requests Plaintiffs refrain from using or disclosing the contents of Dkt. #151-2, Plaintiffs are **ORDERED** to treat Dkt. #151-2 as privileged until the court makes a determination as to privilege; for the time being Plaintiffs may only use Dkt. #151-2 for the limited purpose of litigating Dkt. #167;

(3) In light of the foregoing, to the extent the Motion requests an expedited hearing of Dkt. #167, the Motion is **DENIED**.

Accordingly, Defendants' Motion (Dkt. #169) is **GRANTED in Part and DENIED in Part and MOOT in Part**.

SIGNED May 12, 2023.

MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 11, 2023, U.S. District Judge Robert Pitman referred the above motion for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. May 11, 2023 Text Order in Civil Case No. 1:22-cv-424-RP.

1