IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Llano County, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-00424-RP |

## DECLARATION OF ELLEN LEONIDA

I, Ellen Leonida, declare:

1. I am an attorney at BraunHagey & Borden LLP and counsel of record for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of select excerpts from the transcript of the April 27, 2023 Motions Hearing before Judge Lane.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 15, 2023     By: */s/ Ellen Leonida*
                             Ellen Leonida

1