# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF TEXAS
 2                           AUSTIN DIVISION

 3  LEILA GREEN LITTLE, ET AL) Docket No. A 22-CA-424 RP
                             )
 4  vs.                      ) Austin, Texas
                             )
 5  LLANO COUNTY, ET AL      ) April 27, 2023

 6
                       TRANSCRIPT OF MOTIONS HEARING
 7              BEFORE THE HONORABLE MARK P. LANE

 8  APPEARANCES:

 9  For the Plaintiff:        Ms. Ellen V. Leonida
                              Braun, Hagey & Borden, LLP
10                            351 California Street, 10th Floor
                              San Francisco, California 94104
11
                              Mr. Ryan A. Botkin
12                            Ms. Maria Amelia Calaf
                              Ms. Katherine P. Chiarello
13                            Ms. Kayna S. Levy
                              Wittliff Cutter, PLLC
14                            1209 Nueces Street
                              Austin, Texas 78701
15

16  For the Defendant:        Jonathan F. Mitchell
                              Mitchell Law, PLLC
17                            111 Congress Avenue, Suite 400
                              Austin, Texas 78701
18
                              Mr. Dwain K. Rogers, Jr.
19                            Munsch, Hardt, Kopf & Harr
                              111 Congress Avenue, Suite 2010
20                            Austin, Texas 78701

21  Transcriber:              Ms. Lily Iva Reznik, CRR, RMR
                              501 West 5th Street, Suite 4153
22                            Austin, Texas 78701
                              (512)391-8792
23

24

25  Proceedings reported by digital sound recording,
    transcript produced by computer-aided transcription.
```

1  almost a proxy battle between different groups.  I get it,
2  you get it.  But it's a lawsuit.  We've gotta honor the
3  lawsuit.  We have to honor the rules.  It's been here for
4  a year.
5         What do I need to do or order to get y'all to the
6  point very soon so that you can represent to the Court, we
7  have tendered everything that we have in -- that's within
8  our care, custody and control and it's consistent with the
9  requests that plaintiffs made?  That's what I want to
10 order.  So is there anything helpful I can include in that
11 order that gets that done?
12        MR. ROGERS:  Your Honor, I'm going through my
13 memory, but I believe based on the work that we have done
14 in the last few weeks that we are between 96 and 99
15 percent done with all production.  We, I believe, now
16 either have control of or have the ability to access those
17 e-mail addresses which we have represented we have the
18 ability to do.  And I believe that if the Court issued an
19 order with a date certain that was a short but reasonable
20 timeframe, that we could meet it.
21        THE COURT:  Like what?
22        MR. ROGERS:  Thirty days.  I don't even think it
23 would necessarily take that long, but I would prefer that,
24 given some of the other things that we're dealing with in
25 our office.

1          THE COURT:  I'll offer this comment on Llano
2  County resources.  Listen, I'm not -- I'm the last to
3  willy-nilly spend taxpayer money on things.  I don't like
4  doing that.  But it does strike me, this is a crisis for
5  Llano County right now and leadership needs to provide the
6  resources to deal with the crisis.  Whether it was a
7  bridge that falls or something that happens to a roadway,
8  a crisis would be dealt with.  That's not happening.  I
9  can tell that with a year's worth of back-and-forth on the
10 simplest issue, which is the exchange of relevant e-mails.
11 I mean, it's stunning how this issue comes up in every
12 case, but in this case, it warrants court time to resolve
13 it.
14         So when, 30 days?  Let me ask you this.  The
15 order that y'all have given me with -- in the motion, is
16 it one of those orders that's not very helpful?  Or is it
17 an order that, if violated, is airtight enough for the
18 application of sanctions on either a rolling or daily
19 basis?  I mean, Llano County's going to have decide who
20 they want to pay, an IT expert to answer these questions
21 in a timely manner or the court through fines and
22 sanctions, which I don't want to do.  I don't do that that
23 often.
24         So is 30 days, first of all, is that reasonable?
25         MS. LEONIDA:  Thirty days is fine.  And, your

1          THE COURT:  Time out.  Y'all didn't ask for their
2   passwords until last week?
3          MR. ROGERS:  I don't believe that's correct, your
4   Honor.  I think we had been trying to locate which
5   addresses we already had passwords for that were
6   controlled through the library itself, and many of the
7   employees for some of the Yahoo accounts had separated
8   some time ago.
9          THE COURT:  I'm going to tell you what I told you
10  before.  I believe everything you're telling me but what I
11  do also -- this is what I hear.  Llano County hasn't
12  prioritized this.  This -- whether it's you or Mr.
13  Mitchell, I don't know, nobody's prioritized getting this
14  done.  I appreciate what you've told me that you've worked
15  in good faith.  Maybe you have.  But a year later, on the
16  simplest of issues to be here tells me that you haven't.
17  You haven't done so.
18         So here's all I'm going to do.  Y'all send me an
19  order, it's gotta be tight compliance within 30 days, end
20  of a business day, and then, I'll take that and review it
21  and it's going to include a sanctions warning.  Either pay
22  an IT expert to resolve these issues and get it done or
23  you're going to be paying the federal court system.  I
24  don't want to do either one of those things.  Just get it
25  done.

```
 1
 2
 3                    REPORTER'S CERTIFICATE
 4
 5     I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING
 6  WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE
 7  TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT
 8  TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE
 9  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE
10  TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY
11  THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES,
12  ON THIS 3rd DAY OF MAY, 2023.
13
14
15                          *Lily Iva Reznik*
16                    ~~~~~~~~~~~~~~~~~~~~~~~~~
                      LILY I. REZNIK, CRR, RMR
17                    Official Court Reporter
                      United States District Court
18                    Austin Division
                      501 West 5th Street, Suite 4153
19                    Austin, Texas 78701
                      (512)391-8792
20                    SOT Certification No. 4481
                      Expires: 1-31-25
21
22
23
24
25
```