# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Llano County, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-00424-RP<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY AND FURTHER PROCEEDINGS IN THIS COURT** |

The Court, having reviewed all materials submitted in support of and in opposition to Defendants' Opposed Motion to Stay Discovery and Further Proceedings in This Court ("Motion"), and all other pleadings and arguments by counsel properly before the Court, and after careful consideration, hereby **DENIES** Defendants' Motion.

　　**IT IS SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert Pitman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge