# United States Court of Appeals for the Fifth Circuit

**FILED**
May 16, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

No. 23-50224
USDC No. 1:22-CV-424 RP

---

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs—Appellees*,

versus

Llano County; Ron Cunningham, *in his official capacity as Llano County Judge*; Jerry Don Moss, *in his official capacity as Llano County Commissioner*; Peter Jones, *in his official capacity as Llano County Commissioner*; Mike Sandoval, *in his official capacity as Llano County Commissioner*; Linda Raschke, *in her official capacity as Llano County Commissioner*; Amber Milum, *in her official capacity as Llano County Library System Director*; Bonnie Wallace, *in her official capacity as Llano County Library Board Member*; Rochelle Wells, *in her official capacity as Llano County Library Board Member*; Rhoda Schneider, *in her official capacity as Llano County Library Board Member*; Gay Baskin, *in her official capacity as Llano County Library Board Member*,

*Defendants—Appellants*

ORDER:

In order to have sufficient time to consider Appellants' emergency motion for stay, the court hereby enters a temporary administrative stay of all district court proceedings, including any pending discovery.

No. 20-10705

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 16, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50224    Little v. Llano County
                          USDC No. 1:22-CV-424

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Marissa Benavides
Mr. Max Bernstein
Mr. Matthew Borden
Mr. Ryan A. Botkin
Ms. Maria Amelia Calaf
Ms. Katherine Patrice Chiarello
Mr. Philip Devlin
Ms. Ellen Valentik Leonida
Mr. Jonathan F. Mitchell