FILED
May 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
    DEPUTY

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 23, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                       USDC No. 1:22-CV-424

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Christy M. Combel, Deputy Clerk
                       504-310-7651

cc:
    Mr. Thomas F. Allen Jr.
    Ms. Marissa Benavides
    Mr. Matthew Borden
    Mr. Ryan A. Botkin
    Ms. Maria Amelia Calaf
    Ms. Katherine Patrice Chiarello
    Mr. Robert Corn-Revere
    Mr. Ian Crichton
    Mr. Kory James DeClark
    Ms. Vera Eidelman
    Ms. Katrina Feldkamp
    Mr. Marc Aaron Fuller
    Mr. Ryan W Goellner
    Mr. J. Noah Hagey
    Mr. Allen Huang
    Ms. Ellen Valentik Leonida

```
Mr. Brian Meadors
Mr. Jonathan F. Mitchell
Mr. JT Morris
Ms. Katherine May Raunikar
Mr. Kevin T. Shook
Mr. Benjamin Arnold West
```