IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-424-RP |
| LLANO COUNTY, et al., | § § § | |
| Defendants. | § | |

## ORDER

On May 23, 2025, the United States Court of Appeals for the Fifth Circuit reversed this Court's ruling on the preliminary injunction, rendered judgment dismissing Plaintiffs' Free Speech claims, and remanded this case for further proceedings. (Dkt. 180).

In light of the Fifth Circuit dismissing Plaintiffs' First Amendment claims, **IT IS ORDERED** that the parties shall file a joint status report **on or before June 18, 2025**, apprising the Court of the parties' live claims and anticipated next procedural steps.

**SIGNED** on May 27, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE