UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| Leila Green Little, *et al.*. §<br>　　　　Plaintiffs　　　§<br>　　　　　　　　　　　§<br>v.　　　　　　　　　　§<br>　　　　　　　　　　　§<br>Llano County, *et al.*　§<br>　　　　Defendants | Civil Action No.: 1:22-CV-00424-RP |

## JOINT STATUS REPORT

On May 27, 2025, the Court ordered the parties to file a joint status report apprising the Court of the parties' live claims and anticipated next procedural steps, in light of the Fifth Circuit's ruling reversing the preliminary injunction and dismissing Plaintiffs' Free Speech claims. Plaintiffs intend to file a petition for writ of certiorari to the Supreme Court. However, Plaintiffs' Fourteenth Amendment claims, which are still before this Court, are predicated on Plaintiffs' First Amendment claims, which are the subject of the Petition. Thus a final resolution of Plaintiffs' First Amendment claims is necessary to resolve Plaintiffs' pending Fourteenth Amendment claims.

On June 17, 2025, Plaintiffs filed an unopposed motion to stay discovery and further proceedings in this Court pending resolution of Plaintiffs' petition for writ of certiorari. All parties agree that the requested stay is necessary to prevent prejudice to either Plaintiffs or Defendants and to avoid the waste of judicial resources. Consequently, all parties request that the Court grant Plaintiffs' unopposed motion to stay proceedings.

///

///

///

| | |
|---|---|
| DATED: June 17, 2025 | Respectfully submitted,<br><br>SIDEMAN & BANCROFT LLP<br><br>*/s/ Ellen V. Leonida*<br>Ellen V. Leonida (*pro hac vice*)<br>**Sideman & Bancroft LLP**<br>One Embarcadero Center, Twenty-Second Floor<br>San Francisco, California 94111-3711<br>Telephone: (415) 392-1960<br>Fax: (415) 392-0827<br>eleonida@sideman.com<br><br>Katherine P. Chiarello (TX Bar No. 24006994)<br>Ryan A. Botkin (TX Bar No. 00793366)<br>Maria A. Calaf (TX Bar No. 24081915)<br>Kayna S. Levy (TX Bar No. 24079388)<br>**Botkin Chiarello Calaf PLLC**<br>1209 Nueces Street<br>Austin, Texas 78701<br>Telephone: (512) 615-2341<br>Fax: (737) 289-4695<br>katherine@bccaustin.com<br>ryan@bccaustin.com<br>mac@bccaustin.com<br>kayna@bccaustin.com<br><br>Matthew Borden (*pro hac vice*)<br>Marissa Benavides (*pro hac vice*)<br>**BraunHagey & Borden LLP**<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br>Fax: (415) 276-1808<br>borden@braunhagey.com<br>benavides@braunhagey.com<br><br>*Counsel for Plaintiffs* |

DATED: June 17, 2025

MITCHELL LAW PLLC

*/s/ Jonathan F. Mitchell*
Jonathan F. Mitchell (TX Bar No. 24075463)
**Mitchell Law PLLC**
11 Congress Avenue, Suite 400
Austin, Texas 78701
Telephone: (512) 686-3940
Fax: (512) 686-3941
jonathan@mitchell.law

Dwain K. Rogers, Jr. (TX Bar No. 00788311)
Matthew L. Rienstra (TX Bar No. 16908020)
**Llano County Attorney's Office**
801 Ford, Room 111
Llano, Texas 78643
Telephone: (325) 247-7733
Fax: (325) 247-7737
drogers@co.llano.tx.us
matt.rienstra@co.llano.tx.us

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

*/s/ Ellen V. Leonida*
Ellen V. Leonida
Attorneys for Plaintiffs