# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 21, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50224    Little v. Llano County
                     USDC No. 1:22-CV-424

Dear Mr. Devlin,

Enclosed for the district court and counsel is the approved bill of costs.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Renee S. McDonough, Deputy Clerk
        504-310-7673