UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| **Leila Green Little**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**Llano County**, et al.,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00424-RP |

## JOINT STATUS REPORT

 The Court's order of June 18, 2025, instructs the parties to submit quarterly status reports, with the first report due on or before October 18, 2025. *See* Docket Entry No. 184. The parties respectfully submit this joint status report in accordance with the Court's order.

 The plaintiffs filed their petition for writ of certiorari on September 9, 2025, and it has been docketed as No. 25-284. The defendants requested and received a 10-day extension of their deadline to file a brief in opposition, and they intend to file their petition-stage opposition brief on Friday, October 24, 2025.

| | |
|---|---|
| Dated: October 14, 2025 | Respectfully submitted. |
| /s/ Ellen V. Leonida<br>ELLEN V. LEONIDA*<br>　* admitted *pro hac vice*<br>Sideman & Bancroft LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, California 94111-3711<br>(415) 392-1960 (phone)<br>(415) 392-0827 (fax)<br>eleonida@sideman.com<br><br>*Counsel for Plaintiffs* | /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on October 14, 2025, I served this document through CM/ECF upon:

ELLEN V. LEONIDA
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
(415) 392-1960 (phone)
(415) 392-0827 (fax)
eleonida@sideman.com

MATTHEW BORDEN
J. NOAH HAGEY
MARISSA BENAVIDES
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
borden@braunhagey.com
hagey@braunhagey.com
benavides@braunhagey.com

RYAN A. BOTKIN
KATHERINE P. CHIARELLO
MARÍA AMELIA CALAF
KAYNA STAVAST LEVY
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

*Counsel for Plaintiffs*

      /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendants*