**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**FILED**
December 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
     DEPUTY

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 8, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Leila Green Little, et al.
v. Llano County, Texas, et al.
No. 25-284
(Your No. 23-50224)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk