# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2025

**FILED**
December 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
DEPUTY

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50224   Little v. Llano County
                   USDC No. 1:22-CV-424

Dear Mr. Devlin,

We have received the Supreme Court order denying certiorari.  We previously sent you the judgment issued as mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*
                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675