UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Leila Green Little**, et al.,

        Plaintiffs,

v.

**Llano County**, et al.,

        Defendants.

Case No. 1:22-cv-00424-RP

## JOINT STATUS REPORT

In response to the Supreme Court's denial of certiorari on December 8, 2025, the parties will proceed as follows:

    1. The plaintiffs intend to file a motion to dismiss Count Two of the complaint.

    2. The plaintiffs will destroy all copies in their possession of the documents that are the subject of defendants' motion to compel return of privileged communications (ECF No. 167).

    3. The parties jointly and respectfully ask the Court to enter an order denying as moot the defendants' motion to compel return of privileged communications (ECF No. 167).

Dated: January 12, 2026

 /s/ Ellen V. Leonida
Ellen V. Leonida*
  * admitted *pro hac vice*
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
(415) 392-1960 (phone)
(415) 392-0827 (fax)
eleonida@sideman.com

*Counsel for Plaintiffs*

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, I served this document through CM/ECF upon:

Ellen V. Leonida
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
(415) 392-1960 (phone)
(415) 392-0827 (fax)
eleonida@sideman.com

Matthew Borden
J. Noah Hagey
Marissa Benavides
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
borden@braunhagey.com
hagey@braunhagey.com
benavides@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Kayna Stavast Levy
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

*Counsel for Plaintiffs*

        /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants*