IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-424-RP |
| LLANO COUNTY., et al., | § § | |
| Defendants. | § § | |

## ORDER

On June 17, 2025, Plaintiffs filed a Motion to Stay Case Pending Resolution of Plaintiff's Petition for Writ of Certiorari, (Dkt. 182), which the Court granted, (Dkt. 184). On December 8, 2025, Supreme Court denied Plaintiffs' petition for writ of certiorari. (Dkt. 188). The parties have since filed two status reports as they determine how to move forward. (Dkts. 189, 190).

In light of the Supreme Court's decision on Plaintiff's petition for writ of certiorari, **IT IS ORDERED** that the stay is **LIFTED**.

**SIGNED** on January 15, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE