UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Leila Green Little**, et al., <br><br>        Plaintiffs, <br><br> v. <br><br> **Llano County**, et al., <br><br>        Defendants. | Case No. 1:22-cv-00424-RP |

### Defendants' Opposed Motion For Entry of Judgment

Defendants Llano County, Ron Cunningham, Jerry Don Moss, Peter Jones, Brent Richards,[1] Linda Raschke, and Amber Milum respectfully move for entry of final judgment. A proposed judgment is attached.

                                                            Respectfully submitted.

                                                             /s/ Jonathan F. Mitchell
                                                            Jonathan F. Mitchell
                                                            Texas Bar No. 24075463
                                                            Mitchell Law PLLC
                                                            111 Congress Avenue, Suite 400
                                                            Austin, Texas 78701
                                                            (512) 686-3940 (phone)
                                                            (512) 686-3941 (fax)
                                                            jonathan@mitchell.law

Dated: January 21, 2026                    *Counsel for Defendants*

---

1. Commissioner Brent Richards is automatically substituted for his predecessor, former Commissioner Mike Sandoval. *See* Fed. R. Civ. P. 25(d).

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Katherine Chiarello, counsel for the plaintiffs, and she informed me that her clients are opposed to this motion. Although the plaintiffs do not oppose entry of judgment in response to the Fifth Circuit's ruling, they disagree with the form and content of the defendants' proposed judgment and therefore oppose this motion.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 21, 2026, I served this document through CM/ECF upon:

Ellen V. Leonida
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
(415) 392-1960 (phone)
(415) 392-0827 (fax)
eleonida@sideman.com

Matthew Borden
J. Noah Hagey
Marissa Benavides
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
borden@braunhagey.com
hagey@braunhagey.com
benavides@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Kayna Stavast Levy
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

*Counsel for Plaintiffs*

                                                    /s/ Jonathan F. Mitchell
                                                    Jonathan F. Mitchell
                                                    *Counsel for Defendants*