# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LEILA GREEN LITTLE, et al., § | |
| Plaintiffs, § | |
| v. § | A-22-CV-424-RP |
| § | |
| LLANO COUNTY, et al., § | |
| Defendants. § | |

## ORDER

Following the Supreme Court's denial of Plaintiffs' petition for writ of certiorari, the parties filed a status report indicating how they plan to proceed in this matter, and the District Judge lifted the stay in this case. Dkts. 190; 191. However, the parties' status report did not address the status of Plaintiffs' Opposed Motion to Compel (Dkt. 151), which was referred to the undersigned for resolution. *See* Text Order dated May 8, 2023. Accordingly, the court **ORDERS** the parties to meet and confer regarding this motion and file a joint status report explaining whether the dispute in this Motion remains live by **February 6, 2026.**

SIGNED January 28, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE