**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § § | |
| Defendants. | § § § § | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' OPPOSED MOTION FOR ENTRY
OF JUDGMENT AND OPPOSED CROSS MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs agree that it is appropriate for final judgment to be entered in this matter and request that the Court enter the form of judgment attached hereto as Exhibit A.  Plaintiffs oppose the form proffered by Defendants for several reasons.

First, it fails to include the Llano County Library Advisory Board defendants, who have been sued in their official capacities and should be addressed in the final judgment.

Second, the nomenclature used is not typical in counsel's experience, nor is it required. Plaintiffs' propose language that reflects the disposition of the claims (rather than focusing on the names of the parties) and achieves the requirements of Fed. R. Civ. 54.

Finally, Plaintiffs request that the Court exercise its discretion and require the parties to bear their own respective court costs and attorneys' fees.  *Marx v. General Revenue Corp*, 568 U.S.371, 377-78 (2013) (nothing that "the word 'should'" in Rule 54(d)(1) "makes clear that the decision whether to award costs ultimately lies within the sound discretion of the trial court"). Costs should not be awarded to Defendants in this matter because of the closeness and difficulty of the issues decided.  *See, e.g.*, *Cherry v. Champion Int'l*, 186 F.3d 442, 446 (4th Cir. 1999).

Plaintiffs won injunctive relief from the district court and that relief was affirmed in large part by the three-judge panel of the Fifth Circuit.  Although Defendants ultimately prevailed before the en banc panel of Fifth Circuit, they did so only by single vote.[1]

For these reasons, Plaintiffs request that the Court deny Defendants' Opposed Motion For Entry of Judgment and grant Plaintiffs' Opposed Cross Motion For Entry of Judgment.

Dated: February 4, 2026                        Respectfully submitted,


SIDEMAN & BANCROFT LLP



Ellen V. Leonida (*pro hac vice*)
**Sideman & Bancroft LLP**
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Fax: (415) 392-0827
eleonida@sideman.com

Katherine P. Chiarello (TX Bar No. 24006994)
Ryan A. Botkin (TX Bar No. 00793366)
Maria A. Calaf (TX Bar No. 24081915)
Kayna S. Levy (TX Bar No. 24079388)
**Botkin Chiarello Calaf PLLC**
1209 Nueces Street
Austin, Texas 78701
Telephone: (512) 615-2341
Fax: (737) 289-4695
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com
*Attorneys for Plaintiffs*

---

[1]  If the Court declines to summarily deny all costs to Defendants, Plaintiffs reserve the right to challenge on all available grounds any specific costs sought by Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

Ellen V. Leonida