IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | 1:22-CV-424-RP |
| | § | |
| LLANO COUNTY., et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court granted Plaintiffs' Unopposed Motion to Dismiss their Fourteenth Amendment Claims as to those Defendants remaining in the case.[1] Previously, the Fifth Circuit rendered judgment dismissing Plaintiffs' First Amendment claims. (Dkt. 180). Because Plaintiffs have no further active claims for resolution, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58 and orders that this case is **CLOSED**.

**IT IS FURTHER ORDERED** that Defendants shall file any motion for costs and reasonable attorneys' fees, with supporting documentation, no later than **March 23, 2026**, pursuant to Local Rule CV-54.

**SIGNED** on March 18, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] In that Order, the Court explained its conclusion that the Fifth Circuited dismissed Plaintiffs' claims against Defendants Gay Baskin, Rhoda Schneider, Bonnie Wallace, Rochelle Wells as moot. The remaining Defendants are Llano County; Ron Cunningham, in his official capacity as Llano County Judge; Jerry Don Moss, in his official capacity as Llano County Commissioner; Peter Jones, in his official capacity as Llano County Commissioner; Brent Richards, in his official capacity as Llano County Commissioner (automatically substituted for his predecessor Mike Sandoval per Federal Rule of Civil Procedure 25(d)); Linda Raschke, in her official capacity as Llano County Commissioner; and Amber Milum, in her official capacity as Llano County Library System Director.