**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| Leila Green Little, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:22-cv-00424-RP |
| Llano County, *et al.*, | § § | |
| Defendants. | § § | |

## PLAINTIFFS' NOTICE OF OPPOSITION TO PROPOSED BILL OF COSTS

Pursuant to Local Rule CV-54(a), Plaintiffs Leila Green Little, et al., hereby notify

Defendants Llano County, et al. that Plaintiffs oppose the proposed Bill of Costs filed on April 1,

2026 [Dkt. 204].

Dated: April 8, 2026

Respectfully submitted,

*/s/ Katherine P. Chiarello*
Katherine P. Chiarello (TX Bar No. 24006994)
Ryan A. Botkin (TX Bar No. 00793366)
Maria A. Calaf (TX Bar No. 24081915)
Kayna S. Levy (TX Bar No. 24079388)
**Botkin Chiarello Calaf PLLC**
1209 Nueces Street
Austin, Texas 78701
Telephone: (512) 615-2341
Fax: (737) 289-4695
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

Ellen V. Leonida (*pro hac vice*)
**Sideman & Bancroft LLP**
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711

Telephone: (415) 392-1960
Fax: (415) 392-0827
eleonida@sideman.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User.

*/s/ Katherine P. Chiarello*
Katherine P. Chiarello

2