UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Leila Green Little**, et al.,

> Plaintiffs,

v.

**Llano County**, et al.,

> Defendants.

Case No. 1:22-cv-00424-RP

## JOINT NOTICE REGARDING SETTLEMENT OF BILL OF COSTS

The parties are pleased to report that they have settled the bill of costs and have agreed to a stipulated amount of $10,000.00. The parties respectfully ask the Court to award costs to the defendants in that amount. The parties reserve all rights and enter into this agreement without waiving any challenge to the pending motion for attorneys' fees.

Dated: May 4, 2026

Respectfully submitted.

 /s/ Katherine P. Chiarello
KATHERINE P. CHIARELLO
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com

ELLEN V. LEONIDA
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
(415) 392-1960
eleonida@sideman.com

*Counsel for Plaintiffs*

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2026, I served this document through CM/ECF upon:

Ellen V. Leonida
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
(415) 392-1960 (phone)
(415) 392-0827 (fax)
eleonida@sideman.com

Matthew Borden
J. Noah Hagey
Marissa Benavides
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
(415) 599-0210
borden@braunhagey.com
hagey@braunhagey.com
benavides@braunhagey.com

Ryan A. Botkin
Katherine P. Chiarello
María Amelia Calaf
Kayna Stavast Levy
Botkin Chiarello Calaf
1209 Nueces Street
Austin, Texas 78701
(512) 960-4730 (phone)
(512) 960-4869 (fax)
katherine@bccaustin.com
ryan@bccaustin.com
mac@bccaustin.com
kayna@bccaustin.com

*Counsel for Plaintiffs*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants*