IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:22-CV-424-RP |
| | § | |
| LLANO COUNTY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the parties' Joint Notice Regarding Settlement of Bill of Costs, (Dkt. 211), and Defendants' Application for Attorneys' Fees, (Dkt. 205). Plaintiffs filed a Response in opposition to Defendants' Application for Attorneys' Fees. (Dkt. 212).

Defendants acknowledge that Supreme Court precedent "precludes this Court from awarding the defendants attorneys' fees as part of the costs" because Defendants do not assert that Plaintiffs' claims were "frivolous, unreasonable, or without foundation." (Appl. Att'ys' Fees, Dkt. 205, at 1); *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412 (1978). Defendants assert that they "believe that *Christiansburg Garment* is wrongly decided and should be overruled," but recognize that "this Court is duty-bound to follow *Christiansburg Garment* and should deny the defendants' application for fees." (Appl. Att'ys' Fees, Dkt. 205, at 1–2).

Plaintiffs similarly point out that "Defendants identify no valid basis for fee recovery under existing law." (Resp., Dkt. 212, at 1). Plaintiffs ask that the Court deny Defendants' Application for Fees while allowing Plaintiffs to reserve all objections to the reasonableness, necessity, and recoverability of the $1,306,500.00 in attorneys' fees sought by Defendants, should *Christiansburg Garment* be overturned. (*Id.* at 4).

1

Because Defendants make no argument that they are entitled to fees under the law, **IT IS ORDERED** that Defendants' Application for Attorneys' Fees, (Dkt. 205), is **DENIED**. Plaintiffs may raise any objections to the reasonableness, necessity, and recoverability of Defendants' requested fees on remand, should recovery of attorneys' fees be allowed after appeal.

**IT IS FURTHER ORDERED** that Defendants shall recover costs from Plaintiffs in the amount of $10,000, as agreed by the parties. (Joint Notice, Dkt. 211).

**SIGNED** on July 7, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE